# EXHIBIT 1

Portfolio   Account Activity   Cash   Ming Limited ⌄

06-Aug-2020                                           BALANCE: $ 19,736,940.00

# Proceeds from ACAT

CUSIP #:N/A

CREDIT: $ 10,627,500.00                               DEBIT: $ 0.00

06-Aug-2020                                           BALANCE: $ 9,109,440.00

# Proceeds from ACAT

CUSIP #:N/A

CREDIT: $ 4,272,000.00                                DEBIT: $ 0.00

06-Aug-2020                                           BALANCE: $ 4,837,440.00

# Proceeds from ACAT

CUSIP #:N/A

CREDIT: $ 4,837,440.00                                DEBIT: $ 0.00

# FIRST EASTERN INVESTMENTS LIMITED

© 2005-2019 First Eastern Investments Ltd. All rights reserved.
HK Company Registration: CR No. : 0208289. HK Securities and Futures Commission CE No. : AAJ620.
Privacy Policy   |   Terms of use