# EXHIBIT 24

# <u>REMITTANCE INSTRUCTIONS</u>

**Beneficiary Account Name:**     MONARCH HOLDINGS INC.

**Beneficiary Address:**     33 MISTRAL
ALISO VIEJO, CA
USA 92656

**Beneficiary Account Number:**     REDACTED

**Beneficiary Bank Name:**     US BANK

**Beneficiary Bank Address:**     800 NICOLLET MALL
MINNEAPOLIS, MN
USA 55402

**Routing Number:**     REDACTED

**SWIFT Code:**     REDACTED

**Amount:**     US $475,000.00

**Important:** In the additional information filed of your transfer request, please enter the following information only. This will ensure that your transfer is correctly allocated and will ensure that delays are avoided.

## Payment Reference: 2020-SH-471243-INV

Please remember, we are here to help. If there is anything that you are unsure about, please contact your representative immediately.