# EXHIBIT 25



# TRADE CONFIRMATION

# Ming Global Limited

| Transaction Date | |
|---|---|
| Trade Date: | Settlement Date: |
| 30 Jul 2020 | N/A |

This is to confirm that we have **bought** and/or **sold** the following:

| Transaction | Type | Trade Time | Exchange | Security | QTY | Price (US$) | Buy | Sell |
|---|---|---|---|---|---|---|---|---|
| SELL | LT | AFTER HOURS | NASDAQ | RPRX - Royalty Pharma - CUSIP: REDACTED | 250,000 | $ 42.51 | | $ 10,627,500.00 |

**Notices For This Order:**
- Unless you have already instructed us differently, we will hold proceeds on account pending further instructions.
- Exchange Process Fee: This fee offsets processing costs incurred by First Eastern Investments Limited for the exchange of Securities including those relating to assessments on broker-dealers by an exchange or other SRO for equity, option, or other covered security sell transactions.
- First Eastern Investments Limited acted as your agent.

| | |
|---|---|
| Gross Amount | $ 10,627,500.00 |
| Commission | $ 0.00 |
| Exch. Process Fee | $ 0.00 |
| Total Amount | $ 10,627,500.00 |
| Amount Due From/(To) Client | ($ 10,627,500.00) |

**Instructions To Fund Your Account**

Please note that the receiving account is that of our international stock transfer and escrow agent who are a trusted, independent, 3rd party transfer and escrow service, that provides protection for both Buyer and Seller.

As a reminder, please take note of the following:
- When remitting funds by way of Telegraphic Transfer, please secure a receipt from the issuing bank and furnish us with a copy via e-mail.
- Should your bank require "Further Reference" data, please input the required information in this field so as to expedite the processing of your fund transfer. Placing any other information may cause delays in the process.

Finally, we will at no time time during our relationship, ask you to wire/transfer funds directly to First Eastern Investments Limited.

| Registered Office | Telephone | Email Address | Website |
|---|---|---|---|
| 28 Hennessy Rd, | +852 3002 4430 | info@investmentsfirst.com | www.investmentsfirst.com |
| Wan Chai, Hong Kong | | | |

