# EXHIBIT 32

| 33 mistral aliso viejo ca | | |
|---|---|---|

Q All    Maps    Images    Shopping    News    More    Settings  Tools

About 9,290 results (0.46 seconds)

www.redfin.com › CA › 33-Mistral-92656 › home
### 33 MISTRAL, Aliso Viejo, CA 92656 | MLS# S417473 | Redfin
2 beds, 1260 sq. ft. condo located at **33 MISTRAL, Aliso Viejo, CA** 92656 sold for $467500 on Dec 9, 2005. MLS# S417473. PRICE TO SELL!! WILL NOT LAST ...
$524,944.00



**33 Mistral**
Aliso Viejo, CA 92656
DIRECTIONS

www.realtor.com › ... › Aliso Viejo › Mistral
### 33 Mistral, Aliso Viejo, CA 92656 - realtor.com®
Feb 15, 2020 - View 1 photos for **33 Mistral, Aliso Viejo, CA** 92656 a 2 bed, 3 bath, 1291 Sq. Ft. condo/townhome/row home/co-op built in 1994 that sold on ...

www.trulia.com › CA › Aliso Viejo › 92656
### 33 Mistral, Aliso Viejo, CA - 2 Bed, 2 Bath Condo | Trulia
**33 Mistral, Aliso Viejo, CA** 92656 is a 1291 sqft, 2 bed, 2 bath home sold in 2005. See the estimate, review home details, and search for homes nearby.

monarchholdingsinc.com
### Monarch Holdings Inc.
We're here to help. Contact Info. **33 Mistral**. **Aliso Viejo, CA** 92656. USA.

www.peoplesearchnow.com › address › 33-mistral_aliso-...
### 33 Mistral, Aliso Viejo, CA - People Search Now
35 Results - Discover detailed information about the property at **33 Mistral, Aliso Viejo, CA**. Start your search today at peoplesearchnow.com.

www.zillow.com › ... › Aliso Viejo › 92656 › 92656
### 27 Mistral, Aliso Viejo, CA 92656 | Zillow
27 **Mistral, Aliso Viejo, CA** is a condo home that contains 1,291 sq ft and was built in 1994. It contains 2 bedrooms and 2.5 bathrooms. This home last sold for ...

www.zillow.com › ... › Aliso Viejo › 92656 › 92656
### 31 Mistral, Aliso Viejo, CA 92656 | Zillow




33 mistral aliso viejo ca

www.realtytrac.com › ... › Aliso Viejo › 92656

### House Prices at Mistral, Aliso Viejo, CA, 92656 | RealtyTrac

Search for **Mistral** house prices in **Aliso Viejo**, **CA**, get detailed real estate information on comparable home values, nearby schools, building permits and more.

Images for 33 mistral aliso viejo ca

southwind aliso    pmz    indigo pl    mission viejo    laguna hills    windridge aliso



Report images

View all

www.beenverified.com › ... › CA › Aliso Viejo

### Mistral, Aliso Viejo, CA 92656 - Who lives on this street ...

Find out who owns property on **Mistral** in **Aliso Viejo**, **California**. ... **33 Mistral Aliso Viejo, CA** 92656. Year Built: 1994; Property Tax: $4.3K per year; Market Value: ...

1   2   3   4   5   6   7   8   9   10        Next

**Orange County, California** - Based on your past activity - Use precise location - Learn more

Help    Send feedback    Privacy    Terms



Image capture: Oct 2011    © 2020 Google

Aliso Viejo, California

 Google

Street View

