# EXHIBIT 34

PERSONAL DATA
HONG KONG POLICE FORCE
STATEMENT / REPORT

| | | | | |
|---|---|---|---|---|
| Report No. | WCHRN 20033066 | | WCH | Station. |
| Name of informant / Witness | SANYAL Anasuya | | C.C.C.No. / | |
| | | Type of identification document | REDACTED | |
| Age REDACTED   Sex Female | | and number | | |
| Address | Room 01, 25/F, The Centrium, 60 Wyndham Street, Central | | | |

| | | | | |
|---|---|---|---|---|
| Tel. No. REDACTED | Occupation | Associate Director | D.O.B. | REDACTED |
| Nationality and dialect | | | | |
| Taken by DPC 21626 | | in | English | language |
| at 1115 hours on 2020-09-15 | | at (Place) Room 312 of Wan Chai Police Station | | |
| Interpreter / | | | | |

States : -

I am willing to make a statement to the Police. The statement I am about to make is true to the best of my knowledge and belief and I make it knowing that if I willfully state anything which I know to be false or do not believe to be true, I may be liable to prosecution for a criminal offence.

Signed [signature]
Witnessed by
Interpreted by

I am the above stated person, married and educated up to university degree level. I can read, write and speak in English. I am willing to give a statement to police regarding a case of 'Request Police Investigation'.

2. I work as an Associate Director at Control Risks, a consulting firm that investigates financial fraud, since 2015. Control Risks has an office in Hong Kong since the 1990s and is a global firm with headquarters in London, UK. Our company address is Room 01, 25/F, The Centrium, 60 Wyndham Street, Central. Our client a male named "Zach Hegde" of Ming Global Limited (address: Room 1206, Eastern Commercial Centre, 297 Hennessy Road, Wan Chai) contacted us on 7 September 2020 after trying to get his money back from First Eastern Investments, a HK based firm(address: 21/F, 28 Hennessy Road, Wan Chai).

3. Our client is Zach Hegde, a male Australian citizen born in REDACTED. In June 2020 he received calls on his Australia mobile REDACTED for investment opportunities with a Hong Kong firm, First Eastern Investments, which was not the real First Eastern Investments. We did not get any information of suspect phone number in this stage. Zach spoke to several individuals who said they represented

First Eastern. The suspect names were Alexander Mann, Scott Bailey, Peter Lynd and Graham Cowell. Zach started to invest in June 2020. Zach started to suspect fraud in July 2020 when Peter Lynd would not return his calls or messages. Further communications with the suspects were also strange—they would not provide a direct phone number and there were many delays/excuses when Zach tried to get his money back. Control Risks contacted the First Eastern Investments who had no knowledge of or connection to these individuals or this situation.

4. To date (September 2020), our client has made multiple transactions from Ming Global Limited's Hong Kong based HSBC account to two different American banks. The account number of my client is REDACTED. The transactions as following.

Between 18 June and 17 August 2020, the client made 18 transactions totaling USD 7,884,018.71 to a Bank of America account in CA, USA. The account number is REDACTED

Between 3 June and 21 August 2020, the client made 13 transactions totaling USD 5,445,163.05 to US Bank account in MN, USA. The account number is REDACTED

The total loss of the client is USD 13.3 million.

5. Our Company only got above information of this case and we make this report to HK police for record purposes. We will make the report to the US & Australian Police for investigation of this case.

This statement consisting of 2 pages in the English language, each signed by me, has been read by me, and I have been told that I may correct, alter or add anything I wish.

---

This form may be used to record reports:-
(a) taken while Report Book is not available,
(b) of persons unable to come to station, and
(c) of incidents occurring outside station area.

Signed _[signature]_
Witnessed by _____
Interpreted by: _____

Pol. 154