Nicholas O. Kennedy (State Bar No. 280504)
nicholas.kennedy@bakermckenzie.com
**BAKER & McKENZIE LLP**
1900 North Pearl Street, Suite 1500
Dallas, TX 75201
Telephone: 214 978 3000
Facsimile: 214 978 3099

Katharine Miner (State Bar No. 288083)
katharine.miner@bakermckenzie.com
Thomas Tysowsky (State Bar No. 330022)
thomas.tysowsky@bakermckenzie.com
**BAKER & McKENZIE LLP**
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067
Telephone: 310 201 4728
Facsimile: 310 201 4721

Attorneys for Plaintiff
MING GLOBAL LIMITED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MING GLOBAL LIMITED, a Hong Kong company,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MONARCH HOLDINGS INC., a Nevada corporation, d/b/a MONARCH INTERNATIONAL INC., and Does 1 through 10 inclusive,<br><br>　　　　Defendants. | **Case No. 8:20-cv-01852**<br><br>**DECLARATION OF NICHOLAS O. KENNEDY IN SUPPORT OF PLAINTIFF MING GLOBAL LIMITED'S EX PARTE APPLICATION FOR RIGHT TO ATTACH ORDER AND FOR TEMPORARY PROTECTIVE ORDER** |

Baker & McKenzie LLP
1901 Avenue of the Stars
Suite 950
Los Angeles, CA 90067
Tel: 310.201.4728

Case No. _____
DECLARATION OF N. KENNEDY IN SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION FOR RIGHT TO ATTACH ORDER

**1.** My name is Nicholas O. Kennedy. I am over the age of twenty-one years, of sound mind, have never been convicted of a felony, and am capable of making this Declaration. I have personal knowledge of the facts stated herein, except as set forth below. All of the facts herein are true and correct to the best of my knowledge. I further state that I am fully authorized and competent to testify to the matters set out in this Declaration.

**2.** I am a Partner at the law firm of Baker & McKenzie LLP, and I am the lead attorney representing Plaintiff Ming Global Limited ("Ming Global") in the above captioned action. I am admitted to practice law in the States of California and Texas, as well as in the Central District of California.

**3.** I make this Declaration in support of Plaintiff Ming Global Limited's *Ex Parte* Application in Support of the Right to Attach Order and Temporary Protective Order. It attaches documents with which I am personally familiar.

**4.** Attached hereto as **Exhibit 1** is a true and correct copy of the search result for "Monarch" for security brokerage firms within California and Nevada on the U.S. Financial Industry Regulatory Authority's website brokercheck.finra.org. The government agency's website states, "BrokerCheck tells you instantly whether a person or firm is registered, as required by law, to sell securities (stocks, bonds, mutual funds and more), offer investment advice or both."

**5.** To the best of my knowledge, Defendant Monarch Holdings, Inc. is not represented by counsel. As a result, I have not been able to notify counsel for Monarch of this *Ex Parte* Application.

**6.** I believe based on the facts and circumstances described in the materials and declarations submitted herewith that Ming Global would suffer additional irreparable harm if this matter were heard on full notice and the requested relief was not granted on an *ex parte* basis. Specifically, I believe that the complicated financial fraud and the presence of multiple unknown international actors strongly suggests that money

Baker & McKenzie LLP
1901 Avenue of the Stars
Suite 950
Los Angeles, CA 90067
Tel: 310.201.4728

1

Case No. _____
DECLARATION OF N. KENNEDY IN SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION FOR RIGHT TO ATTACH ORDER

would be transferred out of California if Defendant were given notice of this application, rendering that money unavailable for recovery of any potential judgment.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Southlake, Texas on September 24, 2020.

/s/ *Nicholas O. Kennedy*
Nicholas O. Kennedy

Baker & McKenzie LLP
1901 Avenue of the Stars
Suite 950
Los Angeles, CA 90067
Tel: 310.201.4728

2

Case No. _____
DECLARATION OF N. KENNEDY IN SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION FOR RIGHT TO ATTACH ORDER