# EXHIBIT 1

firm monarch california - Google Search

**Google**    firm monarch california     ✕   🎤   🔍

🔍 All    🛍 Shopping    📍 Maps    🖼 Images    📰 News    ⋮ More      Settings   Tools

Explicit results filtered with SafeSearch. Learn more Undo

About 11,000,000 results (0.76 seconds)

castlemonarchlaw.com ▼
### Castle & Monarch Law Firm
Castle & **Monarch** is the premier family law **firm** in Orange County, **California**. Our firm specializes in all aspects of family law including divorce, property division, ...

www.monarchbeachresort.com ▼
### Monarch Beach Resort | Orange County Luxury Resort & Spa
Our AAA Five-Diamond 175-acre grounds are spacious, with an array of exclusive experiences that embody Southern **California**'s coastal lifestyle, including the ...
Missing: ~~firm~~ | Must include: **firm**

pview.findlaw.com › ... › California › Monarch Beach
### Walter W. Schenau - a Monarch Beach, California (CA) Law ...
Walter W. Schenau, a **Monarch** Beach, **California** (CA) Law **Firm** -

www.lawyers.com › ... › California › monarch-beach ▼
### The Kaylor Law Firm - Monarch Beach, CA Law Firm ...
The Kaylor Law Firm is a **firm** serving **Monarch** Beach, **CA**. View the law **firm**'s profile for reviews, office locations, and contact information.

www.lawyers.com › ... › California › aliso-viejo ▼
### Castle & Monarch - Aliso Viejo, CA Law Firm | Lawyers.com
Castle & **Monarch** is a **firm** serving Aliso Viejo, **CA** in Family Law, Litigation and Paternity cases. View the law **firm**'s profile for reviews, office locations, and ...
     Rating: 4.6 · 25 reviews

www.monarchmech.com ▼
### MonarchMonarch
**Monarch** Mechanical Core Values & Everyday are more than words, it's the ... We believe that in competitive times like this a **company** must have an edge on the ...

comfortmadebeds.com › mattresses › monarch-mattress... ▼
### Monarch Mattress Lineup | ComfortMade Mattress Factory ...
The **Monarch Firm** is a great value priced bed with two layers of 1.5# density **firm** foam, topped off ... Looking for a **California** King or a custom sized mattress?

monarchbw.com ▼
### Monarch Business and Wealth Management
**Monarch** is a Business and Wealth Management **firm** that takes a holistic approach to wealth, branding, and family office services.
Missing: ~~firm~~ | Must include: **firm**

www.explorelawyers.com › attorney › castle-monarch-l... ▼
### Castle & Monarch Law Firm | Lawyer from Aliso Viejo, California
Castle & **Monarch** Law **Firm** | Client Reviews of Attorneys & law **firms** from state of **California**. Rate Aliso Viejo's attorneys or make an appointment at 20 ...

monarchus.net ▼
### Monarch | Official Site



### Castle & Monarch L...

Website    Directions    Sa...

5.0     1 Google review
Law firm in Aliso Viejo, California

**Located in:** Summit Office Camp...
**Address:** 20 Enterprise, Aliso Vie...
**Hours:** Closes soon · 5PM · Ope...
**Phone:** (949) 305-9900

⚠ Hours or services may diffe...

Suggest an edit · Own this busine...

### Questions & answers
Be the first to ask a question

### Reviews from the web
4.6/5    Lawyers.com · 25 reviews

### Reviews ⓘ      Write a...
1 Google review

### People also search for

 
 

Nokes &    The Law    Fam
Nokes     Offices Of    Rich
Law firm    Jennifer...    You
        Family law   Lega
        attorney    servi

About this data

 Google     firm monarch california    ✕   🎤   🔍     ⠿

Related searches

Castle and Monarch

David Monarch

Monarch Beach

Monarch spa

Monarch Beach Resort

Monarch Beach Club

Monarch Beach Resort Jobs

Monarch restaurant

1  2  3  4  5  6  7  8  9  10      Next

**Orange County, California** - Based on your past activity - Use precise location - Learn more

Help    Send feedback    Privacy    Terms



Refine Results ⌄

We found **9** results

⊞ List View

### MONARCH PLAN ADVISORS
(**MONARCH** PLAN ADVISORS...)
CRD#: 286612/SEC#: 801-111651

Santa Barbara, CA (+2)

