# EXHIBIT 3

**From:** Zach Hegde <zach@ming-global.com>
**Sent:** Tuesday, July 21, 2020 8:27 PM
**To:** Angela Fung; Donna Marie
**Cc:** Peter Lynd
**Subject:** Re: Transaction Receipt

Hi Angela,

Can you please advise on the final account statement
We have completed all transactions and want to discuss this with peter

Thank you
Zach

---

**From:** Angela Fung <accounts@investmentsfirst.com>
**Date:** Tuesday, 21 July 2020 at 12:18 pm
**To:** Donna Marie <donna@merchandeffect.com>
**Cc:** Zach Hegde <zach@ming-global.com>, Peter Lynd <peter.lynd@investmentsfirst.com>
**Subject:** Transaction Receipt

Hi Donna,

The payments from Saturday, July 18th and yesterday, July 20th in regards to Transaction 2020-SH-471248-INV have been received. The funds have been applied to your account and the Transaction Receipt is attached for your reference.

Please be informed that once the payments that were transferred to us today have cleared you will be paid in full for your last trade.

Kind regards,

**Angela Fung**
**Accounts & Settlements Team**

+852 3002 4430

accounts@investmentsfirst.com

28 Hennessy Rd, Wan Chai, Hong Kong

www.investmentsfirst.com



1

*This email and the information it contains is confidential and intended only for the party or parties named. Its contents are not to be disclosed, copied, or used in any way except by the named party or parties. If you are not the named party or parties, please notify us immediately by reply. We do not accept any responsibility for the accuracy or completeness of this message as it has been sent over a public network. If you believe that this message has been intercepted or amended, please inform us immediately.*