# EXHIBIT 9

| | |
|---|---|
| **From:** | Donna Marie <donna@merchandeffect.com> |
| **Sent:** | Tuesday, August 4, 2020 11:15 PM |
| **To:** | Angela Fung |
| **Cc:** | Zach Hegde; Scott Bailey |
| **Subject:** | Re: Trade Confirmations |
| **Attachments:** | BR_2019-2020.pdf; Ming Global Limited DUNS.pdf; NAR1_2019.pdf |

Hello Angela,

Please find the attached BR, CR and D&B Certificate of Ming Global Hong Kong.

Let me know if you need further information.

Regards,
Donna



Donna Malicay
General Manager
M: +852 8197 3159
www.merchandeffect.com

   

On Wed, Aug 5, 2020 at 11:59 AM Donna Marie <donna@merchandeffect.com> wrote:
Hello Angela,

Please find below company and bank details:

**MING GLOBAL LIMITED**
Registered Address:
1206, Eastern Commercial Centre, 397 Hennessy Rd, Wanchai, Hong Kong
Company Number: 1651434
HK Business Registration Number: 58864640

Bank: HSBC HONG KONG
Account Name: Ming Global Limited
Swift Code:     REDACTED
Account Number:     REDACTED

Let me know if you need further information.

Thanks,
Donna



Donna Malicay
General Manager
M: +852 8197 3159
www.merchandeffect.com

  

On Wed, Aug 5, 2020 at 11:29 AM Donna Marie <donna@merchandeffect.com> wrote:
Hello Angela,

Any update please?

Can you please share the transfer receipt?

Thanks,
Donna



Donna Malicay
General Manager
M: +852 8197 3159
www.merchandeffect.com

  

On Tue, Aug 4, 2020 at 12:57 PM Donna Marie <donna@merchandeffect.com> wrote:
Thanks, Angela.

Please do advise once transfer has been made.

Regards,
Donna



Donna Malicay
General Manager
M: +852 8197 3159
www.merchandeffect.com

   

On Tue, Aug 4, 2020 at 12:42 PM Angela Fung <accounts@investmentsfirst.com> wrote:
Hi Donna,

I honestly do not want to confirm whether it's possible for the funds to be repatriated tomorrow, as I am not 100% sure they will. We will notify them that the transfer should be considered urgent and we will instruct the transfer agent to initiate the transfer as a 'same day arrival'.

Once the bank confirms the registered address and the W-8BEN-E has been approved, they will initiate the transaction. I apologise profusely, we should have noticed sooner.

The total cash balance is $26,183,540.00 plus a further $798,000.00 from the refunded de-restriction fee, however we do not anticipate this to be available for another week or so. We have already processed the insurance claim, so it should become available no later than 14th of August.

I will confirm the moment the transaction has been executed.

Kind regards,

**Angela Fung**
**Accounts & Settlements Team**

+852 3002 4430

accounts@investmentsfirst.com

28 Hennessy Rd, Wan Chai, Hong Kong

www.investmentsfirst.com



*This email and the information it contains is confidential and intended only for the party or parties named. Its contents are not to be disclosed, copied, or used in any way except by the named party or parties. If you are not the named party or parties, please notify us immediately by reply. We do not accept any responsibility for the accuracy or completeness of this message as it has been sent over a public network. If you believe that this message has been intercepted or amended, please inform us immediately.*


On 2020-08-04 12:07, Donna Marie wrote:

Hi Angela,

Is it possible to get all the funds tomorrow?

We need the funds by tomorrow as we have outgoings committed.

And can you also please advise the total amount?

Thanks,
Donna

> Donna Malicay
> General Manager
> M: +852 8197 3159
> **www.merchandeffect.com**

On Tue, Aug 4, 2020 at 12:00 PM Angela Fung <accounts@investmentsfirst.com> wrote:

Hi Donna,

Thank you for your immediate response. We will file this right away.

Regards,

**Angela Fung**
**Accounts & Settlements Team**

+852 3002 4430

accounts@investmentsfirst.com

28 Hennessy Rd, Wan Chai, Hong Kong

www.investmentsfirst.com

*This email and the information it contains is confidential and intended only for the party or parties named. Its contents are not to be disclosed, copied, or used in any way except by the named party or parties. If you are not the named party or parties, please notify us immediately by reply. We do not accept any responsibility for the accuracy or completeness of this message as it has been sent over a public network. If you believe that this message has been intercepted or amended, please inform us immediately.*

On 2020-08-04 11:55, Donna Marie wrote:

Hi Angela,

Thanks for sending it through.

Please find the attached updated form.

Regards,
Donna

> Donna Malicay
> General Manager
> M: +852 8197 3159
> **www.merchandeffect.com**

On Tue, Aug 4, 2020 at 11:46 AM Angela Fung <accounts@investmentsfirst.com> wrote:

Hi Donna,

Yes, you are correct. Unfortunately the transfer was blocked by the tax department of the bank as they couldn't confirm Ming Global Ltd registered address. Looking through your W-8BEN-E form, it seems like you have misspelled "Hennessy".

4

Please find attached a new W-8BEN-E form along with the previous one. Kindly remove the "e" from Hennessy. I know it sounds ridiculous but unfortunately when it comes to withholding tax, they are very serious. They believe they are entitled to 30% withholding tax which is absurd.

Please send to me as soon as you can and we can file it this evening with the tax office.

I am very sorry about this Mr. Hegde.

Kind regards,

**Angela Fung**
**Accounts & Settlements Team**

+852 3002 4430

accounts@investmentsfirst.com

28 Hennessy Rd, Wan Chai, Hong Kong

www.investmentsfirst.com

*This email and the information it contains is confidential and intended only for the party or parties named. Its contents are not to be disclosed, copied, or used in any way except by the named party or parties. If you are not the named party or parties, please notify us immediately by reply. We do not accept any responsibility for the accuracy or completeness of this message as it has been sent over a public network. If you believe that this message has been intercepted or amended, please inform us immediately.*

On 2020-08-04 11:27, Donna Marie wrote:

Hello Angela,

Trust you've been well.

Thanks for sending through the trade confirmation but unfortunately we haven't received the funds yet.

Usually it only takes within 24hrs to reflect into our account. Can you please help check the status of the fund transfer?

Appreciate it if you could provide the transaction reference also.

Regards,
Donna

Donna Malicay
General Manager
M: +852 8197 3159
**www.merchandeffect.com**

On Mon, Aug 3, 2020 at 12:06 PM Angela Fung <accounts@investmentsfirst.com> wrote:

> Hi Donna & Mr. Hegde,

Please find attached the Trade Confirmations for Friday, July 31st on behalf of Mr. Bailey. You will find the trades reflected in your online account.

Kind regards,

**Angela Fung**
**Accounts & Settlements Team**

+852 3002 4430

accounts@investmentsfirst.com

28 Hennessy Rd, Wan Chai, Hong Kong

www.investmentsfirst.com

*This email and the information it contains is confidential and intended only for the party or parties named. Its contents are not to be disclosed, copied, or used in any way except by the named party or parties. If you are not the named party or parties, please notify us immediately by reply. We do not accept any responsibility for the accuracy or completeness of this message as it has been sent over a public network. If you believe that this message has been intercepted or amended, please inform us immediately.*