# EXHIBIT 17

WORKFLOW: 27/08/2020                    21:49:50   REDACTED -MINGGLOBALLIMITED


        SWIFT MT199: Y

        Delivery Status: Complete
        Priority: Urgent

        Input:      REDACTED / SWIFT Message
        Sender:     Monarch Holdings Inc / Bank of America Corporation
        Receiver:      REDACTED  First Eastern Investments Ltd (OFFSHORE)
        A/R:        ACCEPTED

TEMP VIEW:
        : 21      : FIRSTEASTINV-  REDACTED
        : 33b     : UNITED STATES DOLLAR
        : 33d     : 27326613.30USD
        : 53a     : BANK OF AMERICA CORPORATION NEW YORK CITY
        : 54a     : MING GLOBAL LIMITED HSBC HONG KONG
        : 59a     : MING GLOBAL LIMITED
                  :    REDACTED
                  :    REDACTED
        : 71a     : REMITTING PARTY
        : 79      : ATTN: COMPLIANCE / SIMON NEWTON

        YOUR MT103 REQUEST REFERS:


            WE ARE WAITING FOR THE EXACT DATE TO BE CONFIRMED WITH OUR OUTGOING
            TRANSFER DEPARTMENT. TAKE NOTE THAT PREVIOUS COMPLIANCE IRREGULARITIES
            HAVE BEEN A FACTOR IN TIME DELAY.

            ADVISE CLIENT THAT ACCOUNT IS CONFIRMED TO BE AML CERTIFIED.

            FUNDS TO BE PAID TO ABOVE ACCOUNT WILL BE EXECUTED VIA SWIFT TELEX
            TRANSFER.

            FURTHER WE CONFIRM THAT WE HAVE STILL YET TO RECEIVE ADDITIONAL
            NOTIFICATIONS OF REGULATORY INCIDENT REGARDING THE BENEFICIARY. WE WILL
            EXERCISE OUR COMPLIANCE RIGHT WHEN INITIATING REMITTANCE TO BENEFICIARY.

            ADVISE TO AWAIT SWIFT RECEIPT ONCE VALUE DATE CONFIRMED.

            RGDS

        END OF MESSAGE

        NITA:    REDACTED
        PUK: SWIFT Interbank Message
        Category: REDAC FF VIA CATS / SWIFT
        Created: 21:49:50 27/08/2020
        Application:  CATS  SWIFT  MESSAGE  SYSTEM
        User: SWIFT


        No Text Needed

```
FOR INTERNAL NETWORK PRINTING PRESS 1 RETURN
TO ACCOUNT MANAGEMENT PRESS 2

PRINT REFERENCE: 00003348438-SIMON.NEWTON
PAGE 2 OF 2 ONLY
```

```
FOR INTERNAL NETWORK PRINTING PRESS 1 RETURN
TO ACCOUNT MANAGEMENT PRESS 2

PRINT REFERENCE: 00003348438-SIMON.NEWTON
PAGE 2 OF 2 ONLY
```