# EXHIBIT 18

| | |
|---|---|
| **From:** | Zach Hegde <zach@ming-global.com> |
| **Sent:** | Monday, August 31, 2020 9:51 PM |
| **To:** | Scott Bailey |
| **Cc:** | victor.chu@investmentsfirst.com; Donna Marie |
| **Subject:** | Re: Contact |
| **Attachments:** | Ming Global Letter of Guarantee[1][6].pdf |

Hi Scott.

I feel that you are the only voice of your business I can understand.

-Peter Lynd is MIA
-Graham Cowell- I have no idea what he is trying to say as we can't get any clarity from him.
-Simon, No idea what he does.

Scott, at this stage having no visibility or clarity is making lots of my investors nervous, including me. And as we all know nervous people are not good.

The issue would have calmed down if we knew exactly what was going on and had transparency & visibility in paper work, but each time we hear its the "IRS, it's "BOFA", its trump etc which leaves us confused and nervous.

All we now ask for is to execute our Guarantee letter and ensure he funds are in our account within 2 business days as promised. Not much to ask for.

I was told by Graham he had a meeting with Mr Vitor Chu this morning at 10:30 Am HK time to finalise my guarantee letter and get me the funds back- I do hope that its proceeding as I know that he is not in the office yet.

Will await your update today

Zach

---

**From:** Scott Bailey <scott.bailey@investmentsfirst.com>
**Date:** Tuesday, 1 September 2020 at 12:21 pm
**To:** Zach Hegde <zach@ming-global.com>
**Subject:** Contact

Hi Zach,

I know you have requested for someone to contact you which I will gladly do so.

1

However, I am just tied up for a couple of hours. I am expected to have a meeting with Mr. Cowell at 15:00pm HK time. Following our meeting, I will call you with haste.

Yours,

**Scott Bailey**
**Head of Private Accounts**

+852 3002 4430

scott.bailey@investmentsfirst.com

28 Hennessy Rd, Wan Chai, Hong Kong

www.investmentsfirst.com



*This email and the information it contains is confidential and intended only for the party or parties named. Its contents are not to be disclosed, copied, or used in any way except by the named party or parties. If you are not the named party or parties, please notify us immediately by reply. We do not accept any responsibility for the accuracy or completeness of this message as it has been sent over a public network. If you believe that this message has been intercepted or amended, please inform us immediately.*