# EXHIBIT 19



28 Hennessy Road
Hong Kong
S.A.R.
China

**02/09/2020**

**Client: Ming Global Limited**

**Representative: Mr Scott Bailey**

---

Dear Ming Global Limited and Partners,

I am writing today to inform you I have attempted to use my connections to assist my team in the release of your funds which are held in a non-interest-bearing account, currently controlled by the tax office which is a government intermediary account.

I am afraid that I was unsuccessful in completing this task as the IRS believes there is a 30% withholding tax associated with the Ming Global Limited trading account. This is of course absurd.

My proposal to Mr. Bailey is what we call a '20 day trading cycle', which ultimately is an execution of 4 trades over the 20 day period. My advice is that we purchase the previously traded shares on the account, thus showing the regulators that we are in fact using the account to "trade". The willingness to trade will not only provide enough proof that we are actively trading but also enough time for us to confirm your tax exemption status.

As Chairman & CEO of First Eastern Investments Ltd, please take this letter as assurance that my team are doing everything within their power and upon successful completion of the 20 day trading cycle, we will be in position to start the transactions back to your nominated account.

Not only do I appreciate your custom, but I do not take lightly you could have chosen thousands of other advisory firms to do business with, but you decided to trade with us. Thank you.

Sincerely,

Victor Chu

Chairman & CEO

*First Eastern Investments – A Trading Name of First Eastern Ltd.*
*Balanced Wealth Management Through Genuine Experience*

*Company License & Registration*
*0208289*