# EXHIBIT 21

**From:** Donna Marie <donna@merchandeffect.com>
**Sent:** Tuesday, September 8, 2020 11:09 PM
**To:** Angela Fung; scott.bailey@investmentsfirst.com
**Cc:** Zach Hegde
**Subject:** Re: Account Statement

Hi Angela & Scott,

Any update on Mr. Hegde statement please?

I have been waiting for it for about 2 days now.

Really need the official and updated statement to reconcile our accounts.

Thank you,
Donna

On Tue, 8 Sep 2020, 17:52 Donna Marie, <donna@merchandeffect.com> wrote:
> Hi Angela,
>
> Any update on Mr. Sharath Kumar Hegde account statement?
>
> Can you please send it over?
>
> Thanks,
> Donna
>
> 
>
> Donna Malicay
> General Manager
> M: +852 8197 3159
> www.merchandeffect.com
>
>    

On Mon, Sep 7, 2020 at 2:22 PM Donna Marie <donna@merchandeffect.com> wrote:
> Hi Angela,
>
> Thanks for the clarification.
>
> We'll look forward to your update soon.
>
> Regards,
> Donna



Donna Malicay
General Manager
M: +852 8197 3159
www.merchandeffect.com

  

On Mon, Sep 7, 2020 at 1:16 PM Angela Fung <accounts@investmentsfirst.com> wrote:

Hi Donna.

Yes it was uneventful but nice thank you.

I have been informed the de-restriction refund has been halted until we satisfy the bank regulators which is why we will be executing several trades over the next 2 weeks or so.

Yes correct, the AML funds are held in a bond and will be returned no later than the 25th September but let me get more clarify on this and follow up for you.

Regards,

**Angela Fung**
**Accounts & Settlements Team**

+852 3002 4430

accounts@investmentsfirst.com

28 Hennessy Rd, Wan Chai, Hong Kong

www.investmentsfirst.com



*This email and the information it contains is confidential and intended only for the party or parties named. Its contents are not to be disclosed, copied, or used in any way except by the named party or parties. If you are not the named party or parties, please notify us immediately by reply. We do not accept any responsibility for the accuracy or completeness of this message as it has been sent over a public network. If you believe that this message has been intercepted or amended, please inform us immediately.*

On 2020-09-07 12:50, Donna Marie wrote:

Hi Angela,

Trust you had a great weekend.

Thanks for sending through the statement but I would like to clarify with regards to the de restriction fee we paid as per Scott's email confirmation last 29th July the amount should be refunded within 14 days. May I know when this can be done?

Another thing is the AML certification fee - as per Graham this amount was held in bond in an escrow account and will be fully refunded to us also. Can you please confirm and advise when will it be refunded?

Thank you,
Donna



**Donna Malicay**
General Manager
M: +852 8197 3159
**www.merchandeffect.com**

On Mon, Sep 7, 2020 at 11:18 AM Angela Fung <accounts@investmentsfirst.com> wrote:

Dear Mr. Hegde & Donna,

Please find attached the Ming Global Limited account statement from 06/08/2020 - 07/09/2020.

I hope this satisfies your investors. Once again we apologise profusely about the delay.

Please note, we still have not got confirmation from our compliance department to release the Sharath Kumar Hegde account statement. We are hoping it will be today, I will forward it the moment we get approval.

Regards,

**Angela Fung**
**Accounts & Settlements Team**

+852 3002 4430

accounts@investmentsfirst.com

28 Hennessy Rd, Wan Chai, Hong Kong

www.investmentsfirst.com

*This email and the information it contains is confidential and intended only for the party or parties named. Its contents are not to be disclosed, copied, or used in any way except by the named party or parties. If you are not the named party or parties, please notify us immediately by reply. We do not accept any responsibility for the accuracy or completeness of this message as it has been sent over a public network. If you believe that this message has been intercepted or amended, please inform us immediately.*