# EXHIBIT 28

4607909



| Secretary of State<br>Statement and Designation by<br>Foreign Corporation | S&DC-S/N |
|---|---|

**FILED**
Secretary of State
State of California

JUN 18 2020   CHT

This Space For Office Use Only

**IMPORTANT** — Read Instructions before completing this form.

Must be submitted with a current **Certificate of Good Standing** issued by the government agency where the corporation was formed. See Instructions.

**Filing Fee** — $100.00 (for a foreign stock corporation) or
$30.00 (for a foreign nonprofit corporation)

**Copy Fees** — First page $1.00; each attachment page $0.50;
Certification Fee - $5.00

*Note:* Corporations may have to pay minimum $800 tax to the California Franchise Tax Board each year. For more information, go to www.ftb.ca.gov.

**1. Corporate Name** (Go to www.sos.ca.gov/business/be/name-availability for general corporate name requirements and restrictions.)

Monarch Holdings Inc. Which Will Do Business in California As Monarch Internation Inc.

**2. Jurisdiction** (State, foreign country or place where this corporation is formed - must match the Certificate of Good Standing provided.)

Nevada

**3. Business Addresses** (Enter the complete business addresses. Items 3a and 3b cannot be a P.O. Box or "in care of" an individual or entity.)

| | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| a. Initial Street Address of Principal Executive Office - Do not enter a P.O. Box<br>1625 N. El Camino Real, Unit B | San Clemente | CA | 92672 |
| b. Street Address of Principal Office in California, if any - Do not enter a P.O. Box<br>1625 N. El Camino Real, Unit B | San Clemente | CA | 92672 |
| c. Mailing Address of Principal Executive Office, if different than item 3a | | | |

**4. Service of Process** (Must provide either Individual OR Corporation.)

INDIVIDUAL – Complete Items 4a and 4b only. Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is not a corporation) | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Veronica | | So | |
| b. Street Address (if agent is not a corporation) - Do not enter a P.O. Box | City (no abbreviations) | State | Zip Code |
| 1625 N. El Camino Real, Unit B | San Clemente | CA | 92672 |

CORPORATION – Complete Item 4c. Only include the name of the registered agent Corporation.

c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 4a or 4b

**5. Read and Sign Below** (See Instructions. Office or title not required.)

I am a corporate officer and am authorized to sign on behalf of the foreign corporation.

*Veronica So*
Signature

Veronica So
Type or Print Name

S&DC-S/N (REV 06/2019)

2019 California Secretary of State
bizfile.sos.ca.gov

Scanned with CamScanner

4607909





# CERTIFICATE OF EXISTENCE
# WITH STATUS IN GOOD STANDING

I, Barbara K. Cegavske, the duly qualified and elected Nevada Secretary of State, do hereby certify that I am, by the laws of said State, the custodian of the records relating to filings by corporations, non-profit corporations, corporations sole, limited-liability companies, limited partnerships, limited-liability partnerships and business trusts pursuant to Title 7 of the Nevada Revised Statutes which are either presently in a status of good standing or were in good standing for a time period subsequent of 1976 and am the proper officer to execute this certificate.

I further certify that the records of the Nevada Secretary of State, at the date of this certificate, evidence, **MONARCH HOLDINGS INC.**, as a DOMESTIC CORPORATION (78) duly organized under the laws of Nevada and existing under and by virtue of the laws of the State of Nevada since 03/25/2019, and is in good standing in this state.



IN WITNESS WHEREOF, I have hereunto set my hand and affixed the Great Seal of State, at my office on 06/12/2020.

*Barbara K. Cegavske*

BARBARA K. CEGAVSKE
Secretary of State

Certificate Number: B20200612855754
You may verify this certificate
online at http://www.nvsos.gov