# EXHIBIT 29

# California Secretary of State
## Electronic Filing



# Corporation - Statement of Information

| | |
|---:|:---|
| Entity Name: | MONARCH HOLDINGS INC. WHICH WILL DO BUSINESS IN CALIFORNIA AS MONARCH INTERNATION INC. |
| Entity (File) Number: | C4607909 |
| File Date: | 08/05/2020 |
| Entity Type: | Corporation |
| Jurisdiction: | NEVADA |
| Document ID: | GH54480 |

**Detailed Filing Information**

1. Entity Name: MONARCH HOLDINGS INC. WHICH WILL DO BUSINESS IN CALIFORNIA AS MONARCH INTERNATION INC.

2. Business Addresses:
   a. Street Address of Principal Office in California:
      1625 N. El Camino Real, Unit B
      San Clemente, California 92672
      United States of America

   b. Mailing Address:
      1625 N. El Camino Real, Unit B
      San Clemente, California 92672
      United States of America

   c. Street Address of Principal Executive Office:
      1625 N. El Camino Real, Unit B
      San Clemente, California 92672
      United States of America

3. Officers:
   a. Chief Executive Officer:
      Veronica So
      1625 N. El Camino Real, Unit B
      San Clemente, California 92672
      United States of America

   b. Secretary:
      Veronica So
      1625 N. El Camino Real, Unit B
      San Clemente, California 92672
      United States of America

Use bizfile.sos.ca.gov for online filings, searches, business records, and resources.

Document ID: GH54480

**California Secretary of State**
Electronic Filing

Officers (cont'd):

    c.  Chief Financial Officer:

Veronica So
1625 N. El Camino Real, Unit B
San Clemente, California 92672
United States of America

4. Director: Not Applicable

Number of Vacancies on the Board of Directors: Not Applicable

5. Agent for Service of Process:

Veronica So
1625 N. El Camino Real, Unit B
San Clemente, California 92672
United States of America

6. Type of Business: Investment

By signing this document, I certify that the information is true and correct and that I am authorized by California law to sign.

Electronic Signature:   Veronica So

Use bizfile.sos.ca.gov for online filings, searches, business records, and resources.

Document ID: GH54480