# EXHIBIT 30



1625 n. el camino real, unit b, san clemente, california 92672 - Google Search

About 24,100 results (0.64 seconds)

Explicit results filtered with SafeSearch. Learn more Undo

**1625 N El Camino Real unit b**
San Clemente, CA 92672

www.mapquest.com › san-clemente › 92672-4964 › 162...
### 1625 N El Camino Real - San Clemente CA - MapQuest
View detailed information and reviews for **1625 N El Camino Real** in **San Clemente, California** and get driving directions with road conditions and live traffic ...
Missing: b, california

www.redfin.com › San-Clemente › unit-25 › home ▾
### 1520 N El Camino Real #25, San Clemente, CA 92672 | MLS ...
1520 **N El Camino Real** #25, **San Clemente**, CA **92672** · $799000 · MLS# OC20107023 ... deck for relaxation, entertaining and basking in the Southern **California** sunshine. ... 416 Avenida Santa Barbara, **Unit B**, **San Clemente**, CA **92672**.
$799,000.00 - In stock
Missing: 1625 | Must include: 1625

www.redfin.com › San-Clemente › unit-14 › home ▾
### 1520 N El Camino Real #14, San Clemente, CA 92672 | MLS ...
Aug 20, 2020 - B. SOLD AUG 28, 2020. $922,500. 1520 **N El Camino Real** #20 **San Clemente**, CA **92672**. 2 ... 416 Avenida Santa Barbara **Unit B San Clemente**, CA **92672** ... **El Camino Real** Apartment 14, **San Clemente**, **California 92672**.
$739,000.00
Missing: 1625 | Must include: 1625

www.apartments.com › ... › California › San Clemente ▾
### 2707 S El Camino Real Unit B, San Clemente, CA 92672 ...
**San Clemente** is the perfect beachside residential area on the **California** coast. Midway between Los Angeles and San Diego, **San Clemente** has the best of both ...
Missing: 1625 n.

www.apartments.com › California › San Clemente ▾
### 3205 S El Camino Real Unit B, San Clemente, CA 92672 ...
See Apartment **B** for rent at 3205 S **El Camino Real** in **San Clemente**, CA from ... **San Clemente** is the perfect beachside residential area on the **California** coast.
Missing: 1625 n.

www.trulia.com › CA › San Clemente › 92672 ▾

### 2501 S El Camino Real #310 San Clemente, CA 92672 - Trulia

2501 S **El Camino Real** #310, **San Clemente**, CA **92672** is a 1564 sqft, 3 bed, 2 bath ... One of only 18 3-bedroom **units** in the 60-**unit** Ocean Fairways building, this is a ... Great vibe and this is what **california** is about!! ... Town is more mon **n** pop than most and has a kicked back vibe. ... 210 Avenida Victoria #**B** ... **$1,625**/mo.

www.realtor.com › ... › San Clemente › El Camino Real ▾

### 808 N El Camino Real # B, San Clemente, CA 92672 - realtor ...

View 14 photos for 808 **N El Camino Real** # **B**, **San Clemente**, CA **92672** a 1 bed, 1 bath, 650 Sq. Ft. condos built in .
Missing: 1625 | Must include: 1625

www.realtor.com › ... › San Clemente › Avenida Califia ▾

### 210 Avenida Califia Apt B, San Clemente, CA 92672 - realtor ...

View 29 photos for 210 Avenida Califia Apt **B**, **San Clemente**, CA **92672** a 6 bed, 4 bath, ... the bottom 2bdr/1ba **unit** has a peek view of the ocean but views of **San Clemente** State Park. ... 9, **San Clemente** High School, 9–12, 2.4 **mi** ... other **San Clemente** property records, **California** public records, and other vital **real** estate ...

www.zillow.com › ... › San Clemente › 92672 › 92672 ▾

### 3405 S El Camino Real APT B, San Clemente, CA 92672 ...

Newly remodeled, this property is very close to one of the most famous surf spot in all of **California**, **San** Onofre/Trestles Beach. In fact it is within walking distance ...
Missing: 1625 n.

www.loopnet.com › ... › California › San Clemente ▾

### 1445 N El Camino Real, San Clemente, CA 92672 - LoopNet

Jul 6, 2020 - 1445 **N El Camino Real**, **San Clemente**, CA **92672**. ... It is also in one of the **California** designated Opportunity Zones that may be eligible for ... The subject property is a two-story Seven (7) **Unit** Apartment building consisting of ...
Missing: 1625 b,

### Related searches

| | |
|---|---|
| San Clemente Apartments for rent | 2 Bedrooms for rent San Clemente |
| For rent San Clemente | San Clemente Apartments for rent - craigslist |
| Studio Apartments for rent near San Clemente, CA | |

1  2  3  4  5  6  7  8  9  10    Next

Orange County, California - Based on your past activity - Use precise location - Learn more

Help   Send feedback   Privacy   Terms



1623 N El Camino Real

Image capture: Jun 2016   © 2020 Google

San Clemente, California

Google

Street View