# EXHIBIT 32

33 mistral aliso viejo ca

All  Maps  Images  Shopping  News  More  Settings  Tools

About 9,290 results (0.46 seconds)

www.redfin.com › CA › 33-Mistral-92656 › home
### 33 MISTRAL, Aliso Viejo, CA 92656 | MLS# S417473 | Redfin
2 beds, 1260 sq. ft. condo located at **33 MISTRAL, Aliso Viejo, CA** 92656 sold for $467500 on Dec 9, 2005. MLS# S417473. PRICE TO SELL!! WILL NOT LAST ...
$524,944.00



**33 Mistral**
Aliso Viejo, CA 92656
DIRECTIONS

www.realtor.com › ... › Aliso Viejo › Mistral
### 33 Mistral, Aliso Viejo, CA 92656 - realtor.com®
Feb 15, 2020 - View 1 photos for **33 Mistral, Aliso Viejo, CA** 92656 a 2 bed, 3 bath, 1291 Sq. Ft. condo/townhome/row home/co-op built in 1994 that sold on ...

www.trulia.com › CA › Aliso Viejo › 92656
### 33 Mistral, Aliso Viejo, CA - 2 Bed, 2 Bath Condo | Trulia
**33 Mistral, Aliso Viejo, CA** 92656 is a 1291 sqft, 2 bed, 2 bath home sold in 2005. See the estimate, review home details, and search for homes nearby.

monarchholdingsinc.com
### Monarch Holdings Inc.
We're here to help. Contact Info. **33 Mistral. Aliso Viejo, CA** 92656. USA.

www.peoplesearchnow.com › address › 33-mistral_aliso-...
### 33 Mistral, Aliso Viejo, CA - People Search Now
35 Results - Discover detailed information about the property at **33 Mistral, Aliso Viejo, CA.** Start your search today at peoplesearchnow.com.

www.zillow.com › ... › Aliso Viejo › 92656 › 92656
### 27 Mistral, Aliso Viejo, CA 92656 | Zillow
27 **Mistral, Aliso Viejo, CA** is a condo home that contains 1,291 sq ft and was built in 1994. It contains 2 bedrooms and 2.5 bathrooms. This home last sold for ...

www.zillow.com › ... › Aliso Viejo › 92656 › 92656
### 31 Mistral, Aliso Viejo, CA 92656 | Zillow



33 mistral aliso viejo ca

www.realtytrac.com › ... › Aliso Viejo › 92656 ▼

### House Prices at Mistral, Aliso Viejo, CA, 92656 | RealtyTrac

Search for **Mistral** house prices in **Aliso Viejo**, **CA**, get detailed real estate information on comparable home values, nearby schools, building permits and more.

Images for 33 mistral aliso viejo ca

southwind aliso | pmz | indigo pl | mission viejo | laguna hills | windridge aliso



Report images

View all

www.beenverified.com › ... › CA › Aliso Viejo ▼

### Mistral, Aliso Viejo, CA 92656 - Who lives on this street ...

Find out who owns property on **Mistral** in **Aliso Viejo, California**. ... **33 Mistral Aliso Viejo, CA** 92656. Year Built: 1994; Property Tax: $4.3K per year; Market Value: ...

1 2 3 4 5 6 7 8 9 10 Next

**Orange County, California** - Based on your past activity - Use precise location - Learn more

Help    Send feedback    Privacy    Terms



Image capture: Oct 2011 © 2020 Google

Aliso Viejo, California

 Google

Street View

