# EXHIBIT 2

Portfolio Account Activity Cash Sharath Hegde

16-Jul-2020

## Royalty Pharma Plc (RPRX)

BUY

BUY 200000 SHARES @ $ 19.00 ($ 3,800,000.00)
CURRENT MARKET PRICE @ $ 41.60 ($ 8,320,000.00)

24-Jun-2020

## Royalty Pharma Plc (RPRX)

BUY

BUY 300000 SHARES @ $ 19.00 ($ 5,700,000.00)
CURRENT MARKET PRICE @ $ 41.60 ($ 12,480,000.00)

24-Jun-2020

## Novavax, Inc. (NVAX)

SELL

SELL 205 SHARES @ $ 77.50 ($ 15,569.75)
CURRENT MARKET PRICE @ $ 105.08 ($ 21,541.40)

24-Jun-2020

## BioNTech SE (BNTX)

SELL

SELL 208 SHARES @ $ 54.22 ($ 11,052.20)
CURRENT MARKET PRICE @ $ 57.81 ($ 12,024.48)

24-Jun-2020

## The Boeing Co. (BA)

SELL

SELL 300 SHARES @ $ 184.39 ($ 54,210.66)
CURRENT MARKET PRICE @ $ 172.10 ($ 51,630.00)

24-Jun-2020

## Anheuser-Busch InBev SA/NV (BUD)

SELL

SELL 1025 SHARES @ $ 50.54 ($ 50,767.43)
CURRENT MARKET PRICE @ $ 57.62 ($ 59,060.50)

24-Jun-2020

## BP Plc (BP)

SELL

SELL 2080 SHARES @ $ 23.73 ($ 48,371.23)
CURRENT MARKET PRICE @ $ 20.77 ($ 43,201.60)

24-Jun-2020

## United Airlines Holdings, Inc. (UAL)

SELL

SELL 1525 SHARES @ $ 34.85 ($ 52,083.32)
CURRENT MARKET PRICE @ $ 36.01 ($ 54,915.25)

22-Jun-2020

## Royalty Pharma Plc (RPRX)

SELL

SELL 100000 SHARES @ $ 50.39 ($ 4,837,440.00)
CURRENT MARKET PRICE @ $ 41.60 ($ 4,160,000.00)

