# EXHIBIT 4

| | |
|---|---|
| **From:** | Zach Hegde <zach@ming-global.com> |
| **Sent:** | Friday, August 21, 2020 1:03 AM |
| **To:** | Scott Bailey |
| **Subject:** | Re: Fee Confirmation & Remittance Instructions |

HI Scott-

Could we please have a quick chat

Zach

---

**From:** Scott Bailey <scott.bailey@investmentsfirst.com>
**Date:** Wednesday, 29 July 2020 at 4:00 pm
**To:** Donna Marie <donna@merchandeffect.com>
**Cc:** Zach Hegde <zach@ming-global.com>
**Subject:** Re: Fee Confirmation & Remittance Instructions

Hello Donna,

Lovely to meet you.

I have just got off the phone with Zach, he has informed me you will be making the 2 transfer today. If you could kindly forward the receipts as soon as you have them, I can then track the payments.

In answer to your query, yes you are absolutely correct. It will be refunded within 10-14 days so I can confirm that.

I hope you are well and staying healthy.

Yours,

**Scott Bailey**
**Head of Private Accounts**

+852 3002 4430

scott.bailey@investmentsfirst.com

28 Hennessy Rd, Wan Chai, Hong Kong

www.investmentsfirst.com

1



This email and the information it contains is confidential and intended only for the party or parties named. Its contents are not to be disclosed, copied, or used in any way except by the named party or parties. If you are not the named party or parties, please notify us immediately by reply. We do not accept any responsibility for the accuracy or completeness of this message as it has been sent over a public network. If you believe that this message has been intercepted or amended, please inform us immediately.

On 2020-07-29 13:39, Donna Marie wrote:

Hello Scott,

Nice to virtually meet you.

I'm Donna of Ming Global Hong Kong and I work with Zach.

I have been advised that the money will be refunded in 14 days - can you please confirm that?

Thanks,
Donna



**Donna Malicay**
General Manager
M: +852 8197 3159
**www.merchandeffect.com**

On Wed, Jul 29, 2020 at 1:10 PM Angela Fung <accounts@investmentsfirst.com> wrote:

Hi Donna & Mr. Hegde,

Please find attached the fee confirmation & remittance instructions on behalf of Mr. Bailey.

You Payment Reference: 2020-SH-471253-INV is unique to you and your account.

Please make the payment in two separate transfers. The first transfer for US $475,000.00 and the second transfer for US $323,000.00.  Both transfers will be going to Bank of America only.

When making the payments please only use the Payment Reference in any of the fields asking for description or reason for transfer so that we can match the payment to your account.

Please send a copy of the transfer receipt once the payment has been made.

Kind regards,

**Angela Fung**
**Accounts & Settlements Team**

+852 3002 4430

accounts@investmentsfirst.com

28 Hennessy Rd, Wan Chai, Hong Kong

www.investmentsfirst.com



*This email and the information it contains is confidential and intended only for the party or parties named. Its contents are not to be disclosed, copied, or used in any way except by the named party or parties. If you are not the named party or parties, please notify us immediately by reply. We do not accept any responsibility for the accuracy or completeness of this message as it has been sent over a public network. If you believe that this message has been intercepted or amended, please inform us immediately.*