# EXHIBIT 6

**Wealth Management Office**
28 Hennessy Road,
Wan Chai, Hong Kong
S.A.R. China

**On The Web:** www.investmentsfirst.com
**Email Inquiries:** info@investmentsfirst.com



**Our Reference:** RCP-SHAHEG-18

**Account Representative:** Peter Lynd

Ming Global Limited
1206 Eastern Commercial Centre,
397 Hennessey Road
Wan Chai, Hong Kong

# TRANSACTION RECEIPT

## TRANSACTION OVERVIEW:

| | |
|---|---|
| Transaction Reference: | 2020-SH-471253-INV |
| Transaction Type: | Individual |
| Description: | Legend / Restriction Removal |
| Commission Rate: | N/A |
| Total Transaction Value: | $798,000.00 |

## RECEIPT INFORMATION:

| | |
|---|---|
| Amount Credited To Account: | $798,000.00 |
| Date Credited: | July 30, 2020 |

## ACCOUNT CREDIT CONFIRMATION:



30/07/20

*If you have any questions or believe that the above information is incorrect please consult your*
*Account Representative immediately.*

*Thank you for your business. We look forward to working with you and helping you to achieve*
*your investment objectives.*

*First Eastern Investments – A Trading Name of First Eastern Ltd.*
*Balanced Wealth Management Through Genuine Experience*

**Company License & Registration**
*0208289*