# EXHIBIT 7



☐ Check the box if no longer subject to Section 16, Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

(Print or Type Response)

## C.A.T.S. REGISTRAR DATABASE 42K

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | REDACT |
| Expires: | June 1, 2021 |
| Estimated average burden hours per response | 0.5 |

| 1. Name and Address of Reporting Person / Business | 2. Security Name / Trading Symbol / CUSIP | 5. Relationship of Reporting Person(s) to Issuer (Check all that apply) |
|---|---|---|
| **Ming Global Limited** (Last) (First) (Middle) **Hegde Sharath Kumar** **1206 Eastern Commercial Centre** **397 Hennessy Road, Wan Chai, Hong Kong, ROC** (Registered Address) | **Royalty Pharma plc / NASDAQ:RPRX / G7709Q104** | ___ Director     ___ 10% Owner ___ Officer (give title below)   _X_ Other (Specify below) __PREFERRED SHAREHOLDER__ |
| | 3. Date of Reported Security Restriction Removal **Jul 29 2020** | 4. If Amendment, Date Original Filed(Month/Day/Year) **N/A** | 6. Individual or Joint/Group Filing (Mark Applicable Line) _X_ Form filed by one reporting person ___ Form filed by More than one reporting person |

### Table I - Non-Derivative Securities Acquired / Disposed Of / Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date | 2A. Deemed Execution Date | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) / Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s). (Instr. 3, 4 and 5) | 6. Ownership Form: Direct (D) or Indirect (I). (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (if applicable). |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A)/(D) | Price | | | |
| Royalty Pharma plc / NASDAQ:RPRX 2020 - SH - 471232 - INV | 06/16/2020 | 06/16/2020 | D | X | 100,000 | A | $19,00 | FULL | D | REG. 144 |
| Royalty Pharma plc / NASDAQ:RPRX 2020 - SH - 471232 - INV | 06/22/2020 | 06/22/2020 | D | X | 100,000 | D | $50,39 | FULL | D | REG. 144 |
| Royalty Pharma plc / NASDAQ:RPRX 2020 - SH - 471243 - INV | 06/24/2020 | 06/24/2020 | D | X | 300,000 | A | $19,00 | FULL | D | REG. 144 |
| Royalty Pharma plc / NASDAQ:RPRX 2020 - SH - 471248 - INV | 07/16/2020 | 07/16/2020 | D | X | 200,000 | A | $19,00 | FULL | D | REG. 144 |

*Disposed under Regulation S R/144. De-Restriction @ $1.33 PPS Through Monarch Holdings, Inc. Total: (600,000 Shares x De-Restrictions = $798,000.00)

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.
If the form is filed by more than one reporting person, see instruction 4(b)(v). File three copies of this form. One of which must be manually signed by beneficial owner

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations. For information consult 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Signature of Beneficial Owner       Signature of CATS Representative       30/07/2020   30/07/20   Date Filed