# EXHIBIT 8

| | |
|---|---|
| **From:** | Donna Marie <donna@merchandeffect.com> |
| **Sent:** | Friday, July 31, 2020 4:41 AM |
| **To:** | Angela Fung |
| **Cc:** | Zach Hegde; Scott Bailey |
| **Subject:** | Re: Trade Confirmations |
| **Attachments:** | 3b836025.png |

Hi Angela,

Thanks for the update.

I'll check and monitor - will keep you posted as soon as the funds reflects to our account.

Have a good weekend ahead.

Cheers,
Donna

On Fri, 31 Jul 2020, 10:58 Angela Fung, <accounts@investmentsfirst.com> wrote:

> Hi Donna & Mr. Hegde,
>
> Please find attached the Trade Confirmations for Thursday, July 30th on behalf of Mr. Bailey. You will find the trades reflected in your online account.
>
> Kindly note, the available cash is now $19,736,940.00.
>
> As agreed with Mr. Hegde, our transfer agent will initiate the transaction at their earliest convenience, however please understand it will be New York morning time. I will have my assistant forward the transaction receipts the moment we receive them. Donna, could you confirm receipt of the funds as soon as possible please?
>
> Have a wonderful weekend.
>
> Kind regards,
>
> **Angela Fung**
> **Accounts & Settlements Team**
>
> +852 3002 4430
>
> accounts@investmentsfirst.com
>
> 28 Hennessy Rd, Wan Chai, Hong Kong
>
> www.investmentsfirst.com

1

*This email and the information it contains is confidential and intended only for the party or parties named. Its contents are not to be disclosed, copied, or used in any way except by the named party or parties. If you are not the named party or parties, please notify us immediately by reply. We do not accept any responsibility for the accuracy or completeness of this message as it has been sent over a public network. If you believe that this message has been intercepted or amended, please inform us immediately.*

2