# EXHIBIT 10

| | |
|---|---|
| **From:** | Zach Hegde <zach@ming-global.com> |
| **Sent:** | Monday, August 10, 2020 9:24 PM |
| **To:** | Donna Marie; Angela Fung |
| **Cc:** | Scott Bailey |
| **Subject:** | Re: URGENT - Margin Rejection - First Eastern Investments Ltd |

HI Angela

DO you have the CATS ? also can you pls send us the transfer instruction

We will be penalised by our investors and will have to pass on the penalty to your firm if we do not get the complete funds today.

This is SUPER URGENT & critical please

Thank you
Zach

---

**From:** Donna Marie <donna@merchandeffect.com>
**Date:** Tuesday, 11 August 2020 at 12:17 pm
**To:** Angela Fung <accounts@investmentsfirst.com>
**Cc:** Zach Hegde <zach@ming-global.com>, Scott Bailey <scott.bailey@investmentsfirst.com>
**Subject:** Re: URGENT - Margin Rejection - First Eastern Investments Ltd

Hello Angela,

I'm going to process the transfer today - can you please send again the transfer instructions?

And as per your previous email the funds now is already in Singapore intermediary bank - could you please send us the copy of the remittance advice urgently?

Thank you,
Donna

On Tue, 11 Aug 2020, 09:53 Angela Fung, <accounts@investmentsfirst.com> wrote:

> Dear Mr. Hegde,
>
> Yes sir, as soon as we have proof that the remaining balance has been transferred to the Monarch Holdings Ltd account, the Singapore branch can release the payment to Hong Kong.
>
> I have just requested the documents for you.
>
> Kind regards,
>
> **Angela Fung**
> **Accounts & Settlements Team**

+852 3002 4430

accounts@investmentsfirst.com

28 Hennessy Rd, Wan Chai, Hong Kong

www.investmentsfirst.com



*This email and the information it contains is confidential and intended only for the party or parties named. Its contents are not to be disclosed, copied, or used in any way except by the named party or parties. If you are not the named party or parties, please notify us immediately by reply. We do not accept any responsibility for the accuracy or completeness of this message as it has been sent over a public network. If you believe that this message has been intercepted or amended, please inform us immediately.*

On 2020-08-11 09:45, Zach Hegde wrote:

Yes please and we will pay straight up- so money will be in today?

Sent from my iPhone so please forgive the misspelt words...

On 11 Aug 2020, at 11:29 am, Angela Fung <accounts@investmentsfirst.com> wrote:

Dear Mr. Hegde,

I will most certainly forward you the CATS without fail. However as it's protocol, I will need permission.

I understand your frustration sir but we are certainly not "extracting more money" from you.

We received notification through and the reason the margin loan was rejected was because the risk level associated with the Ming Global Ltd account in currently medium - high, therefore the regulators have denied the loan.

Also, your funds have arrived successfully in BofA Singapore Ltd before the rejection was raised, who are acting as the intermediary and can be processed immediately to your Honk Kong Ming Global Account. Would you like me to also send this notification through for you records?

Kind regards,

**Angela Fung
Accounts & Settlements Team**

+852 3002 4430

accounts@investmentsfirst.com

28 Hennessy Rd, Wan Chai, Hong Kong

www.investmentsfirst.com

```
<3b836025.png>
```

This email and the information it contains is confidential and intended only for the party or parties named. Its contents are not to be disclosed, copied, or used in any way except by the named party or parties. If you are not the named party or parties, please notify us immediately by reply. We do not accept any responsibility for the accuracy or completeness of this message as it has been sent over a public network. If you believe that this message has been intercepted or amended, please inform us immediately.

On 2020-08-11 09:14, Zach Hegde wrote:

Hi Angela

Can you please send me the Screen Shot of CATS and do not tell me its confidential as this is our information.

I am sure even if we pay this there will be another way for your team to extract more money from us.

Please send us all evidence Urgently

Thank you
Zach

**From:** Angela Fung <accounts@investmentsfirst.com>
**Date:** Tuesday, 11 August 2020 at 11:10 am
**To:** Zach Hegde <zach@ming-global.com>
**Cc:** Donna Marie <donna@merchandeffect.com>, Scott Bailey <scott.bailey@investmentsfirst.com>
**Subject:** URGENT - Margin Rejection - First Eastern Investments Ltd

Dear Mr. Hegde,

We regret to inform you that Mr. Scott Bailey's personal margin for $250,000.00 has been rejected by the C.A.T.S, therefore there is still an outstanding balance which requires your immediate attention, as it needs to be settled before we can instruct the transfer agent to finalise the repatriation of your proceeds.

Please find attached your loan application rejection confirmation for your records and please find attached the remittance instructions for the outstanding balance of $250,000.00. It is the same unique reference as the last transaction.
Mr. Bailey has been notified and he will contact you as a matter of urgency.

Yours,

**Angela Fung**
**Accounts & Settlements Team**

+852 3002 4430

accounts@investmentsfirst.com

28 Hennessy Rd, Wan Chai, Hong Kong

www.investmentsfirst.com

<image001.png>

*This email and the information it contains is confidential and intended only for the party or parties named. Its contents are not to be disclosed, copied, or used in any way except by the named party or parties. If you are not the named party or parties, please notify us immediately by reply. We do not accept any responsibility for the accuracy or completeness of this message as it has been sent over a public network. If you believe that this message has been intercepted or amended, please inform us immediately.*