# EXHIBIT 11

| | |
|---|---|
| **From:** | Donna Marie <donna@merchandeffect.com> |
| **Sent:** | Tuesday, August 11, 2020 9:19 PM |
| **To:** | Angela Fung |
| **Cc:** | Zach Hegde; Scott Bailey |
| **Subject:** | Re: CATS Notification & Remittance Instructions |
| **Attachments:** | 3b836025.png |

Hello Angela,

I just checked our bank and still nothing comes in yet.

Can you please update us on the transfer status urgently?

It's already beyond 10am HK time and yet we heard nothing from your side.

Appreciate your most urgent attention to this matter.

Thank you,
Donna


On Tue, 11 Aug 2020, 17:45 Angela Fung, <accounts@investmentsfirst.com> wrote:

Dear Mr. Hegde,

I have a message on behalf of Mr. Bailey.

Hi Zach,

I have just been informed the funds will arrive no later than 10:00am tomorrow morning as we must wait for the transfer Donna executed earlier today to clear in the account.

I know it's not the news you wanted but they have labeled you as a priority and will be one of the first transactions tomorrow morning.

I would love to call you but I've had to rush back to the hospital. I have taken a turn for the worse and now have a fever with flu like symptoms. I am sure I will be fine. I will ring you first thing tomorrow morning.

You have my word on this.

Yours,

Scott

Kind regards,

**Angela Fung**
**Accounts & Settlements Team**

+852 3002 4430

accounts@investmentsfirst.com

28 Hennessy Rd, Wan Chai, Hong Kong

www.investmentsfirst.com



*This email and the information it contains is confidential and intended only for the party or parties named. Its contents are not to be disclosed, copied, or used in any way except by the named party or parties. If you are not the named party or parties, please notify us immediately by reply. We do not accept any responsibility for the accuracy or completeness of this message as it has been sent over a public network. If you believe that this message has been intercepted or amended, please inform us immediately.*

On 2020-08-11 15:02, Zach Hegde wrote:

Hi Angela- could I please get some sort of confirmation...
Scott- please advise about your chat with singapore.

Really need this information team

Thank you
Zach
Sent from my iPhone so please forgive the misspelt words...

On 11 Aug 2020, at 3:51 pm, Donna Marie <donna@merchandeffect.com> wrote:

Hello Angela,

You are my most favorite person right now in the world. :)

Any update on the fund transfer?

Can you please confirm?

Thanks,
Donna

On Tue, 11 Aug 2020, 11:43 Angela Fung, <accounts@investmentsfirst.com> wrote:

Dear Mr. Hegde,

Yes it will be considered urgent. We are currently notifying the corespondent bank in Singapore to give them the green-light to finalise your payment.

Kind regards,

**Angela Fung**
**Accounts & Settlements Team**

+852 3002 4430

2

accounts@investmentsfirst.com

28 Hennessy Rd, Wan Chai, Hong Kong

www.investmentsfirst.com

*This email and the information it contains is confidential and intended only for the party or parties named. Its contents are not to be disclosed, copied, or used in any way except by the named party or parties. If you are not the named party or parties, please notify us immediately by reply. We do not accept any responsibility for the accuracy or completeness of this message as it has been sent over a public network. If you believe that this message has been intercepted or amended, please inform us immediately.*

On 2020-08-11 11:33, Zach Hegde wrote:

Hi Angela

As this is In Singapore now- can you please get this cleared as a priority for us now as we have to make payments today.

Thank you
Zach

---

**From:** Donna Marie <donna@merchandeffect.com>
**Date:** Tuesday, 11 August 2020 at 1:25 pm
**To:** Angela Fung <accounts@investmentsfirst.com>
**Cc:** Zach Hegde <zach@ming-global.com>, Scott Bailey <scott.bailey@investmentsfirst.com>
**Subject:** Re: CATS Notification & Remittance Instructions

Hey Angela,

Please find the remittance advice attached.

Once you got funds, please confirm the receipt.

Can you please send us a constant update on the status of the funds transfer once sorted at your end?

Thank you,

Donna

Donna Malicay
General Manager
M: +852 8197 3159
**www.merchandeffect.com**

On Tue, Aug 11, 2020 at 11:10 AM Angela Fung <accounts@investmentsfirst.com> wrote:

Dear Mr. Hegde,

Please find attached the CATS notification along with the remittance instructions.

I have just been informed Mr. Bailey is on his way to the office from the doctor. I will request for him to contact you immediately.

Kind regards,

**Angela Fung**
**Accounts & Settlements Team**

+852 3002 4430

accounts@investmentsfirst.com

28 Hennessy Rd, Wan Chai, Hong Kong

www.investmentsfirst.com

*This email and the information it contains is confidential and intended only for the party or parties named. Its contents are not to be disclosed, copied, or used in any way except by the named party or parties. If you are not the named party or parties, please notify us immediately by reply. We do not accept any responsibility for the accuracy or completeness of this message as it has been sent over a public network. If you believe that this message has been intercepted or amended, please inform us immediately.*

4