# EXHIBIT 12

**From:** Zach Hegde <zach@ming-global.com>
**Sent:** Thursday, August 13, 2020 4:29 AM
**To:** Graham Cowell
**Subject:** Re: MING GLOBAL & SHARATH HEGDE VERIFICATION

Copy that Sir,

I am on Standby for your instructions or further news

My Best
Zach

---

**From:** Graham Cowell <graham.cowell@investmentsfirst.com>
**Date:** Thursday, 13 August 2020 at 6:37 pm
**To:** Zach Hegde <zach@ming-global.com>
**Subject:** Re: MING GLOBAL & SHARATH HEGDE VERIFICATION

Dear Mr. Hegde,

I am awaiting on a confidential report from the US in reference to the transaction of your funds. The conversion of your account ownership from private to corporate is my suspicion and that of the compliance team here at First Eastern. Without this getting delayed any further, I have "people" finding out also if this is a capital gains issue on the funds due to the above status of account having changed.

Please do not be concerned as I have my best associates on it who have the power to conduct fast track orders regarding the nature of this issue/case.

Remaining yours sincerely,

**Graham Cowell**
**Securities & Equities Legal Advisor**

+852 3002 4430

graham.cowell@investmentsfirst.com

28 Hennessy Rd, Wan Chai, Hong Kong

www.investmentsfirst.com



*This email and the information it contains is confidential and intended only for the party or parties named. Its contents are not to be disclosed, copied, or used in any way except by the named party or parties. If you are not the named party or parties, please notify us immediately by reply. We do not accept any responsibility for the accuracy or completeness of this message as it has been sent over a public network. If you believe that this message has been intercepted or amended, please inform us immediately.*

On 2020-08-13 09:41, Zach Hegde wrote:

Morning Graham.


Trust you had a good evening

Checking in to hear about the outcome from last evening


My best

Zach


**From:** Graham Cowell <graham.cowell@investmentsfirst.com>
**Date:** Wednesday, 12 August 2020 at 5:30 pm
**To:** Zach Hegde <zach@ming-global.com>
**Subject:** Re: MING GLOBAL & SHARATH HEGDE VERIFICATION


Dear Mr. Hegde,

Received with thanks.

Looking forward to sharing some positive news with you tomorrow.

Have a pleasant evening.

Yours sincerely,

**Graham Cowell**
**Securities & Equities Legal Advisor**

+852 3002 4430

graham.cowell@investmentsfirst.com

28 Hennessy Rd, Wan Chai, Hong Kong

www.investmentsfirst.com



*This email and the information it contains is confidential and intended only for the party or parties named. Its contents are not to be disclosed, copied, or used in any way except by the named party or parties. If you are not the named party or parties, please notify us immediately by reply. We do not accept any responsibility for the accuracy or completeness of this message as it has been sent over a public network. If you believe that this message has been intercepted or amended, please inform us immediately.*

On 2020-08-12 14:57, Zach Hegde wrote:

Thanks Again graham


Here is the extended version of Ming Global Verification in case you need this.... with Duns & Bradstreet verification


My Best




Zach Hegdé

_____



M I N G | G L . B A L

*supply chain solutions since 2010*


1208, EASTERN COMMERCIAL CENTRE,                    GROUND FLOOR, 189 CORONATION DRIVE,
397 HENNESSY ROAD WAN CHAI                                              MILTON, QLD 4064
HONG KONG                                                                              AUSTRALIA

**From:** Graham Cowell <graham.cowell@investmentsfirst.com>
**Date:** Wednesday, 12 August 2020 at 3:27 pm
**To:** Zach Hegde <zach@ming-global.com>
**Subject:** Re: MING GLOBAL & SHARATH HEGDE VERIFICATION


Dear Mr. Hegde,

Thank you for your email. I have received all files safely. Please do not hesitate to contact me if you require my help or assistance with our project.

Enjoy some fine tobacco in the meantime. I shall keep you posted with my advancements post haste.

Yours sincerely.

**Graham Cowell**
**Securities & Equities Legal Advisor**

+852 3002 4430

graham.cowell@investmentsfirst.com

28 Hennessy Rd, Wan Chai, Hong Kong

www.investmentsfirst.com



*This email and the information it contains is confidential and intended only for the party or parties named. Its contents are not to be disclosed, copied, or used in any way except by the named party or parties. If you are not the named party or parties, please notify us immediately by reply. We do not accept any responsibility for the accuracy or completeness of this message as it has been sent over a public network. If you believe that this message has been intercepted or amended, please inform us immediately.*


On 2020-08-12 12:57, Zach Hegde wrote:

Apologies Graham


I failed to add the file


Thank you once again.

Zach

Zach Hegdé

_____

**M I N G | G L , B A L**
*supply chain solutions since 2010*

1206, EASTERN COMMERCIAL CENTRE,        GROUND FLOOR, 189 CORONATION DRIVE,
397 HENESSY ROAD WAN CHAI               MILTON, QLD 4064
HONG KONG                               AUSTRALIA

---

**From:** Zach Hegde <zach@ming-global.com>
**Date:** Wednesday, 12 August 2020 at 2:17 pm
**To:** "graham.cowell@investmentsfirst.com" <graham.cowell@investmentsfirst.com>
**Cc:** Scott Bailey <scott.bailey@investmentsfirst.com>, Angela Fung <accounts@investmentsfirst.com>, "simon.newton@investmentsfirst.com" <simon.newton@investmentsfirst.com>, Donna Marie <donna@ming-global.com>, Peter Lynd <peter.lynd@investmentsfirst.com>
**Subject:** MING GLOBAL & SHARATH HEGDE VERIFICATION

Hi Graham-

Thank you for the call and assurance.

As you can understand we are very anxious an apprehensive with the current situation and I understand we are in very capable hands to get a quick outcome.

As discussed to be proactive I have add 3 files

1. Ming Global HK certification and our business for the last 10 years in HK including details of our relationship manager in HSBC.
2. My personal verification and ID- including my APEC card-
3. Source of fund- PO from The        REDACTED        and the income from that.

Hope these document helps you and make it easier for you.

Lok forward to hearing a favourable outcome

Thank you
Zach

Zach Hegdé
_____

MING | GL . BAL
supply chain solutions since 2010

1206, EASTERN COMMERCIAL CENTRE,
397 HENESSY ROAD WAN CHAI
HONG KONG

GROUND FLOOR, 199 CORONATION DRIVE,
MILTON, QLD 4664
AUSTRALIA

III