# EXHIBIT 13

| | |
|---|---|
| **From:** | Zach Hegde <zach@ming-global.com> |
| **Sent:** | Tuesday, August 25, 2020 1:52 AM |
| **To:** | Graham Cowell |
| **Cc:** | Donna Marie; simon.newton@investmentsfirst.com; Angela Fung |
| **Subject:** | Re: Documents |
| | |
| **Importance:** | High |

Hi Graham
I appreciate your response.

But as you promised to send some documents to support all this conversation We have still not seen any.

Can we have a deadline of by when we expect all his to be done sir?

Also we have a guarantee letter of within 3 days signed by you and your team we would like to execute this and FEI can take the money back when we get the funds


Will wait for your advise

PS_ could you please ask Petr Lynd to call me to calm this matter down-

Thank you
Zach

---

**From:** Graham Cowell <graham.cowell@investmentsfirst.com>
**Date:** Tuesday, 25 August 2020 at 4:47 pm
**To:** Zach Hegde <zach@ming-global.com>
**Cc:** Donna Marie <donna@merchandeffect.com>
**Subject:** Documents


Dear Mr. Hegde,

Hope you are well.

I have made all necessary filings with regards to your case. As soon as we receive the written documents from the U.S. I shall send you and Donna a copy.

We will be making ready all temporary funding required for the 'Stock Transfer Tax' on your behalf. Once this is completed, you as the receiving client will be reimbursed with your payment in full, which upon receipt may then be reimbursed to us. Hope this is satisfactory for you and your investment club members.

Thank you for your patience on this matter.

Remaining yours sincerely,

**Graham Cowell**
**Securities & Equities Legal Advisor**

+852 3002 4430

graham.cowell@investmentsfirst.com

28 Hennessy Rd, Wan Chai, Hong Kong

www.investmentsfirst.com



*This email and the information it contains is confidential and intended only for the party or parties named. Its contents are not to be disclosed, copied, or used in any way except by the named party or parties. If you are not the named party or parties, please notify us immediately by reply. We do not accept any responsibility for the accuracy or completeness of this message as it has been sent over a public network. If you believe that this message has been intercepted or amended, please inform us immediately.*