# EXHIBIT 14



28 Hennessy Road
Wan Chai
Hong Kong
S.A.R.
China

14/08/2020

Client: Ming Global Limited

Representative: Mr Peter Lynd / Mr Scott Bailey

-------------------------------------------------------------------------------

**Letter of Guarantee**

Dear Ming Global Limited,

In accordance with the W-8BEN-E Certificate of Status of Beneficial Owner for United States Tax Withholding and Reporting (Entities), there was a change in Beneficial Ownership during trading, therefore we are at liberty to disclose trading activity to relevant government agencies.

Please note this Letter of Guarantee is made by and between First Eastern Investments Ltd, from hereinafter referred to as the Co-ordinating Party and Bank of America Corporation, hereinafter referred to as the Remitting Party. It is made in favour of Ming Global Ltd, hereinafter referred to as the Beneficiary.

It is agreed that both the Co-ordinating Party and the Remitting Party are operating on behalf of the Beneficiary who will, upon completion of an AML Certification will receive a financial settlement amount of $26,683,540.00 (Twenty-six million six hundred eighty-three thousand five hundred forty dollars and 0/100 Cents), **without having to disclose** proof of funds, foreign tax numbers, tax records, trading history, trade confirmations and profit/loss breakdown.

It is agreed that the Co-ordinating Party hereby and irrevocably agree to act as joint guarantor for the transaction as detailed as above and state that upon all necessary actions as stated within the Anti-Money Laundering Act of 2001, the Remitting Party agree to proceed with the remittance of funds to the account details as stated below within a period of not more than 3 (three) business days of the AML Certification being validated.

*First Eastern Investments – A Trading Name of First Eastern Ltd.*
*Balanced Wealth Management Through Genuine Experience*

*Company License & Registration*
*0208289*

**Account Name:** Ming Global Limited
**Account Number:** REDACTED
**Beneficiary Bank:** The HongKong and Shanghai Banking Corporation Ltd (HSBC)
**Swift / BIC:** REDACTED
**Beneficiary Bank Address:** 1 Queen's Road Central, Central and Western District, Hong Kong
**Reference (If Any):** FIRSTEASTINV  REDACTED

Upon successful completion of the AML certification, the remittance to the Beneficiary will be made without delay, objection or legal proceedings of any kind and will be carried out in accordance with The Financial Transaction & Payment Settlement Act.

Upon remittance being enacted and appropriate remittance proof becoming available, both the Co-ordinating Party and the Beneficiary will be informed in writing.

Furthermore, we accept that no amendment to the terms of the agreement between the Co-ordinating Party & the Beneficiary will in anyway release us from our obligation to guarantee and provide financial services in conjunction with this transaction.

_[signature]_   _[signature]_   _[signature]_

Mr. Peter Lynd
Director of Institutional Trading

Mr. Simon Newton
Head of Global Compliance

Mr. Graham Cowell
Securities & Equities Legal Advisor



14/08/20

*First Eastern Investments – A Trading Name of First Eastern Ltd.*
*Balanced Wealth Management Through Genuine Experience*

*Company License & Registration*
*0208289*