# EXHIBIT 16

**Wealth Management Office**
28 Hennessy Road,
Wan Chai, Hong Kong
S.A.R. China



**On The Web:** www.investmentsfirst.com
**Email Inquiries:** info@investmentsfirst.com

**Our Reference:** RCP-SHAHEG-21

**Account Representative:** Scott Bailey

Ming Global Limited
1206 Eastern Commercial Centre,
397 Hennessy Road
Wan Chai, Hong Kong



# TRANSACTION RECEIPT

**TRANSACTION OVERVIEW:**

| | |
|---|---|
| Transaction Reference: | 2020-MGL-345621-INV |
| Transaction Type: | Anti-Money Laundering Certificate |
| Securities / Quantity / PPS($): | N/A |
| Commission Rate: | N/A |
| Total Transaction Value: | $643,073.31 |

**RECEIPT INFORMATION:**

| | |
|---|---|
| Amount Credited To Account: | $643,073.31 |
| Date Credited: | August 19, 2020 |

**ACCOUNT CREDIT CONFIRMATION:**



19/08/20

*If you have any questions or believe that the above information is incorrect please consult your Account Representative immediately.*

*Thank you for your business. We look forward to working with you and helping you to achieve your investment objectives.*

*First Eastern Investments – A Trading Name of First Eastern Ltd.*
*Balanced Wealth Management Through Genuine Experience*

**Company License & Registration**
*0208289*