# EXHIBIT 17

WORKFLOW: 27/08/2020                          21:49:50   REDACTED –MINGGLOBALLIMITED


    SWIFT MT199: Y

    Delivery Status: Complete
    Priority: Urgent

    Input:      REDACTED / SWIFT Message
    Sender:     Monarch Holdings Inc / Bank of America Corporation
    Receiver:   REDACTED  First Eastern Investments Ltd (OFFSHORE)
    A/R:        ACCEPTED

TEMP VIEW:
    : 21     : FIRSTEASTINV-   REDACTED
    : 33b    : UNITED STATES DOLLAR
    : 33d    : 27326613.30USD
    : 53a    : BANK OF AMERICA CORPORATION NEW YORK CITY
    : 54a    : MING GLOBAL LIMITED HSBC HONG KONG
    : 59a    : MING GLOBAL LIMITED
             :    REDACTED
             :    REDACTED
    : 71a    : REMITTING PARTY
    : 79     : ATTN: COMPLIANCE / SIMON NEWTON
    YOUR MT103 REQUEST REFERS:


        WE ARE WAITING FOR THE EXACT DATE TO BE CONFIRMED WITH OUR OUTGOING
        TRANSFER DEPARTMENT. TAKE NOTE THAT PREVIOUS COMPLIANCE IRREGULARITIES
        HAVE BEEN A FACTOR IN TIME DELAY.

        ADVISE CLIENT THAT ACCOUNT IS CONFIRMED TO BE AML CERTIFIED.

        FUNDS TO BE PAID TO ABOVE ACCOUNT WILL BE EXECUTED VIA SWIFT TELEX
        TRANSFER.

        FURTHER WE CONFIRM THAT WE HAVE STILL YET TO RECEIVE ADDITIONAL
        NOTIFICATIONS OF REGULATORY INCIDENT REGARDING THE BENEFICIARY. WE WILL
        EXERCISE OUR COMPLIANCE RIGHT WHEN INITIATING REMITTANCE TO BENEFICIARY.

        ADVISE TO AWAIT SWIFT RECEIPT ONCE VALUE DATE CONFIRMED.

        RGDS

    END OF MESSAGE

    NITA:     REDACTED
    PUK: SWIFT Interbank Message
    Category: REDAC FF VIA CATS / SWIFT
    Created: 21:49:50 27/08/2020
    Application:  CATS  SWIFT  MESSAGE  SYSTEM
    User: SWIFT


    No Text Needed

```
FOR INTERNAL NETWORK PRINTING PRESS 1 RETURN
TO ACCOUNT MANAGEMENT PRESS 2

PRINT REFERENCE: 00003348438-SIMON.NEWTON
PAGE 2 OF 2 ONLY
```