# EXHIBIT 20

 

Date: September 2, 2020

First Eastern Investments Limited
21/F, 28 Hennessy Road
Hong Kong

<u>Attention: Mr Victor Chu</u>

Dear Sirs,

**Our investment and the Letter of Guarantee dated 14 August 2020**

Upon your recommendation, advice and instructions, we paid a total of US$13,329,181.76 to Monarch Holdings Inc. for investment purpose.

**We have been expecting a financial settlement in the amount of US$27326613.30** (the "**Outstanding Sum**") from our investment since **16th August 2020**. This is evidenced by the Letter of Guarantee issued by you in our favour dated 14 August 2020. However, there remains no indication as to when the Outstanding Sum would be paid to us.

Your initial explanation was that the Outstanding Sum was in an account with Bank of America in Singapore which was somehow being restricted and thus could not be paid out. In your letter to us dated 2 September 2020, you seem to be suggesting that the Outstanding Sum is subject to 30% withholding tax by the IRS and therefore cannot be paid before this is resolved. In the same letter, you seem to be further suggesting that the "regulators" (we do not know who they are) have concerns over our account. At all times, we have not been provided with any details or particulars concerning these alleged issues, or documents in support of the above purported explanations for the delay in payment of the Outstanding Sum.

We demand you to furnish us with the following information and documents within the next 24 hours, so that we could verify and assess our position and options:

1.  A detailed written explanation of the reasons for the delay in payment of the Outstanding Sum together with all supporting documents and records;

2.  A chronology of events that have happened in relation to our investment and the Outstanding Sum including each and every steps taken by you;

3.  All account statements or records showing and recognising our investment herein, including our payments to Monarch Holdings Inc.;

4.  Confirmation as to the current whereabouts of the Outstanding Sum;

In respect of your proposal to execute trades over a 20 day period, we will only be in a position to assess whether this would be a feasible and acceptable solution once we are provided with the above documents and information.

If we do not hear from you in relation to our above demands within the next 24 hours, we will proceed to instruct our lawyers to act on our behalf to pursue against you. All our rights are expressly reserve.

Yours faithfully,

Zach Hegde