# EXHIBIT 22

| | |
|---|---|
| **From:** | Scott Bailey <scott.bailey@investmentsfirst.com> |
| **Sent:** | Monday, September 14, 2020 11:27 PM |
| **To:** | Zach Hegde |
| **Subject:** | First Eastern Investments - Update |

Dear Zach,

I apologise for terminating our call, I had an emergency call from my wife. I am awfully sorry but I do have some disappointing news, it seems that my wife's immediate family have been diagnosed positive for Covid-19 and we have both been in contact with them yesterday evening. Myself and my family will need to proceed with a test immediately.

Hopefully this will simply be a unnecessary worry and the results will come back negative but for now, I will need to self-isolate at home as I do not want to risk contaminating any of my colleagues.

I want to confirm that I will be initiating a further 4 trades tonight and a further 3 trades tomorrow, which will be a total of 15 trades throughout the trading cycle. This will be sufficient enough for us to proceed with the repatriation back to your Ming Global Ltd account. As agreed, once the first $15,000,000.00 has successfully cleared, we will discuss the location of remaining balance.

I will be in contact tomorrow to confirm the final few trades so we are all on the same wave-length. Thank you for understanding.

Yours,

**Scott Bailey**
**Head of Private Accounts**

+852 3002 4430

scott.bailey@investmentsfirst.com

28 Hennessy Rd, Wan Chai, Hong Kong

www.investmentsfirst.com



*This email and the information it contains is confidential and intended only for the party or parties named. Its contents are not to be disclosed, copied, or used in any way except by the named party or parties. If you are not the named party or parties, please notify us immediately by reply. We do not accept any responsibility for the accuracy or completeness of this message as it has been sent over a public network. If you believe that this message has been intercepted or amended, please inform us immediately.*