# EXHIBIT 23



MING | GLOBAL
supply chain solutions since 2010

120E, EASTERN COMMERCIAL CENTRE, 397 HENNESSY ROAD WAN CHAI HONG KONG

COMPANY NUMBER: 1651434
HK BUSINESS REG. NUMBER:58864640
DUNS & BRADSTREET NUMBER:68-002-6625

PHONE: +852 3102 6896
Fax:   +852 3020 3399
EMAIL: ADMIN@MING-GLOBAL.COM
WEB:   WWW.MING-GLOBAL.COM

Bank Name: HSBC HONG KONG
Account Name: MING GLOBAL LIMITED
Swift Code: HSBCHKHHHKH
Account Number: 078-301157-838


Decide with Confidence

**First Eastern Investments Limited**

**Statement of Account**

**As Of 31st August 2020**

| Date Paid | Transaction Reference Number | Reference Number | Bank Account | Amount Paid | |
|---|---|---|---|---:|---|
| 03/06/2020 | HK103060BI641587 | 2020SH471225INV | REDACTED | $ | 19,967.50 |
| 16/06/2020 | HK116060BI726233 | 2020SH471232INV | REDACTED | $ | 200,195.55 |
| 17/06/2020 | HK117060BI737540 | 2020SH471235INV | REDACTED | $ | 475,000.00 |
| 18/06/2020 | HK118060BI744211 | 2020SH471235INV | REDACTED | $ | 475,000.00 |
| 19/06/2020 | HK119060BI757615 | 2020SH471235INV | REDACTED | $ | 475,000.00 |
| 19/06/2020 | HK119060BI753851 | 2020SH471235INV | REDACTED | $ | 475,000.00 |
| 02/07/2020 | HK102070BI845347 | 2020SH471243INV | REDACTED | $ | 475,000.00 |
| 02/07/2020 | HK102070BI845313 | 2020SH471243INV | REDACTED | $ | 475,000.00 |
| 06/07/2020 | HK106070BI1418186 | 2020SH471243INV | REDACTED | $ | 475,000.00 |
| 09/07/2020 | HK109070BI444328 | 2020SH471243INV | REDACTED | $ | 475,000.00 |
| 10/07/2020 | HK110070BI452840 | 2020SH471243INV | REDACTED | $ | 475,000.00 |
| 13/07/2020 | HK113070BI465871 | 2020SH471243INV | REDACTED | $ | 475,000.00 |
| 13/07/2020 | HK113070BI465963 | 2020SH471243INV | REDACTED | $ | 475,000.00 |
| 14/07/2020 | HK114070BI474028 | 2020SH471243INV | REDACTED | $ | 475,000.00 |
| 14/07/2020 | HK114070BI474066 | 2020SH471243INV | REDACTED | $ | 475,000.00 |
| 15/07/2020 | HK115070BI486873 | 2020SH471243INV | REDACTED | $ | 475,000.00 |
| 15/07/2020 | HK115070BI486914 | 2020SH471243INV | REDACTED | $ | 475,000.00 |
| 16/07/2020 | HK116070BI493292 | 2020SH471243INV | REDACTED | $ | 475,000.00 |
| 17/07/2020 | HK117070BI505487 | 2020SH471248INV | REDACTED | $ | 475,000.00 |
| 18/07/2020 | HK117070BI505574 | 2020SH471248INV | REDACTED | $ | 475,000.00 |
| 18/07/2020 | N71795270547 | 2020SH471248INV | REDACTED | $ | 475,000.00 |
| 18/07/2020 | N71795273201 | 2020SH471248INV | REDACTED | $ | 475,000.00 |
| 20/07/2020 | N71895919702 | 2020SH471248INV | REDACTED | $ | 475,000.00 |
| 20/07/2020 | N71895921380 | 2020SH471248INV | REDACTED | $ | 475,000.00 |
| 21/07/2020 | N71895927737 | 2020SH471243INV | REDACTED | $ | 242,945.30 |
| 21/07/2020 | N71895925528 | 2020SH471248INV | REDACTED | $ | 475,000.00 |
| 29/07/2020 | HK129070BI587347 | 2020SH471253INV | REDACTED | $ | 475,000.00 |
| 29/07/2020 | HK129070BI587408 | 2020SH471253INV | REDACTED | $ | 323,000.00 |
| 05/08/2020 | HK105080BI642267 | 2020MGL345589INV | REDACTED | $ | 250,000.00 |
| 11/08/2020 | HK111080BI677255 | 2020MGL345589INV | REDACTED | $ | 250,000.00 |
| 17/08/2020 | HK117080BI721348 | 2020MGL345589INV | REDACTED | $ | 643,073.41 |
| | | **TOTAL AMOUNT PAID** | | **$** | **13,329,181.76** |

Prepared By:

Noted By:

**Jacky Lou Palarca**

**Donna Malicay**

Accounts Department

General Manager

Ming Global Limited

Ming Global Limited



## Reference

Transaction reference number
**N60353241812**

Telegraphic transfer reference number
**HK103060BI641587**

## Pay to

Beneficiary bank location
**UNITED STATES**

Payment currency
**USD**

Beneficiary bank name
**U.S. BANK N.A.**

Beneficiary bank address
**800 NICOLLET MALLMINNEAPOLIS MN 554 02 USMINNEAPOLISMINNESOTA**

Beneficiary bank code/ SWIFT address
REDACTED

Beneficiary account number / IBAN
REDACTED

Beneficiary name
**MONARCH HOLDINGS INC.**

Beneficiary address
**33 MISTRAL
ALISO VIEJO, CA
USA 92656**

## From

**USD Savings**
REDACTED    - Business Integrated USD Savings

## Amount

Payment amount
USD **19,967.50**

Other fees and charges may apply. For details, please refer to:the Bank's Commercial Tariff section available on the HSBC Hong Kong Commercial Banking website.Please go to 'Transaction History' under 'Accounts' on or after the 'Payment Date' to check the transaction details.

## Settlement option

**Telegraphic transfer**

## Payment date

**Today, Wednesday 03 Jun 2020**

Transaction request submitted within business hours will be processed on the same day. Otherwise, it will be processed on the next working day.

## Who pays local / overseas charges

**We pay local bank charges, the beneficiary pays overseas bank charges.**

## Deduct charges from

**Same as debit account**

## Messages

Message to beneficiary

**FROM MING GLOBAL PAYMENT FOR 2020SH 471225INV**



## Reference

Transaction reference number
**N61663800664**

Telegraphic transfer reference
number
**HK116060BI726233**

## Pay to

Beneficiary bank location
**UNITED STATES**

Beneficiary account number / IBAN
REDACTED

Payment currency
**USD**

Beneficiary name
**MONARCH HOLDINGS INC.**

Beneficiary bank name
**U.S. BANK N.A.**

Beneficiary address
**33 MISTRAL
ALISO VIEJO, CA
USA 92656**

Beneficiary bank address
**800 NICOLLET MALLMINNEAPOLIS MN 554
02 USMINNEAPOLISMINNESOTA**

Beneficiary bank code/ SWIFT address
REDACTED

## From

**USD Savings**
REDACTED    -  Business Integrated USD Savings

## Amount

Payment amount
USD **200,195.55**

Other fees and charges may apply. For details, please refer to:the Bank's Commercial Tariff section available on the HSBC
Hong Kong Commercial Banking website.Please go to 'Transaction History' under 'Accounts' on or after the 'Payment
Date' to check the transaction details.

## Settlement option

**Telegraphic transfer**

## Payment date

**Today, Tuesday 16 Jun 2020**

Transaction request submitted within business hours will be processed on the same day. Otherwise, it will be
processed on the next working day.

## Who pays local / overseas charges

**We pay local bank charges, the beneficiary pays overseas bank charges.**

## Deduct charges from

**Same as debit account**

## Messages

Message to beneficiary

**FROM MING GLOBAL PAYMENT FOR 2020SH 471232 INV**

## e-Advice

You may request us to send an email to the above beneficiary and/or other related business partners notifying them you have sent funds to the beneficiary. A charge of HKD1 per email will be debited from the account you specified above. If 'Business Integrated Account' is selected, the charge will be debited from your HKD savings account. You can request a maximum of four emails.

**1. donna@merchandeffect.com**



## Reference

Transaction reference number
**N61764767775**

Telegraphic transfer reference number
**HK117060BI737540**

## Pay to

Beneficiary bank location
**UNITED STATES**

Beneficiary account number / IBAN
REDACTED

Payment currency
**USD**

Beneficiary name
**MONARCH HOLDINGS INC.**

Beneficiary bank name
**U.S. BANK N.A.**

Beneficiary address
**33 MISTRAL
ALISO VIEJO, CA
USA 92656**

Beneficiary bank address
**800 NICOLLET MALLMINNEAPOLIS MN 554
02 USMINNEAPOLISMINNESOTA**

Beneficiary bank code/ SWIFT address
REDACTED

## From

**USD Savings**
REDACTED     -  Business Integrated USD Savings

## Amount

Payment amount
USD **475,000.00**

Other fees and charges may apply. For details, please refer to:the Bank's Commercial Tariff section available on the HSBC
Hong Kong Commercial Banking website.Please go to 'Transaction History' under 'Accounts' on or after the 'Payment
Date' to check the transaction details.

## Settlement option

**Telegraphic transfer**

## Payment date

**Today, Wednesday 17 Jun 2020**

Transaction request submitted within business hours will be processed on the same day. Otherwise, it will be
processed on the next working day.

