# EXHIBIT 27



## Reference

Transaction reference number
**N71391262870**

Telegraphic transfer reference number
**HK113070BI465871**

## Pay to

Beneficiary bank location
**UNITED STATES**

Beneficiary account number / IBAN
**REDACTED**

Payment currency
**USD**

Beneficiary name
**MONARCH HOLDINGS INC.**

Beneficiary bank name
**BANK OF AMERICA, N.A.**

Beneficiary address
**33 MISTRAL
ALISO VIEJO, CA
USA 92656**

Beneficiary bank address
**222 BROADWAYNEW YORK NY 10038 USNEW YORKNEW YORK**

Beneficiary bank code/ SWIFT address
**REDACTED**

## From

**EUR Savings**
**REDACTED**   -   Business Integrated EUR Savings

## Amount

Debit amount
EUR **421,438.53**

Payment amount
USD **475,000.00**

Exchange rate

**EUR 1 = USD** ~~1.126509100~~  **1.127092000**     Save EUR 218.07

Rate last updated at: 13 Jul 2020 11:13:05 (HKT)

Other fees and charges may apply. For details, please refer to:the <u>Bank's Commercial Tariff section</u> available on the HSBC Hong Kong Commercial Banking website. Please go to 'Transaction History' under 'Accounts' on or after the 'Payment Date' to check the transaction details.

## Settlement option

**Telegraphic transfer**

Payment date

Payment date

**Today, Monday 13 Jul 2020**

Transaction request submitted within <u>business hours</u> will be processed on the same day. Otherwise, it will be processed on the next working day.

| Who pays local / overseas charges | Deduct charges from |
|---|---|
| **We pay local bank charges, the beneficiary pays overseas bank charges.** | **Same as debit account** |

## Messages

Message to beneficiary

**FROM MING GLOBAL PAYMENT TO MONARCH HOLDING FOR 2020SH471243INV**

## e-Advice

You may request us to send an email to the above beneficiary and/or other related business partners notifying them you have sent funds to the beneficiary. A charge of HKD1 per email will be debited from the account you specified above. If 'Business Integrated Account' is selected, the charge will be debited from your HKD savings account. You can request a maximum of four emails.

**1. donna@merchandeffect.com**

FROM MING GLOBAL PAYMENT TO MONARCH HOLDING FOR 2020SH471243INV

**2. accounts@investmentsfirst.com**

FROM MING GLOBAL PAYMENT TO MONARCH HOLDING FOR 2020SH471243INV