# EXHIBIT 29

# California Secretary of State
## Electronic Filing

**FILED**
Secretary of State
State of California

## Corporation - Statement of Information

| | |
|---:|:---|
| Entity Name: | MONARCH HOLDINGS INC. WHICH WILL DO BUSINESS IN CALIFORNIA AS MONARCH INTERNATION INC. |
| Entity (File) Number: | C4607909 |
| File Date: | 08/05/2020 |
| Entity Type: | Corporation |
| Jurisdiction: | NEVADA |
| Document ID: | GH54480 |

**Detailed Filing Information**

1. Entity Name: MONARCH HOLDINGS INC. WHICH WILL DO BUSINESS IN CALIFORNIA AS MONARCH INTERNATION INC.

2. Business Addresses:
   a. Street Address of Principal Office in California:
   1625 N. El Camino Real, Unit B
   San Clemente, California 92672
   United States of America

   b. Mailing Address:
   1625 N. El Camino Real, Unit B
   San Clemente, California 92672
   United States of America

   c. Street Address of Principal Executive Office:
   1625 N. El Camino Real, Unit B
   San Clemente, California 92672
   United States of America

3. Officers:
   a. Chief Executive Officer:
   Veronica So
   1625 N. El Camino Real, Unit B
   San Clemente, California 92672
   United States of America

   b. Secretary:
   Veronica So
   1625 N. El Camino Real, Unit B
   San Clemente, California 92672
   United States of America

Use bizfile.sos.ca.gov for online filings, searches, business records, and resources.

Document ID: GH54480

**California Secretary of State**
Electronic Filing

Officers (cont'd):

    c.  Chief Financial Officer:      Veronica So
                                              1625 N. El Camino Real, Unit B
                                              San Clemente, California 92672
                                              United States of America

4.  Director:      Not Applicable

Number of Vacancies on the Board of Directors:    Not Applicable

5.  Agent for Service of Process:    Veronica So
                                              1625 N. El Camino Real, Unit B
                                              San Clemente, California 92672
                                              United States of America

6.  Type of Business:    Investment

By signing this document, I certify that the information is true and correct and that I am authorized by California law to sign.

Electronic Signature:    Veronica So

*Use bizfile.sos.ca.gov for online filings, searches, business records, and resources.*

Document ID: GH54480