# EXHIBIT 31

(index.html)



# CONTACT

## OUR ADDRESS

33 Mistral
Aliso Viejo,
CA 92656
USA

info@monarchholdingsinc.com (mailto:info@monarchholdingsinc.comm)

## CONTACT FORM

**Name ***

Name

**Email ***

Email

**Comment**

Message

Send

## OUR LOCATION



## Contact Info

📍 **33 Mistral**

Aliso Viejo,
CA 92656
USA

✉ *info@monarchholdingsinc.com* (mailto:info@example.com)

## Quick links

Home (index.html)

Services (services.html)

Shareholders (Shareholders.html)

FAQs (faqs.html)

Contact Us (contact.html)

## Subscribe us

Subscribe to our newsletter to get daily updates

| Subscribe | ➤ |

(index.html) 

© 2018 Monarch Holdings Inc. | All Rights Reserved