# EXHIBIT 33



Refine Results

We found 9 results List View

**MONARCH PLAN ADVISORS**
(**MONARCH** PLAN ADVISORS...)
CRD#: 286612/SEC#: 801-111651
Santa Barbara, CA +2
IA Investment Adviser Firm
For Disclosures (if any) and Years of Experience visit SEC site
MORE DETAILS >

**MONARCH WEALTH STRATEGIES**
(**MONARCH** WEALTH STRATEGIES...)
CRD#: 136029/SEC#: 801-118775
222 E. Carrillo Street Suite 208
Santa Barbara, CA 93101 +3
IA Investment Adviser Firm
For Disclosures (if any) and Years of Experience visit SEC site
MORE DETAILS >

**MONARCH ADVISOR STRATEGIES, LLC**
(**MONARCH** ADVISOR STRATEGIES, LLC)
CRD#: 283984
DANA POINT, CA
IA Investment Adviser Firm
For Disclosures (if any) and Years of Experience visit SEC site
MORE DETAILS >

**MONARCH WEALTH MANAGEMENT GROUP, LLC**
(**MONARCH** WEALTH MANAGEMENT GROUP LLC)
CRD#: 171904
101 N. Vulcan Ave.
Encinitas, CA 92024 +2
IA Investment Adviser Firm
For Disclosures (if any) and Years of Experience visit SEC site
MORE DETAILS >

**BOUSTEAD SECURITIES, LLC**
(**MONARCH** BAY ASSOCIATES, LLC...)
CRD#: 141391/SEC#: 8-67384
6 VENTURE SUITE 395
IRVINE, CA 92618 +1
B Brokerage Firm *Regulated by FINRA*
Disclosures Yes
MORE DETAILS >

**KING, JANICE M.**
(**MONARCH** FINANCIAL MANAGEMENT...)
CRD#: 135456
IRVINE, CA
IA Investment Adviser Firm
For Disclosures (if any) and Years of Experience visit SEC site
MORE DETAILS >

**THE WEALTH COLLABORATIVE, INC.**
(**MONARCH** WEALTH ADVISORY GROUP, INC...)
CRD#: 142618/SEC#: 801-68456
30699 RUSSELL RANCH ROAD SUITE 185
WESTLAKE VILLAGE, CA 91362
IA Investment Adviser Firm
For Disclosures (if any) and Years of Experience visit SEC site
MORE DETAILS >

**SAGEPOINT FINANCIAL, INC.**
(**MONARCH** WEALTH & RETIREMENT STRATEGIES...)
CRD#: 133763/SEC#: 801-64721,8-66771
2014 HUNTINGTON ST
HUNTINGTON BEACH, CA 92648 +816
B Brokerage Firm *Regulated by FINRA*
IA Investment Adviser Firm
Disclosures Yes
MORE DETAILS >

**WESTERN WEALTH MANAGEMENT LLC**
(**MONARCH** ADVISORY GROUP...)
CRD#: 283545/SEC#: 801-107762
San Diego, CA +89
IA Investment Adviser Firm
For Disclosures (if any) and Years of Experience visit SEC site
MORE DETAILS >

« ‹ 1 of 1 page › »

B Broker

A brokerage firm, also called a broker-dealer, is in the business of buying and selling securities – stocks, bonds, mutual funds, and certain other investment products – on behalf of its customer (as broker), for its own bank (dealer), or both.
Individuals who work for broker-dealers - the sales personnel are commonly referred to as brokers.

(IA) Investment Adviser

An investment adviser is paid for providing advice about securities to clients. In addition, some investment advisers manage investment portfolios and offer financial planning services.
It is common for a financial professional to act as both a broker and an investment adviser. Because of this, we include investment advisers on BrokerCheck, and provide links to the SEC's Investment Adviser Public Disclosure (IAPD) website so you can research further.

(PR) Previously Registered

A Previously Registered broker or brokerage firm is not currently licensed to act as a broker (buying and selling securities on behalf of customers) or as an investment adviser (providing advice about securities to clients). They may still be able to offer other investment-related services if properly licensed to do so. Click here to learn more.

Disclosures

Disclosures can be customer complaints or arbitrations, regulatory actions, employment terminations, bankruptcy filings and certain civil or criminal proceedings that they were a part of.

BrokerCheck Terms of Use

©2020 FINRA, All Rights Reserved

FINRA is a registered trademark of the Financial Industry Regulatory Authority, Inc.

Privacy   |   Legal

We found 1 result

 List View





« ‹    1 of 1 page    › »

**B** Broker

A brokerage firm, also called a broker-dealer, is in the business of buying and selling securities – stocks, bonds, mutual funds, and certain other investment products – on behalf of its customer (as broker), for its own bank (dealer), or both.
Individuals who work for broker-dealers - the sales personnel are commonly referred to as brokers.

**IA** Investment Adviser

An investment adviser is paid for providing advice about securities to clients. In addition, some investment advisers manage investment portfolios and offer financial planning services.
It is common for a financial professional to act as both a broker and an investment adviser. Because of this, we include investment advisers on BrokerCheck, and provide links to the SEC's Investment Adviser Public Disclosure (IAPD) website so you can research further.

**PR** Previously Registered

A Previously Registered broker or brokerage firm is not currently licensed to act as a broker (buying and selling securities on behalf of customers) or as an investment adviser (providing advice about securities to clients). They may still be able to offer other investment-related services if properly licensed to do so. Click here to learn more.



 **Disclosures**

Disclosures can be customer complaints or arbitrations, regulatory actions, employment terminations, bankruptcy filings and certain civil or criminal proceedings that they were a part of.

Use of the BrokerCheck site is subject to
[BrokerCheck Terms of Use](#)

©2020 FINRA, All Rights Reserved

FINRA is a registered trademark of the Financial Industry Regulatory Authority, Inc.

Privacy  |  Legal

# Why Use BrokerCheck?



BrokerCheck helps you make informed choices about brokers and brokerage firms-and provides easy access to investment adviser information.



BrokerCheck tells you instantly whether a person or firm is registered, as required by law, to sell securities (stocks, bonds, mutual funds and more), offer investment advice or both.



BrokerCheck gives you a snapshot of a broker's employment history, regulatory actions, and investment-related licensing information, arbitrations and complaints.

#### Want more information?
- Browse the list of brokers barred by FINRA.
- Check out the new SEC Action Lookup tool for formal actions that the SEC has brought against individuals, including those who are not brokers.
- Go to your state securities regulator to do additional research on brokers and investment advisers.
  BrokerCheck does not have information regarding civil litigation not involving investments, civil protective orders, criminal matters unless they are felonies, or misdemeanors that are investment-related or involve theft or a "breach of trust." Consider doing an internet search to check for that type of information.

**Who is FINRA?** FINRA is an independent, non-governmental regulator for all securities firms doing business with the public in the United States. We are authorized by Congress to protect

America's investors by making sure the securities industry operates fairly and honestly.

Learn more about FINRA at **www.finra.org**

## Want to learn more?

**Learn more about BrokerCheck Information**
and where it comes from

**Need Assistance?**
Call BrokerCheck Help Line at
(800) 289-9999, **email** us, or complete our **survey**.

**Privacy** | **Legal**

©2020 FINRA, All Rights Reserved

FINRA is a registered trademark of the Financial Industry Regulatory Authority, Inc.