# EXHIBIT 36

 

Letter Of Authority

To Whomsoever It May Concern.

We at Ming Global Limited Hong Kong strongly suspect that money has being fraudulently obtained from us through misrepresentation in the Hong Kong and US Equities and Securities Market.

We have appointed Control Risks as our professional advisor and representative in the matter and advise them file a police complaint on our behalf to investigate this matter further.

We request that HK Police please provide all possible assistance to Anasuya Sanyal from Control risk and/or their representative help in this case

Thank you.

Your sincerely,

Donna Marie
Ming Global Limited
+852 8197 3159