# EXHIBIT 37

**From:** Simon Newton <simon.newton@investmentsfirst.com>
**Date:** Tuesday, 29 September 2020 at 4:04 pm
**To:** Zach Hegde <zach@ming-global.com>
**Cc:** Donna Marie <donna@ming-global.com>, Angela Fung <accounts@investmentsfirst.com>
**Subject:** Re: First Eastern Investments

Zach,

I would have to agree with you in this instance. I am aware it doesn't bode well for myself however I am determined to fix this situation.

Yes, $100,000 will be sufficient however it's your call. The reason we are funding the personal account is to demonstrate to the bank that although we did execute an ACAT from your personal account to your corporate account, we are still actively using both. Although $100,000 is absolutely fine, if you could stretch a bit more, it certainly won't be harmful.

If we can err on the side of caution, I anticipate the turnaround will be no more than 5 days. Once the audit has been called off, Maybank will take over the responsibility from BofA and start the repatriation process.

If you can make the transfer today, in my experience BofA will call off the audit tonight.

BofA will then be in a position to execute a switch which essentially means forwarding the funds to the New York Maybank branch. The switch tends to take 48 hours. Once cleared with Maybank they will forward to their HQ in Kuala Lumpur, Malaysia and from Kuala Lumpur to your HSBC account in Hong Kong. Zach 5 days, maximum 7 days to be safe.

Please find attached the remittance instructions for the transaction. When making a transfer, kindly use the reference so we can locate the transaction.

It normally takes 24-48 hours to clear in the account. Angela, kindly update Mr. Hedge as soon as his fund clear please.

Regards,

**Simon Newton**
**Head of Compliance**

+852 3002 4430

simon.newton@investmentsfirst.com

28 Hennessy Rd, Wan Chai, Hong Kong

www.investmentsfirst.com



*This email and the information it contains is confidential and intended only for the party or parties named. Its contents are not to be disclosed, copied, or used in any way except by the named party or parties. If you are not the named party or parties, please notify us immediately by reply. We do not accept any responsibility for the accuracy or completeness of this message as it has been sent over a public network. If you believe that this message has been intercepted or amended, please inform us immediately.*

On 2020-09-29 13:24, Zach Hegde wrote:

Thanks Simon,

I wish your team had the "common sense" to do the compliance properly in the first instance and we would not have been in this situation right?

Could you please send the remittance. Pls keep Donna in CC- you said 100K is enough for this right? And what is the time line for this to be cleared?

What is the time line for the funds to be returned?

Zach

---

**From:** Simon Newton <simon.newton@investmentsfirst.com>
**Date:** Tuesday, 29 September 2020 at 3:20 pm
**To:** Zach Hegde <zach@ming-global.com>
**Cc:** Donna Marie <donna@ming-global.com>
**Subject:** Re: First Eastern Investments

Zach,

Please understand while there is an external audit being processed on both accounts, we can not discuss this matter without it being on record so I'm awfully sorry to say I can not call you.

I assure you, although it seems this way, we are taking every precaution to protect you and provide the best service we can. Once this is resolved, it will be understood.

As much as I would love to talk with you, I simply can not. I assure you this is for the best. I can not risk delaying any further.

Take this as my word, if you execute this one trade though your personal account, the bank will recall the audit. I have been involved with audits with Bank of America thousands of times and every time it has resolved itself simply by following common sense, however the problem with common sense nowadays is that it's not that common.

Regards,

**Simon Newton**
**Head of Compliance**

+852 3002 4430

simon.newton@investmentsfirst.com

28 Hennessy Rd, Wan Chai, Hong Kong

www.investmentsfirst.com



*This email and the information it contains is confidential and intended only for the party or parties named. Its contents are not to be disclosed, copied, or used in any way except by the named party or parties. If you are not the named party or parties, please notify us immediately by reply. We do not accept any responsibility for the accuracy or completeness of this message as it has been sent over a public network. If you believe that this message has been intercepted or amended, please inform us immediately.*


On 2020-09-29 13:04, Zach Hegde wrote:

Simon-


Could you please call me in relation to this?


