# EXHIBIT 38

# <u>REMITTANCE INSTRUCTIONS</u>

**Beneficiary Account Name:**  IRVINE MANAGEMENT TRANSFER AND HOLDING CORP

**Beneficiary Address:**  170 FOREST AVENUE
GLEN COVE, NY
USA 11542-3808

**Beneficiary Account Number:**  REDACTED

**Beneficiary Bank Name:**  JP MORGAN CHASE

**Beneficiary Bank Address:**  85 FOREST AVENUE
LOCUST VALLEY, NY
USA 11560

**SWIFT Code:**  REDACTED

**Routing Number:**  REDACTED

**Amount:**

**Important:** In the additional information filed of your transfer request, please enter the following information only. This will ensure that your transfer is correctly allocated and will ensure that delays are avoided.

## Payment Reference:   REDACTED

Please remember, we are here to help. If there is anything that you are unsure about, please contact your representative immediately.