# EXHIBIT 39



170 Forest Ave., Glen Cove, New York 11542

All   Maps   Shopping   News   Books   More                Settings   Tools

About 227,000 results (0.70 seconds)



**170 Forest Ave**
Glen Cove, NY 11542

www.zillow.com › ... › Glen Cove › 11542 › 11542
### 170 Forest Ave, Glen Cove, NY 11542 | Zillow
The property **170 Forest Ave, Glen Cove, NY 11542** is currently not for sale on Zillow. View details, sales history and Zestimate data for this property on Zillow.

www.loopnet.com › Listing › 170-Forest-Avenue-Glen-...
### 170 Forest Ave, Glen Cove, NY 11542 - Property Record ...
View information about **170 Forest Ave, Glen Cove, NY 11542**. See if the property is available for sale or lease. View photos, public assessor data, maps and ...

www.loopnet.com › Listing › 170-Forest-Ave-Glen-Co...
### 170 Forest Ave, Glen Cove, NY 11542 | LoopNet.com
Aug 18, 2020 - **170 Forest Ave, Glen Cove, NY 11542**. This space was available for Lease on LoopNet.com. 7000 square foot retail strip center. Brand new ...

www.trulia.com › NY › Glen Cove › 11542
### 170 Forest Ave Glen Cove, NY 11542 - Trulia
**170 Forest Ave, Glen Cove, NY 11542** is a 4244 sqft, Studio home sold in 2012. See the estimate, review home details, and search for homes nearby.

www.forestavegrill.com
### Forest Ave Grill: HOME
**170 Forest Avenue**. **Glen Cove, New York 11542**. Tel: ... dish is made from scratch with the. freshest ingredients that today's market has to offer. **Forest Ave** Grill ...

www.propertyshark.com › ... › 11542 › Forest Ave
### 170 Forest Ave, Glen Cove, NY 11542 - Owner & Property ...
View Property & Ownership Information, property sales history, liens, taxes, zoning...for **170 Forest Ave, Glen Cove, NY 11542** - All property data in one place!

www.mapquest.com › q-s-laundromat-1501529
### Q & S Laundromat 170 Forest Ave Glen Cove, NY - MapQuest
Get directions, reviews and information for Q & S Laundromat in Glen Cove, NY. ... **170 Forest Ave, Glen Cove, NY 11542**. (516) 676-2956. Claim this business.

www.mapquest.com › new-york › forest-ave-grill-3760... ▼

### Forest Ave Grill 170 Forest Ave Glen Cove, NY Restaurants ...

Forest Ave Grill. **170 Forest Ave**, **Glen Cove**, **NY 11542**. (516) 277-2360.

www.officespace.com › New York › Glen Cove ▼

### 170 Forest Ave, Glen Cove, NY 11542 - OfficeSpace.com

2 Retail spaces for lease or rent at **170 Forest Ave**, **Glen Cove**, **NY 11542**. View photos and contact a broker.

www.realtytrac.com › ... › Glen Cove › 11542

### 170 Forest Ave, Glen Cove, NY 11542 - 48728666 | RealtyTrac

Discover **170 Forest Ave**, **Glen Cove**, **NY 11542** - miscellaneous with 11318 sq. ft.. Get the latest property info at RealtyTrac - 48728666.

## Related searches

| | |
|---|---|
| Hazuki **g**l**e**n cove | American cafe 11542 |
| **G**l**e**n cove Forest Gri**ll** | Forest Pizza menu |
| Forest Ave Gri**ll** New reviews 2019 | |

**1** 2 3 4 5 6 7 8 9 10    Next

**Orange County, California** - Based on your past activity - Use precise location - Learn more

Help    Send feedback    Privacy    Terms

Glen Cove, New York



Image capture: Sep 2019    © 2020 Google



Street View

