1  Nicholas O. Kennedy (State Bar No. 280504)
   nicholas.kennedy@bakermckenzie.com
2  **BAKER & McKENZIE LLP**
   1900 North Pearl Street, Suite 1500
3  Dallas, TX  75201
   Telephone:  214 978 3000
4  Facsimile:   214 978 3099

5  Katharine Miner (State Bar No. 288083)
   katharine.miner@bakermckenzie.com
6  Thomas Tysowsky (State Bar No. 330022)
   thomas.tysowsky@bakermckenzie.com
7  **BAKER & McKENZIE LLP**
   1901 Avenue of the Stars, Suite 950
8  Los Angeles, CA  90067
   Telephone:  310 201 4728
9  Facsimile:   310 201 4721

10
11 Attorneys for Plaintiff
   MING GLOBAL LIMITED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MING GLOBAL LIMITED, a Hong Kong company,<br><br>            Plaintiff,<br><br>   v.<br><br>MONARCH HOLDINGS INC., a Nevada corporation, d/b/a MONARCH INTERNATIONAL INC., VERONICA SO a/k/a MARIA VERONICA SO a/k/a MARIA SO, an individual, IRVINE MANAGEMENT TRANSFERS AND HOLDINGS CORP, a New York corporation, ALYSSA D'URSO a/k/a ALYSSA DURSO, an individual, and Does 1 through 10 inclusive.<br><br>            Defendants. | **Case No. 8:20-cv-01852-JVS-KES**<br><br>Date Complaint Filed: Sept 24, 2020<br><br>**DECLARATION OF NICHOLAS O. KENNEDY IN SUPPORT OF PLAINTIFF MING GLOBAL LIMITED'S SECOND EX PARTE APPLICATION FOR RIGHT TO ATTACH ORDER AND FOR TEMPORARY PROTECTIVE ORDER**<br><br>Before Judge James V. Selna Courtroom 10C; and<br><br>Before Magistrate Judge Karen E. Scott Courtroom 6D<br><br>Ronald Reagan Federal Building & U.S. Courthouse<br>411 West 4th Street<br>Santa Ana, CA 92701-4516 |

Baker & McKenzie LLP
1901 Avenue of the Stars
Suite 950
Los Angeles, CA  90067
Tel: 310.201.4728

Case No. 8:20-cv-01852-JVS-KES
DECLARATION OF N. KENNEDY IN SUPPORT OF PLAINTIFF'S SECOND EX PARTE APPLICATION FOR RIGHT TO ATTACH ORDER

**1.** My name is Nicholas O. Kennedy. I am over the age of twenty-one years, of sound mind, have never been convicted of a felony, and am capable of making this Declaration. I have personal knowledge of the facts stated herein, except as set forth below. All of the facts herein are true and correct to the best of my knowledge. I further state that I am fully authorized and competent to testify to the matters set out in this Declaration.

**2.** I am a Partner at the law firm of Baker & McKenzie LLP, and I am the lead attorney representing Plaintiff Ming Global Limited ("Ming Global") in the above captioned action. I am admitted to practice law in the States of California and Texas, as well as in the Central District of California.

**3.** I make this Declaration in support of Plaintiff Ming Global's Second *Ex Parte* Application in Support of the Right to Attach Order and Temporary Protective Order. It attaches documents with which I am personally familiar.

**4.** Attached hereto as **Exhibit 1** is a true and correct copy of the search results for "Veronica So" for individual brokers within California and Nevada on the U.S. Financial Industry Regulatory Authority's website brokercheck.finra.org. The government agency's website states, "BrokerCheck tells you instantly whether a person or firm is registered, as required by law, to sell securities (stocks, bonds, mutual funds and more), offer investment advice or both."

**5.** Attached hereto as **Exhibit 2** is a true and correct copy of the search results for "Irvine Management Transfers and Holdings Corp" for security brokerage firms within New York on the U.S. Financial Industry Regulatory Authority's website brokercheck.finra.org.

**6.** Attached hereto as **Exhibit 3** is a true and correct copy of the search results for "Alyssa D'Urso" for individual brokers within New York on the U.S. Financial Industry Regulatory Authority's website brokercheck.finra.org.

**7.** To the best of my knowledge, Defendant Monarch Holdings Inc. d/b/a Monarch International Inc., Defendant Veronica So a/k/a Maria Veronica So a/k/a

Baker & McKenzie LLP
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067
Tel: 310.201.4728

1

Case No. 8:20-cv-01852-JVS-KES
DECLARATION OF N. KENNEDY IN SUPPORT OF PLAINTIFF'S SECOND EX PARTE APPLICATION FOR RIGHT TO ATTACH ORDER

Maria So, Defendant Irvine Management Transfers and Holdings Corp, and Alyssa D'Urso a/k/a Alyssa DUrso (collectively "Defendants") are not represented by counsel. As a result, I have not been able to notify counsel for Defendants of this *Ex Parte* Application.

**8.** I believe based on the facts and circumstances described in the materials and declarations submitted herewith that Ming Global would suffer additional irreparable harm if this matter were heard on full notice and the requested relief was not granted on an *ex parte* basis. Specifically, I believe that the complicated financial fraud and the presence of multiple unknown international actors strongly suggests that money would be transferred out of California if Defendants were given notice of this application, rendering that money unavailable for recovery of any potential judgment.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Southlake, Texas on October 6, 2020.

*/s/ Nicholas O. Kennedy*_____
Nicholas O. Kennedy

Baker & McKenzie LLP
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067
Tel: 310.201.4728

2

Case No. 8:20-cv-01852-JVS-KES
DECLARATION OF N. KENNEDY IN SUPPORT OF PLAINTIFF'S SECOND EX PARTE APPLICATION FOR RIGHT TO ATTACH ORDER