1 | Nicholas O. Kennedy (State Bar No. 280504)
2 | nicholas.kennedy@bakermckenzie.com
    **BAKER & McKENZIE LLP**
3 | 1900 North Pearl Street, Suite 1500
    Dallas, TX 75201
4 | Telephone: 214 978 3000
    Facsimile: 214 978 3099

5 | Katharine Miner (State Bar No. 288083)
    katharine.miner@bakermckenzie.com
6 | Thomas Tysowsky (State Bar No. 330022)
    thomas.tysowsky@bakermckenzie.com
7 | **BAKER & McKENZIE LLP**
    1901 Avenue of the Stars, Suite 950
8 | Los Angeles, CA 90067
    Telephone: 310 201 4728
9 | Facsimile: 310 201 4721

10 | Attorneys for Plaintiff
     MING GLOBAL LIMITED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MING GLOBAL LIMITED, a Hong Kong company,<br><br>Plaintiff,<br><br>v.<br><br>MONARCH HOLDINGS INC., a Nevada corporation, d/b/a MONARCH INTERNATIONAL INC., VERONICA SO a/k/a MARIA VERONICA SO a/k/a MARIA SO, an individual, IRVINE MANAGEMENT TRANSFERS AND HOLDINGS CORP, a New York corporation, ALYSSA D'URSO a/k/a ALYSSA DURSO, an individual, and Does 1 through 10 inclusive.<br><br>Defendants. | **Case No. 8:20-cv-01852-JVS-KES**<br><br>Date Complaint Filed: Sept 24, 2020<br><br>**DECLARATION OF SHARATH KUMAR HEGDE IN SUPPORT OF PLAINTIFF MING GLOBAL LIMITED'S SECOND EX PARTE APPLICATION FOR RIGHT TO ATTACH ORDER AND FOR TEMPORARY PROTECTIVE ORDER**<br><br>**Before Judge James V. Selna and Magistrate Judge Karen E. Scott** |

Baker & McKenzie LLP
1901 Avenue of the Stars,
Suite 950
Los Angeles, CA 90067
Tel: 310.201.4728

Case No. 8:20-cv-01852-JVS-KES
DECLARATION OF SHARATH KUMAR HEGDE ISO PLAINTIFF'S EX PARTE APPLICATION FOR RIGHT TO ATTACH ORDER

**1.** My name is Sharath Kumar ("Zach") Hegde. I am over the age of twenty-one years, of sound mind, have never been convicted of a felony, and am capable of making this Declaration. I have personal knowledge of the facts stated herein, except as set forth below. All of the facts herein are true and correct to the best of my knowledge. I further state that I am fully authorized and competent to testify to the matters set out in this Declaration.

**2.** I am a Director of Plaintiff Ming Global Limited ("Ming Global"). Ming Global is a Hong Kong corporation, with its principal place of business at 1206 Eastern Commercial Centre, 397 Hennessy Road, Wan Chai, Hong Kong. Ming Global is a supplier and distributor of promotional and other products for leading global businesses. It is an expert in sourcing and managing a complex global supply chain.

**3.** I make this Declaration in support of Ming Global's Second *Ex Parte* Application for a Right to Attach Order and for a Temporary Protective Order.

**4.** Ming Global has continued to engage with Monarch[1] and its agents in an attempt to secure the return of the funds Ming Global owes to Monarch. In turn, Monarch has continued its efforts to extract more money from Ming Global while promising a return of the funds.

**5.** On or about September 29, 2020, Simon Newton, the purported head of compliance at First Eastern Investments, sent an email requesting that I open a personal account, fund it with $100,000 for the supposed purpose of ending an "audit" by Bank of America and finally permitting the transfer of the funds owed to Ming Global. (September 29, 2020 email exchange between Zach Hegde and Simon Newton.) Attached hereto as **Exhibit 1** is a true and correct copy of the September 29, 2020 email from Mr. Newton.

---

[1] As set forth in my September 24, 2020 Declaration in support of Plaintiff's First Ex Parte Application and the Amended Complaint filed herewith, I collectively refer to Monarch Holdings, Inc., the purported representatives of First Eastern Investments and the additional agents and collaborators, Veronica So, Alyssa D'Urso, Irvine Management Transfers and Holdings Corp as "Monarch."

Baker & McKenzie LLP
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067
Tel: 310.201.4728

1

Case No. 8:20-cv-01852-JVS-KES
DECLARATION OF SHARATH KUMAR HEGDE ISO PLAINTIFF'S EX PARTE APPLICATION FOR RIGHT TO ATTACH ORDER

**6.**     Attached to the September 29, 2020 email, Mr. Newton provided remittance instructions to a JP Morgan Chase account of a purported holding company, Irvine Management Transfers and Holdings Corp at 170 Forest Ave., Glen Cove, New York 11542.  Attached hereto as **Exhibit 2** is a true and correct copy of the remittance instructions.

