# EXHIBIT 2

# REMITTANCE INSTRUCTIONS

| | |
|---|---|
| **Beneficiary Account Name:** | IRVINE MANAGEMENT TRANSFER AND HOLDING CORP |
| **Beneficiary Address:** | 170 FOREST AVENUE<br>GLEN COVE, NY<br>USA 11542-3808 |
| **Beneficiary Account Number:** | REDACTED |
| **Beneficiary Bank Name:** | JP MORGAN CHASE |
| **Beneficiary Bank Address:** | 85 FOREST AVENUE<br>LOCUST VALLEY, NY<br>USA 11560 |
| **SWIFT Code:** | REDACTED |
| **Routing Number:** | REDACTED |
| **Amount:** | |

**Important:** In the additional information filed of your transfer request, please enter the following information only. This will ensure that your transfer is correctly allocated and will ensure that delays are avoided.

**Payment Reference:** REDACTED

Please remember, we are here to help. If there is anything that you are unsure about, please contact your representative immediately.