# EXHIBIT 3

Case 8:20-cv-01852-JVS-KES   Document 19-8   Filed 10/06/20   Page 2 of 4   Page ID #:787

10/5/2020                                    170 Forest Ave., Glen Cove, New York 11542 - Google Search

Google

170 Forest Ave., Glen Cove, New York 11542

All    Maps    Shopping    News    Books    More                    Settings    Tools

About 227,000 results (0.70 seconds)



170 Forest Ave
Glen Cove, NY 11542

www.zillow.com › ... › Glen Cove › 11542 › 11542
**170 Forest Ave, Glen Cove, NY 11542 | Zillow**
The property **170 Forest Ave**, **Glen Cove**, **NY 11542** is currently not for sale on Zillow. View details, sales history and Zestimate data for this property on Zillow.

www.loopnet.com › Listing › 170-Forest-Avenue-Glen-...
**170 Forest Ave, Glen Cove, NY 11542 - Property Record ...**
View information about **170 Forest Ave**, **Glen Cove**, **NY 11542**. See if the property is available for sale or lease. View photos, public assessor data, maps and ...

www.loopnet.com › Listing › 170-Forest-Ave-Glen-Co...
**170 Forest Ave, Glen Cove, NY 11542 | LoopNet.com**
Aug 18, 2020 - **170 Forest Ave, Glen Cove, NY 11542**. This space was available for Lease on LoopNet.com. 7000 square foot retail strip center. Brand new ...

www.trulia.com › NY › Glen Cove › 11542
**170 Forest Ave Glen Cove, NY 11542 - Trulia**
**170 Forest Ave**, **Glen Cove**, **NY 11542** is a 4244 sqft, Studio home sold in 2012. See the estimate, review home details, and search for homes nearby.

www.forestavegrill.com
**Forest Ave Grill: HOME**
**170 Forest Avenue**. **Glen Cove**, **New York 11542**. Tel: ... dish is made from scratch with the. freshest ingredients that today's market has to offer. **Forest Ave** Grill ...

www.propertyshark.com › ... › 11542 › Forest Ave
**170 Forest Ave, Glen Cove, NY 11542 - Owner & Property ...**
View Property & Ownership Information, property sales history, liens, taxes, zoning...for **170 Forest Ave, Glen Cove, NY 11542** - All property data in one place!

www.mapquest.com › q-s-laundromat-1501529
**Q & S Laundromat 170 Forest Ave Glen Cove, NY - MapQuest**
Get directions, reviews and information for Q & S Laundromat in Glen Cove, NY. ... **170 Forest Ave, Glen Cove, NY 11542**. (516) 676-2956. Claim this business.

https://www.google.com/search?q=170+Forest+Ave.%2C+Glen+Cove%2C+New+York+11542&rlz=1C1GCEA_enUS843US843&oq=170+Forest+Ave....    1/2

www.mapquest.com › new-york › forest-ave-grill-3760... ▼

### Forest Ave Grill 170 Forest Ave Glen Cove, NY Restaurants ...

Forest Ave Grill. **170 Forest Ave**, **Glen Cove**, **NY 11542**. (516) 277-2360.

www.officespace.com › New York › Glen Cove ▼

### 170 Forest Ave, Glen Cove, NY 11542 - OfficeSpace.com

2 Retail spaces for lease or rent at **170 Forest Ave**, **Glen Cove**, **NY 11542**. View photos and contact a broker.

www.realtytrac.com › ... › Glen Cove › 11542

### 170 Forest Ave, Glen Cove, NY 11542 - 48728666 | RealtyTrac

Discover **170 Forest Ave**, **Glen Cove**, **NY 11542** - miscellaneous with 11318 sq. ft.. Get the latest property info at RealtyTrac - 48728666.

## Related searches

- Hazuki glen cove
- Glen cove Forest Grill
- Forest Ave Grill New reviews 2019
- American cafe 11542
- Forest Pizza menu

**1** 2 3 4 5 6 7 8 9 10    Next

---

**Orange County, California** - Based on your past activity - Use precise location - Learn more

Help    Send feedback    Privacy    Terms

Glen Cove, New York



Image capture: Sep 2019   © 2020 Google

 Google

Street View

