# EXHIBIT 5

Google

9A Frost Pond Rd., Glen Cove, New York 11542

All   Maps   Shopping   News   Books   More                    Settings   Tools

About 25,600 results (0.60 seconds)



**9 Frost Pond Rd**
Glen Cove, NY 11542

DIRECTIONS

www.zillow.com › ... › Glen Cove › 11542 › 11542
### 9 Frost Pond Rd, Glen Cove, NY 11542 | Zillow
The property **9 Frost Pond Rd**, **Glen Cove**, **NY 11542** is currently not for sale on Zillow. View details, sales history and Zestimate data for this property on Zillow.

www.realtor.com › ... › Glen Cove › Frost-Pond Rd
### 9 Frost Pond Rd, Glen Cove, NY 11542 - realtor.com®
View 9 photos for **9 Frost Pond Rd**, **Glen Cove**, **NY 11542** a 3 bed, 2 bath, 7104 Sq. Ft. duplex/triplex built in 1933 that sold on 05/17/2013.

www.redfin.com › NY › 9-Frost-Pond-Rd-11542 › home
### 9 Frost Pond Rd, Glen Cove, NY 11542 | Redfin
4 baths, 1834 sq. ft. multi-family (2-4 unit) located at **9 Frost Pond Rd, Glen Cove, NY 11542**. View sales history, tax history, home value estimates, and overhead ...

www.trulia.com › NY › Glen Cove › 11542
### 9 Frost Pond Rd Glen Cove, NY 11542 - Trulia
**9 Frost Pond Rd, Glen Cove, NY 11542** is a 1834 sqft, 2 bath home. See the estimate, review home details, and search for homes nearby.

www.spokeo.com › ... › Glen Cove › Frost Pond Rd
### Who Lives on Frost Pond Rd, Glen Cove, NY 11542 | Spokeo
Find out who lives on **Frost Pond Rd, Glen Cove, NY 11542**. Uncover property values, resident history, neighborhood safety score, and more! 108 records found ...

www.apartments.com › Houses › New York › Glen Cove
### 66 Frost Pond Rd, Glen Cove, NY 11542 - House for Rent in ...
About 66 **Frost Pond Rd Glen Cove, NY 11542**. North Shore school district-Upscale whole house rental.Spotless split triplex with private yard. Freshly ...
$3,950.00

www.compass.com › Glen Cove › 11542 › Gold Coast
### 66 Frost Pond Road, Glen Cove, NY 11542 | Compass



9A Frost Pond Rd., Glen Cove, New York 11542

www.coldwellbankerhomes.com › ny › pid_35382427

### 111 Frost Pond Rd, Glen Cove, NY 11542 - MLS 3209711 ...

For Sale - 111 **Frost Pond Rd**, **Glen Cove**, **NY** - $499000. View details, map and photos of this single family property with 3 bedrooms and 1 total baths.
$499,000.00

looplink.covingtonky.gov › property › 7-frost-pond-rd-g...

### 7 Frost Pond Rd, Glen Cove, NY 11542 - Property Record ...

View information about 7 **Frost Pond Rd**, **Glen Cove**, **NY 11542**. See if the property is available for sale or lease. View photos, public assessor data, maps and ...

www.apartmentfinder.com › ... › Glen Cove Houses

### 39 Frost Pond Rd - Glen Cove, NY | Apartment Finder

... foot prints....ready for you and yours.... (Listing 3075310 Confirmed **9/15/2019**). 39 **Frost Pond Rd** is located in **Glen Cove**, **New York** in the **11542** zip code.

1  2  3  4  5  6  7  8  9    Next

**Orange County, California** - Based on your past activity - Use precise location - Learn more

Help     Send feedback     Privacy     Terms

Google Maps  Frost Pond Rd



Image capture: Jul 2012 © 2020 Google

Glen Cove, New York

 Google

Street View

