# EXHIBIT 6

**IRVINE MANAGEMENT TRANSFERS**



## ABOUT

**Irvine Management Transfers focuses solely on the needs of Institutional investors while prioritizing a select number of corporate transactional services.**

Irvine Management Transfers, we serve as a strategic partner, adding value through high-level consultative services and integrated execution of stock transfer agent services including complete share registry management, compliance risk reduction, shareholder engagement and cash disbursement.  We manage transactions for institutional investors around the globe including sovereign wealth funds, corporate and public plans.

**CORPORATE LOGIN**

Transaction Code:

Password:

**SUBMIT**

# KEY SERVICES INCLUDE

## Shareholder Accounting and Transactional Record-keeping:

Irvine Management Transfers can maintain shareholder records by maintaining stock classes, providing certificate history and account information for corporate shareholders, updating shareholder contact information, and providing full shareholder, broker, and regulatory support.

## Corporate Actions:

Our corporate action experts may assist you process your merger and acquisitions, stock splits, name changes, spin-offs and divestitures, private placements, initial public offerings, and more.

## Escrow Services:

Whether it's a private transaction between two shareholders or a corporate activity, Irvine Management Transfers can assist you by providing the security and privacy your escrow transaction requires.

# CONTACT

## Investor Relations / Fund Enquiries:

**corporate@irvinemgmt.com**

## All Other Enquiries:

**enquiries@irvinemgmt.com**

*Copyright © 2020 Irvine Management Transfers and Holding Corp*

170 Forest Ave, Glen Cove, N.Y. 11542

**Registered with New York Department of State**