AT-130

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Nicholas O. Kennedy (State Bar No. 280504)<br>BAKER & McKENZIE LLP<br>1900 North Pearl Street, Suite 1500 - Dallas, TX  75201<br>TELEPHONE NO.: 214 978 3000   FAX NO. *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*: nicholas.kennedy@bakermckenzie.com<br>ATTORNEY FOR *(Name)*: Plaintiff Ming Global Limited | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**
STREET ADDRESS: 411 West 4th Street
MAILING ADDRESS:
CITY AND ZIP CODE: Santa Ana, CA 92701-4516
BRANCH NAME: Southern Division

PLAINTIFF: MING GLOBAL LIMITED

DEFENDANT: MONARCH HOLDINGS INC., et al.

| EX PARTE<br>[✓] **RIGHT TO ATTACH ORDER AND ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT (NONRESIDENT)**<br>[ ] **ORDER FOR ISSUANCE OF ADDITIONAL WRIT OF ATTACHMENT (NONRESIDENT)** | CASE NUMBER:<br>8:20-cv-01852-JVS-KES |
|---|---|

1. The application and supporting declaration or affidavit of plaintiff *(name)*: Ming Global Limited
   for an ex parte
   [✓] right to attach order and order for issuance of writ of attachment
   [ ] order for issuance of an additional writ of attachment
   has been considered by the court.

**FINDINGS**

2. THE COURT FINDS
   a. Defendant *(name)*: Irvine Management Transfers and Holdings Corp
      (1) [ ] is a natural person who does not reside in California.
      (2) [✓] is a foreign corporation which has not qualified to do business in California.
      (3) [ ] is a foreign partnership which has not filed a designation under Corporations Code section 15800.

   b. The claim upon which the application is based is one upon which an attachment may be issued under
      [✓] Code of Civil Procedure section 483.010   [ ] Welfare and Institutions Code section 15657.01.

   c. Plaintiff has established the probable validity of the claim upon which the attachment is based.

   d. The attachment is not sought for a purpose other than the recovery on a claim upon which the attachment is based.

   e. The amount to be secured by the attachment is greater than zero.

   f. The affidavit or declaration accompanying the application shows that the property sought to be attached, or the portion thereof described in item 3b, is subject to attachment under Code of Civil Procedure section 492.040.

   g. An undertaking in the amount of: $                          is required before a writ shall issue, and plaintiff
      [ ] has  [ ] has not  filed an undertaking in that amount.

   h. A Right *to* Attach Order was issued pursuant to Code of Civil Procedure section 492.030 on
      *(date)*:

   i. Other *(specify)*:

---

Form Approved for Optional Use<br>Judicial Council of California<br>AT-130 [Rev. July 1, 2010]

**EX PARTE RIGHT TO ATTACH ORDER AND ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT (NONRESIDENT) (Attachment)**

Page 1 of 2
Code of Civil Procedure
§§ 482.030, 492.010;
Welfare & Institutions Code, § 15657.01
www.courtinfo.ca.gov

**AT-130**

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| MING GLOBAL v. MONARCH HOLDINGS INC., et al. | 8:20-cv-01852-JVS-KES |

**ORDER**

3. THE COURT ORDERS

   a. Plaintiff has a right to attach property of the nonresident defendant named in item 2a in the amount of: $ 13,329,181.76

   b. The clerk shall issue [✓] a writ of attachment  [ ] an additional writ of attachment  in the amount stated in item 3a
      [✓] forthwith  [ ] upon the filing of an undertaking in the amount of: $
      against the following property of defendant:

   > Defendant Irvine Management Transfers and Holdings Corp's bank accounts, including those with JP Morgan Chase. Additionally, all corporate property of Defendant which is subject to attachment pursuant to subdivision (a) of Code of Civil Procedure Section 487.010, including, but not limited to, deposit accounts at financial institutions pursuant to Code of Civil Procedure Section 488.455.

   c. [✓] Defendant shall transfer to the levying officer possession of
      (1) [✓] any documentary evidence in defendant's possession of title to any property described in item 3b.
      (2) [ ] any documentary evidence in defendant's possession of debt owed to defendant described in item 3b.
      (3) [ ] the following property in defendant's possession *(specify)*:

   **NOTICE TO DEFENDANT: FAILURE TO COMPLY WITH THIS ORDER MAY SUBJECT YOU TO ARREST AND PUNISHMENT FOR CONTEMPT OF COURT.**

   d. [ ] Other *(specify)*:

   e. Total number of boxes checked in item 3: 4

Date: _____

_____
(JUDICIAL OFFICER)

AT-130 [Rev. July 1, 2010]

**EX PARTE RIGHT TO ATTACH ORDER AND ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT (NONRESIDENT) (Attachment)**

Page 2 of 2