| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Nicholas O. Kennedy (State Bar No. 280504)<br>BAKER & McKENZIE LLP<br>1900 North Pearl Street, Suite 1500<br>Dallas, TX 75201<br><br>TELEPHONE NO.: 214 978 3000    FAX NO.: 214 978 3099<br>ATTORNEY FOR *(Name)*: Plaintiff Ming Global Limited | |
| NAME OF COURT: **UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**<br>STREET ADDRESS: 411 West 4th Street<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: Santa Ana, CA 92701-4516<br>BRANCH NAME: Southern Division - Ronald Reagan Federal Building and U.S. Courthouse | |
| PLAINTIFF: MING GLOBAL LIMITED<br><br>DEFENDANT: MONARCH HOLDINGS INC., ET AL. | |
| **EX PARTE**<br>☒ RIGHT TO ATTACH ORDER AND ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT (RESIDENT)<br>☐ ORDER FOR ISSUANCE OF ADDITIONAL WRIT OF ATTACHMENT (RESIDENT) | CASE NUMBER:<br>8:20-cv-01852-JVS-KES |

**FINDINGS**

1. The application and supporting declaration or affidavit of plaintiff *(name)*: Ming Global Limited
   for an ex parte ☒ right to attach order and order for issuance of writ of attachment ☐ order for issuance of an additional writ of attachment     has been considered by the court.

2. THE COURT FINDS
   a. Defendant *(specify name)*: Veronica So a/k/a Maria Veronica So a/k/a Maria So    is a ☒ natural person
      ☐ partnership   ☐ unincorporated association   ☐ corporation   ☐ other *(specify)*:
   b. The claim upon which the application is based is one upon which an attachment may be issued under Code of Civil Procedure section 483.010.
   c. Plaintiff has established the probable validity of the claim upon which the attachment is based.
   d. The attachment is not sought for a purpose other than the recovery on the claim upon which the application is based.
   e. The amount to be secured by the attachment is greater than zero.
   f. The affidavit or declaration accompanying the application shows that the property sought to be attached, or the portions thereof to be specified in the writ, are not exempt from attachment.
   g. The portion of the property sought to be attached described in item 3b is not exempt from attachment.
   h. An undertaking in the amount of: $                                           is required before a writ shall issue, and plaintiff
      ☐ has   ☐ has not   filed an undertaking in that amount.
   i. Great or irreparable injury will result to the plaintiff if issuance of the order is delayed until the matter can be heard on notice, based on the following:
      (1) ☒ There is a danger that the property sought to be attached would be
         (a) ☒ concealed.   (b) ☐ substantially impaired in value.
         (c) ☒ made unavailable to levy by other than concealment or impairment in value.
      (2) ☐ Defendant has failed to pay the debt underlying the requested attachment and is insolvent as defined in Code of Civil Procedure section 485.010, subdivision (b)(2), as set forth in the affidavit or declaration filed in support of this application, which specifies the defendant's known undisputed debts and the basis for plaintiff's determination that the defendant's debts are undisputed.
      (3) ☐ A bulk sales notice was recorded and published pursuant to Division 6 of the Commercial Code with respect to a bulk transfer by the defendant.
      (4) ☐ An escrow has been opened pursuant to the provisions of Business and Professions Code section 24074 with respect to the sale by the defendant of a liquor license. The liquor license number is:
      (5) ☐ Other circumstances *(specify)*:
   j. ☒ A Right to Attach Order was issued on *(date)*:                                            pursuant to
      ☐ Code of Civil Procedure section 484.090 (on notice)   ☒ Code of Civil Procedure section 485.220 (ex parte)
   k. ☐ Other *(specify)*:

---

CV-04A (05/18)<br>(AT-125 [Rev. January 1, 2000]) | **EX PARTE RIGHT TO ATTACH ORDER AND ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT (RESIDENT) (Attachment)** | Code of Civil Procedure,<br>§§ 482.030, 485.010 et seq.<br>Page one

| SHORT TITLE: MING GLOBAL LIMITED v. MONARCH HOLDINGS INC., ET AL. | CASE NUMBER: 8:20-cv-01852-JVS-KES |
|---|---|

**ORDER**

3. THE COURT ORDERS
   a. Plaintiff has a right to attach property of defendant *(name)*: Veronica So
      in the amount of: $ $13,329,181.76

   b. The clerk shall issue  ☒ a writ of attachment   ☐ an additional writ of attachment   in the amount stated in item 3a
      ☒ forthwith   ☐ upon the filing of an undertaking in the amount of: $
      (1) ☐ for the property covered by a bulk sales notice with respect to a bulk transfer by defendant or the proceeds of the sale of such property, described as follows *(specify)*:

      (2) ☐ for plaintiff's pro rata share of proceeds from an escrow in which defendant's liquor license is sold. The license number is *(specify)*:
      (3) ☐ for any property of a defendant who is **not** a natural person for which a method of levy is provided.
      (4) ☒ for property of a defendant who is a natural person subject to attachment under Code of Civil Procedure section 487.010 *(specify)*:
         All property of Veronica So a/k/a Maria Veronica So a/k/a Maria So which is subject to attachment pursuant to subdivision (c) of Code of Civil Procedure Section 487.010, including, but not limited to, deposit accounts at financial institutions.

   c. ☒ Defendant shall transfer to the levying officer possession of
      (1) ☒ any documentary evidence in defendant's possession of title to any property described in item 3b.
      (2) ☐ any documentary evidence in defendant's possession of debt owed to defendant described in item 3b.
      (3) ☐ the following property in defendant's possession *(specify)*:

   **NOTICE TO DEFENDANT: FAILURE TO COMPLY WITH THIS ORDER MAY SUBJECT YOU TO ARREST AND PUNISHMENT FOR CONTEMPT OF COURT.**

   d. ☐ Other *(specify)*:

   e. Total number of boxes checked in item 3: ___4___

Date:

.................................................
(TYPE OR PRINT NAME)                            ▶                     _____
                                                                      (SIGNATURE OF JUDGE OR MAGISTRATE JUDGE)

CV-04A (05/18)       **EX PARTE RIGHT TO ATTACH ORDER AND ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT (RESIDENT) (Attachment)**       Page two