| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Nicholas O. Kennedy (State Bar No. 280504)   nicholas.kennedy@bakermckenzie.com <br> BAKER & McKENZIE LLP <br> 1900 North Pearl Street, Suite 1500 - Dallas, TX 75201 <br> TELEPHONE NO.: 214 978 3000          214 978 3099 <br> E-MAIL ADDRESS *(Optional):*         FAX NO. *(Optional):* <br> ATTORNEY FOR *(Name):* Plaintiff Ming Global Limited | |

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
STREET ADDRESS: 411 West 4th Street
MAILING ADDRESS:
CITY AND ZIP CODE: Santa Ana, CA 92701-4516
BRANCH NAME: Southern Division

PLAINTIFF: MING GLOBAL LIMITED

DEFENDANT: MONARCH HOLDINGS INC., et al.

| **WRIT OF ATTACHMENT** <br> ☐ AFTER HEARING    ☑ EX PARTE | CASE NUMBER: <br> 8:20-cv-01852-JVS-KES |
|---|---|

1. ☑ TO THE UNITED STATES MARSHAL FOR THE CENTRAL DISTRICT OF CALIFORNIA

2. ☐ To any local or state law enforcement officer authorized to serve this writ in accord with CCP 488.080.

3. ☐ To any private person specially appointed by the court to serve this writ in accord with Local Rule 64-1, 64-2 & 64-3.

4. This writ is to attach property of defendant (name and last known address):
   Alyssa D'Urso a/k/a Alyssa DUrso - 9A Frost Pond Rd., Glen Cove, New York 11542.

   and the attachment is to secure:   $ 13,329,181.76

5. Name and address of plaintiff: Ming Global Limited
   1206, Eastern Commercial Centre - 397 Hennessy Road - Wan Chai, Hong Kong

6. YOU ARE DIRECTED TO ATTACH the following property or so much thereof as is clearly sufficient to satisfy the amount to be secured by the attachment *(describe property and state its location; itemize by letter)*:
   All property of Alyssa D'Urso a/k/a Alyssa DUrso which is subject to attachment pursuant to subdivision (c) of Code of Civil Procedure Section 487.010, including, but not limited to, deposit accounts at financial institutions.

   ☐ This information is on an attached sheet.

7. ☐ An interest in the real property described in item 5 stands upon the records of the county, in the name of the following person other than the defendant:
   a. Name:
   b. Mailing address, if known, as shown by the records of the office of the county tax assessor *(specify)*:

8. ☐ The real property on which the
   ☐ crops described in item 6 __ are growing
   ☐ timber described in item 6 __ to be cut is standing stands upon the records of the county in the name of
   a. Name:
   b. Address:

[SEAL]

Date:                    Clerk, by _____, Deputy

Page 1 of 1

CV-04D (05/18)
(AT-135 [Rev. January 1, 2003])                **WRIT OF ATTACHMENT**                Code of Civ. Proc., § 488.010
                                                   (Attachment)