Nicholas O. Kennedy (State Bar No. 280504)
nicholas.kennedy@bakermckenzie.com
**BAKER & McKENZIE LLP**
1900 North Pearl Street, Suite 1500
Dallas, TX  75201
Telephone: 214.978.3000
Facsimile:  214.978.3099

Katharine Miner (State Bar No. 288083)
katharine.miner@bakermckenzie.com
Thomas Tysowsky (State Bar No. 330022)
thomas.tysowsky@bakermckenzie.com
**BAKER & McKENZIE LLP**
1901 Avenue of the Stars, Suite 950
Los Angeles, CA  90067
Telephone: 310.201.4728
Facsimile:  310.201.4721

Michael Jason Lee (State Bar No. 206110)
**LAW OFFICES OF MICHAEL JASON LEE, APLC**
4660 La Jolla Village Drive, Suite 100
San Diego, California 92122
Telephone: 858.550.9984
Facsimile: 858.550.9985
Email: michael@mjllaw.com

Sunjina K. Ahuja (State Bar No 226130)
**DILLON MILLER & AHUJA, LLP**
5872 Owens Ave., Ste. 200
Carlsbad, California 92008
Telephone: 858.587.1800
Facsimile: 858.587.2587
Email: sahuja@dmalaw.com

Attorney for Plaintiff,
MING GLOBAL LIMITED, a Hong Kong company,

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MING GLOBAL LIMITED, a Hong Kong company,<br><br>            Plaintiff,<br><br>       v.<br><br>MONARCH HOLDINGS INC., a Nevada corporation, d/b/a MONARCH INTERNATIONAL INC., and Does 1 though 10 inclusive,<br><br>            Defendant. | Case No.:  8:20-cv-01852-JVS-KES<br><br>**REQUEST FOR ENTRY OF DEFAULT BY CLERK OF THE COURT AGAINST MONARCH HOLDINGS INC. DBA MONARCH INTERNATIONAL INC.**<br><br>District Judge         James V. Selna<br>Magistrate Judge   Karen E. Scott<br><br>*Complaint Filed:  September 24, 2020* |

**TO THE CLERK OF THE UNITED STATED DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA:**

Plaintiff MING GLOBAL LIMITED, a Hong Kong company ("Plaintiff") hereby requests that the Clerk of the above-entitled Court enter default in this matter against Defendant MONARCH HOLDINGS INC., a Nevada corporation, d/b/a MONARCH INTERNATIONAL INC. ("Defendant") on the ground that said Defendant has failed to properly appear or otherwise properly respond to the Complaint within the time prescribed by the Federal Rule of Civil Procedure.  Plaintiff served the Complaint on Defendant Monarch Holdings Inc. on October 20, 2020, as evidenced by the proof of service of summons on file with this Court as Document No. 39.

The above stated facts are set forth in the accompanying Declaration of Sunjina K. Ahuja, filed herewith.

Dated: December 22, 2020

Respectfully submitted,
**LAW OFFICES OF MICHAEL JASON LEE, APLC**

By: /s/ *Michael Jason Lee*
　　　Michael Jason Lee

**BAKER & McKENZIE LLP**
Nicholas O. Kennedy
Katharine Miner
Thomas Tysowsky

**DILLON MILLER & AHUJA, LLP**
Sunjina K. Ahuja

Attorneys for Plaintiff
MING GLOBAL LIMITED