Nicholas O. Kennedy (State Bar No. 280504)
nicholas.kennedy@bakermckenzie.com
**BAKER & McKENZIE LLP**
1900 North Pearl Street, Suite 1500
Dallas, TX  75201
Telephone: 214.978.3000
Facsimile:  214.978.3099

Katharine Miner (State Bar No. 288083)
katharine.miner@bakermckenzie.com
Thomas Tysowsky (State Bar No. 330022)
thomas.tysowsky@bakermckenzie.com
**BAKER & McKENZIE LLP**
1901 Avenue of the Stars, Suite 950
Los Angeles, CA  90067
Telephone: 310.201.4728
Facsimile:  310.201.4721

Michael Jason Lee (State Bar No. 206110)
**LAW OFFICES OF MICHAEL JASON LEE, APLC**
4660 La Jolla Village Drive, Suite 100
San Diego, California 92122
Telephone: 858.550.9984
Facsimile: 858.550.9985
Email: michael@mjllaw.com

Sunjina K. Ahuja (State Bar No 226130)
**DILLON MILLER & AHUJA, LLP**
5872 Owens Ave., Ste. 200
Carlsbad, California 92008
Telephone: 858.587.1800
Facsimile: 858.587.2587
Email: sahuja@dmalaw.com

Attorney for Plaintiff,
MING GLOBAL LIMITED, a Hong Kong company,

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MING GLOBAL LIMITED, a Hong Kong company,<br><br>        Plaintiff,<br><br>    v.<br><br>MONARCH HOLDINGS INC., a Nevada corporation, d/b/a MONARCH INTERNATIONAL INC., and Does 1 though 10 inclusive,<br><br>        Defendant. | Case No.:  8:20-cv-01852-JVS-KES<br><br>**DECLARATION OF SUNJINA K. AHUJA IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT BY CLERK OF THE COURT AGAINST MONARCH HOLDINGS INC. DBA MONARCH INTERNATIONAL INC.**<br><br>District Judge     James V. Selna<br>Magistrate Judge   Karen E. Scott<br><br>*Complaint Filed:*  September 24, 2020 |

Case No.:  8:20-cv-01852-JVS-KES

DECLARATION OF SUNJINA K. AHUJA IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT BY CLERK OF THE COURT AGAINST MONARCH HOLDINGS INC. DBA MONARCH INTERNATIONAL INC.

I, Sunjina K. Ahuja, hereby declare:

1. I am an attorney duly licensed to practice law before all State and Federal courts in the State of California and am admitted to practice before this Court. I am counsel for MING GLOBAL LIMITED, a Hong Kong company ("Plaintiff"). I have personal knowledge of all facts alleged herein, except as to matters stated on information and belief, and as to those matters, I believe them to be true. If called to testify with regard to the facts alleged herein, I could do so competently.

2. Plaintiff served the Complaint on Defendant MONARCH HOLDINGS INC., a Nevada corporation, d/b/a MONARCH INTERNATIONAL INC. ("Defendant") on October 20, 2020, as evidenced by the proof of service of summons on file with this Court as Document No. 39. A true and correct copy of the proof of service is attached hereto as **Exhibit "1"**.

3. As of date and time that I am executing this Declaration, I have not been provided a copy of any responsive pleading properly filed by Defendant.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed this 22nd day of December 2020, at Carlsbad, CA.

                                        Sunjina K. Ahuja, Esq.

# EXHIBIT "1"

Nicholas O. Kennedy, Esq.  SBN: Bar No. 280504
Baker & Mckenzie LLP
1901 Avenue of the Stars  Suite 950
Los Angeles, CA 90067
(310) 201-4728

# UNITED STATES DISTRICT COURT
## SOUTHERN DIVISION

MING GLOBAL LIMITED

v.

MONARCH HOLDINGS INC., etc., et al.

CASE NUMBER: 8:20-cv-01852-JVS-KESx

**PROOF OF SERVICE
SUMMONS AND COMPLAINT**
(Use separate proof of service for each person/party served)

1. At the time of service I was at least 18 years of age and not a party to this action and **I served** copies of the *(specify documents)*:
   a. ☑ summons
      ☑ complaint
      ☐ alias summons
      ☑ other **See attached Complete Document List**
      ☑ first amended complaint
      ☐ second amended complaint
      ☐ third amended complaint
      ☐ third party complaint
      ☐ counter claim
      ☐ cross claim

2. **Person served:**
   a. ☑ Defendant *(name:)* **MONARCH HOLDINGS INC., DBA MONARCH INTERNATIONAL INC.**
   b. ☑ Other *(specify name and title or relationship to the party/business named):*
      **VERONICA SO - AGENT FOR SERVICE OF PROCESS**
   c. ☑ Address where the papers were served: **33 Mistral**
      Aliso Viejo, CA 92656

3. **Manner of Service** in compliance with *(the appropriate box **must** be checked):*
   a. ☐ Federal Rules of Civil Procedure
   b. ☑ California Code of Civil Procedure

4. **I served** the person named in Item 2:
   a. ☐ By **Personal Service.** By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.
      1. ☐ **Papers were served on** *(date):* at *(time):*
   b. ☑ By **Substituted Service.** By leaving copies: **DAVITA SO - CO OCCUPANT**
      1. ☑ **(home)** at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.
      2. ☐ **(business)** or a person apparently in charge of the office, or place of business, at least 18 years of age, who was informed of the general nature of the papers.
      3. ☑ **Papers were served on** *(date):* **10/20/2020** at *(time):* **9:17 AM**
      4. ☐ **by mailing** *(by first-class mail, postage prepaid)* copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).
      5. ☑ **papers were mailed on** Oct 20, 2020 - DECLARATION OF MAILING ATTACHED
      6. ☐ **due diligence.** I made at least three (3) attempts to personally serve the defendant.
   c. ☐ **Mail and acknowledgment of service.** By mailing *(by first-class mail or airmail, postage prepaid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender. **(Attach completed Waiver of Service of summons and Complaint).**

