# EXHIBIT 1

Portfolio     Account Activity     Cash     Ming Limited ⌄

06-Aug-2020                                    BALANCE: $ 19,736,940.00

**Proceeds from ACAT**

CUSIP #:N/A

CREDIT: $ 10,627,500.00                              DEBIT: $ 0.00

06-Aug-2020                                    BALANCE: $ 9,109,440.00

**Proceeds from ACAT**

CUSIP #:N/A

CREDIT: $ 4,272,000.00                              DEBIT: $ 0.00

06-Aug-2020                                    BALANCE: $ 4,837,440.00

**Proceeds from ACAT**

CUSIP #:N/A

CREDIT: $ 4,837,440.00                              DEBIT: $ 0.00

**FIRST EASTERN INVESTMENTS LIMITED**

© 2005-2019 First Eastern Investments Ltd. All rights reserved.

HK Company Registration: CR No. : 0208289. HK Securities and Futures Commission CE No. : AAJ620.

Privacy Policy  |  Terms of use

# EXHIBIT 2



**Royalty Pharma Plc (RPRX)**

BUY 200000 SHARES @ $ 19.00 ($ 3,800,000.00)
CURRENT MARKET PRICE @ $ 41.60 ($ 8,320,000.00)

**Royalty Pharma Plc (RPRX)**

BUY 300000 SHARES @ $ 19.00 ($ 5,700,000.00)
CURRENT MARKET PRICE @ $ 41.60 ($ 12,480,000.00)

**Novavax, Inc. (NVAX)**

SELL 205 SHARES @ $ 77.50 ($ 15,988.75)
CURRENT MARKET PRICE @ $ 105.08 ($ 21,541.40)

**BioNTech SE (BNTX)**

SELL 208 SHARES @ $ 54.22 ($ 11,052.20)
CURRENT MARKET PRICE @ $ 57.81 ($ 12,024.48)

**The Boeing Co. (BA)**

SELL 300 SHARES @ $ 184.39 ($ 54,210.66)
CURRENT MARKET PRICE @ $ 172.10 ($ 51,630.00)

**Anheuser-Busch InBev SA/NV (BUD)**

SELL 1025 SHARES @ $ 50.54 ($ 50,767.43)
CURRENT MARKET PRICE @ $ 57.62 ($ 59,060.50)

**BP Plc (BP)**

SELL 2080 SHARES @ $ 23.73 ($ 48,371.23)
CURRENT MARKET PRICE @ $ 20.77 ($ 43,201.60)

**United Airlines Holdings, Inc. (UAL)**

SELL 1525 SHARES @ $ 34.85 ($ 52,083.32)
CURRENT MARKET PRICE @ $ 36.01 ($ 54,915.25)

**Royalty Pharma Plc (RPRX)**

SELL 100000 SHARES @ $ 50.39 ($ 4,837,440.00)
CURRENT MARKET PRICE @ $ 41.60 ($ 6,160,000.00)

# EXHIBIT 3

| | |
|---|---|
| **From:** | Zach Hegde <zach@ming-global.com> |
| **Sent:** | Tuesday, July 21, 2020 8:27 PM |
| **To:** | Angela Fung; Donna Marie |
| **Cc:** | Peter Lynd |
| **Subject:** | Re: Transaction Receipt |

Hi Angela,

Can you please advise on the final account statement
We have completed all transactions and want to discuss this with peter

Thank you
Zach

---

**From:** Angela Fung <accounts@investmentsfirst.com>
**Date:** Tuesday, 21 July 2020 at 12:18 pm
**To:** Donna Marie <donna@merchandeffect.com>
**Cc:** Zach Hegde <zach@ming-global.com>, Peter Lynd <peter.lynd@investmentsfirst.com>
**Subject:** Transaction Receipt

Hi Donna,

The payments from Saturday, July 18th and yesterday, July 20th in regards to Transaction 2020-SH-4  1248-！"# ha$e %een recei$ed& The funds ha$e %een applied to your account and the Transaction " eceipt is attached for your reference&

❨lease %e informed that once the payments that ❩ere transferred to us today ha$e cleared you ❩ill %e paid in full for your last trade&

❊ind regards,

Angela Fung
Accounts & Settlements Team

+852 3002 4430

accounts@investmentsfirst.com

28 Hennessy Rd, Wan Chai, Hon ！on

" " " .investmentsfirst.com



This email and the information it contains is confidential and intended only for the party or parties named. Its contents are not to be disclosed, copied, or used in any way except by the named party or parties. If you are not the named party or parties, please notify us immediately by reply. We do not accept any responsibility for the accuracy or completeness of this message as it has been sent over a public network. If you believe that this message has been intercepted or amended, please inform us immediately.

# EXHIBIT 4

**From:**            Zach Hegde <zach@ming-global.com>
**Sent:**            Friday, August 21, 2020 1:03 AM
**To:**              Scott Bailey
**Subject:**         Re: Fee Confirmation & Remittance Instructions

HI Scott-

Could we please have a quick chat

Zach

---

**From:** Scott Bailey <scott.bailey@investmentsfirst.com>
**Date:** Wednesday, 29 July 2020 at 4:00 pm
**To:** Donna Marie <donna@merchandeffect.com>
**Cc:** Zach Hegde <zach@ming-global.com>
**Subject:** Re: Fee Confirmation & Remittance Instructions

Hello Donna,

Lovely to meet you.

I have just got off the phone with Zach, he has informed me you will be making the 2 transfer today. If you could kindly forward the receipts as soon as you have them, I can then track the payments.

In answer to your query, yes you are absolutely correct. It will be refunded within 10-14 days so I can confirm that.

I hope you are well and staying healthy.

Yours,

**Scott Bailey**
**Head of Private Accounts**

+852 3002 4430

scott.bailey@investmentsfirst.com

28 Hennessy Rd, Wan Chai, Hong Kong

www.investmentsfirst.com



*This email and the information it contains is confidential and intended only for the party or parties named. Its contents are not to be disclosed, copied, or used in any way except by the named party or parties. If you are not the named party or parties, please notify us immediately by reply. We do not accept any responsibility for the accuracy or completeness of this message as it has been sent over a public network. If you believe that this message has been intercepted or amended, please inform us immediately.*

On 2020-07-29 13:39, Donna Marie wrote:

Hello Scott,

Nice to virtually meet you.

I'm Donna of Ming Global Hong Kong and I work with Zach.

I have been advised that the money will be refunded in 14 days - can you please confirm that?

Thanks,
Donna



**Donna Malicay**
General Manager
M: +852 8197 3159
**www.merchandeffect.com**

On Wed, Jul 29, 2020 at 1:10 PM Angela Fung <accounts@investmentsfirst.com> wrote:

Hi Donna & Mr. Hegde,

Please find attached the fee confirmation & remittance instructions on behalf of Mr. Bailey.

You Payment Reference: 2020-SH-471253-INV is unique to you and your account.

Please make the payment in two separate transfers. The first transfer for US $475,000.00 and the second transfer for US $323,000.00.  Both transfers will be going to Bank of America only.

When making the payments please only use the Payment Reference in any of the fields asking for description or reason for transfer so that we can match the payment to your account.

Please send a copy of the transfer receipt once the payment has been made.

Kind regards,

**Angela Fung**
**Accounts & Settlements Team**

+852 3002 4430

accounts@investmentsfirst.com

28 Hennessy Rd, Wan Chai, Hong Kong

www.investmentsfirst.com



*This email and the information it contains is confidential and intended only for the party or parties named. Its contents are not to be disclosed, copied, or used in any way except by the named party or parties. If you are not the named party or parties, please notify us immediately by reply. We do not accept any responsibility for the accuracy or completeness of this message as it has been sent over a public network. If you believe that this message has been intercepted or amended, please inform us immediately.*

# EXHIBIT 5


First Eastern
Investments Limited

**FEE CONFIRMATION**

# Ming Global Limited

This is to confirm the following Fee/Penalty action:

| | Transaction Date | |
|---|---|---|
| Date: 29 Jul 2020 | | Settlement Date: 31 Jul 2020 |

| Transaction | Type | Description | Qty | Notes | Fee |
|---|---|---|---|---|---|
| De-restriction | Individual | Legend / Restriction Removal | 1 | Refund - Pending | $ 798,000.00 |

Notices For This Order:
- Unless you have already instructed us differently, we will hold proceeds on account pending further instructions.
- Exchange Process Fee: This fee offsets processing costs incurred by First Eastern Investments Limited for the exchange of Securities including those relating to assessments on broker-dealers by an exchange or other SRO for equity, option, or other covered security sell transactions.
- First Eastern Investments Limited acted as your agent.

| | |
|---|---|
| **Gross Amount** | **$ 798,000.00** |
| Commission | $ 0.00 |
| Exch. Process Fee | $ 0.00 |
| **Total Amount** | **$ 798,000.00** |
| **Amount Due From/(To) Client** | **$ 798,000.00** |

## Instructions To Fund Your Account

Please note that the receiving account is that of our international stock transfer and escrow agent who are a trusted, independent, 3rd party transfer and escrow service, that provides protection for both Buyer and Seller.

As a reminder, please take note of the following:
- When remitting funds by way of Telegraphic Transfer, please secure a receipt from the issuing bank and furnish us with a copy via e-mail.
- Should your bank require "Further Reference" data, please input the required information in this field so as to expedite the processing of your fund transfer. Placing any other information may cause delays in the process.

Finally, we will at no time during our relationship, ask you to wire/transfer funds directly to First Eastern Investments Limited.

| **Registered Office** | **Telephone** | **Email Address** | **Website** |
|---|---|---|---|
| 28 Hennessy Rd, Wan Chai, Hong Kong | +852 3002 4430 | info@investmentsfirst.com | www.investmentsfirst.com |


First Eastern
Investments Limited
29/07/20

# EXHIBIT 6



**Wealth Management Office**
28 Hennessy Road,
Wan Chai, Hong Kong
S.A.R. China

**On The Web:** www.investmentsfirst.com
**Email Inquiries:** info@investmentsfirst.com

**Our Reference:** RCP-SHAHEG-18

**Account Representative:** Peter Lynd

Ming Global Limited
1206 Eastern Commercial Centre,
397 Hennessey Road
Wan Chai, Hong Kong

# TRANSACTION RECEIPT

## TRANSACTION OVERVIEW:

| | |
|---|---|
| Transaction Reference: | 2020-SH-471253-INV |
| Transaction Type: | Individual |
| Description: | Legend / Restriction Removal |
| Commission Rate: | N/A |
| Total Transaction Value: | $798,000.00 |

## RECEIPT INFORMATION:

| | |
|---|---|
| Amount Credited To Account: | $798,000.00 |
| Date Credited: | July 30, 2020 |

## ACCOUNT CREDIT CONFIRMATION:



30/07/20

*If you have any questions or believe that the above information is incorrect please consult your Account Representative immediately.*

*Thank you for your business. We look forward to working with you and helping you to achieve your investment objectives.*

*First Eastern Investments – A Trading Name of First Eastern Ltd.*
*Balanced Wealth Management Through Genuine Experience*

**Company License & Registration**
0208289

# EXHIBIT 7



☐ Check the box if no longer subject to
   Section 16, Form 4 or Form 5 obligations
   may continue. *See* Instruction 1(b).

## C.A.T.S. REGISTRAR DATABASE 42K

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility
Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | REDACT |
| Expires: | June 1, 2021 |
| Estimated average burden | |
| hours per response . . . . . . 0.5 | |

(Print or Type Response)

| 1. Name and Address of Reporting Person / Business | | | 2. Security Name / Trading Symbol / CUSIP | | 5. Relationship of Reporting Person(s) to Issuer (Check all that apply) |
|---|---|---|---|---|---|
| **Ming Global Limited** | | | **Royalty Pharma plc / NASDAQ:RPRX / G7709Q104** | | ___Director        ___10% Owner |
| (Last) | (First) | (Middle) | 3. Date of Reported Security Restriction Removal | 4. If Amendment, Date Original Filed(Month/Day/Year) | ___Officer (give title below) __X__ Other (Specify below) |
| **Hegde Sharath Kumar** | | | | | **PREFERRED SHAREHOLDER** |
| **1206 Eastern Commercial Centre** | | | | | 6. Individual or Joint/Group Filing (Mark Applicable Line) |
| **397 Hennessy Road, Wan Chai, Hong Kong, ROC** | | | **Jul 29 2020** | **N/A** | _X_ Form filed by one reporting person ___ Form filed by More than one reporting person |
| (Registered Address) | | | Table I - Non-Derivative Securities Acquired / Disposed Of / Beneficially Owned | | |

| 1. Title of Security (Instr. 3) | 2. Transaction Date | 2A. Deemed Execution Date | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) / Disposed Of (D). (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s). (Instr. 3, 4 and 5) | 6. Ownership Form: Direct (D) or Indirect (I). (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (if applicable). |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) / (D) | Price | | | |
| Royalty Pharma plc / NASDAQ:RPRX 2020 - SH - 471232 - INV | 06/16/2020 | 06/16/2020 | D | X | 100,000 | A | $19,00 | FULL | D | REG. 144 |
| Royalty Pharma plc / NASDAQ:RPRX 2020 - SH - 471232 - INV | 06/22/2020 | 06/22/2020 | D | X | 100,000 | D | $50,39 | FULL | D | REG. 144 |
| Royalty Pharma plc / NASDAQ:RPRX 2020 - SH - 471243 - INV | 06/24/2020 | 06/24/2020 | D | X | 300,000 | A | $19,00 | FULL | D | REG. 144 |
| Royalty Pharma plc / NASDAQ:RPRX 2020 - SH - 471248 - INV | 07/16/2020 | 07/16/2020 | D | X | 200,000 | A | $19,00 | FULL | D | REG. 144 |

**\*Disposed under Regulation S R/144. De-Restriction @ $1.33 PPS Through Monarch Holdings, Inc. Total: (600,000 Shares x De-Restrictions = $798,000.00)**

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.
If the form is filed by more than one reporting person, see instruction 4(b)(v). File three copies of this form. One of which must be manually signed by beneficial owner

**\*\* Intentional misstatements or omissions of facts constitute Federal Criminal Violations. For information consult**
**18 U.S.C. 1001 and 15 U.S.C. 78ff(a).**

30/07/2020
30/07/20

_____          _____          _____
**Signature of Beneficial Owner**          **Signature of CATS Representative**          **Date Filed**

# EXHIBIT 8

**From:** Donna Marie <donna@merchandeffect.com>
**Sent:** Friday, July 31, 2020 4:41 AM
**To:** Angela Fung
**Cc:** Zach Hegde; Scott Bailey
**Subject:** Re: Trade Confirmations
**Attachments:** 3b836025.png

Hi Angela,

Thanks for the update.

I'll check and monitor - will keep you posted as soon as the funds reflects to our account.

Have a good weekend ahead.

Cheers,
  onna

! n " ri, #$ %ul & & , $' () * Angela " ung, +accounts,  investmentsfirst.com-  wrote(

Hi Donna & Mr. Hegde,

Please find attached the Trade Confirmations for Thursday, July 30th on behalf of Mr.   ailey. !ou "ill find the trades reflected in your online account.

#indly note, the a$ailable cash is no" %&",(3),"*0.00.

+s agreed "ith Mr. Hegde, our transfer agent "ill initiate the transaction at their earliest con$enience, ho"e$er ,lease understand it "ill be –e" !or. morning time. / "ill ha$e my assistant for"ard the transaction recei,ts the moment "e recei$e them. Donna, could you confirm recei,t of the funds as soon as ,ossible ,lease0

Ha$e a "onderful "ee.end.

#ind regards,

**Angela Fung**
**Accounts & Settlements Team**

**1234** 300**4 **30

accounts**5**in$estmentsfirst.com

**42** Hennessy **6**d, **7**an Chai, Hong #ong

**""""".**in$estmentsfirst.com

1

This email and the information it contains is confidential and intended only for the party or parties named. Its contents are not to be disclosed, copied, or used in any way except by the named party or parties. If you are not the named party or parties, please notify us immediately by reply. We do not accept any responsibility for the accuracy or completeness of this message as it has been sent over a public network. If you believe that this message has been intercepted or amended, please inform us immediately.

2

# EXHIBIT 9

| | |
|---|---|
| **From:** | Donna Marie <donna@merchandeffect.com> |
| **Sent:** | Tuesday, August 4, 2020 11:15 PM |
| **To:** | Angela Fung |
| **Cc:** | Zach Hegde; Scott Bailey |
| **Subject:** | Re: Trade Confirmations |
| **Attachments:** | BR_2019-2020.pdf; Ming Global Limited DUNS.pdf; NAR1_2019.pdf |

Hello Angela,

Please find the attached BR, CR and D&B Certificate of Ming Global Hong Kong.

Let me  no!  if "o# need f#rther information.

Regards,
Donna



Donna Malicay
General Manager
M: +852 8197 3159
**www.merchandeffect.com**

   

$ n % ed, A#g &, ' ( ' ( at ) ) *&+ AM Donna Marie ,  donna-  merchandeffect.com .  ! rote*
 Hello Angela,

 Please find belo!  com/ an" and ban   details*

 MING GLOBAL LIMITED
 Registered Address*
 )' ( 0, I astern Commercial Centre, 2+3 Henness" Rd, % anchai, Hong Kong
 Com/ an" 4 #mber*) 0&) 525
 HK B#siness Registration 4 #mber*&660505(

 Ban  *H7BC H$ 4 G K$ 4 G
 Acco#nt 4 ame*Ming Global Limited
 7! ift Code*   REDACTED
 Acco#nt 4 #mber*    REDACTED

 Let me   no!  if "o# need f#rther information.

 9 han  s,
 Donna

1



Donna Malicay
General Manager
M: +852 8197 3159
**www.merchandeffect.com**

  

$ n % ed, A#g & ' ( ' ( at ) ) * + AM Donna Marie , [donna- merchandeffect.com](). ! rote*

Hello Angela,

An" # / date / lease:

Can "o# / lease share the transfer recei/ t:

9han s,
Donna



Donna Malicay
General Manager
M: +852 8197 3159
**www.merchandeffect.com**

  

$ n 9#e, A#g 5, ' ( ' ( at ) ' *&3 PM Donna Marie , [donna- merchandeffect.com](). ! rote*

9han s, Angela.

Please do ad; ise once transfer has been made.

Regards,
Donna



Donna Malicay
General Manager
M: +852 8197 3159
**www.merchandeffect.com**

   

$ n 9#e, A#g 5, ' ( ' ( at ) ' *5' PM Angela <#ng , [acco#nts- in; estmentsfirst.com](). ! rote*

Hi Donna,

I honestly do not want to confirm whether it's possible for the funds to be repatriated tomorrow, as I am not 100% sure they will. We will notify them that the transfer should be considered urgent and we will instruct the transfer agent to initiate the transfer as a 'same day arri al'.

!nce the ban" confirms the registered address and the W#$%&'#& has been appro ed, they will initiate the transaction. I apologise profusely, we should ha e noticed sooner.

(he total cash balance is )*+,1$,,-.0.00 plus a further )/0$,000.00 from the refunded de#restriction fee, howe er we do not anticipate this to be a ailable for another wee" or so. We ha e already processed the insurance claim, so it should become a ailable no later than 1.th of 1ugust.

I will confirm the moment the transaction has been e2ecuted.

3ind regards,

Angela Fung
Accounts & Settlements Team

=6& 2(('  552(

[acco#nts-_in;estmentsfirst.com](mailto:acco#nts-_in;estmentsfirst.com)

' 6 Henness" Rd, % an Chai, Hong Kong

[! ! ! .in;estmentsfirst.com](http://www.investmentsfirst.com)



This email and the information it contains is confidential and intended only for the party or parties named. Its contents are not to be disclosed, copied, or used in any way except by the named party or parties. If you are not the named party or parties, please notify us immediately by reply. We do not accept any responsibility for the accuracy or completeness of this message as it has been sent over a public network. If you believe that this message has been intercepted or amended, please inform us immediately.

!n *0*0#0$#0. 1*40/, Donna 5arie wrote4

Hi 1ngela,

Is it possible to get all the funds tomorrow6

We need the funds by tomorrow as we ha e outgoings committed.

1nd can you also please ad ise the total amount6

(han"s,
Donna

Donna Malicay
General Manager
M: +852 8197 3159
**www.merchandeffect.com**

❗n Ⓒue, ❶ug ⋅, ⁕0⁕0 at 1⁕❹00 **75** ❶ngela ❽ung ❾accounts⁚ in estmentsfirst.com❣ wrote❹

Hi Donna,

Ⓒhan❞ you for your immediate response. We will file this right away.

❮egards,

Angela Fung
Accounts & Settlements Team

=6& 2((' 552(

acco#nts- in; estmentsfirst.com

' 6 Henness" Rd, % an Chai, Hong Kong

❗ ❗ ❗ .in; estmentsfirst.com

This email and the information it contains is confidential and intended only for the party or parties named. Its contents are not to be disclosed, copied, or used in any way except by the named party or parties. If you are not the named party or parties, please notify us immediately by reply. We do not accept any responsibility for the accuracy or completeness of this message as it has been sent over a public network. If you believe that this message has been intercepted or amended, please inform us immediately.

❗n ⁕0⁕0#0$#0⋅ 114❙❙, Donna ❺arie wrote❹

Hi ❶ngela,

Ⓒhan❞s for sending it through.

❼lease find the attached updated form.

❮egards,
Donna

Donna Malicay
General Manager
M: +852 8197 3159
**www.merchandeffect.com**

❗n Ⓒue, ❶ug ⋅, ⁕0⁕0 at 114⋅❙ **15** ❶ngela ❽ung ❾accounts⁚ in estmentsfirst.com❣ wrote❹

Hi Donna,

=es, you are correct. ❯nfortunately the transfer was bloc❞ed by the ta❷ department of the ban❞ as they couldn't confirm ❺ing ❼lobal ❷td registered address. ❷oo❞ing through your W#$%&' #& form, it seems li❞e you ha e misspelled ❶Hennessy❶.

4

**P**lease find attached a new W#$%&'#& form along with the pre ious one. **K**indly remo e the **A**e**A** from Hennessy. I **K**now it sounds ridiculous but unfortunately when it comes to withholding ta**2**, they are  ery serious. **C**hey belie e they are entitled to **,**0% withholding ta**2** which is absurd.

**P**lease send to me as soon as you can and we can file it this e ening with the ta**2** office.

I am  ery sorry about this **5**r. Hegde.

**K**ind regards,

Angela Fung
Accounts & Settlements Team

=6& 2((' 552(

acco#nts- in; estmentsfirst.com

' 6 Henness" Rd, % an Chai, Hong Kong

! ! ! .in; estmentsfirst.com

This email and the information it contains is confidential and intended only for the party or parties named. Its contents are not to be disclosed, copied, or used in any way except by the named party or parties. If you are not the named party or parties, please notify us immediately by reply. We do not accept any responsibility for the accuracy or completeness of this message as it has been sent over a public network. If you believe that this message has been intercepted or amended, please inform us immediately.

**!** n *0*0#0$#0. 114*/, Donna **5**arie wrote**4**

Hello **1**ngela,

**C**rust you' e been well.

**C**han**K**s for sending through the trade confirmation but unfortunately we ha en't recei ed the funds yet.

**>**sually it only ta**K**es within *. hrs to reflect into our account. **B**an you please help chec**K** the status of the fund transfer**6**

**1**ppreciate it if you could pro ide the transaction reference also.

**<**egards,
Donna

Donna Malicay
General Manager
M: +852 8197 3159
**www.merchandeffect.com**

**!** n **5**on, **1**ug ,, *0*0 at 1*40+ 75 **1**ngela **8**ung **9**accounts; in estmentsfirst.com**;** wrote**4**

Hi Donna **C 5**r. Hegde,

Please find attached the Trade Confirmations for Friday, July 1st on behalf of Mr. Bailey. You will find the trades reflected in your online account.

Kind regards,

Angela Fung
Accounts & Settlements Team

=6& 2(( ' 552(

acco#nts- in; estmentsfirst.com

' 6 Henness'' Rd, % an Chai, Hong Kong

! ! ! .in; estmentsfirst.com

This email and the information it contains is confidential and intended only for the party or parties named. Its contents are not to be disclosed, copied, or used in any way except by the named party or parties. If you are not the named party or parties, please notify us immediately by reply. We do not accept any responsibility for the accuracy or completeness of this message as it has been sent over a public network. If you believe that this message has been intercepted or amended, please inform us immediately.

# EXHIBIT 10

**From:** Zach Hegde <zach@ming-global.com>
**Sent:** Monday, August 10, 2020 9:24 PM
**To:** Donna Marie; Angela Fung
**Cc:** Scott Bailey
**Subject:** Re: URGENT - Margin Rejection - First Eastern Investments Ltd

HI Angela

DO you have the CATS ? also can you pls send us the transfer instruction

We will be penalised by our investors  and will have to pass on the penalty to your firm if we do not get the complete funds today.

This is SUPER URGENT & critical please

Thank you
Zach

---

**From:** Donna Marie <donna@merchandeffect.com>
**Date:** Tuesday, 11 August 2020 at 12:17 pm
**To:** Angela Fung <accounts@investmentsfirst.com>
**Cc:** Zach Hegde <zach@ming-global.com>, Scott Bailey <scott.bailey@investmentsfirst.com>
**Subject:** Re: URGENT - Margin Rejection - First Eastern Investments Ltd

Hello Angela,

I'm going to process the transfer today - can you please send again the transfer instructions?

And as per your previous email the funds now is already in Singapore intermediary bank - could you please send us the copy of the remittance advice urgently?

Thank you,
Donna

On Tue, 11 Aug 2020, 09:53 Angela Fung, <accounts@investmentsfirst.com> wrote:

Dear Mr. Hegde,

Yes sir, as soon as we have proof that the remaining balance has been transferred to the Monarch Holdings Ltd account, the Singapore branch can release the payment to Hong Kong.

