UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 20-1852 JVS (KESx) | Date | April 28, 2022 |
| Title | Ming Global Limited v. Monarch Holdings, Inc. | | |

Present: The Honorable   **James V. Selna, U.S. District Court Judge**

| Lisa Bredahl | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs:   Attorneys Present for Defendants:

Not Present   Not Present

**Proceedings:**   **[IN CHAMBERS] Order Regarding Motion to Amend Scheduling Order and Continue Trial**

Plaintiff Ming Global, Ltd. ("Ming Global") filed a motion to amend the scheduling order and continue trial. Dkt. 72. The motion is unopposed.

For the following reasons, the Court **GRANTS** the motion to amend the scheduling order. The Court **ORDERS** Ming Global to submit a proposed order with its suggested dates to the Court within seven days.

The Court **VACATES** the May 2, 2022, hearing. The Court finds that oral argument would not be helpful in this matter. Fed R. Civ. P. 78; L.R. 7-15.

**I. BACKGROUND**

The factual background and procedural history of this case are well known to the parties and the Court. On September 24, 2020, Ming Global filed this action against Defendant Monarch Holdings, Inc. ("Monarch"). Compl., Dkt. 1. On July 19, 2021, the Court granted leave to Ming Global to file the Second Amended Complaint ("SAC") and set new scheduling deadlines. Dkt. 56. Pursuant to that order, the deadline for filing motions was on March 21, 2022 to file motions, the discovery cut-off date was on March 22, 2022, and the jury trial date was set for May 31, 2022. Id. at 1.

The SAC alleges various claims regarding investment fraud against Monarch Holdings, Veronica So ("So"), Derek Nguyen ("Nguyen"), and Javeed Matin ("Matin") (collectively, "Defendants"). See Dkt. 57. So is the sole corporate director of Monarch who allegedly set up the bank accounts through which the fraudulently stolen

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 20-1852 JVS (KESx) | Date | April 28, 2022 |
| Title | Ming Global Limited v. Monarch Holdings, Inc. | | |

funds were received by Monarch.  Id. ¶ 9.  On December 21, 2021, the Court denied a motion from So to stay this action pending a federal criminal investigation in New York.  Dkt. 68.  On March 31, 2022, Ming Global filed the instant motion.

## II.  Legal Standard

A party seeking to modify a scheduling order must satisfy the "good cause" standard for modifying the scheduling order under Rule 16(b) of the Federal Rules of Civil Procedure.  Fed. R. Civ. P. 16(b)(4); Johnson v. Mammoth Recreations, Inc., 975 F.2d 604, 607–08 (9th Cir. 1992).  The good cause standard "primarily considers the diligence of the party seeking the amendment."  Johnson, 975 F.2d at 609.  The court may grant relief from a scheduling deadline if the deadline could not "reasonably be met despite the diligence of the party seeking the extension."  Id.  While a court may consider prejudice to the opposing party, "the focus of the inquiry is upon the moving party's reasons for seeking modification."  Id.

## III.  Discussion

As an initial matter, Defendants did not file an opposition to Ming Global's motion.  Defendants' failure to file an opposition may be construed as a concession to Ming Global's arguments.  See L.R. 7-12.  However, the Court will consider the merits of Ming Global's motion.  Ming Global seeks to continue the trial and related dates by approximately seven months.  See Dkt. 72-2 at 1.  It argues that good cause exists because it has not been able to locate Nguyen and Matin to serve process and obtain discovery.  Id. at 1–2; Lee Decl., Dkt. 72-1, ¶ 3.

Based on reports from private investigators, Ming Global now believes that Matin is currently residing in Bangladesh, potentially with So.  Lee Decl. ¶¶ 3, 5–6.  Ming Global investigated residences associated with Nguyen in California, Texas, and Vietnam, but has not been unable to identify his precise whereabouts.  Id. ¶¶ 7–11.  On January 18, 2022, Ming Global conducted a video deposition of So to attempt to locate Matin and Nguyen and obtain additional information to prosecute the case.  Id. ¶ 12.  So appeared remotely from an unknown location and refused to provide any information regarding Matin and Nguyen.  Id. ¶¶ 12–13.  Ming Global subsequently approached So's counsel regarding a modification of the scheduling order, but he expressed his intention to withdraw from this case.  Id. 14–15; see Dkt. 71 (granting withdrawal motion on

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 20-1852 JVS (KESx) | Date | April 28, 2022 |
| Title | Ming Global Limited v. Monarch Holdings, Inc. | | |

February 24, 2022). Ming Global then attempted to contact So via her personal email and her criminal attorney in another matter, but did not receive any response from So regarding this motion. Id. ¶¶ 16–20, Ex. A.

The Court finds that Ming Global has shown good cause for modifying the scheduling order. It has diligently attempted to locate Nguyen and Matin to serve process and identify the information needed to prosecute its case. It also provided So with multiple opportunities to provide input on the contents of this motion. In light of Ming Global's extensive efforts to prosecute this action and the lack of any showing of prejudice on behalf of Defendants, the Court finds that the requested amendment to the scheduling order is reasonable.

## IV. CONCLUSION

For the foregoing reasons, the Court **GRANTS** the motion to amend the scheduling order. The Court **ORDERS** Ming Global to submit a proposed order with its suggested case management dates to the Court within seven days.

The Court **VACATES** the May 2, 2022, hearing. The Court finds that oral argument would not be helpful in this matter. Fed R. Civ. P. 78; L.R. 7-15.

**IT IS SO ORDERED.**

| | : | 0 |
|---|---|---|
| Initials of Preparer | lmb | |