Nicholas O. Kennedy (State Bar No. 280504)
nicholas.kennedy@bakermckenzie.com
**BAKER & McKENZIE LLP**
1900 North Pearl Street, Suite 1500
Dallas, TX 75201
Telephone: 214.978.3000

Thomas Tysowsky (State Bar No. 330022)
thomas.tysowsky@bakermckenzie.com
**BAKER & McKENZIE LLP**
10250 Constellation Boulevard, Suite 1850
Los Angeles, CA 90067
Telephone: 310.201.4728

Attorneys for Plaintiff,
MING GLOBAL LIMITED, a Hong Kong company

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MING GLOBAL LIMITED, a Hong Kong company,<br><br>          Plaintiff,<br><br>     v.<br><br>MONARCH HOLDINGS INC., a Nevada corporation, d/b/a MONARCH INTERNATIONAL INC., VERONICA SO a/k/a MARIA VERONICA SO a/k/a MARIA SO, an individual, IRVINE MANAGEMENT TRANSFERS AND HOLDINGS CORP, a New York corporation, ALYSSA D'URSO a/k/a ALYSSA DURSO, an individual; and Does 1 through 10 inclusive,<br><br>          Defendants. | **Case No. 8:20-cv-01852-JVS-KES**<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL, WITHOUT PREJUDICE**<br><br>**[Fed. R. Civ. P. 41(A)(1)(a)]**<br><br>District Judge James V. Selna<br>Magistrate Judge Karen E. Scott<br><br>SAC Filed: July 19, 2021 |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Plaintiff Ming Global Limited ("Plaintiff" or "Ming Global") by and through its undersigned counsel, hereby gives notice of the voluntary dismissal of Defendants (1) Monarch Holdings Inc., a Nevada corporation, d/b/a Monarch International Inc., (2) Javeed Matin and (3) Derek Nguyen ("Defendants") in the above-captioned action pursuant to Federal Rule of Civil Procedure 41(A)(1)(a) without prejudice.

Defendants have neither answered Ming Global's pleading, nor filed a motion for summary judgment.

Dated: August 15, 2022

Respectfully submitted,

**BAKER & McKENZIE LLP**
Nicholas O. Kennedy
Thomas Tysowsky

By:  /s/ Nicholas O. Kennedy
　　　　Nicholas O. Kennedy

Attorneys for Plaintiff
MING GLOBAL LIMITED