Nicholas O. Kennedy (State Bar No. 280504)
nicholas.kennedy@bakermckenzie.com
**BAKER & McKENZIE LLP**
1900 North Pearl Street, Suite 1500
Dallas, TX  75201
Telephone: 214.978.3000

Thomas Tysowsky (State Bar No. 330022)
thomas.tysowsky@bakermckenzie.com
**BAKER & McKENZIE LLP**
10250 Constellation Boulevard, Suite 1850
Los Angeles, CA  90067
Telephone: 310.201.4728

Attorneys for Plaintiff,
MING GLOBAL LIMITED, a Hong Kong company

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MING GLOBAL LIMITED, a Hong Kong company,<br><br>       Plaintiff,<br><br>    v.<br><br>MONARCH HOLDINGS INC., a Nevada corporation, d/b/a MONARCH INTERNATIONAL INC., VERONICA SO a/k/a MARIA VERONICA SO a/k/a MARIA SO, an individual, IRVINE MANAGEMENT TRANSFERS AND HOLDINGS CORP, a New York corporation, ALYSSA D'URSO a/k/a ALYSSA DURSO, an individual; and Does 1 through 10 inclusive,<br><br>       Defendants. | **Case No. 8:20-cv-01852-JVS-KES**<br><br>**PROOF OF SERVICE**<br><br>District Judge James V. Selna<br>Magistrate Judge Karen E. Scott<br><br>SAC Filed: July 19, 2021 |

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF SANTA CLARA**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Santa Clara, State of California. My business address is 600 Hansen Way, Palo Alto, California 94304.

On **August 15, 2022**, I served true copies of the following document(s) described as **(1) PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL, WITHOUT PREJUDICE (ECF NO. 79); (2) PLAINTIFF'S NOTICE OF MOTION AND MOTION OF VOLUNTARY DISMISSAL, WITHOUT PREJUDICE (ECF NO. 80); (3) [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION AND MOTION OF VOLUNTARY DISMISSAL, WITHOUT PREJUDICE (ECF NO. 81-1)** on the interested parties in this action as follows:

> **Veronica So a/k/a Maria Veronica So a/k/a Maria So**
> **33 Mistal**
> **Aliso Viejo, CA 92656**

**[ ] BY EMAIL:** I caused a copy of the document(s) to be sent from e-mail address jennifer.ilas@bakermckenzie.com to the persons at the email addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**[ ] BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Baker & McKenzie LLP for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope was placed in the mail at Palo Alto, California.

**[X] (BY EXPRESS MAIL)** I placed each such sealed envelope, to be collected at Baker & McKenzie LLP, Palo Alto, California, following ordinary business practices. I am familiar with the practice of Baker & McKenzie for collection and processing of overnight packages, said practice being that in the ordinary course of business, overnight packages are picked up by a representative of that company to be sent that same day.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on **August 15, 2022**, at Palo Alto, California.

Jennifer Ilas