1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MING GLOBAL LIMITED, a Hong Kong company,<br><br>            Plaintiff,<br><br>     v.<br><br>MONARCH HOLDINGS INC., a Nevada corporation, d/b/a MONARCH INTERNATIONAL INC., VERONICA SO a/k/a MARIA VERONICA SO a/k/a MARIA SO, an individual, IRVINE MANAGEMENT TRANSFERS AND HOLDINGS CORP, a New York corporation, ALYSSA D'URSO a/k/a ALYSSA DURSO, an individual; and Does 1 through 10 inclusive,<br><br>            Defendants. | Case No. 8:20-cv-01852-JVS-KES<br><br>**ORDER GRANTING PLAINTIFF'S MOTION AND MOTION OF VOLUNTARY DISMISSAL, WITHOUT PREJUDICE [80]**<br><br>**[Fed. R. Civ. P. 41(A)(2)]**<br><br>Date:   September 12, 2022<br>Time:   1:30 p.m.<br>Ctrm:   10C<br>Judge: Hon. James V. Selna<br><br>District Judge James V. Selna<br>Magistrate Judge Karen E. Scott<br><br>SAC Filed: July 19, 2021 |

1    Plaintiff Ming Global Limited's motion for the voluntary dismissal, without prejudice, of Ming Global's claims against Defendant Maria So, and of Ming Global from the action, came on for hearing on September 12, 2022. The Court having reviewed and considered Plaintiff's motion, and the pleadings on file, IT IS HEREBY ORDERED THAT Plaintiff's Motion for Voluntary Dismissal of Ming Global's claims against Defendant Maria So and of Ming Global from the action is GRANTED pursuant to Federal Rule of Civil Procedure 41(A)(2) without prejudice.

IT IS SO ORDERED.

Dated: September 7, 2022

_____
Hon. James V. Selna
UNITED STATES DISTRICT JUDGE