**JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES CLOSING

Case No   SACV 20-01852JVS(KESx)                    Date: December 20, 2022

Title: Ming Global Limited v Monarch Holdings Inc, et al

Present   JAMES V. SELNA, United States District Court Judge

| Lisa Bredahl | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys for Plaintiff                                         Attorneys for Defendant

Not Present                                                          Not Present

Proceedings:          ☐ In Court          X In Chambers          ☐ Counsel Notified

☐     Case previously closed in error.  Make JS-5.

X     Case should have been stayed/closed on docket entry #82  on 9/7/2022. Make JS-6/STAYED.

☐     Case settled but may be reopened if settlement is not finalized within      days.  Make JS-6.

☐     Other:                                  .

☐     Entered                                  .

CV-74 (08/97)                                                  Initials by Deputy Clerk     lmb