Ⓘ Investment Adviser Firm

⤢ For Disclosures ⓘ (if any) and Years of Experience visit SEC site

MORE DETAILS ›

### MONARCH WEALTH STRATEGIES
(**MONARCH** WEALTH STRATEGIES...)
CRD#: 136029/SEC#: 801-118775

222 E. Carrillo Street Suite 208
Santa Barbara, CA 93101 (+3)

Ⓘ Investment Adviser Firm

⤢ For Disclosures ⓘ (if any) and Years of Experience visit SEC site

MORE DETAILS ›

### MONARCH ADVISOR STRATEGIES, LLC
(**MONARCH** ADVISOR STRATEGIES, LLC)
CRD#: 283984

DANA POINT, CA

Ⓘ Investment Adviser Firm

⤢ For Disclosures ⓘ (if any) and Years of Experience visit SEC site

MORE DETAILS ›

### MONARCH WEALTH MANAGEMENT GROUP, LLC
(**MONARCH** WEALTH MANAGEMENT GROUP LLC)
CRD#: 171904

101 N. Vulcan Ave.
Encinitas, CA 92024 (+2)

Ⓘ Investment Adviser Firm

⤢ For Disclosures ⓘ (if any) and Years of Experience visit SEC site

MORE DETAILS ›

### BOUSTEAD SECURITIES, LLC
(**MONARCH** BAY ASSOCIATES, LLC...)
CRD#: 141391/SEC#: 8-67384

6 VENTURE SUITE 395
IRVINE, CA 92618 (+1)

Ⓑ Brokerage Firm *Regulated by* **FINRA**

📄 Disclosures ⓘ        Yes

MORE DETAILS ›

### KING, JANICE M.
(**MONARCH** FINANCIAL MANAGEMENT...)
CRD#: 135456

IRVINE, CA

Ⓘ Investment Adviser Firm

⤢ For Disclosures ⓘ (if any) and Years of Experience visit SEC site

MORE DETAILS ›

### THE WEALTH COLLABORATIVE, INC.
(**MONARCH** WEALTH ADVISORY GROUP, INC...)
CRD#: 142618/SEC#: 801-68456

30699 RUSSELL RANCH ROAD SUITE 185
WESTLAKE VILLAGE, CA 91362

Ⓘ Investment Adviser Firm

⤢ For Disclosures ⓘ (if any) and Years of Experience visit SEC site

MORE DETAILS ›

### SAGEPOINT FINANCIAL, INC.
(**MONARCH** WEALTH & RETIREMENT STRATEGIES...)
CRD#: 133763/SEC#: 801-64721,8-66771

2014 HUNTINGTON ST
HUNTINGTON BEACH, CA 92648 (+816)

Ⓑ Brokerage Firm *Regulated by* **FINRA**

Ⓘ Investment Adviser Firm

📄 Disclosures ⓘ        Yes

MORE DETAILS ›

### WESTERN WEALTH MANAGEMENT LLC
(**MONARCH** ADVISORY GROUP...)
CRD#: 283545/SEC#: 801-107762

San Diego, CA (+89)

Ⓘ Investment Adviser Firm

⤢ For Disclosures ⓘ (if any) and Years of Experience visit SEC site

MORE DETAILS ›

« ‹    1 of 1 page    › »

Ⓑ Broker

A brokerage firm, also called a broker-dealer, is in the business of buying and selling securities – stocks, bonds, mutual funds, and certain other investment products – on behalf of its customer (as broker), for its own bank (dealer), or both.

Individuals who work for broker-dealers - the sales personnel are commonly referred to as brokers.

(IA) Investment Adviser

An investment adviser is paid for providing advice about securities to clients. In addition, some investment advisers manage investment portfolios and offer financial planning services.