## Who pays local / overseas charges

**We pay local bank charges, the beneficiary pays overseas bank charges.**

## Deduct charges from

**Same as debit account**

## Messages

Message to beneficiary

**FROM MING GLOBAL PAYMENT FOR 2020SH
471232INV**

## e-Advice

You may request us to send an email to the above beneficiary and/or other related business partners notifying them
you have sent funds to the beneficiary. A charge of HKD1 per email will be debited from the account you specified
above. If 'Business Integrated Account' is selected, the charge will be debited from your HKD savings account. You
can request a maximum of four emails.

**1. donna@merchandeffect.com**

**2. accounts@investmentsfirst.com**

2020SH471232 INV



## Reference

Transaction reference number
**N61865496415**

Telegraphic transfer reference
number
**HK118060BI744211**

## Pay to

Beneficiary bank location
**UNITED STATES**

Beneficiary account number / IBAN
REDACTED

Payment currency
**USD**

Beneficiary name
**MONARCH HOLDINGS INC.**

Beneficiary bank name
**BANK OF AMERICA, N.A.**

Beneficiary address
**33 MISTRAL**
**ALISO VIEJO, CA**
**USA 92656**

Beneficiary bank address
**222 BROADWAYNEW YORK NY 10038 USNEW**
**YORKNEW YORK**

Beneficiary bank code/ SWIFT address
REDACTED

## From

**EUR Savings**
REDACTED   -   Business Integrated EUR Savings

## Amount

Debit amount
EUR 424,518.40

Payment amount
USD 475,000.00

Exchange rate
**EUR 1 = USD 1.118332100  1.118915000**    Save EUR 221.26

Rate last updated at: 18 Jun 2020 09:08:14 (HKT)

Other fees and charges may apply. For details, please refer to:the Bank's Commercial Tariff section available on the
HSBC Hong Kong Commercial Banking website. Please go to 'Transaction History' under 'Accounts' on or after the
'Payment Date' to check the transaction details.

## Settlement option

**Telegraphic transfer**

## Payment date

Payment date

**Today, Thursday 18 Jun 2020**

Transaction request submitted within <u>business hours</u> will be processed on the same day. Otherwise, it will be processed on the next working day.

## Who pays local / overseas charges

**We pay local bank charges, the beneficiary pays overseas bank charges.**

## Deduct charges from

**Same as debit account**

## Messages

Message to beneficiary

**FROM MING GLOBAL PAYMENT FOR 2020SH
471232 INV**

## e-Advice

You may request us to send an email to the above beneficiary and/or other related business partners notifying them you have sent funds to the beneficiary. A charge of HKD1 per email will be debited from the account you specified above. If 'Business Integrated Account' is selected, the charge will be debited from your HKD savings account. You can request a maximum of four emails.

**1. donna@merchandeffect.com**

2020SH471232 INV

**2. accounts@investmentsfirst.com**

2020SH471232 INV



## Reference

Transaction reference number
**N61966565710**

Telegraphic transfer reference
number
**HK119060BI757615**

## Pay to

Beneficiary bank location
**UNITED STATES**

Beneficiary account number / IBAN
REDACTED

Payment currency
**USD**

Beneficiary name
**MONARCH HOLDINGS INC.**

Beneficiary bank name
**BANK OF AMERICA, N.A.**

Beneficiary address
**33 MISTRAL
ALISO VIEJO, CA
USA 92656**

Beneficiary bank address
**222 BROADWAYNEW YORK NY 10038 USNEW
YORKNEW YORK**

Beneficiary bank code/ SWIFT address
REDACTED

## From

**EUR Savings**
REDACTED  -  Business Integrated EUR Savings

## Amount

Debit amount
EUR 425,606.65

Payment amount
USD 475,000.00

Exchange rate
**EUR 1 = USD ~~1.115471100~~  1.116054000**    Save EUR 222.40

Rate last updated at: 19 Jun 2020 15:00:05 (HKT)

Other fees and charges may apply. For details, please refer to:the Bank's Commercial Tariff section available on the
HSBC Hong Kong Commercial Banking website. Please go to 'Transaction History' under 'Accounts' on or after the
'Payment Date' to check the transaction details.

## Settlement option

**Telegraphic transfer**

## Payment date

Make Payments/Authorise                                                                                                    19/06/2020, 3:02 PM

Payment date

**Today, Friday 19 Jun 2020**

Transaction request submitted within <u>business hours</u> will be processed on the same day. Otherwise, it will be processed on the next working day.

## Who pays local / overseas charges

**We pay local bank charges, the beneficiary pays overseas bank charges.**

## Deduct charges from

**Same as debit account**

## Messages

Message to beneficiary

**FROM MING GLOBAL PAYMENT TO MONARCH HOLDINGS FOR 2020SH471232 INV**

## e-Advice

You may request us to send an email to the above beneficiary and/or other related business partners notifying them you have sent funds to the beneficiary. A charge of HKD1 per email will be debited from the account you specified above. If 'Business Integrated Account' is selected, the charge will be debited from your HKD savings account. You can request a maximum of four emails.

**1. accounts@investmentsfirst.com**

PAYMENT TO MONARCH HOLDINGS FOR 2020SH471232 INV

Email address for return email

**donna@merchandeffect.com**

PAYMENT TO MONARCH HOLDINGS FOR 2020SH471232 INV



## Reference

Transaction reference number
**N61966348008**

Telegraphic transfer reference
number
**HK119060BI753851**

## Pay to

Beneficiary bank location
**UNITED STATES**

Beneficiary account number / IBAN
REDACTED

Payment currency
**USD**

Beneficiary name
**MONARCH HOLDINGS INC.**

Beneficiary bank name
**U.S. BANK N.A.**

Beneficiary address
**33 MISTRAL
ALISO VIEJO, CA
USA 92656**

Beneficiary bank address
**800 NICOLLET MALLMINNEAPOLIS MN 554
02 USMINNEAPOLISMINNESOTA**

Beneficiary bank code/ SWIFT address
REDACTED

## From

**EUR Savings**
REDACTED    -   Business Integrated EUR Savings

## Amount

Debit amount
EUR 426,047.56

Payment amount
USD 475,000.00

Exchange rate
**EUR 1 = USD ~~1.114316100~~  1.114899000**          Save EUR 222.87

Rate last updated at: 19 Jun 2020 10:12:08 (HKT)

Other fees and charges may apply. For details, please refer to:the Bank's Commercial Tariff section available on the
HSBC Hong Kong Commercial Banking website. Please go to 'Transaction History' under 'Accounts' on or after the
'Payment Date' to check the transaction details.

## Settlement option

**Telegraphic transfer**

## Payment date

Payment date

**Today, Friday 19 Jun 2020**

Transaction request submitted within <u>business hours</u> will be processed on the same day. Otherwise, it will be processed on the next working day.

## Who pays local / overseas charges

**We pay local bank charges, the beneficiary pays overseas bank charges.**

## Deduct charges from

**Same as debit account**

## Messages

Message to beneficiary

**FROM MING GLOBAL PAYMENT TO MONARCH HOLDINGS FOR 2020SH471232 INV**

## e-Advice

You may request us to send an email to the above beneficiary and/or other related business partners notifying them you have sent funds to the beneficiary. A charge of HKD1 per email will be debited from the account you specified above. If 'Business Integrated Account' is selected, the charge will be debited from your HKD savings account. You can request a maximum of four emails.

**1. accounts@investmentsfirst.com**

PAYMENT TO MONARCH HOLDINGS FOR 2020SH471232 INV

**2. donna@merchandeffect.com**

PAYMENT TO MONARCH HOLDINGS FOR 2020SH471232 INV



## Reference

Transaction reference number
**N70280098654**

Telegraphic transfer reference
number
**HK102070BI845347**

## Pay to

Beneficiary bank location
**UNITED STATES**

Beneficiary account number / IBAN
REDACTED

Payment currency
**USD**

Beneficiary name
**MONARCH HOLDINGS INC.**

Beneficiary bank name
**BANK OF AMERICA, N.A.**

Beneficiary address
**33 MISTRAL
ALISO VIEJO, CA
USA 92656**

Beneficiary bank address
**222 BROADWAYNEW YORK NY 10038 USNEW
YORKNEW YORK**

Beneficiary bank code/ SWIFT address
REDACTED

## From

**EUR Savings**

078-301157-838   -   Business Integrated EUR Savings

## Amount

Debit amount
EUR 423,695.17

Payment amount
USD 475,000.00

Exchange rate

**EUR 1 = USD 1.120506100  1.121089000**        Save EUR 220.42

Rate last updated at: 02 Jul 2020 14:19:15 (HKT)

Other fees and charges may apply. For details, please refer to:the Bank's Commercial Tariff section available on the
HSBC Hong Kong Commercial Banking website. Please go to 'Transaction History' under 'Accounts' on or after the
'Payment Date' to check the transaction details.

## Settlement option

**Telegraphic transfer**

## Payment date

Payment date

**Today, Thursday 02 Jul 2020**

Transaction request submitted within <u>business hours</u> will be processed on the same day. Otherwise, it will be processed on the next working day.

---

## Who pays local / overseas charges

**We pay local bank charges, the beneficiary pays overseas bank charges.**

## Deduct charges from

**Same as debit account**

---

## Messages

Message to beneficiary

**FROM MING GLOBAL PAYMENT TO MORNARC
H HOLDINGS FOR INV 2020SH471243INV**

---

## e-Advice

You may request us to send an email to the above beneficiary and/or other related business partners notifying them you have sent funds to the beneficiary. A charge of HKD1 per email will be debited from the account you specified above. If 'Business Integrated Account' is selected, the charge will be debited from your HKD savings account. You can request a maximum of four emails.