I really need to understand the intricacies of this- seems like a continuous flow of funds in 1 direction and nothing coming back.

Awaiting your call

Zach

---

**From:** Simon Newton <simon.newton@investmentsfirst.com>
**Date:** Tuesday, 29 September 2020 at 3:02 pm
**To:** Zach Hegde <zach@ming-global.com>
**Cc:** Donna Marie <donna@ming-global.com>
**Subject:** Re: First Eastern Investments

Mr. Hegde,

Yes you are absolutely correct in relation to the personal account (Sharath Kumar Hegde).

If we execute ONE trade ONLY, through your personal account, it will give me some leeway to liaise with the bank to release the funds immediately and drop the audit as this will eradicate the inactivity.

I think it's for the best to follow this advice Zach, as it could take weeks and we all really want to draw a line under this now for the sake of everyone involved, including you and your investors.

My advice would be to execute a trade between $100,000 - $500,000 which would put you into the bracket of a seasoned trader.

If you decide to follow this advice, we would use JP Morgan Chase who has an excellent investment banking relationship with Maybank.

Maybank will then be in a position to take over the responsibilities for the repatriation to your Ming Global bank account.

If you decide not to do this, then we will simply have to wait for the audit reports which I'm confident will come back positive but time is of the essence.

Kindly advise?

Regards,

**Simon Newton**
**Head of Compliance**

+852 3002 4430

simon.newton@investmentsfirst.com

28 Hennessy Rd, Wan Chai, Hong Kong

www.investmentsfirst.com



This email and the information it contains is confidential and intended only for the party or parties named. Its contents are not to be disclosed, copied, or used in any way except by the named party or parties. If you are not the named party or parties, please notify us immediately by reply. We do not accept any responsibility for the accuracy or completeness of this message as it has been sent over a public network. If you believe that this message has been intercepted or amended, please inform us immediately.

On 2020-09-29 12:29, Zach Hegde wrote:

Hi Simon,

Of course I am very disappointed- every time it comes to the end of receiving the money there is another story and all this due to issues caused by First Eastern Investment and the staff.

Scott was advising me that the primary account (Sharath Hegde) was no issue and if we did some small transaction that would re-calibrate that account and help us out of this mess quickly.

Is this possible?

Donna is still trying to reach Angela about the discrepancy.

As for your email below, why can't I speak with someone who has some knowledge and who can answer me clearly as your reply are a bit vague.

Simon, as you can understand I am bit frustrated here and reaching out to receptionist who has no idea how your office works is a bit frustrating. So pardon my impatience as he cannot connect me to anyone in the business since start-

Can I please get a response urgently to my above query?

Zach

5

**From:** Simon Newton <simon.newton@investmentsfirst.com>
**Date:** Monday, 28 September 2020 at 3:31 pm
**To:** Zach Hegde <zach@ming-global.com>
**Cc:** Donna Marie <donna@ming-global.com>
**Subject:** Re: First Eastern Investments

Dear Mr. Hegde,

I do understand your disappointment, we were all bitterly disappointed as well with the decision.

1. The unusual activity relates to the changing of account type and name, as well as the lack of activity on the individual account.

2. The bank who have appointed the audit is 'The Bank of America Corporation' and within their investment banking and corporate finance department. We are still a
waiting for the auditing company details. Once we know, we will provide all details.

3. There has been no breach of regulation from our perspective, however the point of the audit is to correctly determine that. First Eastern Investments Ltd have not breached any regulation during your time trading with us and we are confident that the audit will reveal this.

4. The audit can take anywhere between 2-8 weeks. Depending on the level of checks, we are hoping both account reports will be finalised sooner rather than later.

5. I have removed Scott as your account representative because I feel this is above his experience. He was upset with this decision but ultimately it was my call. We are forbidden to initiate any trades so his skill set is not relevant for the time being. Your contact will now be myself until we have the audit reports. I assure you this is normal, when compliance comes into practice.

Mr. Hegde, I understand you have many questions and quite rightly so however, we are doing everything we possibly can. I ask you to refrain from speaking to my staff inappropriately and let us do our job.