**7.**     According to an internet search of 170 Forest Ave., Glen Cove, New York 11542, the address appears to be located in a strip mall.  Attached hereto as **Exhibit 3** is a true and correct copy of the search result for 170 Forest Ave., Glen Cove, New York 11542.  Included is an image provided by Google's "street view" feature that provides an image of what appears to be a strip mall located at this address.  The image was captured on October 5, 2020.

**8.**     Irvine Management Transfers and Holdings Corp is listed as an active corporation on the New York Department of State Business Entity Database website.  Attached hereto as **Exhibit 4** is a true and correct copy of the entity information provided by Irvine Management Transfer and Holdings Corp on the New York Department of State (Divisions of Corporations) website captured on October 5, 2020.  The entity information lists Alyssa D'Urso at 9A Frost Pond Rd., Glen Cove, New York 11542 as its contact and address for New York Department of State process, but does not identify a principal place of business.

**9.**     From an internet search of Frost Pond Rd., Glen Cove, New York 11542, the address appears to be a private residence.  Attached hereto as **Exhibit 5** is a true and correct copy of the search results for 9A Frost Pond Rd., Glen Cove, New York 11542.  Included is an image provided by Google's "street view" feature that provides an image of what appears to be a private residence located at this address.  The image was captured on October 5, 2020.

**10.**     According to its website, Irvine Management Transfers and Holdings Corp manages transactions for institutional investors around the globe including sovereign

Baker & McKenzie LLP
1901 Avenue of the Stars,
Suite 950
Los Angeles, CA  90067
Tel: 310.201.4728

2

Case No. 8:20-cv-01852-JVS-KES
DECLARATION OF SHARATH KUMAR HEGDE ISO PLAINTIFF'S EX PARTE APPLICATION FOR RIGHT TO ATTACH ORDER

wealth funds, corporate and public plans. Attached hereto as **Exhibit 6** is a true and correct copy of the website https://www.irvinemgmt.com/ captured on October 5, 2020.

11.   After Mr. Newton requested Ming Global remit $100,000 (or more) to a new account, we contacted another investigative firm regarding this new bank account and beneficiary.  The report found that Ms. D'Urso is identified as an officer of Irvine Management Transfers and Holdings Corp and that 9A Frost Pond Rd., Glen Cove, New York 11542 is her personal residence.  It also noted that Ms. D'Urso is the corporate officer for another entity, BA Management Holdings Corporation, listed at the same 9A Frost Pond Rd., Glen Cove, New York 11542 address.  In addition, the investigation revealed that neither Ms. D'Urso or the company identified as Irvine Management Transfer and Holdings Corp have made any filings with the SEC and that Ms. D'Urso does not hold any professional licenses in New York State.

12.   Based on the information and facts stated herein, we believe that Ms. D'Urso and the new beneficiary account holder are participants in Monarch's fraudulent scheme to pilfer Ming Global's funds and shield themselves behind fake holding companies.

13.   Further, based on the information and facts stated herein, we believe that the funds held in Monarch's accounts, which were transferred by and belong to Ming Global, are likely to be transferred or removed upon notification of this action, and that urgent action is needed to freeze these sums.  We believe this transfer or removal is even more likely given the most recent revelations that Monarch is using new bank accounts and soliciting more transfers by Ming Global to these accounts.  Absent urgent action to freeze these sums, Ming Global may be irreparably damaged by the loss of its substantial investments by Monarch hiding those funds in unidentified bank accounts outside of California and likely outside of the United States altogether.  The circumstances giving rise to this fraudulent scheme, including the sophistication of the parties and the international aspects of their operation, strongly suggest to me that they have the ability and motivation to hide the funds if given the opportunity to do so.

Baker & McKenzie LLP
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067
Tel: 310.201.4728

3

Case No. 8:20-cv-01852-JVS-KES
DECLARATION OF SHARATH KUMAR HEGDE ISO PLAINTIFF'S EX PARTE APPLICATION FOR RIGHT TO ATTACH ORDER

///

///

///

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in BRISBANE, Australia on October 6, 2020.

_____
Sharath Kumar Hegde

Baker & McKenzie LLP
901 Avenue of the Stars
Suite 950
Los Angeles, CA 90067
Tel: 310.201.4728

4

Case No. 8:20-cv-01852-JVS-KES
DECLARATION OF SHARATH KUMAR HEGDE ISO PLAINTIFF'S EX PARTE APPLICATION FOR RIGHT TO ATTACH ORDER