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity. (F.R.Civ.P. 4(h)) (C.C.P. 416.10)** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☑ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity. (C.C.P. 415.20 only)** By leaving during usual business hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *(by first-class mail, postage prepaid)* copies of the persons at the place where the copies were left in full compliance with C.C.P. 415.20 Substitute service upon the California Secretary of State requires a court order. **(Attach a copy of the order to this Proof of Service.)**

f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f)

g. ☐ **Certified or registered mail service.** By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

h. ☐ **Other** (specify code section and type of service):

5. Service upon the **United States, and Its Agencies, Corporations or Officers.**

   a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil procecss clerk at the U.S. Attorneys Office.

   Name of person served:

   Title of person served:

   Date and time of service: *(date):* at *(time):*

   b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

   c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving *(name, address and telephone number):*
   **John Shultz**
   All-N-One Legal Support, Inc.
   1541 Wilshire Blvd, Suite 405
   Los Angeles, CA 90017
   (213) 202-3990

   a. Fee for service: $ **123.70**
   b. ☐ Not a registered California process server
   c. ☐ Exempt from registration under B&P 22350(b)
   d. ☑ Registered California process server
      Registration # :**2407**
      County: **Orange**

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: **October 20, 2020**   _____**John Shultz**_____   _(Signature)_
                            *Type or Print Server's Name*

---

PROOF OF SERVICE - SUMMONS AND COMPLAINT

CV-1 (03/10)                                                              PAGE 2
                                                                          0167459

Continued from Proof of Service

**FIRM:** Baker & Mckenzie LLP

**DATE:** October 20, 2020

**CASE NAME:** MING GLOBAL LIMITED VS MONARCH HOLDINGS INC., etc., et al.

**SUBJECT:** MONARCH HOLDINGS INC., DBA MONARCH INTERNATIONAL INC.

**SERVED:** DAVITA SO - CO OCCUPANT

1. Complaint 2. Summons in a Civil Action 3. Civil Cover Sheet 4. Certification and Notice of Interested Parties 5. Plaintiff Ming Global Limited s Corporate Disclosure Statement 6. Notice of Assignment to United States Judges 7. Notice to Parties of Court-Directed ADR Program 8. Initial Order Following Filing of Complaint -Assigned to Judge Selna 9. Temporary Protective Order 10. Writ of Attachment - Ex Parte 11. Right to Attach Order and Order for Issuance of Writ of Attachment (Resident) 12. Notice of Attachment 13. First Amended Complaint 14. Amended Summons in a Civil Action

Order#: 0167459/DocAtt2010

| Attorney or Party without Attorney: | | | FOR COURT USE ONLY |
|---|---|---|---|
| Nicholas O. Kennedy, Esq., SBN: Bar No. 280504<br>Baker & Mckenzie LLP<br>1901 Avenue of the Stars Suite 950<br>Los Angeles, CA 90067<br>TELEPHONE No.: (310) 201-4728  FAX No. (Optional): (310) 201-4721 | | E-MAIL ADDRESS (Optional): | |
| Attorney for: Plaintiff | | Ref No. or File No.: | |

Insert name of Court, and Judicial District and Branch Court:
UNITED STATES DISTRICT COURT - SOUTHERN DIVISION

Plaintiff: MING GLOBAL LIMITED
Defendant: MONARCH HOLDINGS INC., etc., et al.

| PROOF OF SERVICE BY MAIL | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER:<br>8:20-cv-01852-JVS-KESx |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

On October 20, 2020, after service under section CCP 415.20(a) or 415.20(b) or FRCIV.P 4(d)(1) was made, I mailed copies of the:

2. Documents: 1. Complaint 2. Summons in a Civil Action 3. Civil Cover Sheet 4. Certification and Notice of Interested Parties 5. Plaintiff Ming Global Limited s Corporate Disclosure Statement 6. Notice of Assignment to United States Judges 7. Notice to Parties of Court-Directed ADR Program 8. Initial Order Following Filing of Complaint -Assigned to Judge Selna 9. Temporary Protective Order 10. Writ of Attachment - Ex Parte 11. Right to Attach Order and Order for Issuance of Writ of Attachment (Resident)12. Notice of Attachment 13. First Amended Complaint 14. Amended Summons in a Civil Action;

3. By placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at LOS ANGELES, California, addressed as follows:

    a. Date of Mailing: October 20, 2020
    b. Place of Mailing: Los Angeles, CA 90017
    c. Addressed as follows: MONARCH HOLDINGS INC., DBA MONARCH INTERNATIONAL INC.
    ATTENTION: VERONICA SO - AGENT FOR SERVICE OF PROCESS
    33 Mistral
    Aliso Viejo, CA 92656

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at LOS ANGELES, California in the ordinary course of business.

Fee for Service: $ 123.70
County: LOS ANGELES
Registration: # 3428
All-N-One Legal Support, Inc.
1541 Wilshire Blvd, Suite 405
Los Angeles, CA 90017
(213) 202-3990

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on October 20, 2020.

Signature: _____
Victor Mendez

PROOF OF SERVICE BY MAIL

Order#: 0167459/mailproof