I have just requested the documents for you.

Kind regards,

Angela Fung
Accounts & Settlements Team

1

+852 3002 4430

accounts@investmentsfirst.com

28 Hennessy Rd, Wan Chai, Hong Kong

www.investmentsfirst.com

*This email and the information it contains is confidential and intended only for the party or parties named. Its contents are not to be disclosed, copied, or used in any way except by the named party or parties. If you are not the named party or parties, please notify us immediately by reply. We do not accept any responsibility for the accuracy or completeness of this message as it has been sent over a public network. If you believe that this message has been intercepted or amended, please inform us immediately.*

On 2020-08-11 09:45, Zach Hegde wrote:

Yes please and we will pay straight up- so money will be in today?

Sent from my iPhone so please forgive the misspelt words...

On 11 Aug 2020, at 11:29 am, Angela Fung <accounts@investmentsfirst.com> wrote:

Dear Mr. Hegde,

I will most certainly forward you the CATS without fail. However as it's protocol, I will need permission.

I understand your frustration sir but we are certainly not "extracting more money" from you.

We received notification through and the reason the margin loan was rejected was because the risk level associated with the Ming Global Ltd account in currently medium - high, therefore the regulators have denied the loan.

Also, your funds have arrived successfully in BofA Singapore Ltd before the rejection was raised, who are acting as the intermediary and can be processed immediately to your Honk Kong Ming Global Account. Would you like me to also send this notification through for you records?

Kind regards,

**Angela Fung**
**Accounts & Settlements Team**

+852 3002 4430

accounts@investmentsfirst.com

28 Hennessy Rd, Wan Chai, Hong Kong

www.investmentsfirst.com

`<3b836025.png>`

*This email and the information it contains is confidential and intended only for the party or parties named. Its contents are not to be disclosed, copied, or used in any way except by the named party or parties. If you are not the named party or parties, please notify us immediately by reply. We do not accept any responsibility for the accuracy or completeness of this message as it has been sent over a public network. If you believe that this message has been intercepted or amended, please inform us immediately.*

On 2020-08-11 09:14, Zach Hegde wrote:

Hi Angela

Can you please send me the Screen Shot of CATS and do not tell me its confidential as this is our information.

I am sure even if we pay this there will be another way for your team to extract more money from us.

Please send us all evidence Urgently

Thank you
Zach

**From:** Angela Fung <accounts@investmentsfirst.com>
**Date:** Tuesday, 11 August 2020 at 11:10 am
**To:** Zach Hegde <zach@ming-global.com>
**Cc:** Donna Marie <donna@merchandeffect.com>, Scott Bailey <scott.bailey@investmentsfirst.com>
**Subject:** URGENT - Margin Rejection - First Eastern Investments Ltd

Dear Mr. Hegde,

We regret to inform you that Mr. Scott Bailey's personal margin for $250,000.00 has been rejected by the C.A.T.S, therefore there is still an outstanding balance which requires your immediate attention, as it needs to be settled before we can instruct the transfer agent to finalise the repatriation of your proceeds.

Please find attached your loan application rejection confirmation for your records and please find attached the remittance instructions for the outstanding balance of $250,000.00. It is the same unique reference as the last transaction.
Mr. Bailey has been notified and he will contact you as a matter of urgency.

Yours,

**Angela Fung**
**Accounts & Settlements Team**

+852 3002 4430

accounts@investmentsfirst.com

28 Hennessy Rd, Wan Chai, Hong Kong

www.investmentsfirst.com

<image001.png>

*This email and the information it contains is confidential and intended only for the party or parties named. Its contents are not to be disclosed, copied, or used in any way except by the named party or parties. If you are not the named party or parties, please notify us immediately by reply. We do not accept any responsibility for the accuracy or completeness of this message as it has been sent over a public network. If you believe that this message has been intercepted or amended, please inform us immediately.*

# EXHIBIT 11

**From:**          Donna Marie <donna@merchandeffect.com>
**Sent:**          Tuesday, August 11, 2020 9:19 PM
**To:**            Angela Fung
**Cc:**            Zach Hegde; Scott Bailey
**Subject:**       Re: CATS Notification & Remittance Instructions
**Attachments:**   3b836025.png

Hello Angela,

I just checked our bank and still nothing comes in yet.

Can you please update us on the transfer status urgently?

It's already beyond 10am HK time and yet we heard nothing from your side.

Appreciate your most urgent attention to this matter.

Thank you,
Donna

On Tue, 11 Aug 2020, 17:45 Angela Fung, <accounts@investmentsfirst.com> wrote:

Dear Mr. Hegde,

I have a message on behalf of Mr. Bailey.

Hi Zach,

I have just been informed the funds will arrive no later than 10:00am tomorrow morning as we must wait for the transfer Donna executed earlier today to clear in the account.

I know it's not the news you wanted but they have labeled you as a priority and will be one of the first transactions tomorrow morning.

I would love to call you but I've had to rush back to the hospital. I have taken a turn for the worse and now have a fever with flu like symptoms. I am sure I will be fine. I will ring you first thing tomorrow morning.

You have my word on this.

Yours,

Scott

Kind regards,

**Angela Fung**
**Accounts & Settlements Team**

+852 3002 4430

accounts@investmentsfirst.com

28 Hennessy Rd, Wan Chai, Hong Kong

www.investmentsfirst.com



*This email and the information it contains is confidential and intended only for the party or parties named. Its contents are not to be disclosed, copied, or used in any way except by the named party or parties. If you are not the named party or parties, please notify us immediately by reply. We do not accept any responsibility for the accuracy or completeness of this message as it has been sent over a public network. If you believe that this message has been intercepted or amended, please inform us immediately.*

On 2020-08-11 15:02, Zach Hegde wrote:

Hi Angela- could I please get some sort of confirmation...
Scott- please advise about your chat with singapore.

Really need this information team

Thank you
Zach
Sent from my iPhone so please forgive the misspelt words...

On 11 Aug 2020, at 3:51 pm, Donna Marie <donna@merchandeffect.com> wrote:

Hello Angela,

You are my most favorite person right now in the world. :)

Any update on the fund transfer?

Can you please confirm?

Thanks,
Donna

On Tue, 11 Aug 2020, 11:43 Angela Fung, <accounts@investmentsfirst.com> wrote:

Dear Mr. Hegde,

Yes it will be considered urgent. We are currently notifying the corespondent bank in Singapore to give them the green-light to finalise your payment.

Kind regards,

**Angela Fung**
**Accounts & Settlements Team**

+852 3002 4430

accounts@investmentsfirst.com

28 Hennessy Rd, Wan Chai, Hong Kong

www.investmentsfirst.com

*This email and the information it contains is confidential and intended only for the party or parties named. Its contents are not to be disclosed, copied, or used in any way except by the named party or parties. If you are not the named party or parties, please notify us immediately by reply. We do not accept any responsibility for the accuracy or completeness of this message as it has been sent over a public network. If you believe that this message has been intercepted or amended, please inform us immediately.*

On 2020-08-11 11:33, Zach Hegde wrote:

Hi Angela

As this is In Singapore now- can you please get this cleared as a priority for us now as we have to make payments today.

Thank you
Zach

**From:** Donna Marie <donna@merchandeffect.com>
**Date:** Tuesday, 11 August 2020 at 1:25 pm
**To:** Angela Fung <accounts@investmentsfirst.com>
**Cc:** Zach Hegde <zach@ming-global.com>, Scott Bailey <scott.bailey@investmentsfirst.com>
**Subject:** Re: CATS Notification & Remittance Instructions

Hey Angela,

Please find the remittance advice attached.

Once you got funds, please confirm the receipt.

Can you please send us a constant update on the status of the funds transfer once sorted at your end?

Thank you,

Donna

**Donna Malicay**
General Manager
M: +852 8197 3159
**www.merchandeffect.com**

On Tue, Aug 11, 2020 at 11:10 AM Angela Fung <accounts@investmentsfirst.com> wrote:

Dear Mr. Hegde,

Please find attached the CATS notification along with the remittance instructions.

I have just been informed Mr. Bailey is on his way to the office from the doctor. I will request for him to contact you immediately.

Kind regards,

**Angela Fung**
**Accounts & Settlements Team**

+852 3002 4430

accounts@investmentsfirst.com

28 Hennessy Rd, Wan Chai, Hong Kong

www.investmentsfirst.com

*This email and the information it contains is confidential and intended only for the party or parties named. Its contents are not to be disclosed, copied, or used in any way except by the named party or parties. If you are not the named party or parties, please notify us immediately by reply. We do not accept any responsibility for the accuracy or completeness of this message as it has been sent over a public network. If you believe that this message has been intercepted or amended, please inform us immediately.*

# EXHIBIT 12

| | |
|---|---|
| **From:** | Zach Hegde <zach@ming-global.com> |
| **Sent:** | Thursday, August 13, 2020 4:29 AM |
| **To:** | Graham Cowell |
| **Subject:** | Re: MING GLOBAL & SHARATH HEGDE VERIFICATION |

Copy that Sir,

I am on Standby for your instructions or further news

My Best
Zach

---

**From:** Graham Cowell <graham.cowell@investmentsfirst.com>
**Date:** Thursday, 13 August 2020 at 6:37 pm
**To:** Zach Hegde <zach@ming-global.com>
**Subject:** Re: MING GLOBAL & SHARATH HEGDE VERIFICATION

Dear Mr. Hegde,

I am awaiting on a confidential report from the US in reference to the transaction of your funds. The conversion of your account ownership from private to corporate is my suspicion and that of the compliance team here at First  astern. !  ithout this getting delayed any further, I have "people" finding out also if this is a capital gains issue on the funds due to the a#ove status of account having changed.

$lease do not #e concerned as I have my #est associates on it who have the power to conduct fast trac%orders regarding the nature of this issue&case.

' emaining yours sincerely,

**Graham Cowell**
**Securities & Equities Legal Advisor**

( ) * + , - - + . . , -

graham.cowell/  investmentsfirst.com

+) Hennessy '  d, !  an 0 hai, Hong 1 ong

www.investmentsfirst.com



1

This email and the information it contains is confidential and intended only for the party or parties named. Its contents are not to be disclosed, copied, or used in any way except by the named party or parties. If you are not the named party or parties, please notify us immediately by reply. We do not accept any responsibility for the accuracy or completeness of this message as it has been sent over a public network. If you believe that this message has been intercepted or amended, please inform us immediately.

2 n +- +- 3- ) 34,  - 56 4, 7 ach Hegde wrote6

Morning Graham.

Trust you had a good evening

Checking in to hear about the outcome from last evening

My best

Zach

---

**From:** Graham Cowell <graham.cowell@investmentsfirst.com>
**Date:** Wednesday, 12 August 2020 at 5:30 pm
**To:** Zach Hegde <zach@ming-global.com>
**Subject:** Re: MING GLOBAL & SHARATH HEGDE VERIFICATION

Dear Mr. Hegde,

' eceived with than%s.

8 oo%ing forward to sharing some positive news with you tomorrow.

Have a pleasant evening.

9 ours sincerely,

**Graham Cowell**
**Securities & Equities Legal Advisor**

( ) *+ , - - + . . , -

graham.cowell/  investmentsfirst.com

+) Hennessy ' d, ! an 0 hai, Hong 1 ong

www.investmentsfirst.com



This email and the information it contains is confidential and intended only for the party or parties named. Its contents are not to be disclosed, copied, or used in any way except by the named party or parties. If you are not the named party or parties, please notify us immediately by reply. We do not accept any responsibility for the accuracy or completeness of this message as it has been sent over a public network. If you believe that this message has been intercepted or amended, please inform us immediately.

2 n +- +- 3- ) 34+ 4. 6*: , 7 ach Hegde wrote6

Thanks #gain graham

$ ere is the e%tended version of Ming Global &erification in case you need this.... ' ith ( uns ) * radstreet verification

My * est

Zach Hegdé

MING |GL . BAL

supply chain solutions since 2010

1206, EASTERN COMMERCIAL CENTRE,          GROUND FLOOR, 189 CORONATION DRIVE,
397 HENESSY ROAD WAN CHAI                              MILTON, QLD 4064
HONG KONG                                                        AUSTRALIA

**From:** Graham Cowell <graham.cowell@investmentsfirst.com>
**Date:** Wednesday, 12 August 2020 at 3:27 pm
**To:** Zach Hegde <zach@ming-global.com>
**Subject:** Re: MING GLOBAL & SHARATH HEGDE VERIFICATION

Dear Mr. Hegde,

Than%you for your email. I have received all files safely. $lease do not hesitate to contact me if you re;uire my help or assistance with our pro‹ect.

n‹oy some fine to#acco in the meantime. I shall %eep you posted with my advancements post haste.

9ours sincerely.

**Graham Cowell**
**Securities & Equities Legal Advisor**

( )*+, --+.., -

graham.cowell/ investmentsfirst.com

+) Hennessy ' d, ! an 0 hai, Hong 1 ong

www.investmentsfirst.com



This email and the information it contains is confidential and intended only for the party or parties named. Its contents are not to be disclosed, copied, or used in any way except by the named party or parties. If you are not the named party or parties, please notify us immediately by reply. We do not accept any responsibility for the accuracy or completeness of this message as it has been sent over a public network. If you believe that this message has been intercepted or amended, please inform us immediately.

2 n +- +- 3- ) 34+ 4+6*: , 7 ach Hegde wrote6

#+ologies Graham

, failed to add the file

Thank you once again.

Zach


Zach Hegdé
_____

MING | GL.BAL
*supply chain solutions since 2010*

1206, EASTERN COMMERCIAL CENTRE,         GROUND FLOOR, 189 CORONATION DRIVE,
397 HENESSY ROAD WAN CHAI                MILTON, QLD 4864
HONG KONG                                AUSTRALIA

---

**From:** Zach Hegde <zach@ming-global.com>
**Date:** Wednesday, 12 August 2020 at 2:17 pm
**To:** "graham.cowell@investmentsfirst.com" <graham.cowell@investmentsfirst.com>
**Cc:** Scott Bailey <scott.bailey@investmentsfirst.com>, Angela Fung <accounts@investmentsfirst.com>, "simon.newton@investmentsfirst.com" <simon.newton@investmentsfirst.com>, Donna Marie <donna@ming-global.com>, Peter Lynd <peter.lynd@investmentsfirst.com>
**Subject:** MING GLOBAL & SHARATH HEGDE VERIFICATION


$ i Graham-


Thank you for the call and assurance.

#s you can understand ' e are very an%ous an a++rehensive ' ith the current situation and , understand ' e are in very ca+able hands to get a . uick outcome.

#s discussed to be +roactive , have add    files

1. Ming Global $/  certification and our business for the last 1" years in $/  including details of our relationshi+ manager in $ 0 * C.
2. My +ersonal verification and ,( - including my #1 2 C card-
3. 0 ource of fund- 1 3  from The    REDACTED    and the income from that.

$ o+e these document hel+s you and make it easier for you.

4ok for' ard to hearing a favourable outcome

Thank you
Zach

Zach Hegdé

_____

**M I N G** | **G L . B A L**
*supply chain solutions since 2010*

1206, EASTERN COMMERCIAL CENTRE,          GROUND FLOOR, 139 CORONATION DRIVE,
397 HENESSY ROAD WAN CHAI                                  MILTON, QLD 4064
HONG KONG                                                            AUSTRALIA

III

# EXHIBIT 13

| | |
|---|---|
| **From:** | Zach Hegde <zach@ming-global.com> |
| **Sent:** | Tuesday, August 25, 2020 1:52 AM |
| **To:** | Graham Cowell |
| **Cc:** | Donna Marie; simon.newton@investmentsfirst.com; Angela Fung |
| **Subject:** | Re: Documents |
| | |
| **Importance:** | High |

Hi Graham
I appreciate your response.

But as you promised to send some documents to support all this conversation We have still not seen any.

Can we have a deadline of by when we expect all his to be done sir?

Also we have a guarantee letter of within 3 days signed by you and your team we would like to execute this and FEI can take the money back when we get the funds

Will wait for your advise

PS_ could you please ask Petr Lynd to call me to calm this matter down-

Thank you
Zach

---

**From:** Graham Cowell <graham.cowell@investmentsfirst.com>
**Date:** Tuesday, 25 August 2020 at 4:47 pm
**To:** Zach Hegde <zach@ming-global.com>
**Cc:** Donna Marie <donna@merchandeffect.com>
**Subject:** Documents

Dear Mr. Hegde,

Hope you are well.

I have made all necessary filings with regards to your case. As soon as we receive the written documents from the U.S. I shall send you and Donna a copy.

We will be making ready all temporary funding required for the 'Stock Transfer Tax' on your behalf. Once this is completed, you as the receiving client will be reimbursed with your payment in full, which upon receipt may then be reimbursed to us. Hope this is satisfactory for you and your investment club members.

Thank you for your patience on this matter.

Remaining yours sincerely,

1

**Graham Cowell**
**Securities & Equities Legal Advisor**

+852 3002 4430

graham.cowell@investmentsfirst.com

28 Hennessy Rd, Wan Chai, Hong Kong

www.investmentsfirst.com



*This email and the information it contains is confidential and intended only for the party or parties named. Its contents are not to be disclosed, copied, or used in any way except by the named party or parties. If you are not the named party or parties, please notify us immediately by reply. We do not accept any responsibility for the accuracy or completeness of this message as it has been sent over a public network. If you believe that this message has been intercepted or amended, please inform us immediately.*

# EXHIBIT 14



28 Hennessy Road
Wan Chai
Hong Kong
S.A.R.
China

**14/08/2020**

Client: Ming Global Limited

Representative: Mr Peter Lynd / Mr Scott Bailey

-----------------------------------------------------------------------------------------------------------------------

**Letter of Guarantee**

Dear Ming Global Limited,

In accordance with the W-8BEN-E Certificate of Status of Beneficial Owner for United States Tax Withholding and Reporting (Entities), there was a change in Beneficial Ownership during trading, therefore we are at liberty to disclose trading activity to relevant government agencies.

Please note this Letter of Guarantee is made by and between First Eastern Investments Ltd, from hereinafter referred to as the Co-ordinating Party and Bank of America Corporation, hereinafter referred to as the Remitting Party. It is made in favour of Ming Global Ltd, hereinafter referred to as the Beneficiary.

It is agreed that both the Co-ordinating Party and the Remitting Party are operating on behalf of the Beneficiary who will, upon completion of an AML Certification will receive a financial settlement amount of $26,683,540.00 (Twenty-six million six hundred eighty-three thousand five hundred forty dollars and 0/100 Cents), **without having to disclose** proof of funds, foreign tax numbers, tax records, trading history, trade confirmations and profit/loss breakdown.

It is agreed that the Co-ordinating Party hereby and irrevocably agree to act as joint guarantor for the transaction as detailed as above and state that upon all necessary actions as stated within the Anti-Money Laundering Act of 2001, the Remitting Party agree to proceed with the remittance of funds to the account details as stated below within a period of not more than 3 (three) business days of the AML Certification being validated.

*First Eastern Investments – A Trading Name of First Eastern Ltd.*
*Balanced Wealth Management Through Genuine Experience*

*Company License & Registration*
*0208289*

**Account Name:**  Ming Global Limited
**Account Number:**     REDACTED
**Beneficiary Bank:**  The HongKong and Shanghai Banking Corporation Ltd (HSBC)
**Swift / BIC:**     REDACTED
**Beneficiary Bank Address:**  1 Queen's Road Central, Central and Western District, Hong Kong
**Reference (If Any):**  FIRSTEASTINV     REDACTED

Upon successful completion of the AML certification, the remittance to the Beneficiary will be made without delay, objection or legal proceedings of any kind and will be carried out in accordance with The Financial Transaction & Payment Settlement Act.

Upon remittance being enacted and appropriate remittance proof becoming available, both the Co-ordinating Party and the Beneficiary will be informed in writing.

Furthermore, we accept that no amendment to the terms of the agreement between the Co-ordinating Party & the Beneficiary will in anyway release us from our obligation to guarantee and provide financial services in conjunction with this transaction.


Mr. Peter Lynd
Director of Institutional
Trading

Mr. Simon Newton
Head of Global
Compliance

Mr. Graham Cowell
Securities & Equities Legal
Advisor



14/08/20

*First Eastern Investments – A Trading Name of First Eastern Ltd.*
*Balanced Wealth Management Through Genuine Experience*

**Company License & Registration**
*0208289*

# EXHIBIT 15

1



**AML CONFIRMATION**

# Ming Global Limited

This is to confirm the following Fee/Penalty action:

| | Transaction Date | |
|---|---|---|
| Date:<br>14 Aug 2020 | Settlement Date:<br>18 Aug 2020 | |

| Transaction | Type | Description | Qty | Notes | Fee |
|---|---|---|---|---|---|
| AML | Individual | Anti-Money Laundering Certificate - 2.41% Against Proceeds | 1 | Refundable Surety Bond | $ 643,073.31 |

**Notices For This Order:**
- Unless you have already instructed us differently, we will hold proceeds on account pending further instructions.
- Exchange Process Fee: This fee offsets processing costs incurred by First Eastern Investments Limited for the exchange of Securities including those relating to assessments on broker-dealers by an exchange or other SRO for equity, option, or other covered security sell transactions.
- First Eastern Investments Limited acted as your agent.

| | |
|---|---|
| Gross Amount | $ 643,073.31 |
| Admin. Fee | $ 0.00 |
| Exch. Process Fee | $ 0.00 |
| Total Amount | $ 643,073.31 |
| Amount Due From/(To) Client | $ 643,073.31 |

**Instructions To Fund Your Account**

Please note that the receiving account is that of our international stock transfer and escrow agent who are a trusted, independent, 3rd party transfer and escrow service, that provides protection for both Buyer and Seller.

As a reminder, please take note of the following:

- When remitting funds by way of Telegraphic Transfer, please secure a receipt from the issuing bank and furnish us with a copy via e-mail.
- Should your bank require "Further Reference" data, please input the required information in this field so as to expedite the processing of your fund transfer. Placing any other information may cause delays in the process.

Finally, we will at no time time during our relationship, ask you to wire/transfer funds directly to First Eastern Investments Limited.

| **Registered Office** | **Telephone** | **Email Address** | **Website** |
|---|---|---|---|
| 28 Hennessy Rd,<br>Wan Chai, Hong Kong | +852 3002 4430 | info@investmentsfirst.com | www.investmentsfirst.com |

First Eastern Investments Limited

14/08/20

# EXHIBIT 16

**_Wealth Management Office_**
28 Hennessy Road,
Wan Chai, Hong Kong
S.A.R. China



**_On The Web:_** www.investmentsfirst.com
**_Email Inquiries:_** info@investmentsfirst.com

**Our Reference:** RCP-SHAHEG-21

**Account Representative:** Scott Bailey

Ming Global Limited
1206 Eastern Commercial Centre,
397 Hennessy Road .
Wan Chai, Hong Kong



# TRANSACTION RECEIPT

**TRANSACTION OVERVIEW:**

| | |
|---|---|
| Transaction Reference: | 2020-MGL-345621-INV |
| Transaction Type: | Anti-Money Laundering Certificate |
| Securities / Quantity / PPS($) | N/A |
| Commission Rate: | N/A |
| Total Transaction Value: | $643,073.31 |

**RECEIPT INFORMATION:**

| | |
|---|---|
| Amount Credited To Account: | $643,073.31 |
| Date Credited: | August 19, 2020 |

**ACCOUNT CREDIT CONFIRMATION:**



19/08/20

*If you have any questions or believe that the above information is incorrect please consult your Account Representative immediately.*

*· Thank you for your business. We look forward to working with you and helping you to achieve your investment objectives.*

*First Eastern Investments – A Trading Name of First Eastern Ltd.*
Balanced Wealth Management Through Genuine Experience

**Company License & Registration**
0208289

# EXHIBIT 17

WORKFLOW: 27/08/2020                          21:49:50  REDACTED –MINGGLOBALLIMITED


    SWIFT MT199: Y

    Delivery Status: Complete
    Priority: Urgent

    Input:      REDACTED / SWIFT Message
    Sender:     Monarch Holdings Inc / Bank of America Corporation
    Receiver:   REDACTED  First Eastern Investments Ltd (OFFSHORE)
    A/R:        ACCEPTED

TEMP VIEW:
    : 21     : FIRSTEASTINV-    REDACTED
    : 33b    : UNITED STATES DOLLAR
    : 33d    : 27326613.30USD
    : 53a    : BANK OF AMERICA CORPORATION NEW YORK CITY
    : 54a    : MING GLOBAL LIMITED HSBC HONG KONG
    : 59a    : MING GLOBAL LIMITED
             :    REDACTED
             :    REDACTED
    : 71a    : REMITTING PARTY
    : 79     : ATTN: COMPLIANCE / SIMON NEWTON
    YOUR MT103 REQUEST REFERS:


        WE ARE WAITING FOR THE EXACT DATE TO BE CONFIRMED WITH OUR OUTGOING
        TRANSFER DEPARTMENT. TAKE NOTE THAT PREVIOUS COMPLIANCE IRREGULARITIES
        HAVE BEEN A FACTOR IN TIME DELAY.

        ADVISE CLIENT THAT ACCOUNT IS CONFIRMED TO BE AML CERTIFIED.

        FUNDS TO BE PAID TO ABOVE ACCOUNT WILL BE EXECUTED VIA SWIFT TELEX
        TRANSFER.

        FURTHER WE CONFIRM THAT WE HAVE STILL YET TO RECEIVE ADDITIONAL
        NOTIFICATIONS OF REGULATORY INCIDENT REGARDING THE BENEFICIARY. WE WILL
        EXERCISE OUR COMPLIANCE RIGHT WHEN INITIATING REMITTANCE TO BENEFICIARY.