It is common for a financial professional to act as both a broker and an investment adviser. Because of this, we include investment advisers on BrokerCheck, and provide links to the SEC's Investment Adviser Public Disclosure (IAPD) website so you can research further.

(PR) Previously Registered

A Previously Registered broker or brokerage firm is not currently licensed to act as a broker (buying and selling securities on behalf of customers) or as an investment adviser (providing advice about securities to clients). They may still be able to offer other investment-related services if properly licensed to do so. Click here to learn more.

Disclosures

Disclosures can be customer complaints or arbitrations, regulatory actions, employment terminations, bankruptcy filings and certain civil or criminal proceedings that they were a part of.

Case 8:20-cv-01852-JVS-KES   Document 6-3   Filed 09/24/20   Page 6 of 13   Page ID #:262

BrokerCheck Terms of Use

©2020 FINRA, All Rights Reserved

FINRA is a registered trademark of the Financial Industry Regulatory Authority, Inc.

Privacy  |  Legal



Google    Firm - Monarch - NEVADA

🔍 All    🛒 Shopping    📷 Images    📍 Maps    📰 News    ⋮ More          Settings    Tools

About 1,120,000 results (0.64 seconds)

**Monarch** Executive Solutions LLC is an executive recruiting **firm** that specializes in the direct hire placement of Accounting/Finance, Audit/Compliance, Human Resources and Procurement professionals throughout **Nevada**, Arizona and Southern California for all industries.

monarchexecutivesolutions.com

**Monarch Executive Solutions LLC - Executive Recruiting**

ⓘ About Featured Snippets          ▢ Feedback

web.vegaschamber.com › Business-Services › Monarch... ▾

**Monarch Executive Solutions LLC - Vegas Chamber**

**Monarch** Executive Solutions LLC | 2620 Regatta Dr Ste 102, Las Vegas, **NV**, 89128 | Unique boutique executive search **firm**.

www.gmmonarchwest.com ▾

**GM Monarch West - Architectural Mill Shop**

GM **Monarch** West, LLC is a Las Vegas, **Nevada** local Architectural Mill Shop that ... Our millwork **company** has some of the most talented mill workers and finish ...

monarchcasino.com ▾

**Monarch Casino Resort, INC |**

RENO, **NV**, July 22, 2020 — **Monarch** Casino & Resort, Inc. (Nasdaq: MCRI) ("**Monarch**" or "the **Company**") today reported operating results for the second ...

www.linkedin.com › lovnlasvegas ▾

**Linda Shaffer - President and Founder - Monarch Executive ...**

Las Vegas, **Nevada** Area. Performed talent acquisition and business development for a boutique staffing **firm** primarily focused on accounting/finance/audit/tax ...

www.linkedin.com › company › monarch-executive-solut... ▾

**Monarch Executive Solutions LLC | LinkedIn**

Jul 4, 2020 - **Monarch** Executive Solutions LLC. Staffing and Recruiting. Las Vegas, **Nevada** 14 followers. A Unique Boutique Executive Search **Firm**.

www.seniorly.com › ... › Nevada › Las Vegas ▾

**Monarch Group Home - Pricing, Photos and Floor Plans in Las ...**

**Monarch** Group Home is licensed in the state of **Nevada** as a "residential facility". What is a Local Senior Living Expert in Las Vegas, **NV**? A senior living expert is a ...

www.facebook.com › ... › Real Estate ▾

**Monarch Property Management & Realty B.1001305llc ...**

**Monarch** Property Management & Realty B.1001305llc - 9205 W Russell Rd suite 240, Las Vegas, **NV** 89148 - Rated 4.5 based on 6 Reviews "Helped us find a... ... Property Management **Company**. Southwestern Management And Realty ...

Rating: 4.5 - 6 votes - Price range: $

monarch-direct.com ▾

**Monarch Direct**

We are a **company** dedicated to making sure that your greeting card experience is stress free. Click Here. Wedding Invitations 2018. We strive to make your ...

monarch-construction.com ▾

Monarch Construction – Choosing Quality Over Expediency ...