**1. accounts@investmentsfirst.com**

FROM MING GLOBAL PAYMENT TO MORNARCH HOLDINGS FOR INV 2020SH471243INV

**2. donna@merchandeffect.com**

FROM MING GLOBAL PAYMENT TO MORNARCH HOLDINGS FOR INV 2020SH471243INV

---

Make Payments / AutoPay

9/30/2020, 2:17 PM



## Reference

Transaction reference number
**N70280096336**

Telegraphic transfer reference number
**HK102070BI845313**

## Pay to

Beneficiary bank location
**UNITED STATES**

Beneficiary account number / IBAN
REDACTED

Payment currency
**USD**

Beneficiary name
**MONARCH HOLDINGS INC.**

Beneficiary bank name
**U.S. BANK N.A.**

Beneficiary address
**33 MISTRAL
ALISO VIEJO, CA
USA 92656**

Beneficiary bank address
**800 NICOLLET MALLMINNEAPOLIS MN 554
02 USMINNEAPOLISMINNESOTA**

Beneficiary bank code/ SWIFT address
REDACTED

## From

**EUR Savings**
REDACTED    -   Business Integrated EUR Savings

## Amount

Debit amount
EUR 423,627.16

Payment amount
USD 475,000.00

Exchange rate
**EUR 1 = USD ~~1.120686100~~  1.121269000**          Save EUR 220.34

Rate last updated at: 02 Jul 2020 14:17:20 (HKT)

Other fees and charges may apply. For details, please refer to:the Bank's Commercial Tariff section available on the HSBC Hong Kong Commercial Banking website. Please go to 'Transaction History' under 'Accounts' on or after the 'Payment Date' to check the transaction details.

## Settlement option

**Telegraphic transfer**

## Payment date

Payment date

**Today, Thursday 02 Jul 2020**

Transaction request submitted within <u>business hours</u> will be processed on the same day. Otherwise, it will be processed on the next working day.

---

## Who pays local / overseas charges

**We pay local bank charges, the beneficiary pays overseas bank charges.**

## Deduct charges from

**Same as debit account**

---

## Messages

Message to beneficiary

**FROM MING GLOBAL PAYMENT TO MORNARC
H HOLDINGS FOR INV 2020SH471243INV**

---

## e-Advice

You may request us to send an email to the above beneficiary and/or other related business partners notifying them you have sent funds to the beneficiary. A charge of HKD1 per email will be debited from the account you specified above. If 'Business Integrated Account' is selected, the charge will be debited from your HKD savings account. You can request a maximum of four emails.

**1. accounts@investmentsfirst.com**

FROM MING GLOBAL PAYMENT TO MORNARCH HOLDINGS FOR INV 2020SH471243INV

**2. donna@merchandeffect.com**

FROM MING GLOBAL PAYMENT TO MORNARCH HOLDINGS FOR INV 2020SH471243INV

---



## Reference

Transaction reference number
**N70684110887**

Telegraphic transfer reference number
**HK106070BI418186**

## Pay to

Beneficiary bank location
**UNITED STATES**

Beneficiary account number / IBAN
REDACTED

Payment currency
**USD**

Beneficiary name
**MONARCH HOLDINGS INC.**

Beneficiary bank name
**U.S. BANK N.A.**

Beneficiary address
**33 MISTRAL
ALISO VIEJO, CA
USA 92656**

Beneficiary bank address
**800 NICOLLET MALLMINNEAPOLIS MN 554
02 USMINNEAPOLISMINNESOTA**

Beneficiary bank code/ SWIFT address
REDACTED

## From

**EUR Savings**
REDACTED    - Business Integrated EUR Savings

## Amount

Debit amount
EUR **422,708.81**

Payment amount
USD **475,000.00**

Exchange rate
**EUR 1 = USD ~~1.123122100~~  1.123705000**       Save EUR 219.38

Rate last updated at: 06 Jul 2020 14:41:40 (HKT)

Other fees and charges may apply. For details, please refer to:the Bank's Commercial Tariff section available on the HSBC Hong Kong Commercial Banking website. Please go to 'Transaction History' under 'Accounts' on or after the 'Payment Date' to check the transaction details.

## Settlement option

**Telegraphic transfer**

## Payment date

Payment date

**Today, Monday 06 Jul 2020**

Transaction request submitted within <u>business hours</u> will be processed on the same day. Otherwise, it will be processed on the next working day.

## Who pays local / overseas charges

**We pay local bank charges, the beneficiary pays overseas bank charges.**

## Deduct charges from

**Same as debit account**

## Messages

Message to beneficiary

**FROM MING GLOBAL PAYMENT TO MONARCH HOLDINGS FOR INV REF 2020SH471243I NV**

## e-Advice

You may request us to send an email to the above beneficiary and/or other related business partners notifying them you have sent funds to the beneficiary. A charge of HKD1 per email will be debited from the account you specified above. If 'Business Integrated Account' is selected, the charge will be debited from your HKD savings account. You can request a maximum of four emails.

**1. accounts@investmentsfirst.com**

FROM MING GLOBAL PAYMENT TO MONARCH HOLDINGS FOR INV REF 2020SH471243INV

**2. donna@merchandeffect.com**

FROM MING GLOBAL PAYMENT TO MONARCH HOLDINGS FOR INV REF 2020SH471243INV

Make Payments / AutoPay                                                                                      09/07/2020, 10:47 AM



## Reference

Transaction reference number
**N70987566042**

Telegraphic transfer reference number
**HK109070BI444328**

## Pay to

Beneficiary bank location
**UNITED STATES**

Beneficiary account number / IBAN
REDACTED

Payment currency
**USD**

Beneficiary name
**MONARCH HOLDINGS INC.**

Beneficiary bank name
**BANK OF AMERICA, N.A.**

Beneficiary address
**33 MISTRAL
ALISO VIEJO, CA
USA 92656**

Beneficiary bank address
**222 BROADWAYNEW YORK NY 10038 USNEW YORKNEW YORK**

Beneficiary bank code/ SWIFT address
REDACTED

## From

**EUR Savings**
REDACTED        -  Business Integrated EUR Savings

## Amount

Debit amount
EUR 420,788.92

Payment amount
USD 475,000.00

Exchange rate
**EUR 1 = USD ~~1.128249100~~  1.128832000**        Save EUR 217.40

Rate last updated at: 09 Jul 2020 10:45:51 (HKT)

Other fees and charges may apply. For details, please refer to:the Bank's Commercial Tariff section available on the HSBC Hong Kong Commercial Banking website. Please go to 'Transaction History' under 'Accounts' on or after the 'Payment Date' to check the transaction details.

## Settlement option

**Telegraphic transfer**

## Payment date

Payment date

**Today, Thursday 09 Jul 2020**

Transaction request submitted within <u>business hours</u> will be processed on the same day. Otherwise, it will be processed on the next working day.

## Who pays local / overseas charges

**We pay local bank charges, the beneficiary pays overseas bank charges.**

## Deduct charges from

**Same as debit account**

## Messages

Message to beneficiary

**FROM MING GLOBAL PAYMENT TO MONARCH HOLDINGS FOR INV REF 2020SH471243I NV**

## e-Advice

You may request us to send an email to the above beneficiary and/or other related business partners notifying them you have sent funds to the beneficiary. A charge of HKD1 per email will be debited from the account you specified above. If 'Business Integrated Account' is selected, the charge will be debited from your HKD savings account. You can request a maximum of four emails.

**1. accounts@investmentsfirst.com**

FROM MING GLOBAL PAYMENT TO MONARCH HOLDINGS FOR INV REF 2020SH471243INV

**2. donna@merchandeffect.com**

FROM MING GLOBAL PAYMENT TO MONARCH HOLDINGS FOR INV REF 2020SH471243INV

Make Payments / AutoPay                                                                                    9/7/2020, 9:06 AM



## Reference

Transaction reference number
**N71088460253**

Telegraphic transfer reference number
**HK110070BI452840**

## Pay to

Beneficiary bank location
**UNITED STATES**

Payment currency
**USD**

Beneficiary bank name
**U.S. BANK N.A.**

Beneficiary bank address
**800 NICOLLET MALLMINNEAPOLIS MN 554 02 USMINNEAPOLISMINNESOTA**

Beneficiary bank code/ SWIFT address
REDACTED

Beneficiary account number / IBAN
REDACTED

Beneficiary name
**MONARCH HOLDINGS INC.**

Beneficiary address
**33 MISTRAL ALISO VIEJO, CA USA 92656**

## From

**EUR Savings**

REDACTED  -  Business Integrated EUR Savings

## Amount

Debit amount
EUR 423,330.78

Payment amount
USD 475,000.00

Exchange rate

**EUR 1 = USD ~~1.121471100~~  1.122054000**          Save EUR 220.04

Rate last updated at: 10 Jul 2020 09:04:10 (HKT)

Other fees and charges may apply. For details, please refer to:the Bank's Commercial Tariff section available on the HSBC Hong Kong Commercial Banking website. Please go to 'Transaction History' under 'Accounts' on or after the 'Payment Date' to check the transaction details.

## Settlement option

**Telegraphic transfer**

## Payment date

## Payment date

**Today, Friday 10 Jul 2020**

Transaction request submitted within <u>business hours</u> will be processed on the same day. Otherwise, it will be processed on the next working day.

---

## Who pays local / overseas charges

**We pay local bank charges, the beneficiary pays overseas bank charges.**

## Deduct charges from

**Same as debit account**

---

## Messages

Message to beneficiary

**FROM MING GLOBAL PAYMENT TO MONARCH HOLDING FOR INV REF NO.2020SH47124 3**

---

## e-Advice

You may request us to send an email to the above beneficiary and/or other related business partners notifying them you have sent funds to the beneficiary. A charge of HKD1 per email will be debited from the account you specified above. If 'Business Integrated Account' is selected, the charge will be debited from your HKD savings account. You can request a maximum of four emails.