If there are issues with your account statements then kindly forward the details to Angela and we can resolve the issue immediately. Kindly note I have been informed that there are no mistakes on the account statements so please provide the details so we can rectify them.

I hope this answers your questions and please don't hesitate to reply if there are any more queries.

Regards,

**Simon Newton**
**Head of Compliance**

+852 3002 4430

simon.newton@investmentsfirst.com

28 Hennessy Rd, Wan Chai, Hong Kong

www.investmentsfirst.com



*This email and the information it contains is confidential and intended only for the party or parties named. Its contents are not to be disclosed, copied, or used in any way except by the named party or parties. If you are not the named party or parties, please notify us immediately by reply. We do not accept any responsibility for the accuracy or completeness of this message as it has been sent over a public network. If you believe that this message has been intercepted or amended, please inform us immediately.*

On 2020-09-28 09:23, Zach Hegde wrote:

Hi Simon,

I just had the opportunity to read the email and I am very disappointed with it.

I have a few questions and if you don't mind please replying back on this urgently?

What is this "unusual activity'?

Which Bank and who are these Regulators that are being appointed and by whom?

Breach of what regulations? as all this is being conducted by your First Eastern Investment Company-

What regulations has First Eastern Investment Breached with our investments?

How long for his reports as we have had many excuses and reasons since the start?

Why have you advised Scott bailey to step down? Who is my contact now- every company as an account manager to manage this , and I find it very weird and non-professional for any institution like that First Eastern does not have an account manager to speak when the stakes are so high?

What's going on here?


Simon,

I need to speak with your urgently or with Scott Bailey- This is making me very nervous as we are having one issue after another with This large amounts of money which surely you know will have repercussions in every arena- I need to find a compromise and settle this matter urgently. There are also multiple issues with the accounts sheet in relation to the two accounts with large discrepancy.


Also please note Simon- According to Scott it was your compliance team that made severe mistakes with Ming Global accounts in rush to receive the money and did not do your compliance and check documents correctly and now we are paying the price of this??? This is not fair and reasonable way to conduct business


Who can I speak with urgently in First Eastern to escalate this matter as clearly we are getting nowhere with this?


Zach


---

**From:** Simon Newton <simon.newton@investmentsfirst.com>
**Date:** Friday, 25 September 2020 at 2:19 pm
**To:** Zach Hegde <zach@ming-global.com>
**Subject:** First Eastern Investments


Dear Mr. Hegde,

We have been informed that both your individual and corporate trading accounts with First Eastern Investments Ltd have been selected for external audits due to 'unusual activity' based on information provided by yourself.

We were notified on the 24/09/20 and have since been informed that the bank regulators will appoint an auditor who's responsible for determining that all trading and banking records are complete, accurate and are not in breach of any regulations. The auditor will be absent of bias and will give full reports to all parties involved.

Once we are in possession of the auditing reports on both accounts, we will forward you copies immediately.

Assuming the reports are positive, the transfer agent can start the funds repatriation process without any encumbrances.

If the reports are negative and the auditor feels there has been activity executed below regulation standards or they acknowledge any irregularities, then we will listen to their advice and take action.

I have informed Scott Bailey to step down as your advisor for the time being as no trading is permitted during this audit so kindly direct all communication to myself. Please note I will not take phone calls during this audit.

As both of your trading accounts have been registered this year, you will be priority so rest assure that we will be on top of this for you.

Please do not hesitate to make contact via email if you have any queries.

Regards,

**Simon Newton
Head of Compliance**

+852 3002 4430

simon.newton@investmentsfirst.com

28 Hennessy Rd, Wan Chai, Hong Kong

www.investmentsfirst.com



*This email and the information it contains is confidential and intended only for the party or parties named. Its contents are not to be disclosed, copied, or used in any way except by the named party or parties. If you are not the named party or parties, please notify us immediately by reply. We do not accept any responsibility for the accuracy or completeness of this message as it has been sent over a public network. If you believe that this message has been intercepted or amended, please inform us immediately.*