        ADVISE TO AWAIT SWIFT RECEIPT ONCE VALUE DATE CONFIRMED.

        RGDS

    END OF MESSAGE

    NITA:   REDACTED
    PUK: SWIFT Interbank Message
    Category: REDAC FF VIA CATS / SWIFT
    Created: 21:49:50 27/08/2020
    Application:  CATS  SWIFT  MESSAGE  SYSTEM
    User: SWIFT

    No Text Needed

```
FOR INTERNAL NETWORK PRINTING PRESS 1 RETURN
TO ACCOUNT MANAGEMENT PRESS 2

PRINT REFERENCE: 00003348438-SIMON.NEWTON
PAGE 2 OF 2 ONLY
```

EXHIBIT 18

| | |
|---|---|
| **From:** | Zach Hegde <zach@ming-global.com> |
| **Sent:** | Monday, August 31, 2020 9:51 PM |
| **To:** | Scott Bailey |
| **Cc:** | victor.chu@investmentsfirst.com; Donna Marie |
| **Subject:** | Re: Contact |
| **Attachments:** | Ming Global Letter of Guarantee[1][6].pdf |

Hi Scott.

I feel that you are the only voice of your business I can understand.

-Peter Lynd is MIA
-Graham Cowell- I have no idea what he is trying to say as we can't get any clarity from him.
-Simon, No idea what he does.

Scott, at this stage having no visibility or clarity is making lots of my investors nervous, including me. And as we all know nervous people are  not good.

The issue would have  calmed down if we knew exactly what was going on and had transparency & visibility in paper work, but each time we hear its the "IRS, it's "BOFA", its trump etc which leaves us confused and nervous.

All we now ask for is to execute our Guarantee letter and ensure he funds are in our account within 2 business days as promised. Not much to ask for.

I was told by Graham he had a meeting with Mr Vitor Chu this morning at 10:30 Am HK time to finalise my guarantee letter and get me  the funds back- I do hope that its proceeding as I know that he is not in the office yet.

Will await your update today

Zach

---

**From:** Scott Bailey <scott.bailey@investmentsfirst.com>
**Date:** Tuesday, 1 September 2020 at 12:21 pm
**To:** Zach Hegde <zach@ming-global.com>
**Subject:** Contact

Hi Zach,

I know you have requested for someone to contact you which I will gladly do so.

However, I am just tied up for a couple of hours. I am expected to have a meeting with Mr. Cowell at 15:00pm HK time. Following our meeting, I will call you with haste.

Yours,

**Scott Bailey**
**Head of Private Accounts**

+852 3002 4430

scott.bailey@investmentsfirst.com

28 Hennessy Rd, Wan Chai, Hong Kong

www.investmentsfirst.com



*This email and the information it contains is confidential and intended only for the party or parties named. Its contents are not to be disclosed, copied, or used in any way except by the named party or parties. If you are not the named party or parties, please notify us immediately by reply. We do not accept any responsibility for the accuracy or completeness of this message as it has been sent over a public network. If you believe that this message has been intercepted or amended, please inform us immediately.*

EXHIBIT 19



First Eastern
Investments Limited

28 Hennessy Road
Hong Kong
S.A.R.
China

**02/09/2020**

**Client: Ming Global Limited**

**Representative: Mr Scott Bailey**

----------------------------------------------------------------------------

Dear Ming Global Limited and Partners,

I am writing today to inform you I have attempted to use my connections to assist my team in the release of your funds which are held in a non-interest-bearing account, currently controlled by the tax office which is a government intermediary account.

I am afraid that I was unsuccessful in completing this task as the IRS believes there is a 30% withholding tax associated with the Ming Global Limited trading account. This is of course absurd.

My proposal to Mr. Bailey is what we call a '20 day trading cycle', which ultimately is an execution of 4 trades over the 20 day period. My advice is that we purchase the previously traded shares on the account, thus showing the regulators that we are in fact using the account to "trade". The willingness to trade will not only provide enough proof that we are actively trading but also enough time for us to confirm your tax exemption status.

As Chairman & CEO of First Eastern Investments Ltd, please take this letter as assurance that my team are doing everything within their power and upon successful completion of the 20 day trading cycle, we will be in position to start the transactions back to your nominated account.

Not only do I appreciate your custom, but I do not take lightly you could have chosen thousands of other advisory firms to do business with, but you decided to trade with us. Thank you.

Sincerely,

Victor Chu

Chairman & CEO

*First Eastern Investments — A Trading Name of First Eastern Ltd.*
*Balanced Wealth Management Through Genuine Experience*

*Company License & Registration*
*0208289*

# EXHIBIT 20





Date: September 2, 2020

First Eastern Investments Limited
21/F, 28 Hennessy Road
Hong Kong

<u>Attention: Mr Victor Chu</u>

Dear Sirs,

**Our investment and the Letter of Guarantee dated 14 August 2020**

Upon your recommendation, advice and instructions, we paid a total of US$13,329,181.76 to Monarch Holdings Inc. for investment purpose.

We have been expecting a financial settlement in the amount of US$27326613.30 (the "**Outstanding Sum**") from our investment since **16th August 2020**.  This is evidenced by the Letter of Guarantee issued by you in our favour dated 14 August 2020.  However, there remains no indication as to when the Outstanding Sum would be paid to us.

Your initial explanation was that the Outstanding Sum was in an account with Bank of America in Singapore which was somehow being restricted and thus could not be paid out.  In your letter to us dated 2 September 2020, you seem to be suggesting that the Outstanding Sum is subject to 30% withholding tax by the IRS and therefore cannot be paid before this is resolved.  In the same letter, you seem to be further suggesting that the "regulators" (we do not know who they are) have concerns over our account.  At all times, we have not been provided with any details or particulars concerning these alleged issues, or documents in support of the above purported explanations for the delay in payment of the Outstanding Sum.

We demand you to furnish us with the following information and documents within the next 24 hours, so that we could verify and assess our position and options:

1. A detailed written explanation of the reasons for the delay in payment of the Outstanding Sum together with all supporting documents and records;

2. A chronology of events that have happened in relation to our investment and the Outstanding Sum including each and every steps taken by you;

3. All account statements or records showing and recognising our investment herein, including our payments to Monarch Holdings Inc.;

4. Confirmation as to the current whereabouts of the Outstanding Sum;

In respect of your proposal to execute trades over a 20 day period, we will only be in a position to assess whether this would be a feasible and acceptable solution once we are provided with the above documents and information.

If we do not hear from you in relation to our above demands within the next 24 hours, we will proceed to instruct our lawyers to act on our behalf to pursue against you.  All our rights are expressly reserve.

Yours faithfully,

Zach Hegde

EXHIBIT 21

**From:** Donna Marie <donna@merchandeffect.com>
**Sent:** Tuesday, September 8, 2020 11:09 PM
**To:** Angela Fung; scott.bailey@investmentsfirst.com
**Cc:** Zach Hegde
**Subject:** Re: Account Statement

Hi Angela & Scott,

Any update on Mr. Hegde statement please?

I have been waiting for it for about 2 days now.

Really need the official and updated statement to reconcile our accounts.

Thank you,
Donna

On Tue, 8 Sep 2020, 17:52 Donna Marie, <donna@merchandeffect.com> wrote:
  Hi Angela,

  Any update on Mr. Sharath Kumar Hegde account statement?

  Can you please send it over?

  Thanks,
  Donna



Donna Malicay
General Manager
M: +852 8197 3159
**www.merchandeffect.com**
   

On Mon, Sep 7, 2020 at 2:22 PM Donna Marie <donna@merchandeffect.com> wrote:
  Hi Angela,

  Thanks for the clarification.

  We'll look forward to your update soon.

  Regards,
  Donna



**Donna Malicay**
General Manager
M: +852 8197 3159
**www.merchandeffect.com**

  

On Mon, Sep 7, 2020 at 1:16 PM Angela Fung <accounts@investmentsfirst.com> wrote:

Hi Donna.

Yes it was uneventful but nice thank you.

I have been informed the de-restriction refund has been halted until we satisfy the bank regulators which is why we will be executing several trades over the next 2 weeks or so.

Yes correct, the AML funds are held in a bond and will be returned no later than the 25th September but let me get more clarify on this and follow up for you.

Regards,

**Angela Fung**
**Accounts & Settlements Team**

+852 3002 4430

accounts@investmentsfirst.com

28 Hennessy Rd, Wan Chai, Hong Kong

www.investmentsfirst.com



*This email and the information it contains is confidential and intended only for the party or parties named. Its contents are not to be disclosed, copied, or used in any way except by the named party or parties. If you are not the named party or parties, please notify us immediately by reply. We do not accept any responsibility for the accuracy or completeness of this message as it has been sent over a public network. If you believe that this message has been intercepted or amended, please inform us immediately.*

On 2020-09-07 12:50, Donna Marie wrote:

Hi Angela,

Trust you had a great weekend.

Thanks for sending through the statement but I would like to clarify with regards to the de restriction fee we paid as per Scott's email confirmation last 29th July the amount should be refunded within 14 days. May I know when this can be done?

Another thing is the AML certification fee - as per Graham this amount was held in bond in an escrow account and will be fully refunded to us also. Can you please confirm and advise when will it be refunded?

Thank you,
Donna



Donna Malicay
General Manager
M: +852 8197 3159
**www.merchandeffect.com**

On Mon, Sep 7, 2020 at 11:18 AM Angela Fung <accounts@investmentsfirst.com> wrote:

Dear Mr. Hegde & Donna,

Please find attached the Ming Global Limited account statement from 06/08/2020 - 07/09/2020.

I hope this satisfies your investors. Once again we apologise profusely about the delay.

Please note, we still have not got confirmation from our compliance department to release the Sharath Kumar Hegde account statement. We are hoping it will be today, I will forward it the moment we get approval.

Regards,

**Angela Fung**
**Accounts & Settlements Team**

+852 3002 4430

accounts@investmentsfirst.com

28 Hennessy Rd, Wan Chai, Hong Kong

www.investmentsfirst.com

*This email and the information it contains is confidential and intended only for the party or parties named. Its contents are not to be disclosed, copied, or used in any way except by the named party or parties. If you are not the named party or parties, please notify us immediately by reply. We do not accept any responsibility for the accuracy or completeness of this message as it has been sent over a public network. If you believe that this message has been intercepted or amended, please inform us immediately.*

EXHIBIT 22

**From:**               Scott Bailey <scott.bailey@investmentsfirst.com>
**Sent:**                Monday, September 14, 2020 11:27 PM
**To:**                   Zach Hegde
**Subject:**            First Eastern Investments - Update

Dear Zach,

I apologise for terminating our call, I had an emergency call from my wife. I am awfully sorry but I do have some disappointing news, it seems that my wife's immediate family have been diagnosed positive for Covid-19 and we have both been in contact with them yesterday evening. Myself and my family will need to proceed with a test immediately.

Hopefully this will simply be a unnecessary worry and the results will come back negative but for now, I will need to self-isolate at home as I do not want to risk contaminating any of my colleagues.

I want to confirm that I will be initiating a further 4 trades tonight and a further 3 trades tomorrow, which will be a total of 15 trades throughout the trading cycle. This will be sufficient enough for us to proceed with the repatriation back to your Ming Global Ltd account. As agreed, once the first $15,000,000.00 has successfully cleared, we will discuss the location of remaining balance.

I will be in contact tomorrow to confirm the final few trades so we are all on the same wave-length. Thank you for understanding.

Yours,

**Scott Bailey**
**Head of Private Accounts**

+852 3002 4430

scott.bailey@investmentsfirst.com

28 Hennessy Rd, Wan Chai, Hong Kong

www.investmentsfirst.com



*This email and the information it contains is confidential and intended only for the party or parties named. Its contents are not to be disclosed, copied, or used in any way except by the named party or parties. If you are not the named party or parties, please notify us immediately by reply. We do not accept any responsibility for the accuracy or completeness of this message as it has been sent over a public network. If you believe that this message has been intercepted or amended, please inform us immediately.*

EXHIBIT 23

 

**First Eastern Investments Limited**

**Statement of Account**

**As Of 31st August 2020**

| Date Paid | Transaction Reference Number | Reference Number | Bank Account | Amount Paid | |
|-----------|------------------------------|------------------|--------------|-------------|--|
| 03/06/2020 | HK103060BI641587 | 2020SH471225INV | REDACTED | $ | 19,967.50 |
| 16/06/2020 | HK116060BI726233 | 2020SH471232INV | REDACTED | $ | 200,195.55 |
| 17/06/2020 | HK117060BI737540 | 2020SH471235INV | REDACTED | $ | 475,000.00 |
| 18/06/2020 | HK118060BI744211 | 2020SH471235INV | REDACTED | $ | 475,000.00 |
| 19/06/2020 | HK119060BI757615 | 2020SH471235INV | REDACTED | $ | 475,000.00 |
| 19/06/2020 | HK119060BI753851 | 2020SH471235INV | REDACTED | $ | 475,000.00 |
| 02/07/2020 | HK102070BI845347 | 2020SH471243INV | REDACTED | $ | 475,000.00 |
| 02/07/2020 | HK102070BI845313 | 2020SH471243INV | REDACTED | $ | 475,000.00 |
| 06/07/2020 | HK106070BI1418186 | 2020SH471243INV | REDACTED | $ | 475,000.00 |
| 09/07/2020 | HK109070BI444328 | 2020SH471243INV | REDACTED | $ | 475,000.00 |
| 10/07/2020 | HK110070BI452840 | 2020SH471243INV | REDACTED | $ | 475,000.00 |
| 13/07/2020 | HK113070BI465871 | 2020SH471243INV | REDACTED | $ | 475,000.00 |
| 13/07/2020 | HK113070BI465963 | 2020SH471243INV | REDACTED | $ | 475,000.00 |
| 14/07/2020 | HK114070BI474028 | 2020SH471243INV | REDACTED | $ | 475,000.00 |
| 14/07/2020 | HK114070BI474066 | 2020SH471243INV | REDACTED | $ | 475,000.00 |
| 15/07/2020 | HK115070BI486873 | 2020SH471243INV | REDACTED | $ | 475,000.00 |
| 15/07/2020 | HK115070BI486914 | 2020SH471243INV | REDACTED | $ | 475,000.00 |
| 16/07/2020 | HK116070BI493292 | 2020SH471243INV | REDACTED | $ | 475,000.00 |
| 17/07/2020 | HK117070BI505487 | 2020SH471248INV | REDACTED | $ | 475,000.00 |
| 18/07/2020 | HK117070BI505574 | 2020SH471248INV | REDACTED | $ | 475,000.00 |
| 18/07/2020 | N71795270547 | 2020SH471248INV | REDACTED | $ | 475,000.00 |
| 18/07/2020 | N71795273201 | 2020SH471248INV | REDACTED | $ | 475,000.00 |
| 20/07/2020 | N71895919702 | 2020SH471248INV | REDACTED | $ | 475,000.00 |
| 20/07/2020 | N71895921380 | 2020SH471248INV | REDACTED | $ | 475,000.00 |
| 21/07/2020 | N71895927737 | 2020SH471243INV | REDACTED | $ | 242,945.30 |
| 21/07/2020 | N71895925528 | 2020SH471248INV | REDACTED | $ | 475,000.00 |
| 29/07/2020 | HK129070BI587347 | 2020SH471253INV | REDACTED | $ | 475,000.00 |
| 29/07/2020 | HK129070BI587408 | 2020SH471253INV | REDACTED | $ | 323,000.00 |
| 05/08/2020 | HK105080BI642267 | 2020MGL345589INV | REDACTED | $ | 250,000.00 |
| 11/08/2020 | HK111080BI677255 | 2020MGL345589INV | REDACTED | $ | 250,000.00 |
| 17/08/2020 | HK117080BI721348 | 2020MGL345589INV | REDACTED | $ | 643,073.41 |
| | | **TOTAL AMOUNT PAID** | | **$** | **13,329,181.76** |

| Prepared By: | | Noted By: | |
|--------------|--|-----------|--|
| **Jacky Lou Palarca** | | **Donna Malicay** | |
| Accounts Department | | General Manager | |
| Ming Global Limited | | Ming Global Limited | |



## Reference

Transaction reference number
**N60353241812**

Telegraphic transfer reference
number
**HK103060BI641587**

## Pay to

Beneficiary bank location
**UNITED STATES**

Beneficiary account number / IBAN
REDACTED

Payment currency
**USD**

Beneficiary name
**MONARCH HOLDINGS INC.**

Beneficiary bank name
**U.S. BANK N.A.**

Beneficiary address
**33 MISTRAL
ALISO VIEJO, CA
USA 92656**

Beneficiary bank address
**800 NICOLLET MALLMINNEAPOLIS MN 554
02 USMINNEAPOLISMINNESOTA**

Beneficiary bank code/ SWIFT address
REDACTED

## From

**USD Savings**
REDACTED   -  Business Integrated USD Savings

## Amount

Payment amount
USD **19,967.50**

Other fees and charges may apply. For details, please refer to:the Bank's Commercial Tariff section available on the HSBC
Hong Kong Commercial Banking website.Please go to 'Transaction History' under 'Accounts' on or after the 'Payment
Date' to check the transaction details.

## Settlement option

**Telegraphic transfer**

## Payment date

**Today, Wednesday 03 Jun 2020**
Transaction request submitted within business hours will be processed on the same day. Otherwise, it will be
processed on the next working day.

Make Payments / AutoPay

09/06/2020, 11:07 AM

## Who pays local / overseas charges

**We pay local bank charges, the beneficiary pays overseas bank charges.**

## Deduct charges from

**Same as debit account**

## Messages

Message to beneficiary

**FROM MING GLOBAL PAYMENT FOR 2020SH 471225INV**



## Reference

Transaction reference number
**N61663800664**

Telegraphic transfer reference number
**HK116060BI726233**

## Pay to

Beneficiary bank location
**UNITED STATES**

Payment currency
**USD**

Beneficiary bank name
**U.S. BANK N.A.**

Beneficiary bank address
**800 NICOLLET MALLMINNEAPOLIS MN 554
02 USMINNEAPOLISMINNESOTA**

Beneficiary bank code/ SWIFT address
REDACTED

Beneficiary account number / IBAN
REDACTED

Beneficiary name
**MONARCH HOLDINGS INC.**

Beneficiary address
**33 MISTRAL
ALISO VIEJO, CA
USA 92656**

## From

**USD Savings**
REDACTED - Business Integrated USD Savings

## Amount

Payment amount
USD **200,195.55**

Other fees and charges may apply. For details, please refer to:the Bank's Commercial Tariff section available on the HSBC Hong Kong Commercial Banking website.Please go to 'Transaction History' under 'Accounts' on or after the 'Payment Date' to check the transaction details.

## Settlement option

**Telegraphic transfer**

## Payment date

**Today, Tuesday 16 Jun 2020**
Transaction request submitted within business hours will be processed on the same day. Otherwise, it will be processed on the next working day.

## Who pays local / overseas charges

**We pay local bank charges, the beneficiary pays overseas bank charges.**

## Deduct charges from

**Same as debit account**

## Messages

Message to beneficiary

**FROM MING GLOBAL PAYMENT FOR 2020SH
471232 INV**

## e-Advice

You may request us to send an email to the above beneficiary and/or other related business partners notifying them
you have sent funds to the beneficiary. A charge of HKD1 per email will be debited from the account you specified
above. If 'Business Integrated Account' is selected, the charge will be debited from your HKD savings account. You
can request a maximum of four emails.

**1. donna@merchandeffect.com**



## Reference

Transaction reference number
**N61764767775**

Telegraphic transfer reference number
**HK117060BI737540**

## Pay to

Beneficiary bank location
**UNITED STATES**

Beneficiary account number / IBAN
REDACTED

Payment currency
**USD**

Beneficiary name
**MONARCH HOLDINGS INC.**

Beneficiary bank name
**U.S. BANK N.A.**

Beneficiary address
**33 MISTRAL
ALISO VIEJO, CA
USA 92656**

Beneficiary bank address
**800 NICOLLET MALLMINNEAPOLIS MN 554
02 USMINNEAPOLISMINNESOTA**

Beneficiary bank code/ SWIFT address
REDACTED

## From

**USD Savings**
REDACTED   -  Business Integrated USD Savings

## Amount

Payment amount
USD **475,000.00**

Other fees and charges may apply. For details, please refer to:the Bank's Commercial Tariff section available on the HSBC Hong Kong Commercial Banking website.Please go to 'Transaction History' under 'Accounts' on or after the 'Payment Date' to check the transaction details.

## Settlement option

**Telegraphic transfer**

## Payment date

**Today, Wednesday 17 Jun 2020**

Transaction request submitted within business hours will be processed on the same day. Otherwise, it will be processed on the next working day.

## Who pays local / overseas charges

**We pay local bank charges, the beneficiary pays overseas bank charges.**

## Deduct charges from

**Same as debit account**

## Messages

Message to beneficiary

**FROM MING GLOBAL PAYMENT FOR 2020SH
471232INV**

## e-Advice

You may request us to send an email to the above beneficiary and/or other related business partners notifying them
you have sent funds to the beneficiary. A charge of HKD1 per email will be debited from the account you specified
above. If 'Business Integrated Account' is selected, the charge will be debited from your HKD savings account. You
can request a maximum of four emails.

**1. donna@merchandeffect.com**

**2. accounts@investmentsfirst.com**

2020SH471232 INV

Make Payments / AutoPay

6/08/2020, 9:08 AM



## Reference

Transaction reference number
**N61865496415**

Telegraphic transfer reference number
**HK118060BI744211**

## Pay to

Beneficiary bank location
**UNITED STATES**

Beneficiary account number / IBAN
REDACTED

Payment currency
**USD**

Beneficiary name
**MONARCH HOLDINGS INC.**

Beneficiary bank name
**BANK OF AMERICA, N.A.**

Beneficiary address
**33 MISTRAL
ALISO VIEJO, CA
USA 92656**

Beneficiary bank address
**222 BROADWAYNEW YORK NY 10038 USNEW YORKNEW YORK**

Beneficiary bank code/ SWIFT address
REDACTED

## From

**EUR Savings**
REDACTED  -  Business Integrated EUR Savings

## Amount

Debit amount
EUR 424,518.40

Payment amount
USD 475,000.00

Exchange rate
**EUR 1 = USD ~~1.118332100~~ 1.118915000**      Save EUR 221.26

Rate last updated at: 18 Jun 2020 09:08:14 (HKT)

Other fees and charges may apply. For details, please refer to:the Bank's Commercial Tariff section available on the HSBC Hong Kong Commercial Banking website. Please go to 'Transaction History' under 'Accounts' on or after the 'Payment Date' to check the transaction details.

## Settlement option

**Telegraphic transfer**

## Payment date

Payment date

**Today, Thursday 18 Jun 2020**

Transaction request submitted within <u>business hours</u> will be processed on the same day. Otherwise, it will be processed on the next working day.

## Who pays local / overseas charges

**We pay local bank charges, the beneficiary pays overseas bank charges.**

## Deduct charges from

**Same as debit account**

## Messages

Message to beneficiary

**FROM MING GLOBAL PAYMENT FOR 2020SH 471232 INV**

## e-Advice

You may request us to send an email to the above beneficiary and/or other related business partners notifying them you have sent funds to the beneficiary. A charge of HKD1 per email will be debited from the account you specified above. If 'Business Integrated Account' is selected, the charge will be debited from your HKD savings account. You can request a maximum of four emails.

**1. donna@merchandeffect.com**

2020SH471232 INV

**2. accounts@investmentsfirst.com**

2020SH471232 INV

Make Payments / AutoPay                                                                                    9/06/2020, 3:02 PM



## Reference

Transaction reference number
**N61966565710**

Telegraphic transfer reference number
**HK119060BI757615**

## Pay to

Beneficiary bank location
**UNITED STATES**

Beneficiary account number / IBAN
REDACTED

Payment currency
**USD**

Beneficiary name
**MONARCH HOLDINGS INC.**

Beneficiary bank name
**BANK OF AMERICA, N.A.**

Beneficiary address
**33 MISTRAL
ALISO VIEJO, CA
USA 92656**

Beneficiary bank address
**222 BROADWAYNEW YORK NY 10038 USNEW YORKNEW YORK**

Beneficiary bank code/ SWIFT address
REDACTED

## From

**EUR Savings**
REDACTED  -  Business Integrated EUR Savings

## Amount

Debit amount
EUR **425,606.65**

Payment amount
USD **475,000.00**

Exchange rate
**EUR 1 = USD** ~~1.115471100~~  **1.116054000**          Save EUR 222.40

Rate last updated at: 19 Jun 2020 15:00:05 (HKT)

Other fees and charges may apply. For details, please refer to:the Bank's Commercial Tariff section available on the HSBC Hong Kong Commercial Banking website. Please go to 'Transaction History' under 'Accounts' on or after the 'Payment Date' to check the transaction details.

## Settlement option

**Telegraphic transfer**

## Payment date

Payment date

**Today, Friday 19 Jun 2020**

Transaction request submitted within <u>business hours</u> will be processed on the same day. Otherwise, it will be processed on the next working day.

## Who pays local / overseas charges

**We pay local bank charges, the beneficiary pays overseas bank charges.**

## Deduct charges from

**Same as debit account**

## Messages

Message to beneficiary

**FROM MING GLOBAL PAYMENT TO MONARCH HOLDINGS FOR 2020SH471232 INV**

## e-Advice

You may request us to send an email to the above beneficiary and/or other related business partners notifying them you have sent funds to the beneficiary. A charge of HKD1 per email will be debited from the account you specified above. If 'Business Integrated Account' is selected, the charge will be debited from your HKD savings account. You can request a maximum of four emails.