Welcome to construction **company**. Lorem ipsum dolor sit amet, consectetur adipiscing elit.
Integer sodales suscipit tellus, ut tristique neque suscipit a. Mauris ...

## Related searches

GM Monarch west

**1** 2 3 4 5 6 7 8 9 10    Next

**Orange County, California** - Based on your past activity - Use precise location - Learn more

Help    Send feedback    Privacy    Terms

BrokerCheck Firm Search Results

We found **1** result

 List View



## SAGEPOINT FINANCIAL, INC.

(**MONARCH** WEALTH & RETIREMENT STRATEGIES...)

**CRD#: 133763/SEC#: 801-64721,8-66771**

6121 LAKESIDE DR. SUITE 128
RENO, NV 89511 (+816)

(B) Brokerage Firm *Regulated by FINRA*

(IA) Investment Adviser Firm

📄 Disclosures ℹ️      Yes

MORE DETAILS >

BrokerCheck Firm Search Results



《  〈     1 of 1 page    〉  》

 Broker

A brokerage firm, also called a broker-dealer, is in the business of buying and selling securities – stocks, bonds, mutual funds, and certain other investment products – on behalf of its customer (as broker), for its own bank (dealer), or both.
Individuals who work for broker-dealers - the sales personnel are commonly referred to as brokers.

(IA) Investment Adviser

An investment adviser is paid for providing advice about securities to clients. In addition, some investment advisers manage investment portfolios and offer financial planning services.
It is common for a financial professional to act as both a broker and an investment adviser. Because of this, we include investment advisers on BrokerCheck, and provide links to the SEC's Investment Adviser Public Disclosure (IAPD) website so you can research further.

(PR) Previously Registered

A Previously Registered broker or brokerage firm is not currently licensed to act as a broker (buying and selling securities on behalf of customers) or as an investment adviser (providing advice about securities to clients). They may still be able to offer other investment-related services if properly licensed to do so. Click here to learn more.

 Disclosures

Disclosures can be customer complaints or arbitrations, regulatory actions, employment terminations, bankruptcy filings and certain civil or criminal proceedings that they were a part of.

Use of the BrokerCheck site is subject to
BrokerCheck Terms of Use

©2020 FINRA, All Rights Reserved

FINRA is a registered trademark of the Financial Industry Regulatory Authority, Inc.

Privacy | Legal

BrokerCheck - Find a broker investment or financial advisor

# Why Use BrokerCheck?



BrokerCheck helps you make informed choices about brokers and brokerage firms-and provides easy access to investment adviser information.



BrokerCheck tells you instantly whether a person or firm is registered, as required by law, to sell securities (stocks, bonds, mutual funds and more), offer investment advice or both.



BrokerCheck gives you a snapshot of a broker's employment history, regulatory actions, and investment-related licensing information, arbitrations and complaints.

**Want more information?**

✔ Browse the list of brokers barred by FINRA.

✔ Check out the new SEC Action Lookup tool for formal actions that the SEC has brought against individuals, including those who are not brokers.

✔ Go to your state securities regulator to do additional research on brokers and investment advisers.
BrokerCheck does not have information regarding civil litigation not involving investments, civil protective orders, criminal matters unless they are felonies, or misdemeanors that are investment-related or involve theft or a "breach of trust." Consider doing an internet search to check for that type of information.

**Who is FINRA?** FINRA is an independent, non-governmental regulator for all securities firms doing business with the public in the United States. We are authorized by Congress to protect

Case 8:20-cv-01852-JVS-KES   Document 6-3   Filed 09/24/20   Page 13 of 13   Page ID #:269

America's investors by making sure the securities industry operates fairly and honestly.

🖵   Learn more about FINRA at **www.finra.org**

# Want to learn more?

ℹ️   **Learn more about BrokerCheck Information**
     and where it comes from

📞   **Need Assistance?**
     Call BrokerCheck Help Line at
     (800) 289-9999, **email** us, or complete our **survey**.

🐦   in

**Privacy**  |  **Legal**

©2020 FINRA, All Rights Reserved

FINRA is a registered trademark of the Financial Industry Regulatory Authority, Inc.