**1. accounts@investmentsfirst.com**

FROM MING GLOBAL PAYMENT TO MONARCH HOLDING FOR INV REF NO.2020SH471243

**2. donna@merchandeffect.com**

FROM MING GLOBAL PAYMENT TO MONARCH HOLDING FOR INV REF NO.2020SH471243

---



## Reference

Transaction reference number
**N71391262870**

Telegraphic transfer reference number
**HK113070BI465871**

## Pay to

Beneficiary bank location
**UNITED STATES**

Beneficiary account number / IBAN
REDACTED

Payment currency
**USD**

Beneficiary name
**MONARCH HOLDINGS INC.**

Beneficiary bank name
**BANK OF AMERICA, N.A.**

Beneficiary address
**33 MISTRAL
ALISO VIEJO, CA
USA 92656**

Beneficiary bank address
**222 BROADWAYNEW YORK NY 10038 USNEW YORKNEW YORK**

Beneficiary bank code/ SWIFT address
REDACTED

## From

**EUR Savings**
REDACTED   -   Business Integrated EUR Savings

## Amount

Debit amount
EUR 421,438.53

Payment amount
USD 475,000.00

Exchange rate
**EUR 1 = USD** ~~1.126509100~~ **1.127092000**    Save EUR 218.07

Rate last updated at: 13 Jul 2020 11:13:05 (HKT)

Other fees and charges may apply. For details, please refer to:the Bank's Commercial Tariff section available on the HSBC Hong Kong Commercial Banking website. Please go to 'Transaction History' under 'Accounts' on or after the 'Payment Date' to check the transaction details.

## Settlement option

**Telegraphic transfer**

## Payment date

Payment date

**Today, Monday 13 Jul 2020**

Transaction request submitted within <u>business hours</u> will be processed on the same day. Otherwise, it will be processed on the next working day.

## Who pays local / overseas charges

**We pay local bank charges, the beneficiary pays overseas bank charges.**

## Deduct charges from

**Same as debit account**

## Messages

Message to beneficiary

**FROM MING GLOBAL PAYMENT TO MONARCH HOLDING FOR 2020SH471243INV**

## e-Advice

You may request us to send an email to the above beneficiary and/or other related business partners notifying them you have sent funds to the beneficiary. A charge of HKD1 per email will be debited from the account you specified above. If 'Business Integrated Account' is selected, the charge will be debited from your HKD savings account. You can request a maximum of four emails.

**1. donna@merchandeffect.com**

FROM MING GLOBAL PAYMENT TO MONARCH HOLDING FOR 2020SH471243INV

**2. accounts@investmentsfirst.com**

FROM MING GLOBAL PAYMENT TO MONARCH HOLDING FOR 2020SH471243INV

Make Payments / AutoPay                                                                                      13/07/2020, 11:18 AM



## Reference

Transaction reference number
**N71391267825**

Telegraphic transfer reference number
**HK113070BI465963**

## Pay to

Beneficiary bank location
**UNITED STATES**

Beneficiary account number / IBAN
REDACTED

Payment currency
**USD**

Beneficiary name
**MONARCH HOLDINGS INC.**

Beneficiary bank name
**U.S. BANK N.A.**

Beneficiary address
**33 MISTRAL
ALISO VIEJO, CA
USA 92656**

Beneficiary bank address
**800 NICOLLET MALLMINNEAPOLIS MN 554
02 USMINNEAPOLISMINNESOTA**

Beneficiary bank code/ SWIFT address
REDACTED

## From

**EUR Savings**
REDACTED    -   Business Integrated EUR Savings

## Amount

Debit amount
EUR 421,408.25

Payment amount
USD 475,000.00

Exchange rate
**EUR 1 = USD ~~1.126590100~~ 1.127173000**        Save EUR 218.04

Rate last updated at: 13 Jul 2020 11:18:16 (HKT)

Other fees and charges may apply. For details, please refer to:the Bank's Commercial Tariff section available on the HSBC Hong Kong Commercial Banking website. Please go to 'Transaction History' under 'Accounts' on or after the 'Payment Date' to check the transaction details.

## Settlement option

**Telegraphic transfer**

## Payment date

Payment date

**Today, Monday 13 Jul 2020**

Transaction request submitted within <u>business hours</u> will be processed on the same day. Otherwise, it will be processed on the next working day.

## Who pays local / overseas charges

**We pay local bank charges, the beneficiary pays overseas bank charges.**

## Deduct charges from

**Same as debit account**

## Messages

Message to beneficiary

**FROM MING GLOBAL PAYMENT TO MONARCH HOLDING FOR 2020SH471243INV**

## e-Advice

You may request us to send an email to the above beneficiary and/or other related business partners notifying them you have sent funds to the beneficiary. A charge of HKD1 per email will be debited from the account you specified above. If 'Business Integrated Account' is selected, the charge will be debited from your HKD savings account. You can request a maximum of four emails.

**1. donna@merchandeffect.com**

FROM MING GLOBAL PAYMENT TO MONARCH HOLDING FOR 2020SH471243INV

**2. accounts@investmentsfirst.com**

FROM MING GLOBAL PAYMENT TO MONARCH HOLDING FOR 2020SH471243INV

Make Payments / AutoPay                                                                                            9/4/2020, 9:19 AM



## Reference

Transaction reference number
**N71492096635**

Telegraphic transfer reference number
**HK114070BI474028**

## Pay to

Beneficiary bank location
**UNITED STATES**

Beneficiary account number / IBAN
REDACTED

Payment currency
**USD**

Beneficiary name
**MONARCH HOLDINGS INC.**

Beneficiary bank name
**BANK OF AMERICA, N.A.**

Beneficiary address
**33 MISTRAL
ALISO VIEJO, CA
USA 92656**

Beneficiary bank address
**222 BROADWAYNEW YORK NY 10038 USNEW YORKNEW YORK**

Beneficiary bank code/ SWIFT address
REDACTED

## From

**EUR Savings**
REDACTED    -  Business Integrated EUR Savings

## Amount

Debit amount
EUR 420,768.42

Payment amount
USD 475,000.00

Exchange rate
**EUR 1 = USD ~~1.128304100~~  1.128887000**         Save EUR 217.38

Rate last updated at: 14 Jul 2020 09:19:03 (HKT)

Other fees and charges may apply. For details, please refer to:the Bank's Commercial Tariff section available on the HSBC Hong Kong Commercial Banking website. Please go to 'Transaction History' under 'Accounts' on or after the 'Payment Date' to check the transaction details.

## Settlement option

**Telegraphic transfer**

## Payment date

Payment date

**Today, Tuesday 14 Jul 2020**

Transaction request submitted within <u>business hours</u> will be processed on the same day. Otherwise, it will be processed on the next working day.

## Who pays local / overseas charges

**We pay local bank charges, the beneficiary pays overseas bank charges.**

## Deduct charges from

**Same as debit account**

## Messages

Message to beneficiary

**FROM MING GLOBAL PAYMENT TO MONARCH
HOLDINGS FOR REF 2020SH471243INV**

## e-Advice

You may request us to send an email to the above beneficiary and/or other related business partners notifying them you have sent funds to the beneficiary. A charge of HKD1 per email will be debited from the account you specified above. If 'Business Integrated Account' is selected, the charge will be debited from your HKD savings account. You can request a maximum of four emails.

**1. accounts@investmentsfirst.com**

FROM MING GLOBAL PAYMENT TO MONARCH HOLDINGS FOR REF 2020SH471243INV

**2. donna@merchandeffect.com**

FROM MING GLOBAL PAYMENT TO MONARCH HOLDINGS FOR REF 2020SH471243INV



## Reference

Transaction reference number
**N71492099790**

Telegraphic transfer reference
number
**HK114070BI474066**

## Pay to

Beneficiary bank location
**UNITED STATES**

Payment currency
**USD**

Beneficiary bank name
**U.S. BANK N.A.**

Beneficiary bank address
**800 NICOLLET MALLMINNEAPOLIS MN 554
02 USMINNEAPOLISMINNESOTA**

Beneficiary bank code/ SWIFT address
REDACTED

Beneficiary account number / IBAN
REDACTED

Beneficiary name
**MONARCH HOLDINGS INC.**

Beneficiary address
**33 MISTRAL
ALISO VIEJO, CA
USA 92656**

## From

**EUR Savings**
REDACTED    -  Business Integrated EUR Savings

## Amount

Debit amount
EUR 420,872.81

Payment amount
USD 475,000.00

Exchange rate
**EUR 1 = USD ~~1.128024100~~ 1.128607000**    Save EUR 217.48

Rate last updated at: 14 Jul 2020 09:22:51 (HKT)

Other fees and charges may apply. For details, please refer to:the Bank's Commercial Tariff section available on the
HSBC Hong Kong Commercial Banking website. Please go to 'Transaction History' under 'Accounts' on or after the
'Payment Date' to check the transaction details.

## Settlement option

**Telegraphic transfer**

## Payment date

Payment date

**Today, Tuesday 14 Jul 2020**

Transaction request submitted within <u>business hours</u> will be processed on the same day. Otherwise, it will be processed on the next working day.

---

## Who pays local / overseas charges

**We pay local bank charges, the beneficiary pays overseas bank charges.**

## Deduct charges from

**Same as debit account**

---

## Messages

Message to beneficiary

**FROM MING GLOBAL PAYMENT TO MONARCH HOLDINGS FOR REF 2020SH471243INV**

---

## e-Advice

You may request us to send an email to the above beneficiary and/or other related business partners notifying them you have sent funds to the beneficiary. A charge of HKD1 per email will be debited from the account you specified above. If 'Business Integrated Account' is selected, the charge will be debited from your HKD savings account. You can request a maximum of four emails.