**1. accounts@investmentsfirst.com**

PAYMENT TO MONARCH HOLDINGS FOR 2020SH471232 INV

Email address for return email

**donna@merchandeffect.com**

PAYMENT TO MONARCH HOLDINGS FOR 2020SH471232 INV

Make Payments / AutoPay                                                                                        19/06/2020, 10:12 AM



## Reference

Transaction reference number

**N61966348008**

Telegraphic transfer reference number

**HK119060BI753851**

## Pay to

Beneficiary bank location

**UNITED STATES**

Payment currency

**USD**

Beneficiary bank name

**U.S. BANK N.A.**

Beneficiary bank address

**800 NICOLLET MALLMINNEAPOLIS MN 554 02 USMINNEAPOLISMINNESOTA**

Beneficiary bank code/ SWIFT address

REDACTED

Beneficiary account number / IBAN

REDACTED

Beneficiary name

**MONARCH HOLDINGS INC.**

Beneficiary address

**33 MISTRAL
ALISO VIEJO, CA
USA 92656**

## From

**EUR Savings**

REDACTED   -   Business Integrated EUR Savings

## Amount

Debit amount

EUR 426,047.56

Payment amount

USD 475,000.00

Exchange rate

**EUR 1 = USD ~~1.114316100~~ 1.114899000**          Save EUR 222.87

Rate last updated at: 19 Jun 2020 10:12:08 (HKT)

Other fees and charges may apply. For details, please refer to:the Bank's Commercial Tariff section available on the HSBC Hong Kong Commercial Banking website. Please go to 'Transaction History' under 'Accounts' on or after the 'Payment Date' to check the transaction details.

## Settlement option

**Telegraphic transfer**

## Payment date

Payment date

**Today, Friday 19 Jun 2020**

Transaction request submitted within <u>business hours</u> will be processed on the same day. Otherwise, it will be processed on the next working day.

## Who pays local / overseas charges

**We pay local bank charges, the beneficiary pays overseas bank charges.**

## Deduct charges from

**Same as debit account**

## Messages

Message to beneficiary

**FROM MING GLOBAL PAYMENT TO MONARCH HOLDINGS FOR 2020SH471232 INV**

## e-Advice

You may request us to send an email to the above beneficiary and/or other related business partners notifying them you have sent funds to the beneficiary. A charge of HKD1 per email will be debited from the account you specified above. If 'Business Integrated Account' is selected, the charge will be debited from your HKD savings account. You can request a maximum of four emails.

**1. accounts@investmentsfirst.com**

PAYMENT TO MONARCH HOLDINGS FOR 2020SH471232 INV

**2. donna@merchandeffect.com**

PAYMENT TO MONARCH HOLDINGS FOR 2020SH471232 INV



## Reference

Transaction reference number
**N70280098654**

Telegraphic transfer reference
number
**HK102070BI845347**

## Pay to

Beneficiary bank location
**UNITED STATES**

Beneficiary account number / IBAN
REDACTED

Payment currency
**USD**

Beneficiary name
**MONARCH HOLDINGS INC.**

Beneficiary bank name
**BANK OF AMERICA, N.A.**

Beneficiary address
**33 MISTRAL
ALISO VIEJO, CA
USA 92656**

Beneficiary bank address
**222 BROADWAYNEW YORK NY 10038 USNEW
YORKNEW YORK**

Beneficiary bank code/ SWIFT address
REDACTED

## From

**EUR Savings**

078-301157-838   -   Business Integrated EUR Savings

## Amount

Debit amount
EUR 423,695.17

Payment amount
USD 475,000.00

Exchange rate

**EUR 1 = USD ~~1.120506100~~  1.121089000**      Save EUR 220.42

Rate last updated at: 02 Jul 2020 14:19:15 (HKT)

Other fees and charges may apply. For details, please refer to:the Bank's Commercial Tariff section available on the
HSBC Hong Kong Commercial Banking website. Please go to 'Transaction History' under 'Accounts' on or after the
'Payment Date' to check the transaction details.

## Settlement option

**Telegraphic transfer**

## Payment date

Payment date

**Today, Thursday 02 Jul 2020**

Transaction request submitted within <u>business hours</u> will be processed on the same day. Otherwise, it will be processed on the next working day.

## Who pays local / overseas charges

**We pay local bank charges, the beneficiary pays overseas bank charges.**

## Deduct charges from

**Same as debit account**

## Messages

Message to beneficiary

**FROM MING GLOBAL PAYMENT TO MORNARC
H HOLDINGS FOR INV 2020SH471243INV**

## e-Advice

You may request us to send an email to the above beneficiary and/or other related business partners notifying them you have sent funds to the beneficiary. A charge of HKD1 per email will be debited from the account you specified above. If 'Business Integrated Account' is selected, the charge will be debited from your HKD savings account. You can request a maximum of four emails.

**1. accounts@investmentsfirst.com**

FROM MING GLOBAL PAYMENT TO MORNARCH HOLDINGS FOR INV 2020SH471243INV

**2. donna@merchandeffect.com**

FROM MING GLOBAL PAYMENT TO MORNARCH HOLDINGS FOR INV 2020SH471243INV

Make Payments / AutoPay                                                                    9/30/2020, 2:17 PM



## Reference

Transaction reference number

**N70280096336**

Telegraphic transfer reference number

**HK102070BI845313**

## Pay to

Beneficiary bank location

**UNITED STATES**

Beneficiary account number / IBAN

REDACTED

Payment currency

**USD**

Beneficiary name

**MONARCH HOLDINGS INC.**

Beneficiary bank name

**U.S. BANK N.A.**

Beneficiary address

**33 MISTRAL
ALISO VIEJO, CA
USA 92656**

Beneficiary bank address

**800 NICOLLET MALLMINNEAPOLIS MN 554
02 USMINNEAPOLISMINNESOTA**

Beneficiary bank code/ SWIFT address

REDACTED

## From

**EUR Savings**

REDACTED    -  Business Integrated EUR Savings

## Amount

Debit amount

EUR 423,627.16

Payment amount

USD 475,000.00

Exchange rate

**EUR 1 = USD ~~1.120686100~~  1.121269000**          Save EUR 220.34

Rate last updated at: 02 Jul 2020 14:17:20 (HKT)

Other fees and charges may apply. For details, please refer to:the Bank's Commercial Tariff section available on the HSBC Hong Kong Commercial Banking website. Please go to 'Transaction History' under 'Accounts' on or after the 'Payment Date' to check the transaction details.

## Settlement option

**Telegraphic transfer**

## Payment date

Payment date

**Today, Thursday 02 Jul 2020**

Transaction request submitted within <u>business hours</u> will be processed on the same day. Otherwise, it will be processed on the next working day.

## Who pays local / overseas charges

**We pay local bank charges, the beneficiary pays overseas bank charges.**

## Deduct charges from

**Same as debit account**

## Messages

Message to beneficiary

**FROM MING GLOBAL PAYMENT TO MORNARCH HOLDINGS FOR INV 2020SH471243INV**

## e-Advice

You may request us to send an email to the above beneficiary and/or other related business partners notifying them you have sent funds to the beneficiary. A charge of HKD1 per email will be debited from the account you specified above. If 'Business Integrated Account' is selected, the charge will be debited from your HKD savings account. You can request a maximum of four emails.

**1. accounts@investmentsfirst.com**

FROM MING GLOBAL PAYMENT TO MORNARCH HOLDINGS FOR INV 2020SH471243INV

**2. donna@merchandeffect.com**

FROM MING GLOBAL PAYMENT TO MORNARCH HOLDINGS FOR INV 2020SH471243INV



## Reference

Transaction reference number
**N70684110887**

Telegraphic transfer reference
number
**HK106070BI418186**

## Pay to

Beneficiary bank location
**UNITED STATES**

Beneficiary account number / IBAN
REDACTED

Payment currency
**USD**

Beneficiary name
**MONARCH HOLDINGS INC.**

Beneficiary bank name
**U.S. BANK N.A.**

Beneficiary address
**33 MISTRAL
ALISO VIEJO, CA
USA 92656**

Beneficiary bank address
**800 NICOLLET MALLMINNEAPOLIS MN 554
02 USMINNEAPOLISMINNESOTA**

Beneficiary bank code/ SWIFT address
REDACTED

## From

**EUR Savings**
REDACTED    -  Business Integrated EUR Savings

## Amount

Debit amount
EUR **422,708.81**

Payment amount
USD **475,000.00**

Exchange rate
**EUR 1 = USD ~~1.123122100~~  1.123705000**    Save EUR 219.38

Rate last updated at: 06 Jul 2020 14:41:40 (HKT)

Other fees and charges may apply. For details, please refer to:the Bank's Commercial Tariff section available on the
HSBC Hong Kong Commercial Banking website. Please go to 'Transaction History' under 'Accounts' on or after the
'Payment Date' to check the transaction details.

## Settlement option

**Telegraphic transfer**

## Payment date

Make Payments / Authorise

08/07/2020, 2:42 PM

Payment date

**Today, Monday 06 Jul 2020**

Transaction request submitted within <u>business hours</u> will be processed on the same day. Otherwise, it will be processed on the next working day.

## Who pays local / overseas charges

**We pay local bank charges, the beneficiary pays overseas bank charges.**

## Deduct charges from

**Same as debit account**

## Messages

Message to beneficiary

**FROM MING GLOBAL PAYMENT TO MONARCH HOLDINGS FOR INV REF 2020SH471243I NV**

## e-Advice

You may request us to send an email to the above beneficiary and/or other related business partners notifying them you have sent funds to the beneficiary. A charge of HKD1 per email will be debited from the account you specified above. If 'Business Integrated Account' is selected, the charge will be debited from your HKD savings account. You can request a maximum of four emails.

**1. accounts@investmentsfirst.com**

FROM MING GLOBAL PAYMENT TO MONARCH HOLDINGS FOR INV REF 2020SH471243INV

**2. donna@merchandeffect.com**

FROM MING GLOBAL PAYMENT TO MONARCH HOLDINGS FOR INV REF 2020SH471243INV

Make Payments / AutoPay

09/07/2020, 10:47 AM



## Reference

Transaction reference number
**N70987566042**

Telegraphic transfer reference
number
**HK109070BI444328**

## Pay to

Beneficiary bank location
**UNITED STATES**

Beneficiary account number / IBAN
REDACTED

Payment currency
**USD**

Beneficiary name
**MONARCH HOLDINGS INC.**

Beneficiary bank name
**BANK OF AMERICA, N.A.**

Beneficiary address
**33 MISTRAL
ALISO VIEJO, CA
USA 92656**

Beneficiary bank address
**222 BROADWAYNEW YORK NY 10038 USNEW
YORKNEW YORK**

Beneficiary bank code/ SWIFT address
REDACTED

## From

**EUR Savings**
REDACTED    - Business Integrated EUR Savings

## Amount

Debit amount
EUR 420,788.92

Payment amount
USD 475,000.00

Exchange rate
**EUR 1 = USD** ~~1.128249100~~ **1.128832000**    Save EUR 217.40

Rate last updated at: 09 Jul 2020 10:45:51 (HKT)

Other fees and charges may apply. For details, please refer to:the Bank's Commercial Tariff section available on the
HSBC Hong Kong Commercial Banking website. Please go to 'Transaction History' under 'Accounts' on or after the
'Payment Date' to check the transaction details.

## Settlement option

**Telegraphic transfer**

## Payment date

Payment date

**Today, Thursday 09 Jul 2020**

Transaction request submitted within <u>business hours</u> will be processed on the same day. Otherwise, it will be processed on the next working day.

## Who pays local / overseas charges

**We pay local bank charges, the beneficiary pays overseas bank charges.**

## Deduct charges from

**Same as debit account**

## Messages

Message to beneficiary

**FROM MING GLOBAL PAYMENT TO MONARCH
HOLDINGS FOR INV REF 2020SH471243I
NV**

## e-Advice

You may request us to send an email to the above beneficiary and/or other related business partners notifying them you have sent funds to the beneficiary. A charge of HKD1 per email will be debited from the account you specified above. If 'Business Integrated Account' is selected, the charge will be debited from your HKD savings account. You can request a maximum of four emails.

**1. accounts@investmentsfirst.com**

FROM MING GLOBAL PAYMENT TO MONARCH HOLDINGS FOR INV REF 2020SH471243INV

**2. donna@merchandeffect.com**

FROM MING GLOBAL PAYMENT TO MONARCH HOLDINGS FOR INV REF 2020SH471243INV

Make Payments / AutoPay                                                    9/07/2020, 9:06 AM



## Reference

Transaction reference number
**N71088460253**

Telegraphic transfer reference
number
**HK110070BI452840**

## Pay to

Beneficiary bank location
**UNITED STATES**

Beneficiary account number / IBAN
REDACTED

Payment currency
**USD**

Beneficiary name
**MONARCH HOLDINGS INC.**

Beneficiary bank name
**U.S. BANK N.A.**

Beneficiary address
**33 MISTRAL
ALISO VIEJO, CA
USA 92656**

Beneficiary bank address
**800 NICOLLET MALLMINNEAPOLIS MN 554
02 USMINNEAPOLISMINNESOTA**

Beneficiary bank code/ SWIFT address
REDACTED

## From

**EUR Savings**

REDACTED  -  Business Integrated EUR Savings

## Amount

Debit amount
EUR 423,330.78

Payment amount
USD 475,000.00

Exchange rate
**EUR 1 = USD ~~1.121471100~~  1.122054000**    Save EUR 220.04

Rate last updated at: 10 Jul 2020 09:04:10 (HKT)

Other fees and charges may apply. For details, please refer to:the Bank's Commercial Tariff section available on the
HSBC Hong Kong Commercial Banking website. Please go to 'Transaction History' under 'Accounts' on or after the
'Payment Date' to check the transaction details.

## Settlement option

**Telegraphic transfer**

## Payment date

Payment date

**Today, Friday 10 Jul 2020**

Transaction request submitted within <u>business hours</u> will be processed on the same day. Otherwise, it will be processed on the next working day.

| Who pays local / overseas charges | Deduct charges from |
|---|---|
| **We pay local bank charges, the beneficiary pays overseas bank charges.** | **Same as debit account** |

## Messages

Message to beneficiary

**FROM MING GLOBAL PAYMENT TO MONARCH HOLDING FOR INV REF NO.2020SH47124 3**

## e-Advice

You may request us to send an email to the above beneficiary and/or other related business partners notifying them you have sent funds to the beneficiary. A charge of HKD1 per email will be debited from the account you specified above. If 'Business Integrated Account' is selected, the charge will be debited from your HKD savings account. You can request a maximum of four emails.

**1. accounts@investmentsfirst.com**

FROM MING GLOBAL PAYMENT TO MONARCH HOLDING FOR INV REF NO.2020SH471243

**2. donna@merchandeffect.com**

FROM MING GLOBAL PAYMENT TO MONARCH HOLDING FOR INV REF NO.2020SH471243



## Reference

Transaction reference number
**N71391262870**

Telegraphic transfer reference
number
**HK113070BI465871**

## Pay to

Beneficiary bank location
**UNITED STATES**

Beneficiary account number / IBAN
REDACTED

Payment currency
**USD**

Beneficiary name
**MONARCH HOLDINGS INC.**

Beneficiary bank name
**BANK OF AMERICA, N.A.**

Beneficiary address
**33 MISTRAL
ALISO VIEJO, CA
USA 92656**

Beneficiary bank address
**222 BROADWAYNEW YORK NY 10038 USNEW
YORKNEW YORK**

Beneficiary bank code/ SWIFT address
REDACTED

## From

**EUR Savings**
REDACTED    -   Business Integrated EUR Savings

## Amount

Debit amount
EUR 421,438.53

Payment amount
USD 475,000.00

Exchange rate
**EUR 1 = USD ~~1.126509100~~ 1.127092000**    Save EUR 218.07

Rate last updated at: 13 Jul 2020 11:13:05 (HKT)

Other fees and charges may apply. For details, please refer to:the Bank's Commercial Tariff section available on the
HSBC Hong Kong Commercial Banking website. Please go to 'Transaction History' under 'Accounts' on or after the
'Payment Date' to check the transaction details.

## Settlement option

**Telegraphic transfer**

## Payment date

Payment date

**Today, Monday 13 Jul 2020**

Transaction request submitted within <u>business hours</u> will be processed on the same day. Otherwise, it will be processed on the next working day.

---

## Who pays local / overseas charges

**We pay local bank charges, the beneficiary pays overseas bank charges.**

## Deduct charges from

**Same as debit account**

---

## Messages

Message to beneficiary

**FROM MING GLOBAL PAYMENT TO MONARCH HOLDING FOR 2020SH471243INV**

---

## e-Advice

You may request us to send an email to the above beneficiary and/or other related business partners notifying them you have sent funds to the beneficiary. A charge of HKD1 per email will be debited from the account you specified above. If 'Business Integrated Account' is selected, the charge will be debited from your HKD savings account. You can request a maximum of four emails.

**1. donna@merchandeffect.com**

FROM MING GLOBAL PAYMENT TO MONARCH HOLDING FOR 2020SH471243INV

**2. accounts@investmentsfirst.com**

FROM MING GLOBAL PAYMENT TO MONARCH HOLDING FOR 2020SH471243INV

---

Make Payments / AutoPay                                                                                    13/07/2020, 11:18 AM



## Reference

Transaction reference number
**N71391267825**

Telegraphic transfer reference number
**HK113070BI465963**

## Pay to

Beneficiary bank location
**UNITED STATES**

Beneficiary account number / IBAN
REDACTED

Payment currency
**USD**

Beneficiary name
**MONARCH HOLDINGS INC.**

Beneficiary bank name
**U.S. BANK N.A.**

Beneficiary address
**33 MISTRAL
ALISO VIEJO, CA
USA 92656**

Beneficiary bank address
**800 NICOLLET MALLMINNEAPOLIS MN 554
02 USMINNEAPOLISMINNESOTA**

Beneficiary bank code/ SWIFT address
REDACTED

## From

**EUR Savings**
REDACTED    -   Business Integrated EUR Savings

## Amount

Debit amount
EUR **421,408.25**

Payment amount
USD **475,000.00**

Exchange rate
**EUR 1 = USD** ~~1.126590100~~  **1.127173000**          Save EUR 218.04

Rate last updated at: 13 Jul 2020 11:18:16 (HKT)

Other fees and charges may apply. For details, please refer to:the Bank's Commercial Tariff section available on the HSBC Hong Kong Commercial Banking website. Please go to 'Transaction History' under 'Accounts' on or after the 'Payment Date' to check the transaction details.

## Settlement option

**Telegraphic transfer**

## Payment date

Payment date

**Today, Monday 13 Jul 2020**

Transaction request submitted within <u>business hours</u> will be processed on the same day. Otherwise, it will be processed on the next working day.

## Who pays local / overseas charges

**We pay local bank charges, the beneficiary pays overseas bank charges.**

## Deduct charges from

**Same as debit account**

## Messages

Message to beneficiary

**FROM MING GLOBAL PAYMENT TO MONARCH HOLDING FOR 2020SH471243INV**

## e-Advice

You may request us to send an email to the above beneficiary and/or other related business partners notifying them you have sent funds to the beneficiary. A charge of HKD1 per email will be debited from the account you specified above. If 'Business Integrated Account' is selected, the charge will be debited from your HKD savings account. You can request a maximum of four emails.

**1. donna@merchandeffect.com**

FROM MING GLOBAL PAYMENT TO MONARCH HOLDING FOR 2020SH471243INV

**2. accounts@investmentsfirst.com**

FROM MING GLOBAL PAYMENT TO MONARCH HOLDING FOR 2020SH471243INV

Make Payments / AutoPay



## Reference

Transaction reference number
**N71492096635**

Telegraphic transfer reference number
**HK114070BI474028**

## Pay to

Beneficiary bank location
**UNITED STATES**

Beneficiary account number / IBAN
REDACTED

Payment currency
**USD**

Beneficiary name
**MONARCH HOLDINGS INC.**

Beneficiary bank name
**BANK OF AMERICA, N.A.**

Beneficiary address
**33 MISTRAL
ALISO VIEJO, CA
USA 92656**

Beneficiary bank address
**222 BROADWAYNEW YORK NY 10038 USNEW YORKNEW YORK**

Beneficiary bank code/ SWIFT address
REDACTED

## From

**EUR Savings**
REDACTED   -  Business Integrated EUR Savings

## Amount

Debit amount
EUR 420,768.42

Payment amount
USD 475,000.00

Exchange rate
**EUR 1 = USD** ~~1.128304100~~ **1.128887000**      Save EUR 217.38

Rate last updated at: 14 Jul 2020 09:19:03 (HKT)

Other fees and charges may apply. For details, please refer to:the Bank's Commercial Tariff section available on the HSBC Hong Kong Commercial Banking website. Please go to 'Transaction History' under 'Accounts' on or after the 'Payment Date' to check the transaction details.

## Settlement option

**Telegraphic transfer**

## Payment date

Payment date

**Today, Tuesday 14 Jul 2020**

Transaction request submitted within <u>business hours</u> will be processed on the same day. Otherwise, it will be processed on the next working day.

## Who pays local / overseas charges

**We pay local bank charges, the beneficiary pays overseas bank charges.**

## Deduct charges from

**Same as debit account**

## Messages

Message to beneficiary

**FROM MING GLOBAL PAYMENT TO MONARCH
HOLDINGS FOR REF 2020SH471243INV**

## e-Advice

You may request us to send an email to the above beneficiary and/or other related business partners notifying them you have sent funds to the beneficiary. A charge of HKD1 per email will be debited from the account you specified above. If 'Business Integrated Account' is selected, the charge will be debited from your HKD savings account. You can request a maximum of four emails.

**1. accounts@investmentsfirst.com**

FROM MING GLOBAL PAYMENT TO MONARCH HOLDINGS FOR REF 2020SH471243INV

**2. donna@merchandeffect.com**

FROM MING GLOBAL PAYMENT TO MONARCH HOLDINGS FOR REF 2020SH471243INV



## Reference

Transaction reference number

**N71492099790**

Telegraphic transfer reference
number

**HK114070BI474066**

## Pay to

Beneficiary bank location

**UNITED STATES**

Payment currency

**USD**

Beneficiary bank name

**U.S. BANK N.A.**

Beneficiary bank address

**800 NICOLLET MALLMINNEAPOLIS MN 554
02 USMINNEAPOLISMINNESOTA**

Beneficiary bank code/ SWIFT address

REDACTED

Beneficiary account number / IBAN

REDACTED

Beneficiary name

**MONARCH HOLDINGS INC.**

Beneficiary address

**33 MISTRAL
ALISO VIEJO, CA
USA 92656**

## From

**EUR Savings**

REDACTED    -  Business Integrated EUR Savings

## Amount

Debit amount

EUR 420,872.81

Payment amount

USD 475,000.00

Exchange rate

**EUR 1 = USD ~~1.128024100~~  1.128607000**        Save EUR 217.48

Rate last updated at: 14 Jul 2020 09:22:51 (HKT)

Other fees and charges may apply. For details, please refer to:the Bank's Commercial Tariff section available on the
HSBC Hong Kong Commercial Banking website. Please go to 'Transaction History' under 'Accounts' on or after the
'Payment Date' to check the transaction details.

## Settlement option

**Telegraphic transfer**

## Payment date

Payment date

**Today, Tuesday 14 Jul 2020**

Transaction request submitted within <u>business hours</u> will be processed on the same day. Otherwise, it will be processed on the next working day.

## Who pays local / overseas charges

**We pay local bank charges, the beneficiary pays overseas bank charges.**

## Deduct charges from

**Same as debit account**

## Messages

Message to beneficiary

**FROM MING GLOBAL PAYMENT TO MONARCH HOLDINGS FOR REF 2020SH471243INV**

## e-Advice

You may request us to send an email to the above beneficiary and/or other related business partners notifying them you have sent funds to the beneficiary. A charge of HKD1 per email will be debited from the account you specified above. If 'Business Integrated Account' is selected, the charge will be debited from your HKD savings account. You can request a maximum of four emails.

**1. accounts@investmentsfirst.com**

FROM MING GLOBAL PAYMENT TO MONARCH HOLDINGS FOR REF 2020SH471243INV

**2. donna@merchandeffect.com**

FROM MING GLOBAL PAYMENT TO MONARCH HOLDINGS FOR REF 2020SH471243INV



## Reference

Transaction reference number
**N71593240849**

Telegraphic transfer reference number
**HK115070BI486873**

## Pay to

Beneficiary bank location
**UNITED STATES**

Beneficiary account number / IBAN
REDACTED

Payment currency
**USD**

Beneficiary name
**MONARCH HOLDINGS INC.**

Beneficiary bank name
**BANK OF AMERICA, N.A.**

Beneficiary address
**33 MISTRAL
ALISO VIEJO, CA
USA 92656**

Beneficiary bank address
**222 BROADWAYNEW YORK NY 10038 USNEW YORKNEW YORK**

Beneficiary bank code/ SWIFT address
REDACTED

## From

**EUR Savings**
REDACTED   -  Business Integrated EUR Savings

## Amount

Debit amount
EUR 418,929.99

Payment amount
USD 475,000.00

Exchange rate
**EUR 1 = USD ~~1.133258100~~  1.133841000**          Save EUR 215.48

Rate last updated at: 15 Jul 2020 13:07:34 (HKT)

Other fees and charges may apply. For details, please refer to:the Bank's Commercial Tariff section available on the HSBC Hong Kong Commercial Banking website. Please go to 'Transaction History' under 'Accounts' on or after the 'Payment Date' to check the transaction details.

## Settlement option

**Telegraphic transfer**

## Payment date

Payment date

**Today, Wednesday 15 Jul 2020**

Transaction request submitted within <u>business hours</u> will be processed on the same day. Otherwise, it will be processed on the next working day.