**1. accounts@investmentsfirst.com**

FROM MING GLOBAL PAYMENT TO MONARCH HOLDINGS FOR REF 2020SH471243INV

**2. donna@merchandeffect.com**

FROM MING GLOBAL PAYMENT TO MONARCH HOLDINGS FOR REF 2020SH471243INV

---

Make Payments / AutoPay

9/5/2020, 1:09 PM



## Reference

Transaction reference number
**N71593240849**

Telegraphic transfer reference number
**HK115070BI486873**

## Pay to

Beneficiary bank location
**UNITED STATES**

Beneficiary account number / IBAN
REDACTED

Payment currency
**USD**

Beneficiary name
**MONARCH HOLDINGS INC.**

Beneficiary bank name
**BANK OF AMERICA, N.A.**

Beneficiary address
**33 MISTRAL**
**ALISO VIEJO, CA**
**USA 92656**

Beneficiary bank address
**222 BROADWAYNEW YORK NY 10038 USNEW YORKNEW YORK**

Beneficiary bank code/ SWIFT address
REDACTED

## From

**EUR Savings**
REDACTED - Business Integrated EUR Savings

## Amount

Debit amount
EUR 418,929.99

Payment amount
USD 475,000.00

Exchange rate
**EUR 1 = USD ~~1.133258100~~ 1.133841000**     Save EUR 215.48

Rate last updated at: 15 Jul 2020 13:07:34 (HKT)

Other fees and charges may apply. For details, please refer to:the Bank's Commercial Tariff section available on the HSBC Hong Kong Commercial Banking website. Please go to 'Transaction History' under 'Accounts' on or after the 'Payment Date' to check the transaction details.

## Settlement option

**Telegraphic transfer**

## Payment date

Payment date

**Today, Wednesday 15 Jul 2020**

Transaction request submitted within <u>business hours</u> will be processed on the same day. Otherwise, it will be processed on the next working day.

## Who pays local / overseas charges

**We pay local bank charges, the beneficiary pays overseas bank charges.**

## Deduct charges from

**Same as debit account**

## Messages

Message to beneficiary

**FROM MING GLOBAL PAYMENT TO MONARCH HOLDINGS FOR INV REF 2020SH471243**

## e-Advice

You may request us to send an email to the above beneficiary and/or other related business partners notifying them you have sent funds to the beneficiary. A charge of HKD1 per email will be debited from the account you specified above. If 'Business Integrated Account' is selected, the charge will be debited from your HKD savings account. You can request a maximum of four emails.

**1. accounts@investmentsfirst.com**

FROM MING GLOBAL PAYMENT TO MONARCH HOLDINGS FOR INV REF 2020SH471243

**2. donna@merchandeffect.com**

FROM MING GLOBAL PAYMENT TO MONARCH HOLDINGS FOR INV REF 2020SH471243



## Reference

Transaction reference number
**N71593246068**

Telegraphic transfer reference
number
**HK115070BI486914**

## Pay to

Beneficiary bank location
**UNITED STATES**

Beneficiary account number / IBAN
REDACTED

Payment currency
**USD**

Beneficiary name
**MONARCH HOLDINGS INC.**

Beneficiary bank name
**U.S. BANK N.A.**

Beneficiary address
**33 MISTRAL
ALISO VIEJO, CA
USA 92656**

Beneficiary bank address
**800 NICOLLET MALLMINNEAPOLIS MN 554
02 USMINNEAPOLISMINNESOTA**

Beneficiary bank code/ SWIFT address
REDACTED

## From

**EUR Savings**
REDACTED    -  Business Integrated EUR Savings

## Amount

Debit amount
EUR 418,933.69

Payment amount
USD 475,000.00

Exchange rate
**EUR 1 = USD ~~1.133248100~~  1.133831000**    Save EUR 215.48

Rate last updated at: 15 Jul 2020 13:12:59 (HKT)

Other fees and charges may apply. For details, please refer to:the Bank's Commercial Tariff section available on the
HSBC Hong Kong Commercial Banking website. Please go to 'Transaction History' under 'Accounts' on or after the
'Payment Date' to check the transaction details.

## Settlement option

**Telegraphic transfer**

## Payment date

Payment date

**Today, Wednesday 15 Jul 2020**

Transaction request submitted within <u>business hours</u> will be processed on the same day. Otherwise, it will be processed on the next working day.

## Who pays local / overseas charges

**We pay local bank charges, the beneficiary pays overseas bank charges.**

## Deduct charges from

**Same as debit account**

## Ordering party

Is this payment being made on behalf of a third party (ordering party)?

**No**

## Messages

Message to beneficiary

**FROM MING GLOBAL PAYMENT TO MONARCH HOLDINGS FOR INV REF 2020SH471243**

## e-Advice

You may request us to send an email to the above beneficiary and/or other related business partners notifying them you have sent funds to the beneficiary. A charge of HKD1 per email will be debited from the account you specified above. If 'Business Integrated Account' is selected, the charge will be debited from your HKD savings account. You can request a maximum of four emails.

**1. accounts@investmentsfirst.com**

FROM MING GLOBAL PAYMENT TO MONARCH HOLDINGS FOR INV REF 2020SH471243

**2. donna@merchandeffect.com**

FROM MING GLOBAL PAYMENT TO MONARCH HOLDINGS FOR INV REF 2020SH471243

Make Payments / AutoPay



## Reference

Transaction reference number
**N71694174670**

Telegraphic transfer reference number
**HK116070BI493292**

## Pay to

Beneficiary bank location
**UNITED STATES**

Beneficiary account number / IBAN
REDACTED

Payment currency
**USD**

Beneficiary name
**MONARCH HOLDINGS INC.**

Beneficiary bank name
**BANK OF AMERICA, N.A.**

Beneficiary address
**33 MISTRAL
ALISO VIEJO, CA
USA 92656**

Beneficiary bank address
**222 BROADWAYNEW YORK NY 10038 USNEW YORKNEW YORK**

Beneficiary bank code/ SWIFT address
REDACTED

## From

**EUR Savings**

REDACTED  -  Business Integrated EUR Savings

## Amount

Debit amount
EUR 418,334.13

Payment amount
USD 475,000.00

Exchange rate
**EUR 1 = USD ~~1.134873100~~  1.135456000**   Save EUR 214.87

Rate last updated at: 16 Jul 2020 09:09:17 (HKT)

Other fees and charges may apply. For details, please refer to:the Bank's Commercial Tariff section available on the HSBC Hong Kong Commercial Banking website. Please go to 'Transaction History' under 'Accounts' on or after the 'Payment Date' to check the transaction details.

## Settlement option

**Telegraphic transfer**

## Payment date

Payment date

**Today, Thursday 16 Jul 2020**

Transaction request submitted within <u>business hours</u> will be processed on the same day. Otherwise, it will be processed on the next working day.

---

## Who pays local / overseas charges

**We pay local bank charges, the beneficiary pays overseas bank charges.**

## Deduct charges from

**Same as debit account**

---

## Messages

Message to beneficiary

**FROM MING GLOBAL PAYMENT TO MONARCH HOLDINGS FOR 2020SH471243INV**

---

## e-Advice

You may request us to send an email to the above beneficiary and/or other related business partners notifying them you have sent funds to the beneficiary. A charge of HKD1 per email will be debited from the account you specified above. If 'Business Integrated Account' is selected, the charge will be debited from your HKD savings account. You can request a maximum of four emails.

**1. accounts@investmentsfirst.com**

FROM MING GLOBAL PAYMENT TO MONARCH HOLDINGS FOR 2020SH471243INV

**2. donna@merchandeffect.com**

FROM MING GLOBAL PAYMENT TO MONARCH HOLDINGS FOR 2020SH471243INV

---



## Reference

Transaction reference number
**N71795253000**

Telegraphic transfer reference
number
**HK117070BI505487**

## Pay to

Beneficiary bank location
**UNITED STATES**

Beneficiary account number / IBAN
REDACTED

Payment currency
**USD**

Beneficiary name
**MONARCH HOLDINGS INC.**

Beneficiary bank name
**BANK OF AMERICA, N.A.**

Beneficiary address
**33 MISTRAL
ALISO VIEJO, CA
USA 92656**

Beneficiary bank address
**222 BROADWAYNEW YORK NY 10038 USNEW
YORKNEW YORK**

Beneficiary bank code/ SWIFT address
REDACTED

## From

**EUR Savings**
REDACTED    - Business Integrated EUR Savings

## Amount

Debit amount
EUR 419,236.51

Payment amount
USD 475,000.00

Exchange rate
**EUR 1 = USD ~~1.132429100~~ 1.133012000**    Save EUR 215.80

Rate last updated at: 17 Jul 2020 12:38:19 (HKT)

Other fees and charges may apply. For details, please refer to:the Bank's Commercial Tariff section available on the
HSBC Hong Kong Commercial Banking website. Please go to 'Transaction History' under 'Accounts' on or after the
'Payment Date' to check the transaction details.

## Settlement option

**Telegraphic transfer**

## Payment date

Payment date

**Today, Friday 17 Jul 2020**

Transaction request submitted within <u>business hours</u> will be processed on the same day. Otherwise, it will be processed on the next working day.

## Who pays local / overseas charges

**We pay local bank charges, the beneficiary pays overseas bank charges.**

## Deduct charges from

**Same as debit account**

## Messages

Message to beneficiary

**FROM MING GLOBAL PAYMENT TO MONARCH HOLDINGS FOR INV 2020SH471248**

## e-Advice

You may request us to send an email to the above beneficiary and/or other related business partners notifying them you have sent funds to the beneficiary. A charge of HKD1 per email will be debited from the account you specified above. If 'Business Integrated Account' is selected, the charge will be debited from your HKD savings account. You can request a maximum of four emails.