## Who pays local / overseas charges

**We pay local bank charges, the beneficiary pays overseas bank charges.**

## Deduct charges from

**Same as debit account**

## Messages

Message to beneficiary

**FROM MING GLOBAL PAYMENT TO MONARCH
HOLDINGS FOR INV REF 2020SH471243**

## e-Advice

You may request us to send an email to the above beneficiary and/or other related business partners notifying them you have sent funds to the beneficiary. A charge of HKD1 per email will be debited from the account you specified above. If 'Business Integrated Account' is selected, the charge will be debited from your HKD savings account. You can request a maximum of four emails.

**1. accounts@investmentsfirst.com**

FROM MING GLOBAL PAYMENT TO MONARCH HOLDINGS FOR INV REF 2020SH471243

**2. donna@merchandeffect.com**

FROM MING GLOBAL PAYMENT TO MONARCH HOLDINGS FOR INV REF 2020SH471243

Make Payments / AutoPay                                                                                     7/07/2020, 1:13 PM



## Reference

Transaction reference number
**N71593246068**

Telegraphic transfer reference number
**HK115070BI486914**

## Pay to

Beneficiary bank location
**UNITED STATES**

Beneficiary account number / IBAN
REDACTED

Payment currency
**USD**

Beneficiary name
**MONARCH HOLDINGS INC.**

Beneficiary bank name
**U.S. BANK N.A.**

Beneficiary address
**33 MISTRAL
ALISO VIEJO, CA
USA 92656**

Beneficiary bank address
**800 NICOLLET MALLMINNEAPOLIS MN 554
02 USMINNEAPOLISMINNESOTA**

Beneficiary bank code/ SWIFT address
REDACTED

## From

**EUR Savings**
REDACTED   -  Business Integrated EUR Savings

## Amount

Debit amount
EUR 418,933.69

Payment amount
USD 475,000.00

Exchange rate
**EUR 1 = USD ~~1.133248100~~  1.133831000**          Save EUR 215.48

Rate last updated at: 15 Jul 2020 13:12:59 (HKT)

Other fees and charges may apply. For details, please refer to:the Bank's Commercial Tariff section available on the HSBC Hong Kong Commercial Banking website. Please go to 'Transaction History' under 'Accounts' on or after the 'Payment Date' to check the transaction details.

## Settlement option

**Telegraphic transfer**

## Payment date

Payment date

**Today, Wednesday 15 Jul 2020**

Transaction request submitted within <u>business hours</u> will be processed on the same day. Otherwise, it will be processed on the next working day.

| Who pays local / overseas charges | Deduct charges from |
|---|---|
| **We pay local bank charges, the beneficiary pays overseas bank charges.** | **Same as debit account** |

## Ordering party

Is this payment being made on behalf of a third party (ordering party)?

**No**

## Messages

Message to beneficiary

**FROM MING GLOBAL PAYMENT TO MONARCH HOLDINGS FOR INV REF 2020SH471243**

## e-Advice

You may request us to send an email to the above beneficiary and/or other related business partners notifying them you have sent funds to the beneficiary. A charge of HKD1 per email will be debited from the account you specified above. If 'Business Integrated Account' is selected, the charge will be debited from your HKD savings account. You can request a maximum of four emails.

**1. accounts@investmentsfirst.com**

FROM MING GLOBAL PAYMENT TO MONARCH HOLDINGS FOR INV REF 2020SH471243

**2. donna@merchandeffect.com**

FROM MING GLOBAL PAYMENT TO MONARCH HOLDINGS FOR INV REF 2020SH471243

Make Payments / AutoPay

8/07/2020, 9:10 AM



## Reference

Transaction reference number
**N71694174670**

Telegraphic transfer reference number
**HK116070BI493292**

## Pay to

Beneficiary bank location
**UNITED STATES**

Beneficiary account number / IBAN
REDACTED

Payment currency
**USD**

Beneficiary name
**MONARCH HOLDINGS INC.**

Beneficiary bank name
**BANK OF AMERICA, N.A.**

Beneficiary address
**33 MISTRAL
ALISO VIEJO, CA
USA 92656**

Beneficiary bank address
**222 BROADWAYNEW YORK NY 10038 USNEW YORKNEW YORK**

Beneficiary bank code/ SWIFT address
REDACTED

## From

**EUR Savings**
REDACTED   -   Business Integrated EUR Savings

## Amount

Debit amount
EUR 418,334.13

Payment amount
USD 475,000.00

Exchange rate
**EUR 1 = USD ~~1.134873100~~  1.135456000**     Save EUR 214.87

Rate last updated at: 16 Jul 2020 09:09:17 (HKT)

Other fees and charges may apply. For details, please refer to:the Bank's Commercial Tariff section available on the HSBC Hong Kong Commercial Banking website. Please go to 'Transaction History' under 'Accounts' on or after the 'Payment Date' to check the transaction details.

## Settlement option

**Telegraphic transfer**

## Payment date

Payment date

**Today, Thursday 16 Jul 2020**

Transaction request submitted within <u>business hours</u> will be processed on the same day. Otherwise, it will be processed on the next working day.

## Who pays local / overseas charges

**We pay local bank charges, the beneficiary pays overseas bank charges.**

## Deduct charges from

**Same as debit account**

## Messages

Message to beneficiary

**FROM MING GLOBAL PAYMENT TO MONARCH HOLDINGS FOR 2020SH471243INV**

## e-Advice

You may request us to send an email to the above beneficiary and/or other related business partners notifying them you have sent funds to the beneficiary. A charge of HKD1 per email will be debited from the account you specified above. If 'Business Integrated Account' is selected, the charge will be debited from your HKD savings account. You can request a maximum of four emails.

**1. accounts@investmentsfirst.com**

FROM MING GLOBAL PAYMENT TO MONARCH HOLDINGS FOR 2020SH471243INV

**2. donna@merchandeffect.com**

FROM MING GLOBAL PAYMENT TO MONARCH HOLDINGS FOR 2020SH471243INV



## Reference

Transaction reference number
**N71795253000**

Telegraphic transfer reference number
**HK117070BI505487**

## Pay to

Beneficiary bank location
**UNITED STATES**

Beneficiary account number / IBAN
REDACTED

Payment currency
**USD**

Beneficiary name
**MONARCH HOLDINGS INC.**

Beneficiary bank name
**BANK OF AMERICA, N.A.**

Beneficiary address
**33 MISTRAL
ALISO VIEJO, CA
USA 92656**

Beneficiary bank address
**222 BROADWAYNEW YORK NY 10038 USNEW YORKNEW YORK**

Beneficiary bank code/ SWIFT address
REDACTED

## From

**EUR Savings**
REDACTED   -  Business Integrated EUR Savings

## Amount

Debit amount
EUR 419,236.51

Payment amount
USD 475,000.00

Exchange rate
**EUR 1 = USD ~~1.132429100~~  1.133012000**      Save EUR 215.80

Rate last updated at: 17 Jul 2020 12:38:19 (HKT)

Other fees and charges may apply. For details, please refer to:the Bank's Commercial Tariff section available on the HSBC Hong Kong Commercial Banking website. Please go to 'Transaction History' under 'Accounts' on or after the 'Payment Date' to check the transaction details.

## Settlement option

**Telegraphic transfer**

## Payment date

Payment date

**Today, Friday 17 Jul 2020**

Transaction request submitted within <u>business hours</u> will be processed on the same day. Otherwise, it will be processed on the next working day.

## Who pays local / overseas charges

**We pay local bank charges, the beneficiary pays overseas bank charges.**

## Deduct charges from

**Same as debit account**

## Messages

Message to beneficiary

**FROM MING GLOBAL PAYMENT TO MONARCH HOLDINGS FOR INV 2020SH471248**

## e-Advice

You may request us to send an email to the above beneficiary and/or other related business partners notifying them you have sent funds to the beneficiary. A charge of HKD1 per email will be debited from the account you specified above. If 'Business Integrated Account' is selected, the charge will be debited from your HKD savings account. You can request a maximum of four emails.

**1. accounts@investmentsfirst.com**

FROM MING GLOBAL PAYMENT TO MONARCH HOLDINGS FOR INV 2020SH471248

**2. donna@merchandeffect.com**

FROM MING GLOBAL PAYMENT TO MONARCH HOLDINGS FOR INV 2020SH471248



## Reference

Transaction reference number
**N71795260337**

Telegraphic transfer reference
number
**HK117070BI505574**

## Pay to

Beneficiary bank location
**UNITED STATES**

Beneficiary account number / IBAN
REDACTED

Payment currency
**USD**

Beneficiary name
**MONARCH HOLDINGS INC.**

Beneficiary bank name
**U.S. BANK N.A.**

Beneficiary address
**33 MISTRAL
ALISO VIEJO, CA
USA 92656**

Beneficiary bank address
**800 NICOLLET MALLMINNEAPOLIS MN 554
02 USMINNEAPOLISMINNESOTA**

Beneficiary bank code/ SWIFT address
REDACTED

## From

**EUR Savings**
REDACTED - Business Integrated EUR Savings

## Amount

Debit amount
EUR 419,236.51

Payment amount
USD 475,000.00

Exchange rate
**EUR 1 = USD** ~~1.132429100~~ **1.133012000**    Save EUR 215.80

Rate last updated at: 17 Jul 2020 12:47:06 (HKT)

Other fees and charges may apply. For details, please refer to:the Bank's Commercial Tariff section available on the
HSBC Hong Kong Commercial Banking website. Please go to 'Transaction History' under 'Accounts' on or after the
'Payment Date' to check the transaction details.

## Settlement option

**Telegraphic transfer**

## Payment date

Payment date

**Today, Friday 17 Jul 2020**

Transaction request submitted within <u>business hours</u> will be processed on the same day. Otherwise, it will be processed on the next working day.

## Who pays local / overseas charges

**We pay local bank charges, the beneficiary pays overseas bank charges.**

## Deduct charges from

**Same as debit account**

## Messages

Message to beneficiary

**FROM MING GLOBAL PAYMENT TO MONARCH
HOLDINGS FOR INV 2020SH471248**

## e-Advice

You may request us to send an email to the above beneficiary and/or other related business partners notifying them you have sent funds to the beneficiary. A charge of HKD1 per email will be debited from the account you specified above. If 'Business Integrated Account' is selected, the charge will be debited from your HKD savings account. You can request a maximum of four emails.

**1. donna@merchandeffect.com**

FROM MING GLOBAL PAYMENT TO MONARCH HOLDINGS FOR INV 2020SH471248

**2. accounts@investmentsfirst.com**

FROM MING GLOBAL PAYMENT TO MONARCH HOLDINGS FOR INV 2020SH471248



## Reference

Transaction reference number
**N71795270547**

## Pay to

Beneficiary bank location
**UNITED STATES**

Beneficiary account number / IBAN
REDACTED

Payment currency
**USD**

Beneficiary name
**MONARCH HOLDINGS INC.**

Beneficiary bank name
**BANK OF AMERICA, N.A.**

Beneficiary address
**33 MISTRAL
ALISO VIEJO, CA
USA 92656**

Beneficiary bank address
**222 BROADWAYNEW YORK NY 10038 USNEW
YORKNEW YORK**

Beneficiary bank code/ SWIFT address
REDACTED

## From

**EUR Savings**
REDACTED   -   Business Integrated EUR Savings

## Amount

Debit amount
🛈   **To be determined at the
time of conversion**

Payment amount
USD **475,000.00**

Exchange rate
🛈   **To be determined at the
time of conversion**

Other fees and charges may apply. For details, please refer to:the Bank's Commercial Tariff section available on the
HSBC Hong Kong Commercial Banking website.Please go to 'Transaction History' under 'Accounts' on or after the
'Payment Date' to check the transaction details.

## Settlement option

**Telegraphic transfer**

## Payment date

**Saturday 18 Jul 2020**

Transaction request submitted within <u>business hours</u> will be processed on the same day. Otherwise, it will be processed on the next working day.

## Who pays local / overseas charges

**We pay local bank charges, the beneficiary pays overseas bank charges.**

## Deduct charges from

**Same as debit account**

## Messages

Message to beneficiary

**FROM MING GLOBAL PAYMENT TO MONARCH
HOLDINGS FOR INV REF 2020SH471248**

## e-Advice

You may request us to send an email to the above beneficiary and/or other related business partners notifying them you have sent funds to the beneficiary. A charge of HKD1 per email will be debited from the account you specified above. If 'Business Integrated Account' is selected, the charge will be debited from your HKD savings account. You can request a maximum of four emails.

**1. accounts@investmentsfirst.com**

FROM MING GLOBAL PAYMENT TO MONARCH HOLDINGS FOR INV REF 2020SH471248

**2. donna@merchandeffect.com**

FROM MING GLOBAL PAYMENT TO MONARCH HOLDINGS FOR INV REF 2020SH471248



## Reference

Transaction reference number
**N71795273201**

## Pay to

Beneficiary bank location
**UNITED STATES**

Payment currency
**USD**

Beneficiary bank name
**U.S. BANK N.A.**

Beneficiary bank address
**800 NICOLLET MALLMINNEAPOLIS MN 554
02 USMINNEAPOLISMINNESOTA**

Beneficiary bank code/ SWIFT address
REDACTED

Beneficiary account number / IBAN
REDACTED

Beneficiary name
**MONARCH HOLDINGS INC.**

Beneficiary address
**33 MISTRAL
ALISO VIEJO, CA
USA 92656**

## From

**EUR Savings**
REDACTED    Business Integrated EUR Savings

## Amount

Debit amount
🛈 **To be determined at the
time of conversion**

Exchange rate
🛈 **To be determined at the
time of conversion**

Payment amount
USD **475,000.00**

Other fees and charges may apply. For details, please refer to:the Bank's Commercial Tariff section available on the HSBC Hong Kong Commercial Banking website.Please go to 'Transaction History' under 'Accounts' on or after the 'Payment Date' to check the transaction details.

## Settlement option

**Telegraphic transfer**

## Payment date

**Saturday 18 Jul 2020**

Transaction request submitted within <u>business hours</u> will be processed on the same day. Otherwise, it will be
processed on the next working day.

## Who pays local / overseas charges

**We pay local bank charges, the beneficiary pays overseas bank charges.**

## Deduct charges from

**Same as debit account**

## Messages

Message to beneficiary

**FROM MING GLOBAL PAYMENT TO MONARCH
HOLDINGS 2 FOR INV REF 2020SH47112
48**

## e-Advice

You may request us to send an email to the above beneficiary and/or other related business partners notifying them
you have sent funds to the beneficiary. A charge of HKD1 per email will be debited from the account you specified
above. If 'Business Integrated Account' is selected, the charge will be debited from your HKD savings account. You
can request a maximum of four emails.

**1. accounts@investmentsfirst.com**

FROM MING GLOBAL PAYMENT TO MONARCH HOLDINGS 2 FOR INV REF 2020SH4711248

**2. donna@merchandeffect.com**

FROM MING GLOBAL PAYMENT TO MONARCH HOLDINGS 2 FOR INV REF 2020SH4711248

Make Payments / AutoPay                                                    8/26/2020, 10:14 AM



## Reference

Transaction reference number
**N71895919702**

## Pay to

Beneficiary bank location
**UNITED STATES**

Payment currency
**USD**

Beneficiary bank name
**BANK OF AMERICA, N.A.**

Beneficiary bank address
**222 BROADWAYNEW YORK NY 10038 USNEW
YORKNEW YORK**

Beneficiary bank code/ SWIFT address
<span style="color:maroon">REDACTED</span>

Beneficiary account number / IBAN
<span style="color:maroon">REDACTED</span>

Beneficiary name
**MONARCH HOLDINGS INC.**

Beneficiary address
**33 MISTRAL
ALISO VIEJO, CA
USA 92656**

## From

**EUR Savings**
<span style="color:maroon">REDACTED</span>       -   Business Integrated EUR Savings

## Amount

Debit amount
❶ **To be determined at the
time of conversion**

Exchange rate
❶ **To be determined at the
time of conversion**

Payment amount
USD **475,000.00**

Other fees and charges may apply. For details, please refer to:the Bank's Commercial Tariff section available on the
HSBC Hong Kong Commercial Banking website.Please go to 'Transaction History' under 'Accounts' on or after the
'Payment Date' to check the transaction details.

## Settlement option

**Telegraphic transfer**

## Payment date

**Monday 20 Jul 2020**

Transaction request submitted within <u>business hours</u> will be processed on the same day. Otherwise, it will be processed on the next working day.

## Who pays local / overseas charges

**We pay local bank charges, the beneficiary pays overseas bank charges.**

## Deduct charges from

**Same as debit account**

## Messages

Message to beneficiary

**FROM MING GLOBAL PAYMENT TO MONARCH
HOLDINGS FOR INV REF 2020SH471248**

## e-Advice

You may request us to send an email to the above beneficiary and/or other related business partners notifying them you have sent funds to the beneficiary. A charge of HKD1 per email will be debited from the account you specified above. If 'Business Integrated Account' is selected, the charge will be debited from your HKD savings account. You can request a maximum of four emails.

**1. donna@merchandeffect.com**

FROM MING GLOBAL PAYMENT TO MONARCH HOLDINGS FOR INV REF 2020SH471248

**2. accounts@investmentsfirst.com**

FROM MING GLOBAL PAYMENT TO MONARCH HOLDINGS FOR INV REF 2020SH471248

Make Payments / AutoPay

8/05/2020, 10:17 AM



## Reference

Transaction reference number
**N71895921380**

## Pay to

Beneficiary bank location
**UNITED STATES**

Beneficiary account number / IBAN
REDACTED

Payment currency
**USD**

Beneficiary name
**MONARCH HOLDINGS INC.**

Beneficiary bank name
**U.S. BANK N.A.**

Beneficiary address
**33 MISTRAL
ALISO VIEJO, CA
USA 92656**

Beneficiary bank address
**800 NICOLLET MALLMINNEAPOLIS MN 554
02 USMINNEAPOLISMINNESOTA**

Beneficiary bank code/ SWIFT address
REDACTED

## From

**EUR Savings**
REDACTED  -  Business Integrated EUR Savings

## Amount

Debit amount
🛈 **To be determined at the
time of conversion**

Payment amount
USD **475,000.00**

Exchange rate
🛈 **To be determined at the
time of conversion**

Other fees and charges may apply. For details, please refer to:the Bank's Commercial Tariff section available on the HSBC Hong Kong Commercial Banking website.Please go to 'Transaction History' under 'Accounts' on or after the 'Payment Date' to check the transaction details.

## Settlement option

**Telegraphic transfer**

## Payment date

**Monday 20 Jul 2020**

Transaction request submitted within <u>business hours</u> will be processed on the same day. Otherwise, it will be processed on the next working day.

## Who pays local / overseas charges

**We pay local bank charges, the beneficiary pays overseas bank charges.**

## Deduct charges from

**Same as debit account**

## Messages

Message to beneficiary

**FROM MING GLOBAL PAYMENT TO MONARCH
HOLDINGS 2 FOR INV REF 2020SH4712
48**

## e-Advice

You may request us to send an email to the above beneficiary and/or other related business partners notifying them you have sent funds to the beneficiary. A charge of HKD1 per email will be debited from the account you specified above. If 'Business Integrated Account' is selected, the charge will be debited from your HKD savings account. You can request a maximum of four emails.

**1. donna@merchandeffect.com**

FROM MING GLOBAL PAYMENT TO MONARCH HOLDINGS 2 FOR INV REF 2020SH471248

**2. accounts@investmentsfirst.com**

FROM MING GLOBAL PAYMENT TO MONARCH HOLDINGS 2 FOR INV REF 2020SH471248



## Reference

Transaction reference number
**N71895927737**

## Pay to

| | |
|---|---|
| Beneficiary bank location | Beneficiary account number / IBAN |
| **UNITED STATES** | REDACTED |
| Payment currency | Beneficiary name |
| **USD** | **MONARCH HOLDINGS INC.** |
| Beneficiary bank name | Beneficiary address |
| **BANK OF AMERICA, N.A.** | **33 MISTRAL** |
| | **ALISO VIEJO, CA** |
| Beneficiary bank address | **USA 92656** |
| **222 BROADWAYNEW YORK NY 10038 USNEW YORKNEW YORK** | |
| Beneficiary bank code/ SWIFT address | |
| REDACTED | |

## From

**EUR Savings**
REDACTED  -  Business Integrated EUR Savings

## Amount

Debit amount
🛈 **To be determined at the time of conversion**

Payment amount
USD **242,945.30**

Exchange rate
🛈 **To be determined at the time of conversion**

Other fees and charges may apply. For details, please refer to:the Bank's Commercial Tariff section available on the HSBC Hong Kong Commercial Banking website.Please go to 'Transaction History' under 'Accounts' on or after the 'Payment Date' to check the transaction details.

## Settlement option

**Telegraphic transfer**

## Payment date

**Tuesday 21 Jul 2020**

Transaction request submitted within <u>business hours</u> will be processed on the same day. Otherwise, it will be processed on the next working day.

## Who pays local / overseas charges

**We pay local bank charges, the beneficiary pays overseas bank charges.**

## Deduct charges from

**Same as debit account**

## Messages

Message to beneficiary

**FROM MING GLOBAL PAYMENT TO MONARCH HOLDINGS 2 FOR INV REF 2020SH47124 8**

## e-Advice

You may request us to send an email to the above beneficiary and/or other related business partners notifying them you have sent funds to the beneficiary. A charge of HKD1 per email will be debited from the account you specified above. If 'Business Integrated Account' is selected, the charge will be debited from your HKD savings account. You can request a maximum of four emails.

**1. accounts@investmentsfirst.com**

FROM MING GLOBAL PAYMENT TO MONARCH HOLDINGS 2 FOR INV REF 2020SH471248

**2. donna@merchandeffect.com**

FROM MING GLOBAL PAYMENT TO MONARCH HOLDINGS 2 FOR INV REF 2020SH471248

Make Payments / AutoPay

Aug 07, 2020, 10:24 AM



# Reference

Transaction reference number
**N71895925528**

# Pay to

Beneficiary bank location
**UNITED STATES**

Beneficiary account number / IBAN
REDACTED

Payment currency
**USD**

Beneficiary name
**MONARCH HOLDINGS INC.**

Beneficiary bank name
**U.S. BANK N.A.**

Beneficiary address
**33 MISTRAL**
**ALISO VIEJO, CA**
**USA 92656**

Beneficiary bank address
**800 NICOLLET MALLMINNEAPOLIS MN 554**
**02 USMINNEAPOLISMINNESOTA**

Beneficiary bank code/ SWIFT address
REDACTED

# From

**EUR Savings**
REDACTED    -  Business Integrated EUR Savings

# Amount

Debit amount
**! To be determined at the time of conversion**

Payment amount
USD **475,000.00**

Exchange rate
**! To be determined at the time of conversion**

Other fees and charges may apply. For details, please refer to:the Bank's Commercial Tariff section available on the HSBC Hong Kong Commercial Banking website.Please go to 'Transaction History' under 'Accounts' on or after the 'Payment Date' to check the transaction details.

# Settlement option

**Telegraphic transfer**

# Payment date

**Tuesday 21 Jul 2020**

Transaction request submitted within <u>business hours</u> will be processed on the same day. Otherwise, it will be processed on the next working day.

---

## Who pays local / overseas charges

**We pay local bank charges, the beneficiary pays overseas bank charges.**

## Deduct charges from

**Same as debit account**

---

## Messages

Message to beneficiary

**FROM MING GLOBAL PAYMENT TO MONARCH
HOLDINGS FOR REF INV 2020SH471248**

---

## e-Advice

You may request us to send an email to the above beneficiary and/or other related business partners notifying them you have sent funds to the beneficiary. A charge of HKD1 per email will be debited from the account you specified above. If 'Business Integrated Account' is selected, the charge will be debited from your HKD savings account. You can request a maximum of four emails.

**1. donna@merchandeffect.com**

FROM MING GLOBAL PAYMENT TO MONARCH HOLDINGS FOR REF INV 2020SH471248

**2. accounts@investmentsfirst.com**

FROM MING GLOBAL PAYMENT TO MONARCH HOLDINGS FOR REF INV 2020SH471248

---



## Reference

Transaction reference number
**N72905164550**

Telegraphic transfer reference
number
**HK129070BI587347**

## Pay to

Beneficiary bank location
**UNITED STATES**

Beneficiary account number / IBAN
REDACTED

Payment currency
**USD**

Beneficiary name
**MONARCH HOLDINGS INC.**

Beneficiary bank name
**BANK OF AMERICA, N.A.**

Beneficiary address
**33 MISTRAL**
**ALISO VIEJO, CA**
**USA 92656**

Beneficiary bank address
**222 BROADWAYNEW YORK NY 10038 USNEW**
**YORKNEW YORK**

Beneficiary bank code/ SWIFT address
REDACTED

## From

**EUR Savings**
REDACTED   - Business Integrated EUR Savings

## Amount

Debit amount
EUR **406,774.55**

Payment amount
USD **475,000.00**

Exchange rate
**EUR 1 = USD 1.167140100  1.167723000**    Save EUR 203.16

Rate last updated at: 29 Jul 2020 14:01:34 (HKT)

Other fees and charges may apply. For details, please refer to:the Bank's Commercial Tariff section available on the
HSBC Hong Kong Commercial Banking website. Please go to 'Transaction History' under 'Accounts' on or after the
'Payment Date' to check the transaction details.

## Settlement option

**Telegraphic transfer**

## Payment date

Payment date

**Today, Wednesday 29 Jul 2020**

Transaction request submitted within <u>business hours</u> will be processed on the same day. Otherwise, it will be processed on the next working day.