**1. accounts@investmentsfirst.com**

FROM MING GLOBAL PAYMENT TO MONARCH HOLDINGS FOR INV 2020SH471248

**2. donna@merchandeffect.com**

FROM MING GLOBAL PAYMENT TO MONARCH HOLDINGS FOR INV 2020SH471248



## Reference

Transaction reference number
**N71795260337**

Telegraphic transfer reference
number
**HK117070BI505574**

## Pay to

Beneficiary bank location
**UNITED STATES**

Beneficiary account number / IBAN
REDACTED

Payment currency
**USD**

Beneficiary name
**MONARCH HOLDINGS INC.**

Beneficiary bank name
**U.S. BANK N.A.**

Beneficiary address
**33 MISTRAL
ALISO VIEJO, CA
USA 92656**

Beneficiary bank address
**800 NICOLLET MALLMINNEAPOLIS MN 554
02 USMINNEAPOLISMINNESOTA**

Beneficiary bank code/ SWIFT address
REDACTED

## From

**EUR Savings**
REDACTED    -  Business Integrated EUR Savings

## Amount

Debit amount
EUR 419,236.51

Payment amount
USD 475,000.00

Exchange rate
**EUR 1 = USD ~~1.132429100~~  1.133012000**    Save EUR 215.80

Rate last updated at: 17 Jul 2020 12:47:06 (HKT)

Other fees and charges may apply. For details, please refer to:the Bank's Commercial Tariff section available on the
HSBC Hong Kong Commercial Banking website. Please go to 'Transaction History' under 'Accounts' on or after the
'Payment Date' to check the transaction details.

## Settlement option

**Telegraphic transfer**

## Payment date

Payment date

**Today, Friday 17 Jul 2020**

Transaction request submitted within <u>business hours</u> will be processed on the same day. Otherwise, it will be processed on the next working day.

## Who pays local / overseas charges

**We pay local bank charges, the beneficiary pays overseas bank charges.**

## Deduct charges from

**Same as debit account**

## Messages

Message to beneficiary

**FROM MING GLOBAL PAYMENT TO MONARCH
HOLDINGS FOR INV 2020SH471248**

## e-Advice

You may request us to send an email to the above beneficiary and/or other related business partners notifying them you have sent funds to the beneficiary. A charge of HKD1 per email will be debited from the account you specified above. If 'Business Integrated Account' is selected, the charge will be debited from your HKD savings account. You can request a maximum of four emails.

**1. donna@merchandeffect.com**

FROM MING GLOBAL PAYMENT TO MONARCH HOLDINGS FOR INV 2020SH471248

**2. accounts@investmentsfirst.com**

FROM MING GLOBAL PAYMENT TO MONARCH HOLDINGS FOR INV 2020SH471248

Make Payments / AutoPay

9/7/2020, 12:58 PM



## Reference

Transaction reference number
**N71795270547**

## Pay to

Beneficiary bank location
**UNITED STATES**

Payment currency
**USD**

Beneficiary bank name
**BANK OF AMERICA, N.A.**

Beneficiary bank address
**222 BROADWAYNEW YORK NY 10038 USNEW YORKNEW YORK**

Beneficiary bank code/ SWIFT address
REDACTED

Beneficiary account number / IBAN
REDACTED

Beneficiary name
**MONARCH HOLDINGS INC.**

Beneficiary address
**33 MISTRAL**
**ALISO VIEJO, CA**
**USA 92656**

## From

**EUR Savings**
REDACTED  -  Business Integrated EUR Savings

## Amount

Debit amount
❗ **To be determined at the time of conversion**

Exchange rate
❗ **To be determined at the time of conversion**

Payment amount
USD **475,000.00**

Other fees and charges may apply. For details, please refer to:the Bank's Commercial Tariff section available on the HSBC Hong Kong Commercial Banking website.Please go to 'Transaction History' under 'Accounts' on or after the 'Payment Date' to check the transaction details.

## Settlement option

**Telegraphic transfer**

## Payment date

**Saturday 18 Jul 2020**

Transaction request submitted within <u>business hours</u> will be processed on the same day. Otherwise, it will be processed on the next working day.

## Who pays local / overseas charges

**We pay local bank charges, the beneficiary pays overseas bank charges.**

## Deduct charges from

**Same as debit account**

## Messages

Message to beneficiary

**FROM MING GLOBAL PAYMENT TO MONARCH HOLDINGS FOR INV REF 2020SH471248**

## e-Advice

You may request us to send an email to the above beneficiary and/or other related business partners notifying them you have sent funds to the beneficiary. A charge of HKD1 per email will be debited from the account you specified above. If 'Business Integrated Account' is selected, the charge will be debited from your HKD savings account. You can request a maximum of four emails.

**1. accounts@investmentsfirst.com**

FROM MING GLOBAL PAYMENT TO MONARCH HOLDINGS FOR INV REF 2020SH471248

**2. donna@merchandeffect.com**

FROM MING GLOBAL PAYMENT TO MONARCH HOLDINGS FOR INV REF 2020SH471248



## Reference

Transaction reference number
**N71795273201**

## Pay to

Beneficiary bank location
**UNITED STATES**

Beneficiary account number / IBAN
REDACTED

Payment currency
**USD**

Beneficiary name
**MONARCH HOLDINGS INC.**

Beneficiary bank name
**U.S. BANK N.A.**

Beneficiary address
**33 MISTRAL
ALISO VIEJO, CA
USA 92656**

Beneficiary bank address
**800 NICOLLET MALLMINNEAPOLIS MN 554
02 USMINNEAPOLISMINNESOTA**

Beneficiary bank code/ SWIFT address
REDACTED

## From

**EUR Savings**
REDACTED    Business Integrated EUR Savings

## Amount

Debit amount
🛈 **To be determined at the
time of conversion**

Payment amount
USD **475,000.00**

Exchange rate
🛈 **To be determined at the
time of conversion**

Other fees and charges may apply. For details, please refer to:the Bank's Commercial Tariff section available on the
HSBC Hong Kong Commercial Banking website.Please go to 'Transaction History' under 'Accounts' on or after the
'Payment Date' to check the transaction details.

## Settlement option

**Telegraphic transfer**

## Payment date

**Saturday 18 Jul 2020**

Transaction request submitted within <u>business hours</u> will be processed on the same day. Otherwise, it will be processed on the next working day.

## Who pays local / overseas charges

**We pay local bank charges, the beneficiary pays overseas bank charges.**

## Deduct charges from

**Same as debit account**

## Messages

Message to beneficiary

**FROM MING GLOBAL PAYMENT TO MONARCH
HOLDINGS 2 FOR INV REF 2020SH47112
48**

## e-Advice

You may request us to send an email to the above beneficiary and/or other related business partners notifying them you have sent funds to the beneficiary. A charge of HKD1 per email will be debited from the account you specified above. If 'Business Integrated Account' is selected, the charge will be debited from your HKD savings account. You can request a maximum of four emails.

**1. accounts@investmentsfirst.com**

FROM MING GLOBAL PAYMENT TO MONARCH HOLDINGS 2 FOR INV REF 2020SH4711248

**2. donna@merchandeffect.com**

FROM MING GLOBAL PAYMENT TO MONARCH HOLDINGS 2 FOR INV REF 2020SH4711248



## Reference

Transaction reference number
**N71895919702**

## Pay to

Beneficiary bank location
**UNITED STATES**

Payment currency
**USD**

Beneficiary bank name
**BANK OF AMERICA, N.A.**

Beneficiary bank address
**222 BROADWAYNEW YORK NY 10038 USNEW
YORKNEW YORK**

Beneficiary bank code/ SWIFT address
<span style="color:darkred">REDACTED</span>

Beneficiary account number / IBAN
<span style="color:darkred">REDACTED</span>

Beneficiary name
**MONARCH HOLDINGS INC.**

Beneficiary address
**33 MISTRAL
ALISO VIEJO, CA
USA 92656**

## From

**EUR Savings**
<span style="color:darkred">REDACTED</span>     -   Business Integrated EUR Savings

## Amount

Debit amount
❗ **To be determined at the
time of conversion**

Exchange rate
❗ **To be determined at the
time of conversion**

Payment amount
USD **475,000.00**

Other fees and charges may apply. For details, please refer to:the Bank's Commercial Tariff section available on the
HSBC Hong Kong Commercial Banking website.Please go to 'Transaction History' under 'Accounts' on or after the
'Payment Date' to check the transaction details.

## Settlement option

**Telegraphic transfer**

## Payment date

Make Payments / autoPay                                                                    08/07/2020, 10:14 AM

**Monday 20 Jul 2020**

Transaction request submitted within <u>business hours</u> will be processed on the same day. Otherwise, it will be processed on the next working day.

---

## Who pays local / overseas charges

**We pay local bank charges, the beneficiary pays overseas bank charges.**

## Deduct charges from

**Same as debit account**

---

## Messages

Message to beneficiary

**FROM MING GLOBAL PAYMENT TO MONARCH HOLDINGS FOR INV REF 2020SH471248**

---

## e-Advice

You may request us to send an email to the above beneficiary and/or other related business partners notifying them you have sent funds to the beneficiary. A charge of HKD1 per email will be debited from the account you specified above. If 'Business Integrated Account' is selected, the charge will be debited from your HKD savings account. You can request a maximum of four emails.