## Who pays local / overseas charges

**We pay local bank charges, the beneficiary pays overseas bank charges.**

## Deduct charges from

**Same as debit account**

## Messages

Message to beneficiary

**FROM MING GLOBAL PAYMENT TO MONARCH
HOLDINGS TRANSATION REF. 2020SH471
253INV**

## e-Advice

You may request us to send an email to the above beneficiary and/or other related business partners notifying them you have sent funds to the beneficiary. A charge of HKD1 per email will be debited from the account you specified above. If 'Business Integrated Account' is selected, the charge will be debited from your HKD savings account. You can request a maximum of four emails.

**1. accounts@investmentsfirst.com**

FROM MING GLOBAL PAYMENT TO MONARCH HOLDINGS TRANSATION REF. 2020SH471253INV

**2. donna@merchandeffect.com**

FROM MING GLOBAL PAYMENT TO MONARCH HOLDINGS TRANSATION REF. 2020SH471253INV

Make Payments / AutoPay                                                                                      29/07/2020, 2:06 PM



## Reference

Transaction reference number
**N72905168009**

Telegraphic transfer reference number
**HK129070BI587408**

## Pay to

Beneficiary bank location
**UNITED STATES**

Beneficiary account number / IBAN
REDACTED

Payment currency
**USD**

Beneficiary name
**MONARCH HOLDINGS INC.**

Beneficiary bank name
**BANK OF AMERICA, N.A.**

Beneficiary address
**33 MISTRAL
ALISO VIEJO, CA
USA 92656**

Beneficiary bank address
**222 BROADWAYNEW YORK NY 10038 USNEW
YORKNEW YORK**

Beneficiary bank code/ SWIFT address
REDACTED

## From

**EUR Savings**
REDACTED    -  Business Integrated EUR Savings

## Amount

Debit amount
EUR **276,559.33**

Payment amount
USD **323,000.00**

Exchange rate
**EUR 1 = USD** ~~1.167340100~~ **1.167923000**          Save EUR 138.10

Rate last updated at: 29 Jul 2020 14:05:12 (HKT)

Other fees and charges may apply. For details, please refer to:the Bank's Commercial Tariff section available on the HSBC Hong Kong Commercial Banking website. Please go to 'Transaction History' under 'Accounts' on or after the 'Payment Date' to check the transaction details.

## Settlement option

**Telegraphic transfer**

## Payment date

Payment date

**Today, Wednesday 29 Jul 2020**

Transaction request submitted within <u>business hours</u> will be processed on the same day. Otherwise, it will be processed on the next working day.

---

## Who pays local / overseas charges

**We pay local bank charges, the beneficiary pays overseas bank charges.**

## Deduct charges from

**Same as debit account**

---

## Messages

Message to beneficiary

**FROM MING GLOBAL PAYMENT TO MONARCH
HOLDINGS TRANSACTION REF. 2020SH47
1253INV**

---

## e-Advice

You may request us to send an email to the above beneficiary and/or other related business partners notifying them you have sent funds to the beneficiary. A charge of HKD1 per email will be debited from the account you specified above. If 'Business Integrated Account' is selected, the charge will be debited from your HKD savings account. You can request a maximum of four emails.

**1. accounts@investmentsfirst.com**

FROM MING GLOBAL PAYMENT TO MONARCH HOLDINGS TRANSACTION REF. 2020SH471253INV

**2. donna@merchandeffect.com**

FROM MING GLOBAL PAYMENT TO MONARCH HOLDINGS TRANSACTION REF. 2020SH471253INV

---



## Reference

Transaction reference number
**N80512453348**

Telegraphic transfer reference number
**HK105080BI642267**

## Pay to

Beneficiary bank location
**UNITED STATES**

Beneficiary account number / IBAN
<span style="color:red">REDACTED</span>

Payment currency
**USD**

Beneficiary name
**MONARCH HOLDINGS INC.**

Beneficiary bank name
**BANK OF AMERICA, N.A.**

Beneficiary address
**33 MISTRAL
ALISO VIEJO, CA
USA 92656**

Beneficiary bank address
**222 BROADWAYNEW YORK NY 10038 USNEW YORKNEW YORK**

Beneficiary bank code/ SWIFT address
<span style="color:red">REDACTED</span>

## From

**EUR Savings**
<span style="color:red">REDACTED</span>   -   Business Integrated EUR Savings

## Amount

Debit amount
EUR **212,546.18**

Payment amount
USD **250,000.00**

Exchange rate
**EUR 1 = USD** ~~1.175632100~~ **1.176215000**          Save EUR 105.38

Rate last updated at: 05 Aug 2020 16:43:09 (HKT)

Other fees and charges may apply. For details, please refer to:the Bank's Commercial Tariff section available on the HSBC Hong Kong Commercial Banking website. Please go to 'Transaction History' under 'Accounts' on or after the 'Payment Date' to check the transaction details.

## Settlement option

**Telegraphic transfer**

## Payment date

Payment date

**Today, Wednesday 05 Aug 2020**

Transaction request submitted within <u>business hours</u> will be processed on the same day. Otherwise, it will be processed on the next working day.

## Who pays local / overseas charges

**We pay local bank charges, the beneficiary pays overseas bank charges.**

## Deduct charges from

**Same as debit account**

## Messages

Message to beneficiary

**FROM MING GLOBAL PAYMENT TO MONARCH
HOLDINGS FOR 2020MGL345589INV**

## e-Advice

You may request us to send an email to the above beneficiary and/or other related business partners notifying them you have sent funds to the beneficiary. A charge of HKD1 per email will be debited from the account you specified above. If 'Business Integrated Account' is selected, the charge will be debited from your HKD savings account. You can request a maximum of four emails.

**1. accounts@investmentsfirst.com**

FROM MING GLOBAL PAYMENT TO MONARCH HOLDINGS FOR 2020MGL345589INV

**2. donna@merchandeffect.com**

FROM MING GLOBAL PAYMENT TO MONARCH HOLDINGS FOR 2020MGL345589INV

Make Payments / AutoPay                                                    8/08/2020, 11:23 AM



## Reference

Transaction reference number
**N81117472310**

Telegraphic transfer reference number
**HK111080BI677255**

## Pay to

Beneficiary bank location
**UNITED STATES**

Beneficiary account number / IBAN
REDACTED

Payment currency
**USD**

Beneficiary name
**MONARCH HOLDINGS INC.**

Beneficiary bank name
**BANK OF AMERICA, N.A.**

Beneficiary address
**33 MISTRAL
ALISO VIEJO, CA
USA 92656**

Beneficiary bank address
**222 BROADWAYNEW YORK NY 10038 USNEW YORKNEW YORK**

Beneficiary bank code/ SWIFT address
REDACTED

## From

**EUR Savings**
REDACTED        -  Business Integrated EUR Savings

## Amount

Debit amount
EUR 213,861.29

Payment amount
USD 250,000.00

Exchange rate
**EUR 1 = USD ~~1.168399100~~  1.168982000**       Save EUR 106.69

Rate last updated at: 11 Aug 2020 11:21:37 (HKT)

Other fees and charges may apply. For details, please refer to:the Bank's Commercial Tariff section available on the HSBC Hong Kong Commercial Banking website. Please go to 'Transaction History' under 'Accounts' on or after the 'Payment Date' to check the transaction details.

## Settlement option

**Telegraphic transfer**

## Payment date

Payment date

**Today, Tuesday 11 Aug 2020**

Transaction request submitted within <u>business hours</u> will be processed on the same day. Otherwise, it will be processed on the next working day.

## Who pays local / overseas charges

**We pay local bank charges, the beneficiary pays overseas bank charges.**

## Deduct charges from

**Same as debit account**

## Messages

Message to beneficiary

**FROM MING GLOBAL PAYMENT TO MONARCH HOLDING FOR TRANSACTION REF NO. 20 20MGL345589INV**

## e-Advice

You may request us to send an email to the above beneficiary and/or other related business partners notifying them you have sent funds to the beneficiary. A charge of HKD1 per email will be debited from the account you specified above. If 'Business Integrated Account' is selected, the charge will be debited from your HKD savings account. You can request a maximum of four emails.

**1. accounts@investmentsfirst.com**

FROM MING GLOBAL PAYMENT TO MONARCH HOLDING FOR TRANSACTION REF NO. 2020MGL345589INV

**2. donna@merchandeffect.com**

FROM MING GLOBAL PAYMENT TO MONARCH HOLDING FOR TRANSACTION REF NO. 2020MGL345589INV



## Reference

Transaction reference number
**N81722876568**

Telegraphic transfer reference number
**HK117080BI721348**

## Pay to

Beneficiary bank location
**UNITED STATES**

Beneficiary account number / IBAN
REDACTED

Payment currency
**USD**

Beneficiary name
**MONARCH HOLDINGS INC.**

Beneficiary bank name
**BANK OF AMERICA, N.A.**

Beneficiary address
**33 MISTRAL
ALISO VIEJO, CA
USA 92656**

Beneficiary bank address
**222 BROADWAYNEW YORK NY 10038 USNEW YORKNEW YORK**

Beneficiary bank code/ SWIFT address
REDACTED

## From

**EUR Savings**
REDACTED   -   Business Integrated EUR Savings

## Amount

Debit amount
🛈 **To be determined at the time of conversion**

Payment amount
USD **643,073.41**

Exchange rate
🛈 **To be determined at the time of conversion**

Other fees and charges may apply. For details, please refer to:the Bank's Commercial Tariff section available on the HSBC Hong Kong Commercial Banking website.Please go to 'Transaction History' under 'Accounts' on or after the 'Payment Date' to check the transaction details.

## Settlement option

**Telegraphic transfer**

## Payment date

**Today, Monday 17 Aug 2020**

Transaction request submitted within <u>business hours</u> will be processed on the same day. Otherwise, it will be processed on the next working day.

## Who pays local / overseas charges

**We pay local bank charges, the beneficiary pays overseas bank charges.**

## Deduct charges from

**Same as debit account**

## Messages

Message to beneficiary

**FROM MING GLOBAL PAYMENT TO MONARCH HOLDINGS TRANSACTION REF NO.: 2020 MGL345621INV**

## e-Advice

You may request us to send an email to the above beneficiary and/or other related business partners notifying them you have sent funds to the beneficiary. A charge of HKD1 per email will be debited from the account you specified above. If 'Business Integrated Account' is selected, the charge will be debited from your HKD savings account. You can request a maximum of four emails.

**1. accounts@investmentsfirst.com**

FROM MING GLOBAL PAYMENT TO MONARCH HOLDINGS TRANSACTION REF NO.: 2020MGL345621INV

**2. donna@ming-global.com**

FROM MING GLOBAL PAYMENT TO MONARCH HOLDINGS TRANSACTION REF NO.: 2020MGL345621INV

EXHIBIT 24

# <u>REMITTANCE INSTRUCTIONS</u>

**Beneficiary Account Name:**  MONARCH HOLDINGS INC.

**Beneficiary Address:**  33 MISTRAL
ALISO VIEJO, CA
USA 92656

**Beneficiary Account Number:**  REDACTED

**Beneficiary Bank Name:**  US BANK

**Beneficiary Bank Address:**  800 NICOLLET MALL
MINNEAPOLIS, MN
USA 55402

**Routing Number:**  REDACTED

**SWIFT Code:**  REDACTED

**Amount:**  US $475,000.00

**Important:** In the additional information filed of your transfer request, please enter the following information only. This will ensure that your transfer is correctly allocated and will ensure that delays are avoided.

## Payment Reference: 2020-SH-471243-INV

Please remember, we are here to help. If there is anything that you are unsure about, please contact your representative immediately.

EXHIBIT 25

First Eastern Investments Limited

**TRADE CONFIRMATION**

# Ming Global Limited

| Transaction Date | |
| --- | --- |
| Trade Date:<br>30 Jul 2020 | Settlement Date:<br>N/A |

This is to confirm that we have **bought** and/or **sold** the following:

| Transaction | Type | Trade Time | Exchange | Security | Qty | Price (US$) | Buy | Sell |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| SELL | LT | AFTER HOURS | NASDAQ | RPRX - Royalty Pharma  - CUSIP: REDACTED | 250,000 | $ 42.51 | | $ 10,627,500.00 |

Notices For This Order:
- Unless you have already instructed us differently, we will hold proceeds on account pending further instructions.
- Exchange Process Fee: This fee offsets processing costs incurred by First Eastern Investments Limited for the exchange of Securities including those relating to assessments on broker-dealers by an exchange or other SRO for equity, option, or other covered security sell transactions.
- First Eastern Investments Limited acted as your agent.

| | |
| --- | --- |
| **Gross Amount** | $ 10,627,500.00 |
| **Commission** | $ 0.00 |
| **Exch. Process Fee** | $ 0.00 |
| **Total Amount** | $ 10,627,500.00 |
| **Amount Due From/(To) Client** | **($ 10,627,500.00)** |

## Instructions To Fund Your Account

Please note that the receiving account is that of our international stock transfer and escrow agent who are a trusted, independent, 3rd party transfer and escrow service, that provides protection for both Buyer and Seller.

As a reminder, please take note of the following:
- When remitting funds by way of Telegraphic Transfer, please secure a receipt from the issuing bank and furnish us with a copy via e-mail.
- Should your bank require "Further Reference" data, please input the required information in this field so as to expedite the processing of your fund transfer. Placing any other information may cause delays in the process.

Finally, we will at no time time during our relationship, ask you to wire/transfer funds directly to First Eastern Investments Limited.

| **Registered Office**<br>28 Hennessy Rd,<br>Wan Chai, Hong Kong | **Telephone**<br>+852 3002 4430 | **Email Address**<br>info@investmentsfirst.com | **Website**<br>www.investmentsfirst.com |
| --- | --- | --- | --- |



EXHIBIT 26



**Wealth Management Office**
28 Hennessy Road,
Wan Chai, Hong Kong
S.A.R. China

**On The Web:** www.investmentsfirst.com
**Email Inquiries:** info@investmentsfirst.com

**Our Reference:** RCP-SHAHEG-13

**Account Representative:** Peter Lynd

Ming Global Limited
1206 Eastern Commercial Centre,
397 Hennessey Road ,
Wan Chai, Hong Kong



# TRANSACTION RECEIPT

## TRANSACTION OVERVIEW:

| | |
|---|---|
| Transaction Reference: | 2020-SH-471243-INV |
| Transaction Type: | Purchase |
| Securities / Quantity / PPS($) | NASDAQ: RPRX WARRANTS / 300,000 / $19.00 |
| Commission Rate: | N/A |
| Total Transaction Value: | $5,700,000.00 |

## RECEIPT INFORMATION:

| | |
|---|---|
| Amount Credited To Account: | $242,945.40 |
| Date Credited: | July 17, 2020 |

## ACCOUNT CREDIT CONFIRMATION:



17/07/20

*If you have any questions or believe that the above information is incorrect please consult your Account Representative immediately.*

*Thank you for your business. We look forward to working with you and helping you to achieve your investment objectives.*

*First Eastern Investments – A Trading Name of First Eastern Ltd.*
*Balanced Wealth Management Through Genuine Experience*

**Company License & Registration**
0208289

# EXHIBIT 27

Make Payments/AutoPay                                                                                   13/07/2020, 11:14 AM



## Reference

Transaction reference number
**N71391262870**

Telegraphic transfer reference number
**HK113070BI465871**

## Pay to

Beneficiary bank location
**UNITED STATES**

Beneficiary account number / IBAN
REDACTED

Payment currency
**USD**

Beneficiary name
**MONARCH HOLDINGS INC.**

Beneficiary bank name
**BANK OF AMERICA, N.A.**

Beneficiary address
**33 MISTRAL
ALISO VIEJO, CA
USA 92656**

Beneficiary bank address
**222 BROADWAYNEW YORK NY 10038 USNEW YORKNEW YORK**

Beneficiary bank code/ SWIFT address
REDACTED

## From

**EUR Savings**
REDACTED     -  Business Integrated EUR Savings

## Amount

Debit amount
EUR 421,438.53

Payment amount
USD 475,000.00

Exchange rate
**EUR 1 = USD ~~1.126509100~~ 1.127092000**          Save EUR 218.07

Rate last updated at: 13 Jul 2020 11:13:05 (HKT)

Other fees and charges may apply. For details, please refer to:the Bank's Commercial Tariff section available on the HSBC Hong Kong Commercial Banking website. Please go to 'Transaction History' under 'Accounts' on or after the 'Payment Date' to check the transaction details.

## Settlement option

**Telegraphic transfer**

## Payment date

Payment date

**Today, Monday 13 Jul 2020**

Transaction request submitted within <u>business hours</u> will be processed on the same day. Otherwise, it will be processed on the next working day.

## Who pays local / overseas charges

**We pay local bank charges, the beneficiary pays overseas bank charges.**

## Deduct charges from

**Same as debit account**

## Messages

Message to beneficiary

**FROM MING GLOBAL PAYMENT TO MONARCH HOLDING FOR 2020SH471243INV**

## e-Advice

You may request us to send an email to the above beneficiary and/or other related business partners notifying them you have sent funds to the beneficiary. A charge of HKD1 per email will be debited from the account you specified above. If 'Business Integrated Account' is selected, the charge will be debited from your HKD savings account. You can request a maximum of four emails.

**1. donna@merchandeffect.com**

FROM MING GLOBAL PAYMENT TO MONARCH HOLDING FOR 2020SH471243INV

**2. accounts@investmentsfirst.com**

FROM MING GLOBAL PAYMENT TO MONARCH HOLDING FOR 2020SH471243INV

# EXHIBIT 28

4607909

**Secretary of State**
**Statement and Designation by Foreign Corporation**

| S&DC-S/N |

**FILED** 
Secretary of State
State of California

**JUN 18 2020**   CHT

**IMPORTANT** — Read instructions before completing this form.

Must be submitted with a current **Certificate of Good Standing** issued by the government agency where the corporation was formed.  See Instructions.

**Filing Fee** – $100.00 (for a foreign stock corporation) or $30.00 (for a foreign nonprofit corporation)

**Copy Fees** – First page $1.00; each attachment page $0.50; Certification Fee - $5.00

*Note:* Corporations may have to pay minimum $800 tax to the California Franchise Tax Board each year. For more information, go to *www.ftb.ca.gov.*

This Space For Office Use Only

**1. Corporate Name** (Go to www.sos.ca.gov/business/be/name-availability for general corporate name requirements and restrictions.)

**2. Jurisdiction** (State, foreign country or place where this corporation is formed - must match the Certificate of Good Standing provided.)

Monarch Holdings Inc. Which Will Do Business in California As Monarch Internation Inc.

Nevada

**3. Business Addresses** (Enter the complete business addresses. Items 3a and 3b cannot be a P.O. Box or "in care of" an individual or entity.)

| a. Initial Street Address of Principal Executive Office - Do not enter a P.O. Box | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 1625 N. El Camino Real, Unit B | San Clemente | CA | 92672 |
| b. Street Address of Principal Office in California, if any - Do not enter a P.O. Box | City (no abbreviations) | State | Zip Code |
| 1625 N. El Camino Real, Unit B | San Clemente | CA | 92672 |
| c. Mailing Address of Principal Executive Office, if different than Item 3a | City (no abbreviations) | State | Zip Code |
| | | | |

**4. Service of Process** (Must provide either Individual OR Corporation.)

INDIVIDUAL – Complete Items 4a and 4b only.  Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is not a corporation) | Middle Name | Last Name | | Suffix |
|---|---|---|---|---|
| Veronica | | So | | |
| b. Street Address (if agent is not a corporation) - Do not enter a P.O. Box | City (no abbreviations) | | State | Zip Code |
| 1625 N. El Camino Real, Unit B | San Clemente | | CA | 92672 |

CORPORATION – Complete Item 4c.  Only include the name of the registered agent Corporation.

| c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 4a or 4b |
|---|
| |

**5. Read and Sign Below** (See instructions.  Office or title not required.)

I am a corporate officer and am authorized to sign on behalf of the foreign corporation.

Veronica So
_____
Signature

Veronica So
_____
Type or Print Name

S&DC-S/N (REV 06/2019)

2019 California Secretary of State
bizfile.sos.ca.gov

Scanned with CamScanner

**4607909**



# SECRETARY OF STATE



# CERTIFICATE OF EXISTENCE
# WITH STATUS IN GOOD STANDING

I, Barbara K. Cegavske, the duly qualified and elected Nevada Secretary of State, do hereby certify that I am, by the laws of said State, the custodian of the records relating to filings by corporations, non-profit corporations, corporations sole, limited-liability companies, limited partnerships, limited-liability partnerships and business trusts pursuant to Title 7 of the Nevada Revised Statutes which are either presently in a status of good standing or were in good standing for a time period subsequent of 1976 and am the proper officer to execute this certificate.

I further certify that the records of the Nevada Secretary of State, at the date of this certificate, evidence, **MONARCH HOLDINGS INC.,** as a DOMESTIC CORPORATION (78) duly organized under the laws of Nevada and existing under and by virtue of the laws of the State of Nevada since 03/25/2019, and is in good standing in this state.



IN WITNESS WHEREOF, I have hereunto set my hand and affixed the Great Seal of State, at my office on 06/12/2020.

*Barbara K. Cegavske*

BARBARA K. CEGAVSKE
Secretary of State

Certificate Number: B20200612855754
You may verify this certificate
online at http://www.nvsos.gov

EXHIBIT 29



**California Secretary of State**
Electronic Filing

# Corporation - Statement of Information

| | |
|---|---|
| Entity Name: | MONARCH HOLDINGS INC. WHICH WILL DO BUSINESS IN CALIFORNIA AS MONARCH INTERNATION INC. |
| Entity (File) Number: | C4607909 |
| File Date: | 08/05/2020 |
| Entity Type: | Corporation |
| Jurisdiction: | NEVADA |
| Document ID: | GH54480 |

**Detailed Filing Information**

1. Entity Name:

   MONARCH HOLDINGS INC. WHICH WILL DO BUSINESS IN CALIFORNIA AS MONARCH INTERNATION INC.

2. Business Addresses:

   a. Street Address of Principal Office in California:

   1625 N. El Camino Real, Unit B
   San Clemente, California 92672
   United States of America

   b. Mailing Address:

   1625 N. El Camino Real, Unit B
   San Clemente, California 92672
   United States of America

   c. Street Address of Principal Executive Office:

   1625 N. El Camino Real, Unit B
   San Clemente, California 92672
   United States of America

3. Officers:

   a. Chief Executive Officer:

   Veronica  So
   1625 N. El Camino Real, Unit B
   San Clemente, California 92672
   United States of America

   b. Secretary:

   Veronica  So
   1625 N. El Camino Real, Unit B
   San Clemente, California 92672
   United States of America

Document ID: GH54480

# California Secretary of State
## Electronic Filing

Officers (cont'd):

    c.  Chief Financial Officer:

                Veronica  So
1625 N. El Camino Real, Unit B
San Clemente, California 92672
United States of America

4.  Director:                        Not Applicable

      Number of Vacancies on the Board of Directors:      Not Applicable

5.  Agent for Service of Process:      Veronica   So
1625 N. El Camino Real, Unit B
San Clemente, California 92672
United States of America

6.  Type of Business:        Investment

By signing this document, I certify that the information is true and correct and that I am authorized by California law to sign.

Electronic Signature:    Veronica So

*Use bizfile.sos.ca.gov for online filings, searches, business records, and resources.*

Document ID: GH54480

EXHIBIT 30

Case 8:20-cv-01852-JVS-KES Document 57-1 Filed 07/19/21 Page 152 of 212 Page ID #:2036

Google    1625 n. el camino real, unit b, san clemente, california 92672    ✕    🎤    🔍

🔍 All    📍 Maps    🛍 Shopping    📰 News    🖼 Images    ⋮ More          Settings    Tools

Explicit results filtered with SafeSearch. Learn more   Undo

About 24,100 results (0.64 seconds)



**1625 N El Camino Real unit b**
San Clemente, CA 92672

www.mapquest.com › san-clemente › 92672-4964 › 162...
**1625 N El Camino Real - San Clemente CA - MapQuest**
View detailed information and reviews for **1625 N El Camino Real** in **San Clemente, California**
and get driving directions with road conditions and live traffic ...
Missing: b, california

www.redfin.com › San-Clemente › unit-25 › home ▾
**1520 N El Camino Real #25, San Clemente, CA 92672 | MLS ...**
1520 **N El Camino Real** #25, **San Clemente**, CA 92672 · $799000 · MLS# OC20107023 ... deck for
relaxation, entertaining and basking in the Southern **California** sunshine. ... 416 Avenida Santa
Barbara **Unit B, San Clemente**, CA 92672.
$799,000.00 · In stock
Missing: 1625 | Must include: 1625

www.redfin.com › San-Clemente › unit-14 › home ▾
**1520 N El Camino Real #14, San Clemente, CA 92672 | MLS ...**
Aug 20, 2020 - B. SOLD AUG 28, 2020. $922,500. 1520 **N El Camino Real** #20 **San Clemente**, CA
**92672**. 2 ... 416 Avenida Santa Barbara **Unit B San Clemente**, CA 92672 ... **El Camino Real**
Apartment 14, **San Clemente**, **California** 92672.
$739,000.00
Missing: 1625 | Must include: 1625

www.apartments.com › ... › California › San Clemente ▾
**2707 S El Camino Real Unit B, San Clemente, CA 92672 ...**
**San Clemente** is the perfect beachside residential area on the **California** coast. Midway between
Los Angeles and San Diego, **San Clemente** has the best of both ...
Missing: 1625 n.

www.apartments.com › California › San Clemente ▾
**3205 S El Camino Real Unit B, San Clemente, CA 92672 ...**
See Apartment **B** for rent at 3205 S **El Camino Real** in **San Clemente**, CA from ... **San Clemente** is
the perfect beachside residential area on the **California** coast.
Missing: 1625 n.

www.trulia.com › CA › San Clemente › 92672 ▼

### 2501 S El Camino Real #310, San Clemente, CA 92672 - Trulia

2501 S **El Camino Real** #310, **San Clemente**, CA **92672** is a 1564 sqft, 3 bed, 2 bath ... One of only 18 3-bedroom **units** in the 60-**unit** Ocean Fairways building, this is a ... Great vibe and this is what **california** is about!! ... Town is more mon **n** pop than most and has a kicked back vibe. ... 210 Avenida Victoria **#B** ... **$1,625**/mo.

www.realtor.com › ... › San Clemente › El Camino Real ▼

### 808 N El Camino Real # B, San Clemente, CA 92672 - realtor ...

View 14 photos for 808 **N El Camino Real # B**, **San Clemente**, CA **92672** a 1 bed, 1 bath, 650 Sq. Ft. condos built in .