**1. donna@merchandeffect.com**

FROM MING GLOBAL PAYMENT TO MONARCH HOLDINGS FOR INV REF 2020SH471248

**2. accounts@investmentsfirst.com**

FROM MING GLOBAL PAYMENT TO MONARCH HOLDINGS FOR INV REF 2020SH471248

---

Make Payments / AutoPay                                                                                    03/07/2020, 10:17 AM



## Reference

Transaction reference number
**N71895921380**

## Pay to

Beneficiary bank location
**UNITED STATES**

Payment currency
**USD**

Beneficiary bank name
**U.S. BANK N.A.**

Beneficiary bank address
**800 NICOLLET MALLMINNEAPOLIS MN 554
02 USMINNEAPOLISMINNESOTA**

Beneficiary bank code/ SWIFT address
REDACTED

Beneficiary account number / IBAN
REDACTED

Beneficiary name
**MONARCH HOLDINGS INC.**

Beneficiary address
**33 MISTRAL
ALISO VIEJO, CA
USA 92656**

## From

**EUR Savings**
REDACTED   -   Business Integrated EUR Savings

## Amount

Debit amount
🛈  **To be determined at the
time of conversion**

Exchange rate
🛈  **To be determined at the
time of conversion**

Payment amount
USD **475,000.00**

Other fees and charges may apply. For details, please refer to:the Bank's Commercial Tariff section available on the HSBC Hong Kong Commercial Banking website.Please go to 'Transaction History' under 'Accounts' on or after the 'Payment Date' to check the transaction details.

## Settlement option

**Telegraphic transfer**

## Payment date

**Monday 20 Jul 2020**

Transaction request submitted within <u>business hours</u> will be processed on the same day. Otherwise, it will be processed on the next working day.

## Who pays local / overseas charges

**We pay local bank charges, the beneficiary pays overseas bank charges.**

## Deduct charges from

**Same as debit account**

## Messages

Message to beneficiary

**FROM MING GLOBAL PAYMENT TO MONARCH
HOLDINGS 2 FOR INV REF 2020SH4712
48**

## e-Advice

You may request us to send an email to the above beneficiary and/or other related business partners notifying them you have sent funds to the beneficiary. A charge of HKD1 per email will be debited from the account you specified above. If 'Business Integrated Account' is selected, the charge will be debited from your HKD savings account. You can request a maximum of four emails.

**1. donna@merchandeffect.com**

FROM MING GLOBAL PAYMENT TO MONARCH HOLDINGS 2 FOR INV REF 2020SH471248

**2. accounts@investmentsfirst.com**

FROM MING GLOBAL PAYMENT TO MONARCH HOLDINGS 2 FOR INV REF 2020SH471248



## Reference

Transaction reference number
**N71895927737**

## Pay to

Beneficiary bank location
**UNITED STATES**

Payment currency
**USD**

Beneficiary bank name
**BANK OF AMERICA, N.A.**

Beneficiary bank address
**222 BROADWAYNEW YORK NY 10038 USNEW YORKNEW YORK**

Beneficiary bank code/ SWIFT address
REDACTED

Beneficiary account number / IBAN
REDACTED

Beneficiary name
**MONARCH HOLDINGS INC.**

Beneficiary address
**33 MISTRAL
ALISO VIEJO, CA
USA 92656**

## From

**EUR Savings**
REDACTED    -   Business Integrated EUR Savings

## Amount

Debit amount
🛈 **To be determined at the time of conversion**

Exchange rate
🛈 **To be determined at the time of conversion**

Payment amount
USD **242,945.30**

Other fees and charges may apply. For details, please refer to:the Bank's Commercial Tariff section available on the HSBC Hong Kong Commercial Banking website.Please go to 'Transaction History' under 'Accounts' on or after the 'Payment Date' to check the transaction details.

## Settlement option

**Telegraphic transfer**

## Payment date

**Tuesday 21 Jul 2020**

Transaction request submitted within <u>business hours</u> will be processed on the same day. Otherwise, it will be processed on the next working day.

## Who pays local / overseas charges

**We pay local bank charges, the beneficiary pays overseas bank charges.**

## Deduct charges from

**Same as debit account**

## Messages

Message to beneficiary

**FROM MING GLOBAL PAYMENT TO MONARCH
HOLDINGS 2 FOR INV REF 2020SH47124
8**

## e-Advice

You may request us to send an email to the above beneficiary and/or other related business partners notifying them you have sent funds to the beneficiary. A charge of HKD1 per email will be debited from the account you specified above. If 'Business Integrated Account' is selected, the charge will be debited from your HKD savings account. You can request a maximum of four emails.

**1. accounts@investmentsfirst.com**

FROM MING GLOBAL PAYMENT TO MONARCH HOLDINGS 2 FOR INV REF 2020SH471248

**2. donna@merchandeffect.com**

FROM MING GLOBAL PAYMENT TO MONARCH HOLDINGS 2 FOR INV REF 2020SH471248

Make Payments / AutoPay                                                                              9/07/2020, 10:24 AM



## Reference

Transaction reference number
**N71895925528**

## Pay to

| | |
|---|---|
| Beneficiary bank location | Beneficiary account number / IBAN |
| **UNITED STATES** | REDACTED |
| Payment currency | Beneficiary name |
| **USD** | **MONARCH HOLDINGS INC.** |
| Beneficiary bank name | Beneficiary address |
| **U.S. BANK N.A.** | **33 MISTRAL** |
| | **ALISO VIEJO, CA** |
| Beneficiary bank address | **USA 92656** |
| **800 NICOLLET MALLMINNEAPOLIS MN 554** | |
| **02 USMINNEAPOLISMINNESOTA** | |
| Beneficiary bank code/ SWIFT address | |
| REDACTED | |

## From

**EUR Savings**
REDACTED    -  Business Integrated EUR Savings

## Amount

Debit amount                                                     Payment amount
🛈 **To be determined at the
time of conversion**                                             USD **475,000.00**

Exchange rate
🛈 **To be determined at the
time of conversion**

Other fees and charges may apply. For details, please refer to:the Bank's Commercial Tariff section available on the
HSBC Hong Kong Commercial Banking website.Please go to 'Transaction History' under 'Accounts' on or after the
'Payment Date' to check the transaction details.

## Settlement option

**Telegraphic transfer**

## Payment date

https://www.online-banking.business.hsbc.com.hk/portalserver/gbbportal/en-us/payments/local-payment#/acknowledgement                Page 1 of 2

**Tuesday 21 Jul 2020**

Transaction request submitted within <u>business hours</u> will be processed on the same day. Otherwise, it will be processed on the next working day.

## Who pays local / overseas charges

**We pay local bank charges, the beneficiary pays overseas bank charges.**

## Deduct charges from

**Same as debit account**

## Messages

Message to beneficiary

**FROM MING GLOBAL PAYMENT TO MONARCH
HOLDINGS FOR REF INV 2020SH471248**

## e-Advice

You may request us to send an email to the above beneficiary and/or other related business partners notifying them you have sent funds to the beneficiary. A charge of HKD1 per email will be debited from the account you specified above. If 'Business Integrated Account' is selected, the charge will be debited from your HKD savings account. You can request a maximum of four emails.

**1. donna@merchandeffect.com**

FROM MING GLOBAL PAYMENT TO MONARCH HOLDINGS FOR REF INV 2020SH471248

**2. accounts@investmentsfirst.com**

FROM MING GLOBAL PAYMENT TO MONARCH HOLDINGS FOR REF INV 2020SH471248

Make Payments / AutoPay                                                                                          9/30/2020, 2:02 PM



## Reference

Transaction reference number
**N72905164550**

Telegraphic transfer reference
number
**HK129070BI587347**

## Pay to

Beneficiary bank location
**UNITED STATES**

Beneficiary account number / IBAN
REDACTED

Payment currency
**USD**

Beneficiary name
**MONARCH HOLDINGS INC.**

Beneficiary bank name
**BANK OF AMERICA, N.A.**

Beneficiary address
**33 MISTRAL
ALISO VIEJO, CA
USA 92656**

Beneficiary bank address
**222 BROADWAYNEW YORK NY 10038 USNEW
YORKNEW YORK**

Beneficiary bank code/ SWIFT address
REDACTED

## From

**EUR Savings**
REDACTED      - Business Integrated EUR Savings

## Amount

Debit amount
EUR **406,774.55**

Payment amount
USD **475,000.00**

Exchange rate
**EUR 1 = USD** ~~1.167140100~~  **1.167723000**          Save EUR 203.16

Rate last updated at: 29 Jul 2020 14:01:34 (HKT)

Other fees and charges may apply. For details, please refer to:the Bank's Commercial Tariff section available on the
HSBC Hong Kong Commercial Banking website. Please go to 'Transaction History' under 'Accounts' on or after the
'Payment Date' to check the transaction details.

## Settlement option

**Telegraphic transfer**

## Payment date

Make Payments/Autopay                                                                                29/07/2020, 2:02 PM

~~Payment date~~

**Today, Wednesday 29 Jul 2020**

Transaction request submitted within <u>business hours</u> will be processed on the same day. Otherwise, it will be processed on the next working day.

## Who pays local / overseas charges

**We pay local bank charges, the beneficiary pays overseas bank charges.**

## Deduct charges from

**Same as debit account**

## Messages

Message to beneficiary

**FROM MING GLOBAL PAYMENT TO MONARCH HOLDINGS TRANSATION REF. 2020SH471 253INV**

## e-Advice

You may request us to send an email to the above beneficiary and/or other related business partners notifying them you have sent funds to the beneficiary. A charge of HKD1 per email will be debited from the account you specified above. If 'Business Integrated Account' is selected, the charge will be debited from your HKD savings account. You can request a maximum of four emails.