Missing: 1625 | Must include: 1625

www.realtor.com › ... › San Clemente › Avenida Califia ▼

### 210 Avenida Califia Apt B, San Clemente, CA 92672 - realtor ...

View 29 photos for 210 Avenida Califia Apt **B**, **San Clemente**, CA **92672** a 6 bed, 4 bath, ... the bottom 2bdr/1ba **unit** has a peek view of the ocean but views of **San Clemente** State Park. ... 9, **San Clemente** High School, 9–12, 2.4 **mi** ... other **San Clemente** property records, **California** public records, and other vital **real** estate ...

www.zillow.com › ... › San Clemente › 92672 › 92672 ▼

### 3405 S El Camino Real APT B, San Clemente, CA 92672 ...

Newly remodeled, this property is very close to one of the most famous surf spot in all of **California**, **San** Onofre/Trestles Beach. In fact it is within walking distance ...

Missing: 1625 n.

www.loopnet.com › ... › California › San Clemente ▼

### 1445 N El Camino Real, San Clemente, CA 92672 - LoopNet

Jul 6, 2020 - 1445 **N El Camino Real**, **San Clemente**, CA **92672**. ... It is also in one of the **California** designated Opportunity Zones that may be eligible for ... The subject property is a two-story Seven (7) **Unit** Apartment building consisting of ...

Missing: 1625 b;

## Related searches

San Clemente Apartments for rent

For rent San Clemente

Studio Apartments for rent near San Clemente, CA

2 Bedrooms for rent San Clemente

San Clemente Apartments for rent - craigslist

**1** 2 3 4 5 6 7 8 9 10     Next

Google Maps     1623 N El Camino Real



Image capture: Jun 2016     © 2020 Google

San Clemente, California

Google

Street View

EXHIBIT 31

(index.html)



# CONTACT

## OUR ADDRESS

📍 33 Mistral
Aliso Viejo,
CA 92656
USA

✉ info@monarchholdingsinc.com (mailto:info@monarchholdingsinc.comm)

## CONTACT FORM

**Name ***

Name

**Email ***

Email

**Comment**

Message

Send

## OUR LOCATION



# Contact Info

📍 **33 Mistral**

Aliso Viejo,
CA 92656
USA

✉ *info@monarchholdingsinc.com* (mailto:info@example.com)

# Quick links

Home (index.html)

Services (services.html)

Shareholders (Shareholders.html)

FAQs (faqs.html)

Contact Us (contact.html)

# Subscribe us

Subscribe to our newsletter to get daily updates

| Subscribe | ✈ |

(index.html)     

© 2018 Monarch Holdings Inc. | All Rights Reserved

# EXHIBIT 32

Google    33 mistral aliso viejo ca    X    🎤    🔍

🔍 All    📍 Maps    🖼 Images    🛍 Shopping    📰 News    ⋮ More        Settings    Tools

About 9,290 results (0.46 seconds)

www.redfin.com › CA › 33-Mistral-92656 › home ▾

**33 MISTRAL, Aliso Viejo, CA 92656 | MLS# S417473 | Redfin**
2 beds, 1260 sq. ft. condo located at **33 MISTRAL, Aliso Viejo, CA** 92656 sold for $467500 on
Dec 9, 2005. MLS# S417473. PRICE TO SELL!! WILL NOT LAST ...
$524,944.00



33 Mistral
Aliso Viejo, CA 92656                                                          DIRECTIONS

www.realtor.com › ... › Aliso Viejo › Mistral

**33 Mistral, Aliso Viejo, CA 92656 - realtor.com®**
Feb 15, 2020 - View 1 photos for **33 Mistral, Aliso Viejo, CA** 92656 a 2 bed, 3 bath, 1291 Sq. Ft.
condo/townhome/row home/co-op built in 1994 that sold on ...

www.trulia.com › CA › Aliso Viejo › 92656 ▾

**33 Mistral, Aliso Viejo, CA - 2 Bed, 2 Bath Condo | Trulia**
**33 Mistral**, Aliso Viejo, CA 92656 is a 1291 sqft, 2 bed, 2 bath home sold in 2005. See the
estimate, review home details, and search for homes nearby.

monarchholdingsinc.com ▾

**Monarch Holdings Inc.**
We're here to help. Contact Info. **33 Mistral**. Aliso Viejo, CA 92656. USA.

www.peoplesearchnow.com › address › 33-mistral_aliso-...

**33 Mistral, Aliso Viejo, CA - People Search Now**
35 Results - Discover detailed information about the property at **33 Mistral, Aliso Viejo, CA**. Start
your search today at peoplesearchnow.com.

www.zillow.com › ... › Aliso Viejo › 92656 › 92656 ▾

**27 Mistral, Aliso Viejo, CA 92656 | Zillow**
27 **Mistral**, Aliso Viejo, CA 92656 is a condo home that contains 1,291 sq ft and was built in 1994. It
contains 2 bedrooms and 2.5 bathrooms. This home last sold for ...

www.zillow.com › ... › Aliso Viejo › 92656 › 92656 ▾

**31 Mistral, Aliso Viejo, CA 92656 | Zillow**

Google   33 mistral aliso viejo ca

www.realtytrac.com › ... › Aliso Viejo › 92656  ▾

**House Prices at Mistral, Aliso Viejo, CA, 92656 | RealtyTrac**

Search for **Mistral** house prices in **Aliso Viejo, CA**, get detailed real estate information on comparable home values, nearby schools, building permits and more.

🖾 Images for 33 mistral aliso viejo ca

southwind aliso    pmz    indigo pl    mission viejo    laguna hills    windridge aliso    ⌄



Report images

→  View all

www.beenverified.com › ... › CA › Aliso Viejo  ▾

**Mistral, Aliso Viejo, CA 92656 - Who lives on this street ...**

Find out who owns property on **Mistral** in **Aliso Viejo, California**. ... **33 Mistral Aliso Viejo, CA** 92656. Year Built: 1994; Property Tax: $4.3K per year; Market Value: ...

1  2  3  4  5  6  7  8  9  10    Next

**Orange County, California** - Based on your past activity - Use precise location - Learn more

Help    Send feedback    Privacy    Terms



Image capture: Oct 2011    © 2020 Google

Aliso Viejo, California

 Google

Street View



# EXHIBIT 33

Refine Results ⌄

We found **9** results

⚏ List View

---

### MONARCH PLAN ADVISORS
(**MONARCH** PLAN ADVISORS...)
CRD#: 286612/SEC#: 801-111651

Santa Barbara, CA (+2)

Ⓘ Investment Adviser Firm

↗ For Disclosures ❶ (if any) and Years of Experience visit SEC site

MORE DETAILS ›

### MONARCH WEALTH STRATEGIES
(**MONARCH** WEALTH STRATEGIES...)
CRD#: 136029/SEC#: 801-118775

222 E. Carrillo Street Suite 208
Santa Barbara, CA 93101 (+3)

Ⓘ Investment Adviser Firm

↗ For Disclosures ❶ (if any) and Years of Experience visit SEC site

MORE DETAILS ›

### MONARCH ADVISOR STRATEGIES, LLC
(**MONARCH** ADVISOR STRATEGIES, LLC)
CRD#: 283984

DANA POINT, CA

Ⓘ Investment Adviser Firm

↗ For Disclosures ❶ (if any) and Years of Experience visit SEC site

MORE DETAILS ›

### MONARCH WEALTH MANAGEMENT GROUP, LLC
(**MONARCH** WEALTH MANAGEMENT GROUP LLC)
CRD#: 171904

101 N. Vulcan Ave.
Encinitas, CA 92024 (+2)

Ⓘ Investment Adviser Firm

↗ For Disclosures ❶ (if any) and Years of Experience visit SEC site

MORE DETAILS ›

---

### BOUSTEAD SECURITIES, LLC
(**MONARCH** BAY ASSOCIATES, LLC...)
CRD#: 141391/SEC#: 8-67384

6 VENTURE SUITE 395
IRVINE, CA 92618 (+1)

Ⓑ Brokerage Firm *Regulated by FINRA*

📄 Disclosures ❶          Yes ↗

MORE DETAILS ›

### KING, JANICE M.
(**MONARCH** FINANCIAL MANAGEMENT...)
CRD#: 135456

IRVINE, CA

Ⓘ Investment Adviser Firm

↗ For Disclosures ❶ (if any) and Years of Experience visit SEC site

MORE DETAILS ›

### THE WEALTH COLLABORATIVE, INC.
(**MONARCH** WEALTH ADVISORY GROUP, INC...)
CRD#: 142618/SEC#: 801-68456

30699 RUSSELL RANCH ROAD SUITE 185
WESTLAKE VILLAGE, CA 91362

Ⓘ Investment Adviser Firm

↗ For Disclosures ❶ (if any) and Years of Experience visit SEC site

MORE DETAILS ›

### SAGEPOINT FINANCIAL, INC.
(**MONARCH** WEALTH & RETIREMENT STRATEGIES...)
CRD#: 133763/SEC#: 801-64721,8-66771

2014 HUNTINGTON ST
HUNTINGTON BEACH, CA 92648 (+816)

Ⓑ Brokerage Firm *Regulated by FINRA*

Ⓘ Investment Adviser Firm

📄 Disclosures ❶          Yes

MORE DETAILS ›

---

### WESTERN WEALTH MANAGEMENT LLC
(**MONARCH** ADVISORY GROUP...)
CRD#: 283545/SEC#: 801-107762

San Diego, CA (+89)

Ⓘ Investment Adviser Firm

↗ For Disclosures ❶ (if any) and Years of Experience visit SEC site

MORE DETAILS ›

---

《 ‹    1 of 1 page    › 》

Ⓑ Broker

A brokerage firm, also called a broker-dealer, is in the business of buying and selling securities – stocks, bonds, mutual funds, and certain other investment products – on behalf of its customer (as broker), for its own bank (dealer), or both.
Individuals who work for broker-dealers - the sales personnel are commonly referred to as brokers.

 Investment Adviser

An investment adviser is paid for providing advice about securities to clients. In addition, some investment advisers manage investment portfolios and offer financial planning services.

It is common for a financial professional to act as both a broker and an investment adviser. Because of this, we include investment advisers on BrokerCheck, and provide links to the SEC's Investment Adviser Public Disclosure (IAPD) website so you can research further.

(PR) Previously Registered

A Previously Registered broker or brokerage firm is not currently licensed to act as a broker (buying and selling securities on behalf of customers) or as an investment adviser (providing advice about securities to clients). They may still be able to offer other investment-related services if properly licensed to do so. Click here to learn more.

Disclosures

Disclosures can be customer complaints or arbitrations, regulatory actions, employment terminations, bankruptcy filings and certain civil or criminal proceedings that they were a part of.

BrokerCheck Terms of Use

©2020 FINRA, All Rights Reserved

FINRA is a registered trademark of the Financial Industry Regulatory Authority, Inc.

Privacy   |   Legal

We found **1** result

 List View





《 ‹   1 of 1 page   › 》

  Broker

A brokerage firm, also called a broker-dealer, is in the business of buying and selling securities – stocks, bonds, mutual funds, and certain other investment products – on behalf of its customer (as broker), for its own bank (dealer), or both.
Individuals who work for broker-dealers - the sales personnel are commonly referred to as brokers.

(IA)  Investment Adviser

An investment adviser is paid for providing advice about securities to clients. In addition, some investment advisers manage investment portfolios and offer financial planning services.
It is common for a financial professional to act as both a broker and an investment adviser. Because of this, we include investment advisers on BrokerCheck, and provide links to the SEC's Investment Adviser Public Disclosure (IAPD) website so you can research further.

(PR)  Previously Registered

A Previously Registered broker or brokerage firm is not currently licensed to act as a broker (buying and selling securities on behalf of customers) or as an investment adviser (providing advice about securities to clients). They may still be able to offer other investment-related services if properly licensed to do so. Click here to learn more.

📄 Disclosures

Disclosures can be customer complaints or arbitrations, regulatory actions, employment terminations, bankruptcy filings and certain civil or criminal proceedings that they were a part of.

Use of the BrokerCheck site is subject to
BrokerCheck Terms of Use

©2020 FINRA, All Rights Reserved

FINRA is a registered trademark of the Financial Industry Regulatory Authority, Inc.

Privacy | Legal 🐦 in

# Why Use BrokerCheck?



BrokerCheck helps you make informed choices about brokers and brokerage firms-and provides easy access to investment adviser information.



BrokerCheck tells you instantly whether a person or firm is registered, as required by law, to sell securities (stocks, bonds, mutual funds and more), offer investment advice or both.



BrokerCheck gives you a snapshot of a broker's employment history, regulatory actions, and investment-related licensing information, arbitrations and complaints.

### Want more information?

✔ Browse the list of brokers barred by FINRA.

✔ Check out the new SEC Action Lookup tool for formal actions that the SEC has brought against individuals, including those who are not brokers.

✔ Go to your state securities regulator to do additional research on brokers and investment advisers.

BrokerCheck does not have information regarding civil litigation not involving investments, civil protective orders, criminal matters unless they are felonies, or misdemeanors that are investment-related or involve theft or a "breach of trust." Consider doing an internet search to check for that type of information.

**Who is FINRA?** FINRA is an independent, non-governmental regulator for all securities firms doing business with the public in the United States. We are authorized by Congress to protect

9/21/2020 BrokerCheck | Find a broker, investment or financial advisor.
Case 8:20-cv-01852-JVS-KES   Document 57   Filed 07/19/21   Page 171 of 212   Page ID
#:2055

America's investors by making sure the securities industry operates fairly and honestly.

🖥  Learn more about FINRA at **www.finra.org**

# Want to learn more?

ℹ  **Learn more about BrokerCheck Information**
and where it comes from

📞  **Need Assistance?**
Call BrokerCheck Help Line at
(800) 289-9999, **email** us, or complete our **survey**.

🐦     in

**Privacy**   |   **Legal**

©2020 FINRA, All Rights Reserved

FINRA is a registered trademark of the Financial Industry Regulatory Authority, Inc.

# EXHIBIT 34



By clicking the **SEARCH** button or otherwise using BrokerCheck, I agree to **BrokerCheck Terms of Use**

**VERONICA SO** at Firm Name or CRD# (optional) in California

Refine Results ⌄

We found **2** results

《 〈   1 of 1 page   〉 》

▦ Tile View   Sort By Relevance ▾

---

**VERONICA JESS QUIROZ SORIANO (VERONICA** JESS QUIROZ)

CRD#: 6124006

Ⓑ   Broker *Regulated by* **FINRA**

**J.P. MORGAN SECURITIES LLC | CRD#: 79**
RANCHO CUCAMONGA, CA 91737

Disclosures ⓘ   No

Years of Experience   7

MORE DETAILS ›

---

**VERONICA DEL SOCORRO VASQUEZ-RIVERA (VERONICA** RIVERA...)

CRD#: 4624625

Ⓑ   Broker *Regulated by* **FINRA**

**NYLIFE SECURITIES LLC | CRD#: 5167**
GLENDALE, CA 91203

Disclosures ⓘ   Yes

Years of Experience   3

MORE DETAILS ›



**INDIVIDUAL** 　 **FIRM**

By clicking the **SEARCH** button or otherwise using BrokerCheck, I agree to **BrokerCheck Terms of Use**

| VERONICA SO | at | Firm Name or CRD# (optional) | in | Nevada ✕ | SEARCH |

Refine Results ≫

## No Results

We were unable to find any firms/individuals that matched the information you provided. You may want to try the following:

- Broaden or generalize your search criteria.

- Check the spelling of your search terms. You may want to try entering only part of a name.

- Check that any CRD Numbers, SEC Numbers, or Zip Codes are valid.

- Ensure the individual or firm is registered with FINRA, the Securities and Exchange Commission (SEC), or a state securities regulator. Also, Individuals are removed from BrokerCheck if they have been out of the industry for at least 10 years, except in cases where regulatory sanctions or criminal activity have occurred, in which case inclusion in BrokerCheck is permanent. Once registered, firms are included in BrokerCheck permanently even if its registration has lapsed or been revoked.

- Check the BrokerCheck Resources page on FINRA.org.

**Only individuals and firms that are registered can sell securities to the public. Salespersons and firms may not conduct any securities business with public customers until all required registrations are in effect.**

 Broker

A brokerage firm, also called a broker-dealer, is in the business of buying and selling securities – stocks, bonds, mutual funds, and certain other investment products – on behalf of its customer (as broker), for its own bank (dealer), or both.
Individuals who work for broker-dealers - the sales personnel are commonly referred to as brokers.

 Investment Adviser

An investment adviser is paid for providing advice about securities to clients. In addition, some investment advisers manage investment portfolios and offer financial planning services. It is common for a financial professional to act as both a broker and an investment adviser. Because of this, we include investment advisers on BrokerCheck, and provide links to the SEC's Investment Adviser Public Disclosure (IAPD) website so you can research further.

(PR) Previously Registered

A Previously Registered broker or brokerage firm is not currently licensed to act as a broker (buying and selling securities on behalf of customers) or as an investment adviser (providing advice about securities to clients). They may still be able to offer other investment-related services if properly licensed to do so. Click here to learn more.

📄 Disclosures

Disclosures can be customer complaints or arbitrations, regulatory actions, employment terminations, bankruptcy filings and certain civil or criminal proceedings that they were a part of.

Use of the BrokerCheck site is subject to
BrokerCheck Terms of Use

©2020 FINRA, All Rights Reserved

FINRA is a registered trademark of the Financial Industry Regulatory Authority, Inc.

**Privacy**  |  **Legal**   🐦   in

EXHIBIT 35

PERSONAL DATA

## HONG KONG POLICE FORCE
## STATEMENT / REPORT

| | | | |
|---|---|---|---|
| Report No. | WCHRN 20033066 | WCH | Station. |

| | | |
|---|---|---|
| Name of informant / Witness | SANYAL Anasuya | C.C.C.No. / |

Type of identification document          REDACTED

Age  REDACTED   Sex  Female          and number

Address     Room 01, 25/F, The Centrium, 60 Wyndham Street, Central

| | | | | | |
|---|---|---|---|---|---|
| Tel. No. | REDACTED | Occupation | Associate Director | D.O.B. | REDACTED |

Nationality and dialect

Taken by  DPC 21626          in  English          language

at  1115  hours on  2020-09-15          at (Place) Room 312 of Wan Chai Police Station

Interpreter     /

**States : -**

   I am willing to make a statement to the Police. The statement I am about to make is true to the best of my knowledge and belief and I make it knowing that if I willfully state anything which I know to be false or do not believe to be true, I may be liable to prosecution for a criminal offence.

Signed          *Anasuya Sanyal*

Witnessed by          _____

Interpreted by          _____

   I am the above stated person, married and educated up to university degree level. I can read, write and speak in English. I am willing to give a statement to police regarding a case of 'Request Police Investigation'.

2.        I work as an Associate Director at Control Risks, a consulting firm that investigates financial fraud, since 2015. Control Risks has an office in Hong Kong since the 1990s and is a global firm with headquarters in London, UK. Our company address is Room 01, 25/F, The Centrium, 60 Wyndham Street, Central. Our client a male named "Zach Hegde" of Ming Global Limited (address: Room 1206, Eastern Commercial Centre, 297 Hennessy Road, Wan Chai) contacted us on 7 September 2020 after trying to get his money back from First Eastern Investments, a HK based firm(address: 21/F, 28 Hennessy Road, Wan Chai).

3.        Our client is Zach Hegde, a male Australian citizen born in          REDACTED    . In June 2020 he received calls on his Australia mobile          REDACTED          for investment opportunities with a Hong Kong firm, First Eastern Investments, which was not the real First Eastern Investments. We did not get any information of suspect phone number in this stage. Zach spoke to several individuals who said they represented

*Anasuya Sanyal*          DPC 21626

First Eastern. The suspect names were Alexander Mann, Scott Bailey, Peter Lynd and Graham Cowell. Zach started to invest in June 2020. Zach started to suspect fraud in July 2020 when Peter Lynd would not return his calls or messages. Further communications with the suspects were also strange—they would not provide a direct phone number and there were many delays/excuses when Zach tried to get his money back. Control Risks contacted the First Eastern Investments who had no knowledge of or connection to these individuals or this situation.

4.      To date (September 2020), our client has made multiple transactions from Ming Global Limited's Hong Kong based HSBC account to two different American banks. The account number of my client is       REDACTED       .The transactions as following.

Between 18 June and 17 August 2020, the client made 18 transactions totaling USD 7,884,018.71 to a Bank of America account in CA, USA. The account number is       REDACTED

Between 3 June and 21 August 2020, the client made 13 transactions totaling USD 5,445,163.05 to US Bank account in MN, USA. The account number is REDACTED

The total loss of the client is USD 13.3 million.

5.      Our Company only got above information of this case and we make this report to HK police for record purposes. We will make the report to the US & Australian Police for investigation of this case.

   This statement consisting of 2 pages in the English language, each signed by me, has been read by me, and I have been told that I may correct, alter or add anything I wish.

This form may be used to record reports:-

(a)   taken while Report Book is not available,

(b)   of persons unable to come to station, and

(c)   of incidents occurring outside station area.

Signed

Witnessed by

Interpreted by:

Pol. 154

# EXHIBIT 36

 

MING | GLOBAL
supply chain solutions since 2010

1206, EASTERN COMMERCIAL CENTRE.
397 HENNESSY ROAD
WAN CHAI HONG KONG

COMPANY NUMBER: 1651434
HK BUSINESS REG. NUMBER:58664640
DUNS & BRADSTREET NUMBER:68-002-6625

PHONE: +852 3102 6896
Fax:        +852 3020 3399
EMAIL: ADMIN@MING-GLOBAL.COM
WEB:      WWW.MING-GLOBAL.COM

D&B
Decide with Confidence

## Letter Of Authority

To Whomsoever It May Concern.

We at Ming Global Limited Hong Kong strongly suspect that money has being fraudulently obtained from us through misrepresentation in the Hong Kong and US Equities and Securities Market.

We have appointed Control Risks as our professional advisor and representative in the matter and advise them file a police complaint on our behalf to investigate this matter further.

We request that HK Police please provide all possible assistance to Anasuya Sanyal from Control risk and/or their representative help in this case

Thank you.

Your sincerely,

Donna Marie
Ming Global Limited
+852 8197 3159

# EXHIBIT 37

**From:** Simon Newton <simon.newton@investmentsfirst.com>
**Date:** Tuesday, 29 September 2020 at 4:04 pm
**To:** Zach Hegde <zach@ming-global.com>
**Cc:** Donna Marie <donna@ming-global.com>, Angela Fung <accounts@investmentsfirst.com>
**Subject:** Re: First Eastern Investments

Zach,

I would have to agree with you in this instance. I am aware it doesn't bode well for myself however I am determined to fix this situation.

Yes, $100,000 will be sufficient however it's your call. The reason we are funding the personal account is to demonstrate to the bank that although we did execute an ACAT from your personal account to your corporate account, we are still actively using both. Although $100,000 is absolutely fine, if you could stretch a bit more, it certainly won't be harmful.

If we can err on the side of caution, I anticipate the turnaround will be no more than 5 days. Once the audit has been called off, Maybank will take over the responsibility from BofA and start the repatriation process.

If you can make the transfer today, in my experience BofA will call off the audit tonight.

BofA will then be in a position to execute a switch which essentially means forwarding the funds to the New York Maybank branch. The switch tends to take 48 hours. Once cleared with Maybank they will forward to their HQ in Kuala Lumpur, Malaysia and from Kuala Lumpur to your HSBC account in Hong Kong. Zach 5 days, maximum 7 days to be safe.

Please find attached the remittance instructions for the transaction. When making a transfer, kindly use the reference so we can locate the transaction.

It normally takes 24-48 hours to clear in the account. Angela, kindly update Mr. Hedge as soon as his fund clear please.

Regards,

**Simon Newton**
**Head of Compliance**

+852 3002 4430

simon.newton@investmentsfirst.com

28 Hennessy Rd, Wan Chai, Hong Kong

www.investmentsfirst.com



*This email and the information it contains is confidential and intended only for the party or parties named. Its contents are not to be disclosed, copied, or used in any way except by the named party or parties. If you are not the named party or parties, please notify us immediately by reply. We do not accept any responsibility for the accuracy or completeness of this message as it has been sent over a public network. If you believe that this message has been intercepted or amended, please inform us immediately.*

On 2020-09-29 13:24, Zach Hegde wrote:

Thanks Simon,

I wish your team had the "common sense" to do the compliance properly in the first instance and we would not have been in this situation right?

Could you please send the remittance. Pls keep Donna in CC- you said 100K is enough for this right? And what is the time line for this to be cleared?

What is the time line for the funds to be returned?

Zach

**From:** Simon Newton <simon.newton@investmentsfirst.com>
**Date:** Tuesday, 29 September 2020 at 3:20 pm
**To:** Zach Hegde <zach@ming-global.com>
**Cc:** Donna Marie <donna@ming-global.com>
**Subject:** Re: First Eastern Investments

Zach,

Please understand while there is an external audit being processed on both accounts, we can not discuss this matter without it being on record so I'm awfully sorry to say I can not call you.

I assure you, although it seems this way, we are taking every precaution to protect you and provide the best service we can. Once this is resolved, it will be understood.