**1. accounts@investmentsfirst.com**

FROM MING GLOBAL PAYMENT TO MONARCH HOLDINGS TRANSATION REF. 2020SH471253INV

**2. donna@merchandeffect.com**

FROM MING GLOBAL PAYMENT TO MONARCH HOLDINGS TRANSATION REF. 2020SH471253INV

Make Payments / AutoPay                                                                                                29/07/2020, 2:06 PM



## Reference

Transaction reference number
**N72905168009**

Telegraphic transfer reference number
**HK129070BI587408**

## Pay to

Beneficiary bank location
**UNITED STATES**

Beneficiary account number / IBAN
REDACTED

Payment currency
**USD**

Beneficiary name
**MONARCH HOLDINGS INC.**

Beneficiary bank name
**BANK OF AMERICA, N.A.**

Beneficiary address
**33 MISTRAL
ALISO VIEJO, CA
USA 92656**

Beneficiary bank address
**222 BROADWAYNEW YORK NY 10038 USNEW YORKNEW YORK**

Beneficiary bank code/ SWIFT address
REDACTED

## From

**EUR Savings**
REDACTED   -  Business Integrated EUR Savings

## Amount

Debit amount
EUR **276,559.33**

Payment amount
USD **323,000.00**

Exchange rate
**EUR 1 = USD ~~1.167340100~~  1.167923000**        Save EUR 138.10

Rate last updated at: 29 Jul 2020 14:05:12 (HKT)

Other fees and charges may apply. For details, please refer to:the Bank's Commercial Tariff section available on the HSBC Hong Kong Commercial Banking website. Please go to 'Transaction History' under 'Accounts' on or after the 'Payment Date' to check the transaction details.

## Settlement option

**Telegraphic transfer**

## Payment date

Payment date

**Today, Wednesday 29 Jul 2020**

Transaction request submitted within <u>business hours</u> will be processed on the same day. Otherwise, it will be processed on the next working day.

## Who pays local / overseas charges

**We pay local bank charges, the beneficiary pays overseas bank charges.**

## Deduct charges from

**Same as debit account**

## Messages

Message to beneficiary

**FROM MING GLOBAL PAYMENT TO MONARCH
HOLDINGS TRANSACTION REF. 2020SH47
1253INV**

## e-Advice

You may request us to send an email to the above beneficiary and/or other related business partners notifying them you have sent funds to the beneficiary. A charge of HKD1 per email will be debited from the account you specified above. If 'Business Integrated Account' is selected, the charge will be debited from your HKD savings account. You can request a maximum of four emails.

**1. accounts@investmentsfirst.com**

FROM MING GLOBAL PAYMENT TO MONARCH HOLDINGS TRANSACTION REF. 2020SH471253INV

**2. donna@merchandeffect.com**

FROM MING GLOBAL PAYMENT TO MONARCH HOLDINGS TRANSACTION REF. 2020SH471253INV

Make Payments / AutoPay                                                                                       08/08/2020, 4:44 PM



## Reference

Transaction reference number
**N80512453348**

Telegraphic transfer reference number
**HK105080BI642267**

---

## Pay to

Beneficiary bank location
**UNITED STATES**

Beneficiary account number / IBAN
REDACTED

Payment currency
**USD**

Beneficiary name
**MONARCH HOLDINGS INC.**

Beneficiary bank name
**BANK OF AMERICA, N.A.**

Beneficiary address
**33 MISTRAL
ALISO VIEJO, CA
USA 92656**

Beneficiary bank address
**222 BROADWAYNEW YORK NY 10038 USNEW YORKNEW YORK**

Beneficiary bank code/ SWIFT address
REDACTED

---

## From

**EUR Savings**
REDACTED  -  Business Integrated EUR Savings

---

## Amount

Debit amount
EUR **212,546.18**

Payment amount
USD **250,000.00**

Exchange rate
**EUR 1 = USD** ~~1.175632100~~  **1.176215000**          Save EUR 105.38

Rate last updated at: 05 Aug 2020 16:43:09 (HKT)

Other fees and charges may apply. For details, please refer to:the Bank's Commercial Tariff section available on the HSBC Hong Kong Commercial Banking website. Please go to 'Transaction History' under 'Accounts' on or after the 'Payment Date' to check the transaction details.

---

## Settlement option

**Telegraphic transfer**

---

## Payment date

Payment date

**Today, Wednesday 05 Aug 2020**

Transaction request submitted within <u>business hours</u> will be processed on the same day. Otherwise, it will be processed on the next working day.

## Who pays local / overseas charges

**We pay local bank charges, the beneficiary pays overseas bank charges.**

## Deduct charges from

**Same as debit account**

## Messages

Message to beneficiary

**FROM MING GLOBAL PAYMENT TO MONARCH HOLDINGS FOR 2020MGL345589INV**

## e-Advice

You may request us to send an email to the above beneficiary and/or other related business partners notifying them you have sent funds to the beneficiary. A charge of HKD1 per email will be debited from the account you specified above. If 'Business Integrated Account' is selected, the charge will be debited from your HKD savings account. You can request a maximum of four emails.

**1. accounts@investmentsfirst.com**

FROM MING GLOBAL PAYMENT TO MONARCH HOLDINGS FOR 2020MGL345589INV

**2. donna@merchandeffect.com**

FROM MING GLOBAL PAYMENT TO MONARCH HOLDINGS FOR 2020MGL345589INV

Make Payments / AutoPay                                                          9/08/2020, 11:23 AM



## Reference

Transaction reference number
**N81117472310**

Telegraphic transfer reference number
**HK111080BI677255**

## Pay to

Beneficiary bank location
**UNITED STATES**

Beneficiary account number / IBAN
REDACTED

Payment currency
**USD**

Beneficiary name
**MONARCH HOLDINGS INC.**

Beneficiary bank name
**BANK OF AMERICA, N.A.**

Beneficiary address
**33 MISTRAL
ALISO VIEJO, CA
USA 92656**

Beneficiary bank address
**222 BROADWAYNEW YORK NY 10038 USNEW YORKNEW YORK**

Beneficiary bank code/ SWIFT address
REDACTED

## From

**EUR Savings**
REDACTED    -  Business Integrated EUR Savings

## Amount

Debit amount
EUR 213,861.29

Payment amount
USD 250,000.00

Exchange rate
**EUR 1 = USD ~~1.168399100~~  1.168982000**    Save EUR 106.69

Rate last updated at: 11 Aug 2020 11:21:37 (HKT)

Other fees and charges may apply. For details, please refer to:the Bank's Commercial Tariff section available on the HSBC Hong Kong Commercial Banking website. Please go to 'Transaction History' under 'Accounts' on or after the 'Payment Date' to check the transaction details.

## Settlement option

**Telegraphic transfer**

## Payment date

Payment date

**Today, Tuesday 11 Aug 2020**

Transaction request submitted within <u>business hours</u> will be processed on the same day. Otherwise, it will be
processed on the next working day.

## Who pays local / overseas charges

**We pay local bank charges, the beneficiary pays overseas bank charges.**

## Deduct charges from

**Same as debit account**

## Messages

Message to beneficiary

**FROM MING GLOBAL PAYMENT TO MONARCH
HOLDING FOR TRANSACTION REF NO. 20
20MGL345589INV**

## e-Advice

You may request us to send an email to the above beneficiary and/or other related business partners notifying them
you have sent funds to the beneficiary. A charge of HKD1 per email will be debited from the account you specified
above. If 'Business Integrated Account' is selected, the charge will be debited from your HKD savings account. You
can request a maximum of four emails.

**1. accounts@investmentsfirst.com**

FROM MING GLOBAL PAYMENT TO MONARCH HOLDING FOR TRANSACTION REF NO. 2020MGL345589INV

**2. donna@merchandeffect.com**

FROM MING GLOBAL PAYMENT TO MONARCH HOLDING FOR TRANSACTION REF NO. 2020MGL345589INV



## Reference

Transaction reference number
**N81722876568**

Telegraphic transfer reference number
**HK117080BI721348**

## Pay to

Beneficiary bank location
**UNITED STATES**

Beneficiary account number / IBAN
REDACTED

Payment currency
**USD**

Beneficiary name
**MONARCH HOLDINGS INC.**

Beneficiary bank name
**BANK OF AMERICA, N.A.**

Beneficiary address
**33 MISTRAL
ALISO VIEJO, CA
USA 92656**

Beneficiary bank address
**222 BROADWAYNEW YORK NY 10038 USNEW YORKNEW YORK**

Beneficiary bank code/ SWIFT address
REDACTED

## From

**EUR Savings**
REDACTED   -   Business Integrated EUR Savings

## Amount

Debit amount
ⓘ **To be determined at the time of conversion**

Payment amount
USD **643,073.41**

Exchange rate
ⓘ **To be determined at the time of conversion**

Other fees and charges may apply. For details, please refer to:the Bank's Commercial Tariff section available on the HSBC Hong Kong Commercial Banking website.Please go to 'Transaction History' under 'Accounts' on or after the 'Payment Date' to check the transaction details.

## Settlement option

**Telegraphic transfer**

## Payment date

Make Payments / autoPay                                                                                          9/7/08/2020, 7:38 PM

**Today, Monday 17 Aug 2020**

Transaction request submitted within <u>business hours</u> will be processed on the same day. Otherwise, it will be processed on the next working day.

## Who pays local / overseas charges

**We pay local bank charges, the beneficiary pays overseas bank charges.**

## Deduct charges from

**Same as debit account**

## Messages

Message to beneficiary

**FROM MING GLOBAL PAYMENT TO MONARCH HOLDINGS TRANSACTION REF NO.: 2020 MGL345621INV**

## e-Advice

You may request us to send an email to the above beneficiary and/or other related business partners notifying them you have sent funds to the beneficiary. A charge of HKD1 per email will be debited from the account you specified above. If 'Business Integrated Account' is selected, the charge will be debited from your HKD savings account. You can request a maximum of four emails.

**1. accounts@investmentsfirst.com**

FROM MING GLOBAL PAYMENT TO MONARCH HOLDINGS TRANSACTION REF NO.: 2020MGL345621INV

**2. donna@ming-global.com**

FROM MING GLOBAL PAYMENT TO MONARCH HOLDINGS TRANSACTION REF NO.: 2020MGL345621INV