As much as I would love to talk with you, I simply can not. I assure you this is for the best. I can not risk delaying any further.

Take this as my word, if you execute this one trade though your personal account, the bank will recall the audit. I have been involved with audits with Bank of America thousands of times and every time it has resolved itself simply by following common sense, however the problem with common sense nowadays is that it's not that common.

Regards,

**Simon Newton**
**Head of Compliance**

+852 3002 4430

simon.newton@investmentsfirst.com

28 Hennessy Rd, Wan Chai, Hong Kong

www.investmentsfirst.com



*This email and the information it contains is confidential and intended only for the party or parties named. Its contents are not to be disclosed, copied, or used in any way except by the named party or parties. If you are not the named party or parties, please notify us immediately by reply. We do not accept any responsibility for the accuracy or completeness of this message as it has been sent over a public network. If you believe that this message has been intercepted or amended, please inform us immediately.*

On 2020-09-29 13:04, Zach Hegde wrote:

Simon-

Could you please call me in relation to this?

I really need to understand the intricacies of this- seems like a continuous flow of funds in 1 direction and nothing coming back.

Awaiting your call

Zach

---

**From:** Simon Newton <simon.newton@investmentsfirst.com>
**Date:** Tuesday, 29 September 2020 at 3:02 pm
**To:** Zach Hegde <zach@ming-global.com>
**Cc:** Donna Marie <donna@ming-global.com>
**Subject:** Re: First Eastern Investments

Mr. Hegde,

Yes you are absolutely correct in relation to the personal account (Sharath Kumar Hegde).

If we execute ONE trade ONLY, through your personal account, it will give me some leeway to liaise with the bank to release the funds immediately and drop the audit as this will eradicate the inactivity.

I think it's for the best to follow this advice Zach, as it could take weeks and we all really want to draw a line under this now for the sake of everyone involved, including you and your investors.

My advice would be to execute a trade between $100,000 - $500,000 which would put you into the bracket of a seasoned trader.

If you decide to follow this advice, we would use JP Morgan Chase who has an excellent investment banking relationship with Maybank.

Maybank will then be in a position to take over the responsibilities for the repatriation to your Ming Global bank account.

If you decide not to do this, then we will simply have to wait for the audit reports which I'm confident will come back positive but time is of the essence.

Kindly advise?

Regards,

**Simon Newton**
**Head of Compliance**

+852 3002 4430

simon.newton@investmentsfirst.com

28 Hennessy Rd, Wan Chai, Hong Kong

www.investmentsfirst.com



*This email and the information it contains is confidential and intended only for the party or parties named. Its contents are not to be disclosed, copied, or used in any way except by the named party or parties. If you are not the named party or parties, please notify us immediately by reply. We do not accept any responsibility for the accuracy or completeness of this message as it has been sent over a public network. If you believe that this message has been intercepted or amended, please inform us immediately.*

On 2020-09-29 12:29, Zach Hegde wrote:

Hi Simon,

Of course I am very disappointed- every time it comes to the end of receiving the money there is another story and all this due to issues caused by First Eastern Investment and the staff.

Scott was advising me that the primary account (Sharath Hegde) was no issue and if we did some small transaction that would re-calibrate that account and help us out of this mess quickly.

Is this possible?

Donna is still trying to reach Angela about the discrepancy.

As for your email below, why can't I speak with someone who has some knowledge and who can answer me clearly as your reply are a bit vague.

Simon, as you can understand I am bit frustrated here and reaching out to receptionist who has no idea how your office works is a bit frustrating. So pardon my impatience as he cannot connect me to anyone in the business since start-

Can I please get a response urgently to my above query?

Zach

**From:** Simon Newton <simon.newton@investmentsfirst.com>
**Date:** Monday, 28 September 2020 at 3:31 pm
**To:** Zach Hegde <zach@ming-global.com>
**Cc:** Donna Marie <donna@ming-global.com>
**Subject:** Re: First Eastern Investments


Dear Mr. Hegde,

I do understand your disappointment, we were all bitterly disappointed as well with the decision.

1. The unusual activity relates to the changing of account type and name, as well as the lack of activity on the individual account.

2. The bank who have appointed the audit is 'The Bank of America Corporation' and within their investment banking and corporate finance department. We are still a
waiting for the auditing company details. Once we know, we will provide all details.

3. There has been no breach of regulation from our perspective, however the point of the audit is to correctly determine that. First Eastern Investments Ltd have not breached any regulation during your time trading with us and we are confident that the audit will reveal this.

4. The audit can take anywhere between 2-8 weeks. Depending on the level of checks, we are hoping both account reports will be finalised sooner rather than later.

5. I have removed Scott as your account representative because I feel this is above his experience. He was upset with this decision but ultimately it was my call. We are forbidden to initiate any trades so his skill set is not relevant for the time being. Your contact will now be myself until we have the audit reports. I assure you this is normal, when compliance comes into practice.

Mr. Hegde, I understand you have many questions and quite rightly so however, we are doing everything we possibly can. I ask you to refrain from speaking to my staff inappropriately and let us do our job.

If there are issues with your account statements then kindly forward the details to Angela and we can resolve the issue immediately. Kindly note I have been informed that there are no mistakes on the account statements so please provide the details so we can rectify them.

I hope this answers your questions and please don't hesitate to reply if there are any more queries.

Regards,

**Simon Newton**
**Head of Compliance**

+852 3002 4430

6

simon.newton@investmentsfirst.com

28 Hennessy Rd, Wan Chai, Hong Kong

www.investmentsfirst.com



*This email and the information it contains is confidential and intended only for the party or parties named. Its contents are not to be disclosed, copied, or used in any way except by the named party or parties. If you are not the named party or parties, please notify us immediately by reply. We do not accept any responsibility for the accuracy or completeness of this message as it has been sent over a public network. If you believe that this message has been intercepted or amended, please inform us immediately.*

On 2020-09-28 09:23, Zach Hegde wrote:

Hi Simon,

I just had the opportunity to read the email and I am very disappointed with it.

I have a few questions and if you don't mind please replying back on this urgently?

What is this "unusual activity'?

Which Bank and who are these Regulators that are being appointed and by whom?

Breach of what regulations? as all this is being conducted by your First Eastern Investment Company-

What regulations has First Eastern Investment Breached with our investments?

How long for his reports as we have had many excuses and reasons since the start?

Why have you advised Scott bailey to step down? Who is my contact now- every company as an account manager to manage this , and I find it very weird and non-professional for any institution like that First Eastern does not have an account manager to speak when the stakes are so high?

What's going on here?


Simon,

I need to speak with your urgently or with Scott Bailey- This is making me very nervous as we are having one issue after another with This large amounts of money which surely you know will have repercussions in every arena- I need to find a compromise and settle this matter urgently. There are also multiple issues with the accounts sheet in relation to the two accounts with large discrepancy.


Also please note Simon- According to Scott it was your compliance team that made severe mistakes with Ming Global accounts in rush to receive the money and did not do your compliance and check documents correctly and now we are paying the price of this??? This is not fair and reasonable way to conduct business


Who can I speak with urgently in First Eastern to escalate this matter as clearly we are getting nowhere with this?


Zach


**From:** Simon Newton <simon.newton@investmentsfirst.com>
**Date:** Friday, 25 September 2020 at 2:19 pm
**To:** Zach Hegde <zach@ming-global.com>
**Subject:** First Eastern Investments


Dear Mr. Hegde,

We have been informed that both your individual and corporate trading accounts with First Eastern Investments Ltd have been selected for external audits due to 'unusual activity' based on information provided by yourself.

We were notified on the 24/09/20 and have since been informed that the bank regulators will appoint an auditor who's responsible for determining that all trading and banking records are complete, accurate and are not in breach of any regulations. The auditor will be absent of bias and will give full reports to all parties involved.

Once we are in possession of the auditing reports on both accounts, we will forward you copies immediately.

Assuming the reports are positive, the transfer agent can start the funds repatriation process without any encumbrances.

If the reports are negative and the auditor feels there has been activity executed below regulation standards or they acknowledge any irregularities, then we will listen to their advice and take action.

I have informed Scott Bailey to step down as your advisor for the time being as no trading is permitted during this audit so kindly direct all communication to myself. Please note I will not take phone calls during this audit.

As both of your trading accounts have been registered this year, you will be priority so rest assure that we will be on top of this for you.

Please do not hesitate to make contact via email if you have any queries.

Regards,

**Simon Newton**
**Head of Compliance**

+852 3002 4430

simon.newton@investmentsfirst.com

28 Hennessy Rd, Wan Chai, Hong Kong

www.investmentsfirst.com



*This email and the information it contains is confidential and intended only for the party or parties named. Its contents are not to be disclosed, copied, or used in any way except by the named party or parties. If you are not the named party or parties, please notify us immediately by reply. We do not accept any responsibility for the accuracy or completeness of this message as it has been sent over a public network. If you believe that this message has been intercepted or amended, please inform us immediately.*

# EXHIBIT 38

# <u>REMITTANCE INSTRUCTIONS</u>

**Beneficiary Account Name:**    IRVINE MANAGEMENT TRANSFER AND HOLDING CORP

**Beneficiary Address:**    170 FOREST AVENUE
GLEN COVE, NY
USA 11542-3808

**Beneficiary Account Number:**    REDACTED

**Beneficiary Bank Name:**    JP MORGAN CHASE

**Beneficiary Bank Address:**    85 FOREST AVENUE
LOCUST VALLEY, NY
USA 11560

**SWIFT Code:**    REDACTED

**Routing Number:**    REDACTED

**Amount:**

**Important:** In the additional information filed of your transfer request, please enter the following information only. This will ensure that your transfer is correctly allocated and will ensure that delays are avoided.

## Payment Reference:    REDACTED

Please remember, we are here to help. If there is anything that you are unsure about, please contact your representative immediately.

# EXHIBIT 39

Google

170 Forest Ave., Glen Cove, New York 11542　　✕　🎤　🔍

All　Maps　Shopping　News　Books　More　　　　　Settings　Tools

About 227,000 results (0.70 seconds)



170 Forest Ave
Glen Cove, NY 11542

www.zillow.com › ... › Glen Cove › 11542 › 11542 ▾
**170 Forest Ave, Glen Cove, NY 11542 | Zillow**
The property **170 Forest Ave, Glen Cove, NY 11542** is currently not for sale on Zillow. View details, sales history and Zestimate data for this property on Zillow.

www.loopnet.com › Listing › 170-Forest-Avenue-Glen... ▾
**170 Forest Ave, Glen Cove, NY 11542 - Property Record ...**
View information about **170 Forest Ave, Glen Cove, NY 11542**. See if the property is available for sale or lease. View photos, public assessor data, maps and ...

www.loopnet.com › Listing › 170-Forest-Ave-Glen-Co... ▾
**170 Forest Ave, Glen Cove, NY 11542 | LoopNet.com**
Aug 18, 2020 - **170 Forest Ave, Glen Cove, NY 11542**. This space was available for Lease on LoopNet.com. 7000 square foot retail strip center. Brand new ...

www.trulia.com › NY › Glen Cove › 11542 ▾
**170 Forest Ave Glen Cove, NY 11542 - Trulia**
**170 Forest Ave, Glen Cove, NY 11542** is a 4244 sqft, Studio home sold in 2012. See the estimate, review home details, and search for homes nearby.

www.forestavegrill.com ▾
**Forest Ave Grill: HOME**
**170 Forest Avenue. Glen Cove, New York 11542.** Tel: ... dish is made from scratch with the. freshest ingredients that today's market has to offer. **Forest Ave** Grill ...

www.propertyshark.com › ... › 11542 › Forest Ave ▾
**170 Forest Ave, Glen Cove, NY 11542 - Owner & Property ...**
View Property & Ownership Information, property sales history, liens, taxes, zoning...for **170 Forest Ave, Glen Cove, NY 11542** - All property data in one place!

www.mapquest.com › q-s-laundromat-1501529 ▾
**Q & S Laundromat 170 Forest Ave Glen Cove, NY - MapQuest**
Get directions, reviews and information for Q & S Laundromat in Glen Cove, NY. ... **170 Forest Ave, Glen Cove, NY 11542.** (516) 676-2956. Claim this business.

170 Forest Ave., Glen Cove, New York 11542 - Google Search

www.mapquest.com › new-york › forest-ave-grill-3760...

**Forest Ave Grill 170 Forest Ave Glen Cove, NY Restaurants ...**

Forest Ave Grill. **170 Forest Ave, Glen Cove, NY 11542**. (516) 277-2360.

www.officespace.com › New York › Glen Cove  ▾

**170 Forest Ave, Glen Cove, NY 11542 - OfficeSpace.com**

2 Retail spaces for lease or rent at **170 Forest Ave, Glen Cove, NY 11542**. View photos and contact a broker.

www.realtytrac.com › ... › Glen Cove › 11542

**170 Forest Ave, Glen Cove, NY 11542 - 48728666 | RealtyTrac**

Discover **170 Forest Ave, Glen Cove, NY 11542 -** miscellaneous with 11318 sq. ft.. Get the latest property info at RealtyTrac - 48728666.

Related searches

| | |
|---|---|
| Hazuki glen cove | American cafe 11542 |
| Glen cove Forest Grill | Forest Pizza menu |
| Forest Ave Grill New reviews 2019 | |

**1** 2 3 4 5 6 7 8 9 10    Next

---

**Orange County, California** - Based on your past activity - Use precise location - Learn more

Help    Send feedback    Privacy    Terms

Glen Cove, New York



Image capture: Sep 2019    © 2020 Google

 Google

Street View



# EXHIBIT 40

# NYS Department of State

## Division of Corporations

### Entity Information

The information contained in this database is current through October 2, 2020.

Selected Entity Name: IRVINE MANAGEMENT TRANSFERS AND HOLDINGS CORP
Selected Entity Status Information

| | |
|---|---|
| **Current Entity Name:** | IRVINE MANAGEMENT TRANSFERS AND HOLDINGS CORP |
| **DOS ID #:** | 5635198 |
| **Initial DOS Filing Date:** | OCTOBER 08, 2019 |
| **County:** | NASSAU |
| **Jurisdiction:** | NEW YORK |
| **Entity Type:** | DOMESTIC BUSINESS CORPORATION |
| **Current Entity Status:** | ACTIVE |

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
ALYSSA D'URSO
9A FROST POND RD
GLEN COVE, NEW YORK, 11542

**Registered Agent**

NONE

This office does not record information regarding the names and addresses of officers, shareholders or directors of nonprofessional corporations except the chief executive officer, if provided, which would be listed above. Professional corporations must include the name(s) and address(es) of the initial officers, directors, and shareholders in the initial certificate of incorporation, however this information is not recorded and only available by viewing the certificate.

**\*Stock Information**

Case 8:20-cv-01852-JVS-KES   Document 57-1   Filed 07/19/21   Page 199 of 212   Page ID #:2083

| # of Shares | Type of Stock | $ Value per Share |
|---|---|---|
| 200 | No Par Value | |

*Stock information is applicable to domestic business corporations.

**Name History**

| Filing Date | Name Type | Entity Name |
|---|---|---|
| OCT 08, 2019 | Actual | IRVINE MANAGEMENT TRANSFERS AND HOLDINGS CORP |

A **Fictitious** name must be used when the **Actual** name of a foreign entity is unavailable for use in New York State. The entity must use the fictitious name when conducting its activities or business in New York State.

NOTE: New York State does not issue organizational identification numbers.

Search Results   New Search

Services/Programs   |   Privacy Policy   |   Accessibility Policy   |   Disclaimer   |   Return to DOS Homepage   |   Contact Us

# EXHIBIT 41

Google     | 9A Frost Pond Rd., Glen Cove, New York 11542    ✕   🎤   🔍 |

All    Maps    Shopping    News    Books    More       Settings    Tools

About 25,600 results (0.60 seconds)



**9 Frost Pond Rd**
Glen Cove, NY 11542      DIRECTIONS

www.zillow.com › ... › Glen Cove › 11542 › 11542 ▾
**9 Frost Pond Rd, Glen Cove, NY 11542 | Zillow**
The property **9 Frost Pond Rd**, **Glen Cove**, NY **11542** is currently not for sale on Zillow. View details, sales history and Zestimate data for this property on Zillow.

www.realtor.com › ... › Glen Cove › Frost-Pond Rd ▾
**9 Frost Pond Rd, Glen Cove, NY 11542 - realtor.com®**
View 9 photos for **9 Frost Pond Rd**, **Glen Cove**, NY **11542** a 3 bed, 2 bath, 7104 Sq. Ft. duplex/triplex built in 1933 that sold on 05/17/2013.

www.redfin.com › NY › 9-Frost-Pond-Rd-11542 › home ▾
**9 Frost Pond Rd, Glen Cove, NY 11542 | Redfin**
4 baths, 1834 sq. ft. multi-family (2-4 unit) located at **9 Frost Pond Rd**, **Glen Cove**, NY **11542**. View sales history, tax history, home value estimates, and overhead ...

www.trulia.com › NY › 11542 ▾
**9 Frost Pond Rd Glen Cove, NY 11542 - Trulia**
**9 Frost Pond Rd**, **Glen Cove**, NY **11542** is a 1834 sqft, 2 bath home. See the estimate, review home details, and search for homes nearby.

www.spokeo.com › ... › Glen Cove › Frost Pond Rd ▾
**Who Lives on Frost Pond Rd, Glen Cove, NY 11542 | Spokeo**
Find out who lives on **Frost Pond Rd**, **Glen Cove**, NY **11542**. Uncover property values, resident history, neighborhood safety score, and more! 108 records found ...

www.apartments.com › Houses › New York › Glen Cove ▾
**66 Frost Pond Rd, Glen Cove, NY 11542 - House for Rent in ...**
About **66 Frost Pond Rd** Glen Cove, NY **11542**. North Shore school district-Upscale whole house rental.Spotless split triplex with private yard. Freshly ...
$3,950.00

www.compass.com › Glen Cove › 11542 › Gold Coast ▾
**66 Frost Pond Road, Glen Cove, NY 11542 | Compass**

Google

9A Frost Pond Rd., Glen Cove, New York 11542

www.coldwellbankerhomes.com › ny › pid_35382427 ▾

**111 Frost Pond Rd, Glen Cove, NY 11542 - MLS 3209711 ...**

For Sale - 111 **Frost Pond Rd, Glen Cove, NY** - $499000. View details, map and photos of this single family property with 3 bedrooms and 1 total baths.

$499,000.00

looplink.covingtonky.gov › property › 7-frost-pond-rd-g...

**7 Frost Pond Rd, Glen Cove, NY 11542 - Property Record ...**

View information about 7 **Frost Pond Rd, Glen Cove, NY 11542**. See if the property is available for sale or lease. View photos, public assessor data, maps and ...

www.apartmentfinder.com › ... › Glen Cove Houses ▾

**39 Frost Pond Rd - Glen Cove, NY | Apartment Finder**

... foot prints....ready for you and yours.... (Listing 3075310 Confirmed **9**/15/2019). 39 **Frost Pond Rd** is located in **Glen Cove, New York** in the **11542** zip code.

1 2 3 4 5 6 7 8 9     Next

**Orange County, California** - Based on your past activity - Use precise location - Learn more

Help     Send feedback     Privacy     Terms

 Maps          Frost Pond Rd



Image capture: Jul 2012    © 2020 Google

Glen Cove, New York

 Google

Street View



# EXHIBIT 42

## IRVINE MANAGEMENT TRANSFERS



## ABOUT

**Irvine Management Transfers focuses solely on the needs of Institutional investors while prioritizing a select number of corporate transactional services.**

Irvine Management Transfers, we serve as a strategic partner, adding value through high-level consultative services and integrated execution of stock transfer agent services including complete share registry management, compliance risk reduction, shareholder engagement and cash disbursement.  We manage transactions for institutional investors around the globe including sovereign wealth funds, corporate and public plans.

## CORPORATE LOGIN

Transaction Code:

Password:

**SUBMIT**

## KEY SERVICES INCLUDE

### Shareholder Accounting and Transactional Record-keeping:

Irvine Management Transfers can maintain shareholder records by maintaining stock classes, providing certificate history and account information for corporate shareholders, updating shareholder contact information, and providing full shareholder, broker, and regulatory support.

### Corporate Actions:

Our corporate action experts may assist you process your merger and acquisitions, stock splits, name changes, spin-offs and divestitures, private placements, initial public offerings, and more.

### Escrow Services:

Whether it's a private transaction between two shareholders or a corporate activity, Irvine Management Transfers can assist you by providing the security and privacy your escrow transaction requires.

## CONTACT

### Investor Relations / Fund Enquiries:
**corporate@irvinemgmt.com**

### All Other Enquiries:
**enquiries@irvinemgmt.com**

*Copyright © 2020 Irvine Management Transfers and Holding Corp*

170 Forest Ave, Glen Cove, N.Y. 11542

**Registered with New York Department of State**

# EXHIBIT 43



| INDIVIDUAL | FIRM |
|---|---|

By clicking the **SEARCH** button or otherwise using BrokerCheck, I agree to **BrokerCheck Terms of Use**

| Irvine Management Transfers and Holdings Corp | in | New York | × | SEARCH |

Refine Results ≫

## No Results

We were unable to find any firms/individuals that matched the information you provided. You may want to try the following:

- Broaden or generalize your search criteria

- Check the spelling of your search terms. You may want to try entering only part of a name.

- Check that any CRD Numbers, SEC Numbers, or Zip Codes are valid.

- Ensure the individual or firm is registered with FINRA, the Securities and Exchange Commission (SEC), or a state securities regulator. Also, Individuals are removed from BrokerCheck if they have been out of the industry for at least 10 years, except in cases where regulatory sanctions or criminal activity have occurred, in which case inclusion in BrokerCheck is permanent. Once registered, firms are included in BrokerCheck permanently even if its registration has lapsed or been revoked.

- Check the BrokerCheck Resources page on FINRA.org.

**Only individuals and firms that are registered can sell securities to the public. Salespersons and firms may not conduct any securities business with public customers until all required registrations are in effect.**



 Broker

A brokerage firm, also called a broker-dealer, is in the business of buying and selling securities – stocks, bonds, mutual funds, and certain other investment products – on behalf of its customer (as broker), for its own bank (dealer), or both.
Individuals who work for broker-dealers - the sales personnel are commonly referred to as brokers.

 Investment Adviser

An investment adviser is paid for providing advice about securities to clients. In addition, some investment advisers manage investment portfolios and offer financial planning services. It is common for a financial professional to act as both a broker and an investment adviser. Because of this, we include investment advisers on BrokerCheck, and provide links to the SEC's Investment Adviser Public Disclosure (IAPD) website so you can research further.

PR Previously Registered

A Previously Registered broker or brokerage firm is not currently licensed to act as a broker (buying and selling securities on behalf of customers) or as an investment adviser (providing advice about securities to clients). They may still be able to offer other investment-related services if properly licensed to do so. Click here to learn more.

Disclosures

Disclosures can be customer complaints or arbitrations, regulatory actions, employment terminations, bankruptcy filings and certain civil or criminal proceedings that they were a part of.

Use of the BrokerCheck site is subject to
BrokerCheck Terms of Use

©2020 FINRA, All Rights Reserved

FINRA is a registered trademark of the Financial Industry Regulatory Authority, Inc.

Privacy | Legal

# EXHIBIT 44



**INDIVIDUAL**          **FIRM**

By clicking the **SEARCH** button or otherwise using BrokerCheck, I agree to **BrokerCheck Terms of Use**

| Alyssa D'Urso | at | Firm Name or CRD# (optional) | in | New York ✕ | SEARCH |

Refine Results ≫

## No Results

We were unable to find any firms/individuals that matched the information you provided. You may want to try the following:

- Broaden or generalize your search criteria.

- Check the spelling of your search terms. You may want to try entering only part of a name.

- Check that any CRD Numbers, SEC Numbers, or Zip Codes are valid.

- Ensure the individual or firm is registered with FINRA, the Securities and Exchange Commission (SEC), or a state securities regulator. Also, Individuals are removed from BrokerCheck if they have been out of the industry for at least 10 years, except in cases where regulatory sanctions or criminal activity have occurred, in which case inclusion in BrokerCheck is permanent. Once registered, firms are included in BrokerCheck permanently even if its registration has lapsed or been revoked.

- Check the BrokerCheck Resources page on FINRA.org.

**Only individuals and firms that are registered can sell securities to the public. Salespersons and firms may not conduct any securities business with public customers until all required registrations are in effect.**

 Broker

A brokerage firm, also called a broker-dealer, is in the business of buying and selling securities – stocks, bonds, mutual funds, and certain other investment products – on behalf of its customer (as broker), for its own bank (dealer), or both.
Individuals who work for broker-dealers - the sales personnel are commonly referred to as brokers.

 Investment Adviser

An investment adviser is paid for providing advice about securities to clients. In addition, some investment advisers manage investment portfolios and offer financial planning services. It is common for a financial professional to act as both a broker and an investment adviser. Because of this, we include investment advisers on BrokerCheck, and provide links to the SEC's Investment Adviser Public Disclosure (IAPD) website so you can research further.

(PR) Previously Registered

A Previously Registered broker or brokerage firm is not currently licensed to act as a broker (buying and selling securities on behalf of customers) or as an investment adviser (providing advice about securities to clients). They may still be able to offer other investment-related services if properly licensed to do so. Click here to learn more.

📄 Disclosures

Disclosures can be customer complaints or arbitrations, regulatory actions, employment terminations, bankruptcy filings and certain civil or criminal proceedings that they were a part of.

Use of the BrokerCheck site is subject to
BrokerCheck Terms of Use

©2020 FINRA, All Rights Reserved

FINRA is a registered trademark of the Financial Industry Regulatory Authority, Inc.

**Privacy** | **Legal**